1
HANA HILSENRATH
OLIVER HILSENRATH
2
822 Eastbrook Court
Danville, CA 94506
3
Telephone: 925 212 6299
Facsimile: 925 736 7571
4
ohlx@sbcglobal.net

5
PLAINTIFFS *IN PRO PER*

6

7

8
                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9

10
**HANA HILSENRATH AND OLIVER**          **Case No.**
**HILSENRATH,**

11
        **Plaintiffs,**

12
                                        **EXHIBIT A:**
              **v.**
13                                      **FORENSIC REPORT AND AFFIDAVIT IN**
                                        **SUPPORT OF COMPLAINT**
**EQUITY TRUST (JERSEY) LIMITED,**
14
**CANDOVER INVESTMENTS PLC,**
**INSINGER DE BEAUFORT SA, JARDINE**
15
**MATHESON HOLDINGS LIMITED, GRANT**
**BROWN, MELVYN KALMAN, JOHN**
16
**PERKINS, CAROLINE BOUGEARD, AND**
**DOES 1-10,**
17

18
        **Defendants.**

19

20

21
The report substantiates the activities of Kalman, Perkins, Brown

22
and others at Equity Trust (Jersey) Limited, Insinger de Beaufort

23
Trust and Matheson Trust as operators of a network of corporations

24
in multiple jurisdictions with fictitious corporate veils – all

25
from one single facility.

26

27

28

1  Oliver Hilsenrath
2  822 Eastbrook Ct.
   Danville, CA 94506
3  Tel:  925-212-6299
   Fax:  925-736-7571
4  Defendant in Propria Persona



5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9
10  JANVRIN HOLDINGS LTD.,      )   Case No. C02-1028 CW (BZ)
    et al.,                    )
11                             )
          Plaintiff(s),        )   AFFIDAVIT OF
12                             )   MARCEL B. MATLEY
       v.                      )   IN SUPPORT OF
                               )   APPLICATION FOR
13  DR. OLIVER HILSENRATH,     )   DEFAULT JUDGMENT
    et al.                     )
14                             )
          Defendant(s)         )
15                             )
    _____)
16

17  I, Marcel B. Matley, swear and affirm:

18      1.  I am an Examiner of Questioned Documents and

19  Handwriting and have been so employed since 1985.  My

20  business office is located at 3092 C. Chavez St.,

21  San Francisco, CA.

22      2.  I have been certified as an expert witness in the

23  field of questioned documents in Federal District Court,

24  Federal Bankruptcy Court, Federal Immigration Court,

25  California Municipal and Superior Courts, in Arbitration and

26  Administrative Hearings in the State of California, in

27  Probate Court in the States of New Jersey and Texas, and in

28  Circuit Court in Hawaii, and I have testified regarding

                              1

documents in each of these areas.

3.  I have authored professional publications in the field of questioned documents.  These have been issued as monographs and papers in professional journals, some of which were peer reviewed, and they have been relied on by others in the field of questioned documents.

4. Dr. Oliver Hilsenrath, Defendant in pro per in the above titled action, requested that I examine certain documents and issue a written report on my observations and on the opinions I formed upon these observations.  Attached hereto is a complete, true and accurate copy of the report I issued in response to Dr. Hisenrath's request.

5.  The attached report sets forth my qualifications as an examiner of questioned documents and handwriting, including identified exhibits which are copies of my current Curriculum Vitae, my current Fee Schedule, list of my testimonies for the last four years, and list of my professional publications.

6.  The attached report also sets for my opinions with the theoretical, methodological and factual bases for these opinions.

I, Marcel B. Matley, swear and affirm under penalty of perjury under the applicable laws of United States of America that the foregoing is true and correct to the best of my knowledge and belief.

///////

2

1   This affirmation was executed on this _Twenty-eighth_

2   Day of _April_____, 2007, at San Francisco,

3   California.

4

5

6   _Marcel B. Matley_

7   Marcel B. Matley

8

9

10

11  Subscribed and sworn to before me on

12  this _____28th_____ Day of _April_____, 2007.

13

14

15

16  _____

17  Notary Public

18

19                          S. O. KIGH
                            Commission # 1558569
20                          Notary Public — California
                            San Francisco County
21                          My Comm. Expires Apr 10, 2009

22

23

24

25

26

27

28

                            3

# A and M Matley

*Examiner of Documents & Handwriting*

MARCEL B. MATLEY
BOARD CERTIFIED, NADE
PUBLICATIONS, SEMINARS
www.handwritingexpertsofcalifornia.com

(3092 ARMY STREET, 94110)
POST OFFICE BOX 882401
SAN FRANCISCO, CA 94188

PHONE: (415) 753-2832
FAX: (415) 753-3346
TOLL FREE: 1-800-367-8403
E-MAIL: MMATLEY@AOL.COM

April 27, 2007

Oliver Hilsenrath Ph.D.
822 Eastbrook Court
Danville, CA 94506

RE:  *Janvrin Holdings vs. Hilsenrath*
       My File Ref.:  070417-A

Dear Dr. Hilsenrath:

I am issuing this letter of opinion pursuant to your request.


## A.  THE COMMISSION.

Certain documents related to several entities were submitted for examination.  I was asked to chart which individuals might have signed for two or more of the various entities represented.  The manner in which I proceeded is set forth, and the results obtained are represented in detail by a chart attached hereto as Exhibit X.


## B.  THE DOCUMENTS EXAMINED.

Copies of the documents examined are attached as collective exhibits, each exhibit comprised of all documents relating to one of the entities.  Each document is identified by a code which is comprised of letters and numbers, the letters referencing the particular entity and the numbers designating the order of the documents.  This same letter/number code is used in the chart which is Exhibit X so as to identify specifically each document.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Janvrin Holdings vs. Hilsenrath, page 1 of 7 pages.)*

**A**

*Examiner of Documents & Handwriting*

MAF
BOA
PUB
WWW

*ORIGINAL*

2 ARMY STREET, 94110)
ST OFFICE BOX  882401
I FRANCISCO, CA 94188

PHONE:  (415) 753-2832
FAX:  (415) 753-3346
TOLL FREE: 1-800-367-8403
E-MAIL: MMATLEY@AOL.COM

822 Eastbrook Court
Danville, CA 94506

RE:     *Janvrin Holdings vs. Hilsenrath*
         My File Ref.:  070417-A

Dear Dr. Hilsenrath:

I am issuing this letter of opinion pursuant to your request.

### A.  THE COMMISSION.
Certain documents related to several entities were submitted for examination.  I
was asked to chart which individuals might have signed for two or more of the
various entities represented.  The manner in which I proceeded is set forth, and the
results obtained are represented in detail by a chart attached hereto as Exhibit X.

### B.  THE DOCUMENTS EXAMINED.
Copies of the documents examined are attached as collective exhibits, each exhibit
comprised of all documents relating to one of the entities.  Each document is
identified by a code which is comprised of letters and numbers, the letters
referencing the particular entity and the numbers designating the order of the
documents.  This same letter/number code is used in the chart which is Exhibit X
so as to identify specifically each document.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE:  Janvrin Holdings vs. Hilsenrath, page 1 of 7 pages.)*

EXHIBIT CNL, relating to entity CN Limited, is comprised of six (6) documents on letterhead of CN Limited. These six (6) documents are identified as CNL 01 through CNL 06.

EXHIBIT DL, relating to entity Derard Limited, is comprised of ten (10) documents on letterhead of Derard Limited. These ten (10) documents are identified as DL 01 through DL 10.

EXHIBIT ET, relating to entity Equity Trust, is comprised of eleven (11) documents on letterhead of Equity Trust. These eleven (11) documents are identified as ET 01 through ET 11. ET 04 and ET 06 are of two pages each.

EXHIBIT RL, relating to entity Ryburn Limited, is comprised of eight (8) documents, each identified as follows:
    RL 01 is Form W-8, Certificate of Foreign Status, dated 24 July 1996.
    RL 02 is titled CORPORATE RESOLUTION and dated 24 July 1996.
    RL 03 is Form 1001, Ownership, Exemptions, or Reduced Rate Certificate, dated 24 July 1996.
    RL 04 is on letterhead of Stuart, Coleman & Co. and dated 24-7-96.
    RL 05 is a memo to Matheson Bank (Jersey) Limited and dated 8/10/96.
    RL 06 is titled Account Opening Form on letterhead of Matheson Bank (Jersey) Limited and dated 8/10/96/
    RL 07 is an undated "Resolution of the sole director." RL 08 is the exact same document as RL 07 except it is dated 26th day of November, 2004. Therefore, only RL 07 is referred to in Exhibit X.

EXHIBIT WSL is comprised of two pages, each titled WESLEY SECRETARIES LIMITED and each date stamped 24 JUL 1996. WSL 01 is designated CLASS A. WSL 02 is designated CLASS B. Each bears ten (10) signatures, but the only ones referenced in Exhibit X are those that appear on one or more of the other documents attached hereto as exhibits.

EXHIBIT X is a chart on legal size paper in landscape orientation. It will be described and discussed later.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Janvrin Holdings vs. Hilsenrath, page 2 of 7 pages.)*

EXHIBITS YA, YB, YC and YD relate to my qualifications as an examiner of documents and handwriting and later will be described in full.

C. THE OPINIONS.

The data developed permit the following conclusions:

(a)  Signatures of nine (9) separate individuals were identified on the various pages of Exhibits CNL, DL, ET, RL and WSL.  No name could be discovered for five (5) of these nine (9) individuals, so they are designated as unnamed individuals X-A, X-B, X-D, X-E and X-F.  The individual originally designated as X-C was later determined to have the name "Melvyn Kalman."

(b)  All but three (3) of these nine (9) individuals signed for two (2) or more entities.

(c)  The documents examined identified all but two (2) of the nine (9) individuals as having some kind of official capacity with two (2) or more entities.


D. BASES FOR THE OPINIONS.

1. THEORETICAL BASES.

The task entailed identifying which of a  number of signatures came from the same individual.  To do so, more than 80 signatures had to be sorted as to the individuals making them.  The principles and methods involved in identification of signatures were the bases for this technical task.

Based on the writings of Ordway Hilton, particularly *Scientific Examination of Questioned Documents*, revised edition, 1982, it can be stated that in order to identify whether signatures were made by the same individual, it must be shown that they share sufficient significant similarities so as to eliminate the reasonable probability of another writer, and there should be no significant difference among the signatures that cannot be reasonably explained.

2. METHODOLOGICAL BASES.

In this particular case, the standard method was applied with modification.

(a)  All signatures were scanned into the computer at the same settings and printed out at maximum enlargement on letter size paper in landscape orientation.

(b)  They were sorted by general pictorial appearance.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Janvrin Holdings vs. Hilsenrath, page 3 of 7 pages.)*

(c) Each resulting set was intra-compared to satisfy the theoretical standards stated in Sub-section 1 above.

(d) The separate sets were inter-compared to ascertain whether there was any indication that the same person might have been responsible for more than one set of signatures. There was no such indication.

(e) The enlarged signatures were laid out in grid fashion, each individual writer being given a column and each set of documents as identified by Exhibits CNL, DL, ET, RL and WSL being given a row. The resulting grid became the pattern for the chart reproduced in Exhibit X.

3. OBSERVATIONAL BASES.

Exhibit X gives in columns the documents each individual was identified as signing. Here are selective traits that help identify each set of signatures as being from one individual.

(a) GRANT BROWN. These signatures are characterized by, among other features, rhythmical spacing of down strokes and zonal proportions.

(b) DAVID P. CHALMERS-HUNT. These signatures are characterized by, among other features, consistent left slant and narrowness within mid zone letters.

(c) JOHN H. PERKINS. These signatures are characterized by, among other features, their simplicity, angularity in "rk" and pen lifts.

(d) WRITER X-A. These signatures are characterized by, among other features, extreme narrowness, extreme vertical extension, and lack of mid zone forms.

(e) WRITER X-B. These signatures are characterized by, among other features, a complex sequence of movement, illegibility and the manner of final underline.

(f) WRITER X-C, later identified with the name MELVYN KALMAN. These signatures are characterized by, among other features, the rising base line and z-like final.

(g) WRITER X-D. These signatures are characterized by, among other features, the configuration of the capital letters, the very low but very wide mid zone forms and the unique final.

(h) WRITER X-E. These signatures are characterized by, among other features, vertical slant, dominant mid zone and what appears to be a lack of a pen lift.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007, RE: Janvrin Holdings vs. Hilsenrath, page 4 of 7 pages.)*

(I)  WRITER X-F.  There is but one signature.  It is such a complex, illegible scrawl that it could not be even suspected as having been written by any of the other writers represented in Items (a) through (h) above.

## E.  EXHIBIT X.

Exhibit X is a chart on legal size paper in landscape orientation.  As stated earlier, nine (9) columns represent the nine (9) writers of the signatures.  The rows represent the sets of documents copies of which comprise Exhibits CNL, DL, ET, RL and WSL.  The last two rows represent two (2) entities, Crossgar Limited and Janvrin Holdings Limited, for which there were no documents.  However, on some documents various signatories were identified as being in some official capacity with these two (2) entities.

When a writer signs a document belonging to an entity, the code for this document is entered in regular type and without square brackets in the cell for such writer and such entity.

When an individual signing on a document designated in one entity's set but therein identified as having an official capacity with another entity, the document is listed in square brackets in the cell for such writer and the latter entity.

If a signature is faded to some degree, the code for it is entered in italics.

Exhibit X visually charts the data supportive of the direct conclusions expressed herein in Section C above and the inferences expressed in Section H below.

## F.  QUALIFICATIONS.

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YA is a copy of my current curriculum vitae stating my background and experience that qualify me to undertake the examination requested and form the opinions expressed herein.

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YB is a listing of my published writings in the field of questioned documents.  There may be other journal papers that I have authored and that have been published but of which I have not been informed by the journals to whom they were submitted.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE:  Janvrin Holdings vs. Hilsenrath, page 5 of 7 pages.)*

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YC is a listing of my prior testimonies for the past four years as an examiner of questioned documents and handwriting. Exhibit - covers courts of law, administrative law hearings, arbitrations, and depositions.

## G. COMPENSATION.

Also attached hereto and incorporated herein as if set forth in full, EXHIBIT YD is a copy of my current Fee Schedule that sets forth the rate of compensation for any work which I shall perform in this matter at your request.

## H. CONCLUSION.

Some direct inferences to be made from the data reported herein are:

(a) All the letters represented in Exhibits CNL, DL and ET reference the case of *Janvrin vs. Hisenrath*, at times telling each other the very same facts so that the very same individual will tell and, apparently, be told these very same facts.

(b) The complication of the situation involves individuals writing, for example, to Equity Trust on behalf of CN Limited after having written to CN Limited on Equity Trust letterhead and even doing so on the very same day. Having written from one entity to another and vice versa, and being officially signatory on letterhead of both entities, each asks for money from the other while giving assurance in both directions that, unless one hears from the other, neither will take further action.

(c) The text of the letters on the various letterheads seem to be boilerplate. For example, CNL 01 and CNL 02 differ only in that in the last two sentences CNL 01 reads "Crossgar" where CNL 02 reads "Janvrin."

(d) It would be instructive both to chart precisely when the same individuals in effect write to themselves in their capacities with two different entities and to chart which of their own letters apparently are answers to others of their own letters. However, this task would take many hours, and it would be most difficult to chart the results with clarity and without complexity.

If called upon to do so, I would testify under oath in a legal proceeding that all the statements and representations made herein are true and accurate to the best of my knowledge and belief, and I would be prepared to demonstrate and explain the

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Janvrin Holdings vs. Hilsenrath, page 6 of 7 pages.)*

cogent reasons for the opinions expressed herein.  If court testimony is required, I will prepare appropriate court exhibits by which to illustrate and explain my observations, opinions and reasons.

Sincerely,

Marcel B. Matley

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,
RE:  Janvrin Holdings vs. Hilsenrath, page 7 of 7 pages.)*

## LIST OF EXHIBITS

CNL. Documents relating to entity CN Limited

DL.   Documents

ET.   Documents

RL.   Documents

WSL. Documents

X.    Chart

YA.   Curriculum Vitae of Marcel B. Matley

YB.   Published writings of Marcel B. Matley

YC.   Testimonies of Marcel B. Matley

YD.   Current Fee Schedule of Marcel B. Matley

# COVER SHEET

# EXHIBIT CNL

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax +44 1534 636215

27th February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. C02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Crossgar
Limited.

Please let us know by return whether you are willing and able to furnish Crossgar Limited with the necessary
funds.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

CNL 01

PENGAD 800-631-6989

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

2⁷ February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. C02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please find the enclosed letter dated 27ᵗʰ February 2007 from Derard Limited, the Director of Janvrin Holdings Limited

Please confirm by return whether you are willing and able to furnish Janvrin Holdings Limited with the requisite funds

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

CNL 02

PENGAD 800-631-6989

# C N Limited

P.O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-34 The Parade
St Helier
Jersey JE4 8XY

Dear Sir

Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. C 02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary loan.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

PENGAD 800-631-6989

CN L 03

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
**Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**

CNL 04

PENGAD 800-631-6989

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Rybum Limited – v- Oliver Hilsenrath**
**Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**

PENGAD 800-631-6989

CNL 05

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
**Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**

CNL 06

PENGAD 800-631-6989

# COVER SHEET

# EXHIBIT DL

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27th February 2007

**URGENT**

CN Limited
P.O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
Case No. CO2 1068CW

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

*DL 01*

PENGAD 800-631-6989

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27  February 2007

**URGENT**

FC Nominees (Jersey) Limited
P.O  Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. C02 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District
Court in Oakland, California, United States of America on 2nd March 2007 in the above matter.
The Court has requested that personal representatives of each of Janvrin Holdings Limited,
Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it
appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn
Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13
February 2007 in this regard).

At present, Crossgar Limited is not in good standing and has been struck from the BVI
Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish
the personal appearance requested by the Court. Accordingly, we bring these circumstances to
your attention and advise that we are unable to send a representative to attend the hearing on
behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to
do so.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the
necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

DL 02

PENGAD 800-631-6989

Registered in the British Virgin Islands
Registration Number  3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on $2^{rd}$ March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

$DL\ 03$

PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

2ⁿ February 2007

**URGENT**

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v - Oliver Hilsenrath**
**Case No. C02 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2ⁿᵈ March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

**EXHIBIT**
**DL 04**
PENGAD 800-631-6989

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

Ch__ __imited
P O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court at Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Ryburn Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

EXHIBIT
PENGAD 800-631-6989
12 L 05

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"…a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102…Counterdefendents should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

DL 06

PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

EQ Nominees (Jersey) Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

PENGAD 800-631-6989

D L 07

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "*...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

**EXHIBIT**

DL 08

PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102....Counterdefendants should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

**EXHIBIT**

*DL 09*

PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

**EXHIBIT**

DL 10

PENGAD 800-631-6989

# COVER SHEET

# EXHIBIT ET

# EQUITY TRUST

## fax

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

| | |
|---|---|
| To | Mr Barry J Portman & Mr Steve G Kalar |
| Fax number | 00 415 436 7706 |
| From | Mr Grant Brown |
| Subject | The Firefly Trust |
| Date | 20 February 2006 |

No. of pages    1

Dear Mr Portman and Mr Kalar

**The Firefly Trust (the "Trust")**

I write with reference to your fax dated 14 February 2006.

From your fax, I note that Mr Hilsenrath does not wish to be represented by a public defender in the criminal proceedings against him the United States and that instead he wishes to retain your firm as private counsel. Clearly, it is a matter for Mr Hilsenrath as to whom he wishes to appoint to defend him in these proceedings (since the proceedings are against him in his personal capacity) and what arrangements he wishes to make to discharge your firm's fees and costs.

I confirm that it is the case that Mr Hilsenrath has requested the Trustee to make Trust funds available to him in order that he may defend the proceedings against him and that the trustee of the Trust has declined to acquiesce to his request. The trustee of the Trust has reconsidered your further request and declines to accede to your request. The Trustee does not hold the Trust property for Mr Hilsenrath under a bare trust or nominee arrangement and Mr Hilsenrath and / or any representative of Mr Hilsenrath cannot instruct the Trustee to adopt a particular course of action in order to benefit him.

The trustee of the Trust is the legal owner of the Trust property and is obliged by fiduciary and statutory duties (inter alia) to act impartially in the interests of all of the beneficiaries of the Trust (in the sense of fairly and disinterestedly) and to preserve and enhance the Trust assets. The trustee of the Trust may exercise its dispositive powers in its absolute and unfettered discretion so that the trustee is not obliged to disclose its reasons or deliberation process.

Finally, there is no question of the Trust's "seizure" of its own assets.

Yours sincerely

Grant Brown
Director
Equity Trust (Jersey) Limited

**EXHIBIT**

$ET$ $01$

PENGAD 800-631-6989

The information contained in this facsimile message is intended only for the use of the persons or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998 Registration No. 57583

07/03 '06 09:18 FAX                                                    ☒001

# EQUITY TRUST
## fax

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

| | |
|---|---|
| To | Mr Barry J Portman & Mr Steve G Kalar |
| Fax number | 001415 436 7706 |
| From | Mr Grant Brown |
| Subject | The Firefly Trust |
| Date | 06 March 2006 |

No. of pages    1

Dear Mr Portman and Mr Kalar

**The Firefly Trust (the "Trust")**

I write with reference to your fax dated 03 March 2006.

I note your position as an Assistant Federal Public Defender paid by the United States government. I further note your comment that Mr Hilsenrath does not wish to be represented by a public defender in the criminal proceedings against him in the United States.

I reiterate the point in my previous fax that it is a matter for Mr Hilsenrath as to whom he wishes to appoint to defend him in these proceedings and what arrangements he wishes to make to discharge the corresponding fees and costs.

Mr Hilsenrath does not have a fixed proprietary interest in the property comprised in the Trust fund. He therefore has no entitlement to demand that the Trustee makes any distribution of Trust property to him.

Pursuant to the **Trusts (Jersey) Law 1984 (as amended)**, subject to the terms of the trust and any order of the court (the "**Court**"),[1] the Trustee is not under any obligation to disclose his deliberations as to the manner in which he has exercised a power or discretion and the reason for any particular exercise of such power or discretion.

Should Mr Hilsenrath, as a beneficiary of the Trust, wish to challenge the resolution of the Trustee not to release funds to him then we advise that he appoints Jersey counsel to make an application to the Court on his behalf accordingly.

Yours sincerely

Grant Brown
Director
Equity Trust (Jersey) Limited

EXHIBIT
ET 02
PENGAD 800-631-6989

---

[1] The court means the Inferior Number of the Royal Court in Jersey

The information contained in this facsimile message is intended only for the use of the persons or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998 Registration No. 57583

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

Mr David Danan
24 Ivanova Street
Apt. B
Kharkov
UKRAINE

St Helier  27th February 2007

Subject    : Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v – Oliver Hilsenrath
             Case No. CO2 1068CW

Dear Sir

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 27th February 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited. We also refer to our prior discussions and correspondence with you regarding being put in funds for unpaid professional fees. You should note that Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited have been struck from the BVI Companies Register for non-payment of statutory fees.

We understand that Nixon Peabody LLP wrote directly to you about these matters on 13 February 2007.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited and Ryburn Limietd and/or The Revenge Trust with the previously requested funds

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

EXHIBIT
PENGAD 800-631-6989
ET 03

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 57583

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

**URGENT**

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

EQ Nominees (Jersey)
Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

## Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath Case No. C02 1068 CW

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)     the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)     the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)     Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).



**EXHIBIT**

_ET 04_

_1 OF 2_

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3968
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

We remind you that the situation stands as described in our letter of 27 February. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT
ET 04
2 OF 2

PENGAD 800-631-6989

2

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of
Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with
the necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
ET 05
PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

### Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
### Case No. C02 1068 CW

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)     the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)     the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)     Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).



EXHIBIT

ET 06
1 OF 2

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3989
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

We remind you that the situation stands as described in our letter of 27 February. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

PENGAD 800-631-6989

EXHIBIT

ET 06
2 OF 2

2.

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**
*ET 07*
PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37831

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 30 March 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 30 March 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited. We also refer to our prior discussions and correspondence with you regarding being put in funds for unpaid professional fees. You should note that Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited have been struck from the BVI Companies Register for non-payment of statutory fees.

We understand that Nixon Peabody LLP wrote directly to you about these matters on 13 February 2007 and we wrote to you on 27 February 2007.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

**EXHIBIT**

ET 08

PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998 Registration No. 57583

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

URGENT

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)     the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)     the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)     Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).

We remind you that the situation stands as described in our letter of 27 February. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

**EXHIBIT**
$\mathcal{ET}$ 09

PENGAD 800-631-6989

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3968
Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

ET 10

PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998.
Registration No. 37331

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email   infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment  B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 11 April 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 11 April 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

**EXHIBIT**

_ET  11_

PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998 Registration No. 57583

# COVER SHEET

# EXHIBIT RL

**Form W-8**
(Rev. November 1992)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status

**Please print or type**

Name of owner (if joint account, also give joint owner's name.) (See Specific Instructions.)
RYBURN LIMITED

U.S. taxpayer Identification number (if any)

Permanent address (See Specific Instructions.) (Include apt. or suite no.)
PO BOX 316, JARDINE HOUSE

City, province or state, postal code, and country
I WESLEY STREET, ST HELIER, JERSEY, CHANNEL ISLANDS

Current mailing address, if different from permanent address (Include apt. or suite no., or P.O. box if mail is not delivered to street address.)

City, town or post office, state, and ZIP code (if foreign address, enter city, province or state, postal code, and country.)

List account information here (Optional, see Specific Instructions.)

| Account number | Account type | Account number | Account type |
|---|---|---|---|
| | | | |

**Notice of Change in Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here ........................................................ ▶ ☐
If you check this box, reporting will begin on the account(s) listed.

**Please Sign Here**

**Certification.**—(Check applicable box(es)). Under penalties of perjury, I certify that:

☑ For INTEREST PAYMENTS, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For DIVIDENDS, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For BROKER TRANSACTIONS or BARTER EXCHANGES, I am an exempt foreign person as defined in the Instructions below.

Signature  *J. Perkins*   JOHN H PERKINS - DIRECTOR        Date  24 JULY 1996

## General Instructions

*(Section references are to the Internal Revenue Code unless otherwise noted.)*

### Purpose

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** *Form W-8 does not exempt the payee from the 30% (or lower treaty) nonresident withholding rates.*

### Nonresident Alien Individual

For income tax purposes, "nonresident alien individual" means an individual who is neither a U.S. citizen nor resident. Generally, an alien is considered to be a U.S. resident if:

● The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien held an immigrant visa (a "green card"), or

● The individual was physically present in the United States on:

(1) at least 31 days during the calendar year, and

(2) 183 days or more during the current year and the 2 preceding calendar years (counting all the days of physical presence in the current year, one-third the number of days of presence in the first preceding year, and only one-sixth of the number of days in the second preceding year).

See Pub. 519, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** *If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.*

### Exempt Foreign Person

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

**1.** You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust,

**2.** You are an individual who has not been, and plans not to be, present in the United States for a total of 183 days or more during the calendar year, and

**3.** You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of 2 or 3 above, you may instead certify on Form 1001, Ownership, Exemption, or Reduced Rate Certificate, that your country has a tax treaty with the United States that exempts your transactions from U.S. tax.

### Filing Instructions

**When To File.**—File Form W-8 or substitute form before a payment is made. Otherwise, the payer may have to withhold and send part of the payment to the Internal Revenue Service (see Backup Withholding below). This certificate

generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see Withholding Agent on page 2). Keep a copy for your own records.

### Backup Withholding

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If you do not provide a taxpayer identification number or Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, these payers may have to withhold 20% of each payment or transaction. This is called backup withholding.

**Note:** *On January 1, 1993, the backup withholding rate increases from 20% to 31%.*

Reportable payments subject to backup withholding rules are:

● Interest payments under section 6049(a).

● Dividend payments under sections 6042(a) and 6044.

● Other payments (i.e., royalties and payments from brokers and barter exchanges) under sections 6041, 6041A(a), 6045, 6050A, and 6050N.

If backup withholding occurs, an exempt foreign person who is a nonresident alien individual may get a refund by filing Form 1040NR, U.S. Nonresident Alien Income Tax Return, with the Internal Revenue

*(Continued on back)*

Form **W-8** (Rev. 11-92)

EXHIBIT

RL01

PENGAD 800-631-6989

RYB 00497

## CORPORATE RESOLUTION

DATE:

WERTHEIM SCHRODER & CO.

EQUITABLE CENTER
787 SEVENTH AVENUE
NEW YORK, NY 10019-6016

Gentlemen:

The undersigned, Secretary of ___RYBURN LIMITED___
(the "Corporation"), hereby certifies:

that the attached hereto is a true and correct copy of resolutions adopted by the Board of Directors of the Corporation in accordance with law and the by-laws of the Corporation at a meeting held on ___24 JULY 1996___ , which resolutions are still in full force and effect on the date hereof;

that each of the persons named below, who are the persons empowered by the attached resolutions to act on behalf of the Corporation, is the duly elected and qualified incumbent in the office of the Corporation set opposite his name and the signature set opposite his name is his true and correct signature:

___( Please see attached list of Authorised Signatories)___

| (OFFICE) | (NAME) | (SIGNATURE) |

| (OFFICE) | (NAME) | (SIGNATURE) |

and that the Corporation is duly organized and is validly existing under the laws of the ~~State of~~ British Virgin Islands, that its charter empowers the Corporation to transact the business defined in the resolutions a copy of which is attached hereto, and that no limitation has been imposed upon such resolutions by the by-laws of the Corporation or otherwise.

(SEAL)

For Wesley Secretaries Limited, Secretary (SECRETARY)

EXHIBIT
_RL 02_

PENGAD 800-631-6989

Countersigned by:

___J. Perkins___

~~(PRESIDENT/VICE-PRESIDENT)~~      DIRECTOR

RYB 00493

Form **1001**
(Rev. August 1937)
Department of the Treasury
Internal Revenue Service

## Ownership, Exemption, or Reduced Rate Certificate
(Please type or print.)

OMB No. 1545-0055
Expires 8-31-90

Name: Rybuen Limited

U.S. identifying number, if any

Address (number and street) (complete address in the foreign country)
PO BOX 316, JARDINE HOUSE, 1 WESLEY STREET

Country (including postal zone): BRITISH VIRGIN ISLANDS

City: ST HELIER, JERSEY, CHANNEL ISLANDS

**1** Check type of income for which this certificate applies. (If you check box a, you do not have to check any other box.)

- a ☐ Income from a trust, estate, or investment account
- b ☐ Coupon bond interest (including tax-free covenant bonds)
- c ☐ Interest, other than coupon bond interest
- d ☐ Rents
- e ☐ Natural resource royalties and income from real property

- f ☐ Royalties from use of patents, secret processes, etc.
- g ☐ Royalties from use of films, television tapes, etc.
- h ☐ Annuities
- i ☐ Other income (specify) _____

If you checked box b, complete line 2 and, if applicable, line 6.
If you checked any box other than b, complete either line 3 or line 4, whichever is applicable.
Note: Before completing line 4, see instructions.

**2** Information on coupon bonds.

a  Name and address of obligor of bonds

| b Name of bond | | c Date of issue |
|---|---|---|

| d Date interest due | e Date interest paid | f Gross amount of interest paid | g Rate of tax (see instructions) | h Amount of tax certified |
|---|---|---|---|---|
| | | $ | % | $ |

**3** Calendar years for which the reduced or exempt rate of tax applies to other than coupon bond interest.

| First year | Second year | Third year |
|---|---|---|

**4** Withheld tax requested to be released (see instructions) ........ $

I certify that the information entered above is correct; and, if a reduced or exempt rate of tax applies, I further certify that I have complied with all requirements to qualify for the reduced or exempt rate of tax.

Sign Here ▶  *J. Perkins*    DIRECTOR    24 JULY 1996
(Signature of owner, fiduciary, trustee, or agent)    (Date)

(If trust or estate, enter name)

(Address of fiduciary, trustee, or agent)

## Instructions
(Section references are to the Internal Revenue Code and Income Tax Regulations, unless otherwise noted.)

**Paperwork Reduction Act Notice**

We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**Purpose of Form.**—Owners of certain types of income (or owners' trustees or agents) use this form to report to a withholding agent both the ownership of the income and the reduced or exempt rate of tax on the income under tax conventions or treaties. The form can also be used to claim a release of tax withheld at source.

## Instructions for Owners, Trustees, or Agents

**A. Who Must File.**—You as an owner (or your trustee or agent) must file this form if you receive income subject to withholding under section 1441, 1442, or 1451 and you are one of the following:

1  A nonresident alien individual or fiduciary.
2  A foreign partnership.
3  A foreign corporation or other foreign entity.
4  A nonresident foreign partnership with nonresident alien partners (applies to section 1451 only).
5  A nonresident foreign corporation (applies to section 1451 only).

In addition, any payees who do not know the owner must file this form.

EXHIBIT
RL 03
PENGAD 800-631-6989

Form **1001** (Rev. 8-87)

# STUART, COLEMAN & CO., INC

Member New York Stock Exchange, Inc.
11 West 42nd Street, 15th Floor, New York, N.Y. 10036
(212) 789-2400 ▪ Fax (212) 575-4698

RYBURN

Rayburn Limited: ✗

Dear Customer:

There are special risks associated with uncovered option writing which expose the investor to potentially significant loss. Therefore, this type of strategy may not be suitable for all customers approved for options transactions.

1. The potential loss of uncovered call writing is unlimited. The writer of an uncovered call is in an extremely risky position, and may incur large losses if the value of the underlying instrument increases above the exercise price.

2. As with writing uncovered calls, the risk of writing uncovered put options is substantial. The writer of an uncovered put option bears a risk of loss if the value of the underlying instrument declines below the exercise price. Such loss could be substantial if there is a significant decline in the value of the underlying instrument.

3. Uncovered option writing is thus suitable only for the knowledgeable investor who understands the risks, has the financial capacity and willingness to incur potentially substantial losses, and has sufficient liquid assets to meet applicable margin requirements. In this regard, if the value of the underlying instrument moves against an uncovered writer's options position, the investor's Account Executive may request significant additional margin payments. If an investor does not make such margin payments, the Account Executive may liquidate stock or options positions in the investor's account, with little or no prior notice in accordance with the investor's margin agreement.

4. For combination writing, where the investor writes both a put and a call on the same underlying instrument, the potential risk is unlimited.

5. If a secondary market in options were to become unavailable, investors could not engage in closing transactions, and an option writer would remain obligated until expiration or assignment.

6. The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option until the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period.

NOTE: It is expected that you will read the booklet entitled, "CHARACTERISTICS AND RISKS OF STANDARDIZED OPTIONS," available from your Account Executive. In particular, your attention is directed to the chapter entitled Risks of Buying and writing Options. This statement is not intended to enumerate all of the risks entailed in writing uncovered options.

Date: _24 - 7 - 96_                Title if Required: _DIRECTOR_

Print Name: _JOHN M PERKINS_        Signature: _J. Perkins_

Print Name: _____         Signature: _____



EXHIBIT
RL 04

PENGAD 800-631-6989

RYB 00494

**To: Matheson Bank (Jersey) Limited**

At a Meeting of the Directors of _____ Ryburn _____ Limited

("the Company") whose registered office is at PO Box 3151, Road Town, Tortola, British Virgin Islands

held at Jardine House, 1 Wesley on the 4 day of October 1996
Street, St Helier, Jersey

It was resolved:-

1. **That** a banking account for the Company be opened with Matheson Bank (Jersey) Limited ("MBJ") and that MBJ be and is hereby authorised to take written instructions for payment orders provided that such instructions are signed by *

   In accordance with terms of the attached Authorised Signatory List of Wesley Secretaries Limited or any amended signatory list issued from time to time

2. **That** MBJ be and is hereby authorised to accept the receipt or written authority of the Signatories for the withdrawal or delivery to bearer or to one or more designated persons of all or any documents or securities or other property held by it.

3. **That** MBJ be and is hereby authorised to act upon and to accept as valid any notification in writing signed by the Secretary or any Director of the Company of any change in these Resolutions or of any subtraction addition or change in the Signatories.

4. **That** these Resolutions (together with a list of the names of the Signatories) be communicated to MBJ and shall constitute the Company's Mandate to the said MBJ and that until the said MBJ actually receive notification in writing signed by the Secretary or any Director of the Company of any change in these Resolutions or of any subtraction addition or change in Signatories, MBJ be and is authorised to act in pursuance of these Resolutions and shall be indemnified and held harmless against any loss suffered or liability incurred by reason of its continuing to act in pursuance hereof.

5. **That** the appointment of Matheson Bank (Jersey) Limited be governed by the Law of the Island of Jersey, subject to services being provided in accordance with established banking practice in Jersey. In particular the bank will, so far as it is not contrary to public policy in Jersey, comply with the English Bills of Exchange Act, 1882 as amended and the English Cheques Act, 1957 as amended in relation to the acceptance and payment of cheques and other orders.

* Indicate here how instruction should be signed e.g. two directors or a director and any other authorised signatory.

We certify that the Resolutions set out above have been duly entered in the minute book and signed therein by the Chairman, and are in accordance with the Articles of the Company, and that the Company is a Public/Private Company.

**RYB 00472**

Dated ___ 8/10/96 _____          _____ Chairman/DIRECTOR

                                            _____ Secretary

                                            **For Wesley Secretaries Limited, Secretary**

EXHIBIT
RL 05
PENGAD 800-631-6989

 **Matheson Bank (Jersey) Limited**

A member of the Jardine Matheson Group

13 Broad Street
St Helier
Jersey JE4 8PR
Channel Islands

**Account
Opening Form**

| | | |
|---|---|---|
| Please | ☑ | Tick where appropriate |
| | ☑ | **Public or Private Company** |
| | ☐ | **Partnership** |
| | ☐ | **Sole Proprietorship** |
| | ☐ | **Society/Association** |
| | ☐ | **Trust Company** |

EXHIBIT

*RL 06*

PENGAD 800-631-6989

Please complete in **Block Letters**

---

Name of account   RYBURN LIMITED

Nature of business

INVESTMENT HOLDING

Date of incorporation or
Date of commencement of trading or
Date of establishment

Associated or subsidiary companies

MONTARAZ LIMITED
JANURIN HOLDINGS LIMITED
LOTMAR LIMITED
ROCKVALE LIMITED

SAFFRAY LIMITED
ONUOY HOLDINGS LIMITED
CROSSGAR LIMITED
SURFWAY LIMITED

Registered office address
PO BOX 3151
ROAD TOWN
TORTOLA
BRITISH VIRGIN ISLANDS

Correspondence address if different from
Registered office address
JARDINE HOUSE
1 WESLEY STREET
ST HELIER
JERSEY

Telephone No.
00 1 809 494 3045

Telephone No.
01534 888111

Statement(s) required

☑ Monthly   (in the absence of instructions
statements will be sent quarterly)
☐ Quarterly

Name and address of other bankers

NONE

**RYB 00473**

Introduced by:   MTCS

---

Signed   _[signature]_
DIRECTOR

Signed   _[signature]_
For Wesley Secretaries Limited, Secretary

Date   8/10/96

Date   8/10/96

Registered Office: Jardine House, 1 Wesley Street, St Helier, Jersey JE4 8UD, Channel Islands. Registered Number: 59015

**RYBURN LIMITED**

**("THE COMPANY")**

**RESOLUTION OF THE SOLE DIRECTOR IN ACCORDANCE WITH THE ARTICLES OF ASSOCIATION OF THE COMPANY**

**ADOPTION OF REGISTERED SHARES ONLY MEMORANDUM & ARTICLES OF ASSOCIATION**

**IT IS RESOLVED** that the Company shall adopt a new Memorandum and Articles of Association that shall permit the Company to issue registered shares only.

**CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT**

**IT IS RESOLVED** that the Registered Office and Registered Agent of the Company be changed to that of Equity Trust (BVI) Limited and accordingly Clauses 2 and 3 of the Memorandum of Association be deleted in their entirety and be replaced by the following:-

2.      The Registered Office of the Company will be situate at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or at such other place within the British Virgin Islands as the directors may from time to time determine.

3.      The Registered Agent of the Company will be Equity Trust (BVI) Limited, Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or such other person or company being a person or company entitled to act as a registered agent as the directors may from time to time determine.

**IT IS FURTHER RESOLVED**

that the Company's Memorandum and Articles of Association be deleted in its entirety and replaced with the new Memorandum and Articles of Association attached hereto.

Adopted and signed this          day of                          2004

For and on behalf of
**Derard Limited - Director**

<table>
<tr><td>EXHIBIT<br>RL 07<br>PENGAD 800-631-6989</td><td>RYB 00439</td></tr>
</table>

..............................                    ..............................
Authorised signatory                          Authorised signatory

Fs/mau/CO104770/0006

RYBURN LIMITED

("THE COMPANY")

**RESOLUTION OF THE SOLE DIRECTOR IN ACCORDANCE WITH THE ARTICLES OF ASSOCIATION OF THE COMPANY**

**ADOPTION OF REGISTERED SHARES ONLY MEMORANDUM & ARTICLES OF ASSOCIATION**

**IT IS RESOLVED**  that the Company shall adopt a new Memorandum and Articles of Association that shall permit the Company to issue registered shares only.

**CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT**

**IT IS RESOLVED**  that the Registered Office and Registered Agent of the Company be changed to that of Equity Trust (BVI) Limited and accordingly Clauses 2 and 3 of the Memorandum of Association be deleted in their entirety and be replaced by the following:-

2.     The Registered Office of the Company will be situate at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or at such other place within the British Virgin Islands as the directors may from time to time determine.

3.     The Registered Agent of the Company will be Equity Trust (BVI) Limited, Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or such other person or company being a person or company entitled to act as a registered agent as the directors may from time to time determine.

**IT IS FURTHER RESOLVED**

that the Company's Memorandum and Articles of Association be deleted in its entirety and replaced with the new Memorandum and Articles of Association attached hereto.

Adopted and signed this 26th day of November, 2004

For and on behalf of
**Derard Limited - Director**

.....................................
Authorised signatory

.....................................
Authorised signatory

EXHIBIT
PENGAD 800-631-6989
RL 08

**RYB 00411**

Fs/mau/CO104770/0006

# COVER SHEET

# EXHIBIT WSL

69

### WESLEY SECRETARIES LIMITED                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

#### CLASS A

Colin R Walker

Leslie Norman

Melvyn Kalman

Neil E Wakeling

Alan V Tidy

John H Perkins

Marjorie M Du Feu

Ian F Moisan

Jacqueline M Jones

Kevin V Mercury

EXHIBIT

W SL 01

PENGAD 800-631-6989

Paul H Glazier

Certified a true copy of the original document.

RYB 00490

Date of Minutes.

2 4 JUL 1996

**WESLEY SECRETARIES LIMITED**                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

CLASS B

Caroline J Bougeard

Michele V Christensen

David P Chalmers-Hunt

Anne J Bougourd

Janet Raine

Susie Dos Reis

Stella Lester

Gisele Le Miere

Alison Bisson

Certified a true copy of the original document.

Date of Minutes.

2 4 JUL 1996

J. Perkins

JOHN M PERKINS
WESLEY SECRETARIES LIMITED, ASSISTANT
SECRETARY

EXHIBIT

WSL 02

RYB 00489

# COVER SHEET

# EXHIBIT X

# COVER SHEET

# EXHIBIT YA

# A and M Matley

## Examiner of Documents & Handwriting

MARCEL B. MATLEY
BOARD CERTIFIED, NADE
PUBLICATIONS, SEMINARS
www.handwritingexpertsofcalifornia.com

(3092 ARMY STREET, 94110)
POST OFFICE BOX 882401
SAN FRANCISCO, CA 94188

PHONE:  (415) 753-2832
FAX:  (415) 753-3346
TOLL FREE:  1-800-367-8403
E-MAIL:  MMATLEY@AOL.COM

## CURRICULUM VITAE AND GENERAL RESUME
# MARCEL B. MATLEY
### EXAMINER OF QUESTIONED DOCUMENTS AND HANDWRITING

BORN:    Phoenix, AZ, September 21, 1933.

EXPERIENCE INCLUDES:
- Handwriting authentication and signature verification, including numerals.
- Genuineness of logs, diaries, and other writings in series.
- Serve as either confidential consultant or testifying expert.
- Oral or written opinion, which can be a full, illustrated, written report to facilitate settlement or in the form of a declaration under oath.
- Question formulation to examine opponent's document examiner; also pertinent citations for cross-examination from learned treatises.
- Identification of the writer of poison pen letters and anonymous writings.
- Other aspects of questioned document examination.
- Impeachment of erroneous, incomplete or incompetent expert handwriting opinion.
- Consultant to other document examiners.

CREDENTIALS:
- Certification with commendation, Paul de Sainte Colombe Center, January 28, 1981, with honorary Charter Membership Certificate, April 8, 1982.
- Honorary membership, National Questioned Document Association, March 1992.
- Vanguard Network, Board Certified Handwriting Professional, April 28, 1998.
- Board Certified, National Association of Document Examiners, October 2000.
- Consultant and mentor to other document examiners.
- Consulted by several public agencies on administrative issues.
- Current San Francisco Business Tax Registration Certificate, 145353.

EXHIBIT YA, Page 1 of 4

## COURT QUALIFIED WITNESS:
- Federal District and Bankruptcy Courts; INS Court; Superior, Municipal and Administrative Law Courts, California; Probate Courts, Texas and New Jersey; arbitrations and depositions. List of testimonies available upon request.

## CLASSES AND LECTURES:
- Lecture series titled: *Seminars and Workshops in Handwriting Sciences,* for professionals and advanced students.
- Organizer, co-producer and instructor at the annual *Seminar in Document Examination,* in San Francisco, 1990-1992. Attendees from U.S. and Canada.
- Presented at NADE Conferences and Pre-conferences: 1992: *Human Graphic Motor Sequence.* 1993, two-day intensive course: *The Physiology and Forensic Identification of Handwriting.* 1994: *Answering Challenges on Voir Dire.* 2000: Presentation, *How to Read Things Critically*; Poster session: *Examination of Graffiti Writing.* 2001, Crawley, England: *Angle Value* [jointly with Maureen Ward-Gandy]; *A Case with the Kinderprint.* 2002, Ann Arbor, MI: *Examination of Russian Birth Certificates, with poster session.* 2003, New Orleans, LA: *Humorous Moments in History of Handwriting Expertise.* Poster session: *Daubert.* 2004, Anaheim, CA: Pre-conference: *Daubert and Handwriting Expert.* Conference: *Kumho Case.* Poster session: *INS Case.* 2006, aboard Mariner of the Seas: *You're a what? Featuring techniques for inoculating the jury (including CD).*
- Presented workshop, *Qualifications Impeachment,* ABFHA 1993 Conference.
- 1995 IGS-AFDE Joint Conference: *A Protocol for Research in Disguised Handwriting as Illustrated by Slant.*
- 1995 AHAF Symposium: *The Physiology of Handwriting, a Half-day Workshop.*
- 1997 Vanguard Conference: *Physiology of Handwriting Exemplified by Writer's Cramp.*
- 1998 Vanguard Pre-Conference: *Speed in Handwriting.* An all-day intensive.
- 1999 AAHA/AHAF Joint Conference, Post-Conference Workshop: *Physiological and Psychological Foundations* [of the production of handwriting]: *Forensic Applications.*
- 2002 AHAF Nor Cal Seminars: *Health and Handwriting.* March: *Toomey's 25 Health Clues.* April: *Review of Research Published in Medical Literature.*
- 2003 AAHA/AHAF Joint Conference: *Alzheimer's and Handwriting; Linguistic Changes in the Normal Elderly* [based on two forensic cases and research in academic literature].

## LISTINGS:
- *Forensic Register of Expert Consultants,* Bar Association of San Francisco.
- *Who's Who in Finance and Industry, 30th Edition,* Marquis Who's Who, Publishers.
- And others.

## PUBLICATIONS:
- *Forgery: Detection and Defense; a Guidebook for the Legal Professional, 1988.*
- *QDE Index: Periodical Articles in English on Document Examination...., 2003 ed.*
- *Oh, My aching arm: The cause and cure of general writer's cramp, 1997.*

PUBLICATIONS, CONTINUED:
- *Testing the Reliability of Expert Opinions in Texas: Guidelines from Kelly, du Pont/Daubert and Their Progeny, 2004.*
- STUDIES IN QUESTIONED DOCUMENTS. 1. *Photocopies in Document Examination.* 2. *Exorcism of Ignorance; a Reply From a Handwriting Expert.* 2nd ed: *In the Exercise of Ignorance: Replies to the Critics of Handwriting Expertise.* 3. *Logged Entries: Made Separately or Sequentially?* 4. *Exemplars for Comparison.* 5. *Health and Handwriting, an Annotated Bibliography.* 3rd ed. 6. *Employing and Examining of the Expert.* 7. *Reliability Testing of Expert Handwriting Opinions.* 8. *Signature Disguise by Change of Slant.* 9. *Examination of Russian Birth Certificates.*
- Also published in more than a dozen professional journals and periodical publications, including: *Journal of the National Association of Document Examiners; Journal of Forensic Identification; San Francisco Attorney Magazine; Scientific Sleuthing Review; International Journal of Forensic Document Examiners; Practical Litigator.*
- "Indagine Critica Sulla Datazione Della Pasta Biro," pages 204-209 in *Carta & Inchiostri: Tecniche di Accertamento,* Pacifico Cristofanelli e Silvio Lena, editors, Ancona, Italy, AGI, 1999. [Translation of "Dating Ballpoint Inks: A Survey and Critique."]
- Other writings in the field, published and unpublished. The published books and monographs have been marketed to professionals nationally and internationally.
- Published works in other fields.
- NOTE: List of professional publications available upon request.

EDUCATION:
- Saint Francis College, El Cajon, CA, 1952-54. Liberal arts, science.
- Immaculate Heart Seminary, University of San Diego, San Diego, CA, 1954-60. Courses included Philosophy, Logic, Rational Psychology, History, Rhetoric.
- Immaculate Heart College, Los Angeles, CA. MALS, June 1963.
- San Diego State College, San Diego, CA, 1962-63. Graduate studies, Political Science.
- 1979-80 privately instructed by Rose Toomey, author of *HEALTH CLUES IN HANDWRITING.*
- Seminar on the handwriting of criminals, conducted by Ted Widmer.
- Third Annual Conference for Testifying & Consulting Experts, San Francisco, 1996. Sponsored by Council for the Advancement of Science in Law. Also pre-conference symposium: *Preparing for Cross-Examination: Developing 'Active Listening' Skills.*
- Professional Education Systems, Inc., *California Evidence Workshop,* San Francisco, CA, December 21, 1996.
- Oregon Criminal Defense Lawyers Association, Winter Conference, *Expert Witnesses,* December 5-6, 1997, Portland, OR. *Dynamic Cross-Examination,* James H. McComas, December 3-4, 1999, Portland, OR.
- American Academy of Forensic Sciences, Annual Meetings: February 1998, San Francisco, CA. Saturday: Jurisprudence Section, *Erroneous but Convincing: The Courtroom Impact of Evidence Shaping*; February 2000, Reno, NV; February 2001, Seattle, WA; February 2005, New Orleans, LA; February 2007, San Antonio, TX.

## EXHIBIT YA, Page 3 of 4

EDUCATION, CONTINUED:
- Vanguard Post-conference, Forensic Document Examination, April 9, 2000, presented by Judith A. Housley.
- National Association of Document Examiners, May 19-21, 2005, Quebec, Canada.
- *Adobe Photoshop and Document Examination*, intensive workshop by Gary Herbertson, July 16-17, 2005, Berkeley, CA.
- *Expert Witness Testimony that Wins*, presented by Phil Walker, JD, sponsored by Forensic Expert Witness Association, Hyatt Regency, San Francisco Airport, September 16, 2006.
- On-going research in the legal, forensic and academic literature.
- Primary research in methods of disguise, writing with the opposite hand, and others.
- Attendance at conferences at which I have presented.  See "Classes and Lectures."

SPECIAL RESOURCES:
- Personal collection of more than 8,000 books, monographs and papers in handwriting science, document examination and case law, along with current subscriptions.
- Developed proprietary databases of approximately 11,500 citations to forensic, academic and legal periodicals and to case reporters.  This is an on-going project.
- NADE and AHAF have lending libraries of professional literature for members.
- Microphotography.
- Optics such as stereoscopic microscope and other standard tools.
- Specialized equipment such as Kinderprint Indentation Materializer (equivalent of ESDA), Video IR and UV, various filters, cameras, magnifiers.
- Association with professionals having specialized skills and equipment so that unique or unusual requests can be referred to highly qualified colleagues.

MEMBERSHIPS:
- National Association of Document Examiners (NADE).  Chairman of 1993 Conference in San Francisco.  Currently, Parliamentarian and Member of Certification Committee.
- The Expert Witness Institute, London, England.
- American Handwriting Analysis Foundation (AHAF), an international organization based in San Jose, CA.  Foundation Librarian and member of the Board.
- International Graphonomics Society, Society for the Science and Technology of Handwriting, headquartered at University of Nijmegen, The Netherlands.
- Special Member, Vidocq Society, Philadelphia, PA.
- The American Society for Testing and Materials.  Member, Committee E-30 on Forensic Sciences.
- American Association for the Advancement of Science.
- Forensic Expert Witness Association

REFERENCES:
Available upon request.                                    (03-20-07)


EXHIBIT YA, Page 4 of 4

# COVER SHEET

# EXHIBIT YB

# PROFESSIONAL PUBLICATIONS OF

# MARCEL B. MATLEY

# EXAMINER OF DOCUMENTS AND HANDWRITING

## PERIODICAL ARTICLES:  LEGAL JOURNALS

1. AT ISSUE.  SAN FRANCISCO ASSOCIATION OF LEGAL ASSISTANTS.  18:17+, June, 1991.
   Photocopies: traps for the too trusting.

2. CALIFORNIA PARALEGAL MAGAZINE.  3:10-11, July-Sept. 1991.
   So you never saw a forgery...or you just never caught it.

3. CALIFORNIA PARALEGAL MAGAZINE.  3:15-7, Oct.-Dec. 1991.
   Clues to authorship of the anonymous letter.

4. NATIONAL PARALEGAL REPORTER.  Vol. 17, #2, Winter 1992.
   Preventing fraud with personal checks.
   NOTE:  I have not seen the published version of this paper nor do I have a copy of the issue it appeared in.  The above information is from the Internet.

5. PRACTICAL LITIGATOR.  13:21-33, September 2002.
   Using and cross-examining handwriting experts.

6. THE RECORDER.  120:1+, Jan. 29; 120:3, Feb. 23, 1996.
   A trail of ink; how forensic experts provide hard evidence of doctored documents.  [Letter to the editor]

7. SAN FRANCISCO ATTORNEY'S MAGAZINE.  1994:5-6, April-May 1994.
   More on forensic document examiners.  [Letter to editor]

8. SAN FRANCISCO ATTORNEY'S MAGAZINE.  25:20-2, Feb.-March, 1999.
   The expert ambush:  How to hold off your opponent until the cavalry arrives.
   [Reproduced by permission of The Magazine in www.ExpertPages.com/news, in June 1999.]

///////

# EXHIBIT YB:  PAGE 1 OF 6 PAGES

PERIODICAL ARTICLES:  FORENSIC JOURNALS

9.  EWITNESS.COM.  ARTICLES.  Oct. 19, 2001.
    Deposition of experts:  Q & A.  Illustrated as with handwriting experts.  Co-authored with Robert J. Phillips.

10.  FORENSIC EXPERT WITNESS ASSOCIATION NEWSLETTER.  2004:3, 15-16, Summer 2004.
    Handling the handwriting expert (or any other expert).

11.  INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  3:103, April-June 1997.
    Letter to the editor.

12.  INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  3:105-13, April-June 1997.
    Forensic handwriting identification:  Is it legally a science?  A review of court cases which hold handwriting examination to be a science.

13.  INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  5:146-74, Jan-Dec. 1999.
    Case citations relating to court ordered exemplars and disguise of same as contempt of court and obstruction of justice:  a discussion and interpretation.

14.  JOURNAL OF FORENSIC IDENTIFICATION.  42:189-91, March-April 1992.
    Standardization of terminology for slant in handwriting.  [Letter to editor]

15.  JOURNAL OF FORENSIC IDENTIFICATION.  44:617-8, Nov.-Dec., 1994.
    Letter.  Re:  "Eye-hand coordination:  The logic of questioned document examination."

16.  THE JOURNAL OF QUESTIONED DOCUMENT EXAMINATION.  8:19-22, Winter 2000.
    The 1-to-1 adapter lens.  A technical paper.

17.  JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS.  12:15-8, Feb. 1991.
    The law of document examination.  [Legal research]

18.  JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS.  17:15-27, Spring 1995.
    The graphologist as expert witness; a survey of some reported cases.

# EXHIBIT YB:  PAGE 2 OF 6 PAGES

19. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 17:28-33, Spring 1995.

A case report. {Scott Doe et al. v. Kohn, Nast & Graff} By Robert J. Phillips. NOTE: Marcel B. Matley was the unnamed author of the section on case law.

20. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 19:12-23, Spring 1996.

A case of Chinese handwriting.

21. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 19:1-9, Dec. 1996.

Vox poluli or a graphic ventriloquist? A case report of disguised signatures. Co-authored with Jacqueline Joseph.

22. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:1-5, Spring 1998.

The making of one's own exemplars; the post litem motam rule as illustrated by California.

23. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:15-30, Spring 1998.

The Vincent Foster "Suicide note." Did Strategic Enterprises' purported experts prove it forged?

24. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:5-11, Winter 1998.

How to prove a genuine signature is forged while trying to prove it to be genuine. A study in the multiplication rule of probability theory.

25. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 22:11-15, Fall 1999.

Comparison of handwriting in Federal court by the trier of fact.

26. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 22:11-15, Fall 1999.

Handwriting research: Cast a wide net. [Annotating selection of scientific papers on handwriting from *American Journal of Occupational Therapy.*]

27. NATIONAL DOCUMENT EXAMINER. 2:11-18, 1992.

The difference a difference makes: Variations in handwriting identification.

28. NATIONAL DOCUMENT EXAMINER. 2:26-9, 1992.

Questioned document case #2.

# EXHIBIT YB: PAGE 3 OF 6 PAGES

29. SCIENTIFIC SLEUTHING REVIEW. 18:9, Summer 1994.
   Touting the good. [Letter to editor on dating inks]

30. SCIENTIFIC SLEUTHING REVIEW. 23:17, Spring 1999.
   Letters to the Editor. [Cites and quotes review of Dines, "Document Examiner Textbook," jointly authored with Katherine Koppenhaver and published in "Communique" of January 1999.

31. SCIENTIFIC SLEUTHING REVIEW. 28:11, Fall 2004.
   Book review. "Expert witness handbook...," Dan Poynter, Santa Barbara, CA; Para Publishing, 2005, 3rd ed.


PERIODICAL ARTICLES:  OTHER JOURNALS

32. AHAF JOURNAL. 31:1, 8-9, 12, Nov.-Dec. 1998.
   The dilemma of ataxic handwriting.

33. COMMUNIQUE: The Newsletter of the National Association of Document Examiners. Various issues.
   NOTE:  These are small items and snippets of information of sundry kinds.  This publication is of a topical and ephemeral nature, and I do not retain a file of it nor a list of my various contributions except for my formal articles which are listed below.

34. COMMUNIQUE. 11:3, November 2001.
   Book review. *Questioned documents, a lawyer's handbook*, by Jay Levinson.

35. COMMUNIQUE. 15:3, September 2005.
   Book review. *Alpha Beta:  How 26 letters shaped the Western World*, by John Man.

36. COMMUNIQUE. 17:3, Winter 2007.
   Book review. *Forgery:  Consulting Science Experiments*, by Kenneth G. Rainis.

37. EWITNESS.COM. ARTICLES.  Site M, 10/19/2001.  6 pages.
   Deposition of Experts:  Q&A.  Illustrated as with handwriting experts.  Co-authored with Robert J. Phillips.

38. INTERNATIONAL HANDWRITING ANALYSIS REVIEW. 1:40, Spring 2002.
   Book review: *Alpha beta:  How 26 letters shaped the Western World.*  John Man.


# EXHIBIT YB:  PAGE 4 OF 6 PAGES

39. THE VANGUARD. 1998:10, October-December, 1998.
    Book review: *Document Examiner Textbook*, by Jess E. Dines.

40. THE VANGUARD. 2002:6-7, January-March, 2002.
    Government vs graphologically trained document examiners.

41. VIDOCQ JOURNAL. 9:1+, February, 1998.
    Murders they wrote.

42. VIDOCQ JOURNAL. 9:6, May 1998.
    Letter to the editor. [Regarding the Jon Benet Ramsey Murder Case]


NOTE: One or more other papers are under submission to journals or are in various stages of preparation. Letters and papers have been submitted to journals which never replied as to acceptance or rejection, so there may be published materials I am unaware of.

BOOKS AND MONOGRAPHS

43. Check forgery, a simple guide. San Francisco, Handwriting Services of CA, 1988.

44. Forgery: Detection and defense. A guidebook for legal professionals. Handwriting Services of California, San Francisco, 1988.

45. Oh, my aching arm! The cause and cure of general writer's cramp. A monograph in the physiology of handwriting. San Francisco, Handwriting Services of California, 1997.

46. QDE Index: Periodical articles in English on document examination, handwriting expertise and expert testimony. [Formerly: Witnessing to the truth of documents.] First edition, 1990, San Francisco, Handwriting Services of California. Latest edition 1997.

47. Studies in questioned documents, Number One: Photocopies in document examination. San Francisco, CA, Handwriting Services of California, 1990.

48. Studies in questioned documents, Number Two: Exorcism of ignorance; a reply from a Handwriting expert. San Francisco, CA, Handwriting Services of California, 1990. Second edition titled: "In the Exercise of Ignorance: Replies to the Critics of Handwriting Expertise."

49. Studies in questioned documents, Number Three: Logged entries: Made Separately of sequentially? San Francisco, CA, Handwriting Services of California, 1990.


# EXHIBIT YB:  PAGE 5 OF 6 PAGES

50. Studies in questioned documents, Number Four: Exemplars: Genuine samples for comparison with questioned writings and documents. San Francisco, CA, Handwriting Services of California, 1990.

51. Studies in questioned documents, Number Five: Health and handwriting; an annotated bibliography of forensic, legal and med/psych periodical literature. Third edition, much enlarged. San Francisco, CA, A and M Matley, 2000.

52. Studies in questioned documents, Number Six: Document examination; the employing and examining of the expert. San Francisco, CA, Handwriting Services of California, 1992.

53. Studies in questioned documents, Number Seven: Reliability testing of expert handwriting opinions. San Francisco, CA, Handwriting Services of California, 1992.

54. Studies in questioned documents, Number Eight: Signature disguise by slant. San Francisco, CA, Handwriting Services of California, 1992.

55. Studies in questioned documents, Number Nine: Examination of Russian birth certificates and answering QD experts at the Immigration and Naturalization Service. San Francisco, CA, A & M Matley, 2002. [Issued in limited edition of 30 numbered copies.]

56. Testing the Reliability of Expert Opinions in Texas: Guidelines from Kelly, du Pont/Daubert and Their Progeny, San Francisco, CA, A & M Matley, 2004.


NON-PRINT MEDIA

57. Complete Defeat for Foes of FDE: The Courts Have Spoken. CD, 2006. [Limited edition of 100 copies for complementary distribution.]

58. You're a what? Featuring Techniques for Inoculating the Jury. CD, 2006. [Limited edition of 40 copies for distribution at 2006 NADE Conference.]


CONTRIBUTIONS TO BOOKS AND MONOGRAPHS

59. Carta & Inchiostri; tecniche di accertamento. A cura di Pacifico Cristofanelli e Silvio Lena. 1999, AGI, Ancona, Italy.
        Pages 204-209: Indagine critica sulla datazione della pasta biro. Traduzione e adattamento de Silvio Lena. [Original English title: "Dating ballpoint inks; a survey and critique."]

(03-02-07)

# EXHIBIT YB: PAGE 6 OF 6 PAGES

# COVER SHEET

# EXHIBIT YC

# TESTIMONIES OF MARCEL B. MATLEY

# AS AN EXAMINER OF DOCUMENTS AND HANDWRITING

# FOR LAST FOUR YEARS

- Court testimony: Hearing on Motion to Suppress, February 19, 2004, *United States vs. Welch*, U.S. District Court for the District of Colorado, Denver, CO., Criminal Case No. 03-CR-452-MK, The Honorable Marcia S. Krieger, Judge presiding. Called by Defendant.
- Court testimony, February 24, 2004, I/M/O *Estate of Nancy M. Fisher, Fisher and Tell vs. Fisher*, Docket No. 135278, Superior Court of New Jersey, Chancery Division, Ocean County, Probate Part, The Honorable Marlene Lynch Ford, Judge presiding. Called by Plaintiffs.
- Deposition, March 09, 2004, *Garcia vs. Garcia*, Superior Court, Modesto, CA, Case Number 316642. Retained by Plaintiff.
- Court testimony: March 30, 2004, *INS/FDL Case Number 9801381*, Federal Immigration Court, San Francisco, CA, The Honorable Brian A. Simpson, Judge presiding. Called by Respondent.
- Court testimony: June 16, 2004, *Creditor's Trade Association, Inc., vs. Larman, et al.*, Case Number MCV 176180, The Honorable Knoell Owen, Judge presiding. Called by Plaintiff.
- Court testimony: June 22, 2004, *Ly vs. Hendricks, et al.*, Superior Court, San Francisco, CA, Case Number CUD-04-609990, The Honorable A James Robertson, II, Judge presiding. Called by Plaintiff.
- Deposition, August 24, 2004, *Garza vs. --*, San Francisco Superior Court, Case Number --. Retained by Respondent.
- Court testimony: August 25, 2004, *Estate of Raleigh A. Peppers*, Superior Court, Oakland, CA, Case Number --, The Honorable William A. McKinstry, Judge Presiding. Called by Petitioner.
- Court testimony: January 20, 2005, *Estate of Refujia Telles Garcia, Garcia vs. Garcia*, Superior Court, Modesto, CA, Case Nos. 335731, 316642, The Honorable John E. Griffin, Jr., Judge presiding. Called by Contestant.
- Court testimony: March 17, 2005, *Alfaro vs. Aragon, et al.*, Superior Court, Modesto, CA, Case No. 311351, The Honorable Roger M. Beauchesne, Judge presiding. Called by Plaintiff.
- Court testimony: June 08, 2005, *Orellana vs. Orellana*, Superior Court, Redwood City, CA, Case No. CIV 435508, The Honorable Carl W. Holm, Judge presiding. Called by Defendant.
- Deposition: August 22, 2005, *Proctor, et al., vs. Annavajjhala, et al.*, Dallas County, TX, Cause No. DV-03-07105-D. Retained by Plaintiff. Deposition taken in San Francisco, CA.

# EXHIBIT YC:  PAGE 1 OF 2 PAGES

- Court testimony: September 23, 2005, *Bereday and La Miriage, Inc., vs. Keehi Memorial Organization, et al.*, Circuit Court, First Circuit, Honolulu, HI, The Honorable Randal Lee, Judge presiding. Called by Plaintiff.
- Court testimony: September 30 and October 03, 2005, *U.S. vs. Serfling*, U.S. District Court, Northern District of Illinois, 03-cr-00300, The Honorable Matthew F. Kennelly, Judge presiding. Called by Defendant.
- Court testimony: December 06, 2005, in limine hearing, *People vs. Hamlin*, El Dorado County Superior Court, Placerville, CA, Case No. --, The Honorable Eddie T. Keller, Judge presiding. Called by Defendant.
- Court testimony: April 20, 2006, *INS/FDL Case Number A95-394-404, Respondent* [Identity confidential], Federal Immigration Court, San Francisco, CA, The Honorable Polly A, Webber, Judge presiding. Called by Respondent.
- Arbitration: *Williams vs. Haynes*, Bar Association of San Francisco, No. 06.003, June 16, 2006. Retained by Petitioner.
- *Gonzales vs. Burdg, et al.*, Superior Court, County of Stanislaus, Modesto, CA, Case Number 375050. Retained by Plaintiff.
  - Deposition: September 14, 2006.
  - Court testimony: October 24, 2006, the Honorable David G, Vander Wall, Judge presiding.
- Court testimony: October 03, 2006, *Kakkar vs. City Ventures, Inc., et al.*, Superior Court, Oakland, CA, The Honorable Gordon Baranco, Judge presiding.
- Court Testimony: November 02, 2006, *People vs. Shannon*, Superior Court, County of Stanislaus, Modesto, CA, Case Number (?), the Honorable John G. Whiteside, Judge presiding. Retained by Defendant.
- Court Testimony: December 11, 2006, *Devereax vs. Clontz*. Superior Court, County of Santa Clara, San Jose, CA, Case Number CV 060715, the Honorable Mary Jo Levinger, Judge presiding. Retained by Plaintiff.
- Arbitration: January 9 and 10, 2007, *Levin vs. Gooch, et al.*, National Association of Security Dealers, New York, New York. Cross-examination continued to February 5, 2007. Retained by Plaintiff.
- Deposition: February 14, 2007, *Valencia vs. Sardinha, et al.*, Superior Court, County of Santa Clara, Case No. 1-06-CV-063147. Retained by Plaintiff.
- Arbitration: April 02, 2007, *4902 Kahala LLC, et al. vs. Sakatani, et al.; 1LC-05-0019 GWBC*, Honolulu, HI. Retained by Plaintiff.

(04-24-07)

# EXHIBIT YC:  PAGE 2 OF 2 PAGES

# COVER SHEET

# EXHIBIT YD

# A & M Matley

## Examiner of Documents & Handwriting

MARCEL B. MATLEY
BOARD CERTIFIED, NADE
PUBLICATIONS, SEMINARS
www.handwritingexpertsofcalifornia.com

(3092 ARMY STREET, 94110)
POST OFFICE BOX 882401
SAN FRANCISCO, CA 94188

PHONE: (415) 753-2832
FAX: (415) 753-3346
TOLL FREE: 1-800-367-8403
E-MAIL: MMATLEY@AOL.COM

# MARCEL B. MATLEY

# EXAMINER OF QUESTIONED DOCUMENTS

# FEES FOR SERVICES

BASIC FEE: $175 per hour plus expenses, for new cases as of
August 01, 2005.

$350 non-refundable, initial retainer, for two-hour
minimum.

$50 per hour during required travel, plus costs.

TESTIMONY FOR ATTORNEY/CLIENT:

$175 per hour, plus expenses.

DEPOSITIONS:  $175 per hour, with prepayment for expected time required.
Unused balance to be refunded; excess charges to be
invoiced.

TERMS:  Responsible party is the law firm or individual attorney,
unless specified otherwise.

Invoices payable net upon receipt. Unpaid amount subject to
charge of 1.5% per month (18% APR.).

(09-11-06)

# EXHIBIT YD

# EXHIBIT X

Regular type = On letterhead for that entity. Italic type = Indications are same person's signature. Square brackets [] = Signatory identified with other entity than association of document with the entity. X-A through X-F = Signatories whose names cannot be identified in documents examined.

| ENTITY | Grant Brown | David A. Chalmers-Hunt | John H. Perkins | X-A | X-B | X-C (Melvyn Kalman) | X-D | X-E |
|---|---|---|---|---|---|---|---|---|
| CN Limited (CNL) | | | | CNL 01; CNL 02; CNL 03 [ET 05; ET 07; ET 10] | CNL 04; CNL 05; CNL 06 [ET 05; ET 07; ET 10] | | | CNL 02; C... |
| Derard Limited (DL) | DL 01; DL 02; DL 03; DL 04; DL 05 [RL 07] | | | DL 01; DL 02; DL 03; DL 04; DL 05 [ET 04; ET 07] | DL 06; DL 07; DL 08; DL 09; DL 10 [ET 04; ET 06; ET 09] | | [RL 07; RL 08] | |
| Equity Trust 1 (ET) | ET 01; ET 02; ET 03 | | | ET 04; ET 05; ET 06; ET 07; RT 09; ET 10 | ET 04; ET 05; ET 06; ET 07; ET 08; ET 09; ET 10; ET 11 | | | |
| Ryburn Limited (RL) | RL 07; RL 05 [DL 05; ET 03] | RL 05; RL 06 | RL 01; RL 02; RL 03; RL 04 | [DL 05; ET 09] | [DL 10; ET 09] | RL 05; RL 06 | RL 07; RL 08 | |
| Wesley Secretaries Limited (WSL) | | WSL 02 [RL 05; RL 06] | WSL 01 (twice); WSL 02 | | | WSL 01 | | |
| Crossgar Limited (CL) | [DL 01; DL 02] | [RL 06] | | [DL 01; DL 02; ET 04; ET 06] | [DL 06; DL 07; ET 04] | [RL 06] | | |
| Tanvrin Holdings Limited (JHL) | [DL 03; DL 04] | [RL 06] | | [DL 03; DL 04; ET 06] | [DL 08; DL 09; ET 06] | [RL 06] | | |

that entity. Italic type = Indications are same person's signature. Square brackets [] = Signatory identified with other entity than that of letterhead or other with the entity. X-A through X-F = Signatories whose names cannot be identified in documents examined.

EXHIBIT X

| Entity | | | | | | |
|---|---|---|---|---|---|---|
| David A. Chalmers-Hunt | [RL 06] | [RL 06] | WSL 02 [RL 05; RL 06] | RL 05; RL 06 | | |
| John H. Perkins | | | WSL 01 (twice); WSL 02 | RL 01; RL 02; RL 03; RL 04 | | |
| X-A | [DL 03; DL 04; ET 06] | [DL 01; DL 02; ET 04; ET 06] | [DL 05; ET 09] | ET 04; ET 05; ET 06; ET 07; RT 09; ET 10 | DL 01; DL 02; DL 03; DL 04; DL 05 [ET 04; ET 07] | CNL 01; CNL 02; CNL 03 [ET 05; ET 07; ET 10] |
| X-B | [DL 08; DL 09; ET 06] | [DL 06; DL 07; ET 04] | [DL 10; ET 09] | ET 04; ET 05; ET 06; ET 07; ET 08; ET 09; ET 10; ET 11 | DL 06; DL 07; DL 08; DL 09; DL 10 [ET 04; ET 06; ET 09] | CNL 04; CNL 05; CNL 06 [ET 05; ET 07; ET 10] |
| X-C (Melvyn Kalman) | [RL 06] | [RL 06] | WSL 01 | RL 05; RL 06 | | |
| X-D | | | | RL 07; RL 08 | | [RL 07; RL 08] |
| X-E | | | | | | CNL 01; CNL 02; CNL 03 |
| X-F | | | | ET 08 | | |