HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**<br><br>**Defendants.** | Case No.<br><br>**EXHIBIT B:**<br><br>**CORRESPONDENCE BETWEEN NINE EQUITY ENTITIES TO DEFEAT FEDERAL COURT ORDER** |

Example of inner workings of the Equity Trust intricate corporate network targeted to defeat a US Federal court order.

Nine fictitious letters from / and to / fictitious corporations with:

- same anonymous signature,
- all on the same day,
- from and to the same address.

HILSENRATH V. CANDOVER, EQUITY ET AL.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

---

11th April 2007

**URGENT**

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "*...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

EQ Nominees (Jersey) Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15[th] floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Crossgar Limited

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Crossgar Limited

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

---

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Ryburn Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANVRIN HOLDINGS LTD, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> DR. OLIVER HILSENRATH, et al., <br><br> Defendant(s). | No. C02-1068 CW (BZ) <br><br> **ORDER SCHEDULING HEARING** |
| OLIVER HILSENRATH and HANA HILSENRATH, <br><br> Counterclaimants, <br><br> v. <br><br> JANVRIN HOLDINGS LTD., et al., <br><br> Counterdefendants. | |

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on counterclaimants' motion for default judgment is set for **Wednesday, May 2, 2007, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San

1

1  Francisco, California, 94102.
2      Counterclaimants should be prepared to clarify the legal
3  bases for their claims.  A threshold issue in awarding a
4  default judgment is determining whether the well pleaded
5  factual allegations of the counterclaim establish
6  counterdefendants liability on a valid legal claim.  The
7  difficulty here is that the counterclaim contains more
8  conclusory allegations than factual allegations.  For example,
9  the only named counterdefendants are Janvrin Holdings Limited,
10 Crossgar Limited, and Ryburn Limited.  They are described as
11 shell companies held in a discretionary trust of which Equity
12 Trust is trustee.  The trust document is not attached and
13 there is no factual explanation of what counterclaimants mean
14 by shell company or discretionary trust.  The bulk of the
15 factual allegations in the counterclaim are directed against
16 Equity Trust, which is not named as a counterdefendant.  The
17 counterclaim does not explain factually on what basis the
18 shell companies can be held liable for the acts of the trustee
19 and the papers filed in support of the motion for default
20 judgment do not explain as a matter of law why such liability
21 exists.  Accordingly, the Hilsenraths should be prepared at
22 this hearing to explain what facts alleged in the counterclaim
23 establish each counterdefendant's liability.
24     Counterclaimants should also be prepared to prove their
25 damages by competent testimony or other admissible evidence.
26 If they intend to prove damages by affidavits or declarations,
27 the affiant or declarant should have personal knowledge of all
28 matters to which she testifies.  For all evidence, a proper

2

1 | foundation must be established. For an explanation of the
2 | evidentiary requirements for proving damages in a default
3 | case, the parties are encouraged to consult Chapter Six of
4 | *Civil Procedure Before Trial* by William W. Schwarzer, A.
5 | Wallace Tashima, and James M. Wagstaffe.
6 |     Counterdefendants should attend the hearing if they
7 | contest the validity or amount of the claim. Seven days
8 | before the hearing, on **Wednesday, April 25, 2007,**
9 | counterclaimants shall file a declaration setting forth in
10 | detail all steps taken to serve counterdefendants with notice
11 | of this hearing.
12 | Dated: March 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HILSENRATH\ORDER.Sch.Heearing.wpd

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of CN Limited

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of CN Limited

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel   +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 11 April 2007

**URGENT**

Dear Sir

### Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath – Case No. C02 1068 CW

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 11 April 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998
Registration No. 57583