HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HANA HILSENRATH AND OLIVER HILSENRATH,**

**Plaintiffs,**

**v.**

**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**

**Defendants.**

**Case No. 3:07-cv-3312 CRB**

**DECLARATION OF HANA AND OLIVER HILSENRATH RE PROOF OF SERVICE ON ALL DEFENDANTS PURSUANT TO HAGUE CONVENTION**

**Judge: Hon Charles R. Breyer**

We, Hana and Oliver Hilsenrath, plaintiffs *in pro per* declare the following to be true under penalty of perjury:

All defendants in this case were successfully served with the following documents according to the rules of service of documents of the Hague Convention:

1. Summons
2. Complaint and Exhibits A, B & C
3. Order setting initial case management conference
4. Filing Instructions
5. ECF Registration Handout
6. Notice of availability of Magistrate Judge
7. ADR Procedures

Pursuant to Article 10(a) of The Hague Service Convention the United Kingdom, Netherlands, Luxembourg, Jersey/GB, Hong Kong and Bermuda[1], where defendants have their offices, have all permitted service by international registered mail.

All recipients acknowledged receipt of documents on or before July 3, 2007.

In Attachment to this declaration -- a true copy of a Federal Express tracking report attesting to the receipt of documents by each and all defendant/s.

This representation is made to the Court pursuant to Federal Rules Civil Procedure 4 (l).

Dated: July 3, 2007

Respectfully submitted,

/s/ HANA HILSENRATH

/s/ OLIVER HILSENRATH

/Attachments/

[1] The United Kingdom Hague Convention jurisdiction was extended to Jersey, Hong Kong and Bermuda.



The following list contains shipments you have processed using FedEx Ship Manager at fedex.com in the past 45 days. You can sort or modify the results, or you can select a shipment to track, view details, copy to Fast Ship, cancel or reprint.

Display shipments for past 5 days Sort history by Ship Date Sort Entries per page 10

Page 1 of 1

| Ship date | Company | Contact name | Destination | Tracking number |
|---|---|---|---|---|
| Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | PHIL AUSTIN | EQUITY TRUST HOUSE ST HELIER, JERSEY JE48XY GB | 790279344390 |
| Jun 26 2007 | JARDINE MATHESON HOLDINGS LTD | A.J.L. NIGHTINGALE | 48TH FLOOR - JARDINE HOUSE HONG KONG HK | 790770912023 |
| Jun 26 2007 | THE KEY GROUP | JOHN PERKINS | HILGROVE HOUSE ST HELIER JE48SU GB | 791713033119 |
| Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | GRANT BROWN | EQUITY TRUST HOUSE ST HELIER, JERSEY JE48XY GB | 798206296493 |
| Jun 26 2007 | WALBROOK JERSEY | MELVYN KALMAN | LORD COUTANCHE HOUSE ST HELIER JE45PS GB | 798206298886 |
| Jun 26 2007 | CANDOVER INVESTMENTS PLC | GERRY GRIMSTONE | 20 OLD BAILEY LONDON EC4M7LN GB | 798206300170 |
| Jun 26 2007 | INSINGER DE BEAUFORT | IAN KANTOR | 537 HERENGRACHT AMSTERDAM 1017BV NL | 799165586894 |
| Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | CAROLINE BOUGEARD | EQUITY TRUST HOUSE ST HELIER, JERSEY JE48XY GB | 799665383117 |

Page 1 of 1

Copy to Fast Ship profiles | Cancel shipment | Download | Track shipment | View shipment details

Reprint

Enter any combination of up to 30 FedEx tracking numbers (one per line). To track by reference number or RMA number, enter a reference number or an RMA number for shipments processed on your FedEx Ship Manager at fedex.com user ID.

Track by Tracking Number

Date range Start Start Date End End Date

Track by recipient Select recipient

Track exceptions only

Track

Track

Ground end of day close | Print additional manifest

**Please Note**

Reprint function is not available for FedEx Ground shipments.
Do not use Fast Ship when you want to use a special feature like Saturday Pickup, Saturday Delivery, Dangerous Goods, or Dry Ice. For a complete list, see the Fast Ship Help section.



FedEx

July 3,2007

Dear Customer:

Per your request, proof of delivery letters are being provided for the following shipments:

**790279344390**
**790770912023**
**791713033119**
**798206296493**
**798206298886**
**798206300170**
**799165586894**
**799665383117**

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx. We look forward to working with you in the future.
FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790279344390**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER, JERSEY |
| **Signed for by:** | R.SMITH | **Delivery date:** | Jun 29, 2007 11:08 |
| **Service type:** | *Priority Envelope* | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790279344390 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ST HELIER, JERSEY GB | DANVILLE, CA US |
| **Reference** | HILS V. EQHARB SERV |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
*Module H, 4th Floor*
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790770912023**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | HONG KONG |
| **Signed for by:** | S.YEUNG | **Delivery date:** | Jul 3, 2007 11:56 |
| **Service type:** | *Intl Economy Envelope* | | |

Signature images are not available for display for shipments to this country.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790770912023 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
HONG KONG HK

**Shipper:**
DANVILLE, CA US

**Reference** HILS V EQ JARDINE

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791713033119**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER |
| **Signed for by:** | .FIONA | **Delivery date:** | Jul 2, 2007 14:35 |
| **Service type:** | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 791713033119 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ST HELIER GB | DANVILLE, CA US |
| **Reference** | HIL V EQ PER |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339




FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206296493**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER, JERSEY |
| **Signed for by:** | M.CADEL | **Delivery date:** | Jul 2, 2007 13:50 |
| **Service type:** | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 798206296493 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
ST HELIER, JERSEY GB

**Shipper:**
DANVILLE, CA US

**Reference** HILS V. EQHARB SERV GB

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206298886**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER |
| **Signed for by:** | S.DOYLE | **Delivery date:** | Jul 2, 2007 14:33 |
| **Service type:** | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 798206298886 | **Ship date:** | Jun 2, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
ST HELIER GB

**Shipper:**
DANVILLE, CA US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
*Module H, 4th Floor*
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

*Telephone:* 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206300170**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | LONDON |
| **Signed for by:** | J.TIMMS | **Delivery date:** | Jul 2, 2007 10:39 |
| **Service type:** | *Intl Economy Envelope* | | |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 798206300170 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
LONDON GB

**Shipper:**
DANVILLE, CA US

**Reference** HIL V. EQ CANDOVER

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
*Module H, 4th Floor*
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

*Telephone: 901-369-3600*

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799165586894**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | AMSTERDAM |
| **Signed for by:** | .MARK | **Delivery date:** | Jul 2, 2007 11:27 |
| **Service type:** | *Intl Economy Envelope* | | |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 799165586894 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
AMSTERDAM NL

**Shipper:**
DANVILLE, CA US

**Reference** HIL V. EQ INSINGER

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
*Module H, 4th Floor*
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

*Telephone:* 901-369-3600

July 3,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799665383117**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER, JERSEY |
| **Signed for by:** | M.CADEL | **Delivery date:** | Jul 2, 2007 13:50 |
| **Service type:** | *Intl Economy Envelope* | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799665383117 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
ST HELIER, JERSEY GB

**Shipper:**
DANVILLE, CA US

**Reference**

HILS V. EQHARB SERV CBOU

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339