DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | Case No.: 3:07-CV-03312 CRB <br><br> **DECLARATION OF CHARLES HARRY WILKEN IN SUPPORT OF DEFENDANT JARDINE MATHESON HOLDINGS LIMITED'S MOTION TO DISMISS** <br><br> [F.R.Civ.P. 12(b)(2) AND (b)(5)] <br><br> Date: August 31, 2007 <br> Time: 10:00 a.m. <br> Place: Courtroom 8 <br> Judge: Honorable Charles R. Breyer <br><br> Complaint Filed: June 25, 2007 |

I, CHARLES HARRY WILKEN, hereby declare as follows:

1.  From September 5, 1995 through the present, I have been the Company Secretary of defendant Jardine Matheson Holdings Limited ("Jardine"). In my capacity as Company Secretary, I have access to, and would in the ordinary course of Jardine's business become aware of, information with respect to: the location of Jardine's officers, directors, managing agents, and employees; the location of Jardine's offices, real property, personal property, bank accounts, and

SF #1304387 v1                -1-

DEFENDANT JARDINE'S MOTION TO DISMISS [F.R.Civ.P. 12(b)(2) AND (b)(5)]
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CRB]

1 other assets; the location of Jardine's business activities; the payment of taxes; the appointment of
2 agents for service of process; and the location of legal action pursued or defended by Jardine.

3    2.    Jardine is a publicly traded company. Jardine's stock is listed on the London Stock
4 Exchange, Singapore Stock Exchange, and Bermuda Stock Exchange.

5    3.    Jardine has no contacts with the State of California that could give rise to the
6 assertion of personal jurisdiction over it by a California court. Jardine is not domiciled in California.
7 Jardine was formed under the laws of Bermuda, and its registered office is located at Jardine House,
8 33-35 Reid Street, Hamilton, Bermuda. It has no offices located in California. Jardine does not
9 have, and has never had, officers, directors, managing agents, or employees working in California.
10 Jardine does not own, and has never owned, real property, personal property, bank accounts, or any
11 other assets located in California. Jardine does not advertise in California.

12    4.    Jardine is not qualified to do business in California, does not conduct business in
13 California, and has never conducted business in California. Jardine has never incurred nor paid
14 taxes to the State of California. Jardine has not appointed an agent for service of process in
15 California. Jardine has not filed suit, nor (as far as I am aware after diligent inquiry) has it been
16 sued, in a California court.

17    5.    There were no activities or actions undertaken by Jardine in California that relate in
18 any way to the claims asserted by plaintiffs herein.

19    6.    I reside in Bermuda. No employees or representatives of Jardine are located in
20 California. Jardine has not registered an agent in Hong Kong for service of process, nor has
21 Jardine consented to service of process in Hong Kong. It would be extremely burdensome for
22 Jardine to have to defend this action in California.

23    I declare under penalty of perjury under the laws of the United States of America that the
24 foregoing is true and correct. Executed this 16th day of July, 2007, at Hamilton, Bermuda.

25                    /s/ *Charles Harry Wilken*
                         Charles Harry Wilken
26
27
28

1 | I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the signatory hereto.

                         /s/ *Patrick M. Ryan*
                         Patrick M. Ryan

SF #1304387 v1     -3-
DECLARATION OF CHARLES HARRY WILKEN IN SUPPORT OF JARDINE'S MOTION TO DISMISS
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CRB]