DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | Case No.: 3:07-CV-03312 CRB<br><br>**[PROPOSED] ORDER ON DEFENDANT JARDINE MATHESON HOLDINGS LIMITED'S MOTION TO DISMISS**<br><br>**[F.R.Civ.P. 12(b)(2) AND (b)(5)]**<br><br>Date: August 31, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br>Judge: Honorable Charles R. Breyer<br><br>Complaint Filed: June 25, 2007 |

The Motion to Dismiss submitted by defendant Jardine Matheson Holdings Limited ("Jardine") came on regularly for hearing before this Court on August 31, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer. Daven G. Lowhurst, Esq. and Patrick M. Ryan, Esq. of Thelen Reid Brown Raysman & Steiner LLP appeared for Jardine. The other parties were represented by their respective legal counsel, except for plaintiffs who appeared *in prop per*.

After considering all of the papers and evidence submitted by the parties, as well as the arguments of counsel, the Court hereby GRANTS Jardine's motion and orders that this case be

SF #1303008 v1                                          -1-

[PROPOSED] ORDER ON DEFENDANT JARDINE'S MOTION TO DISMISS [F.R.Civ.P. 12(b)(2) AND 12(b)(5)]
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CRB]

1  dismissed with prejudice as against Jardine, pursuant to Rule 12(b)(2) of the Federal Rules of
2  Civil Procedure.
3      IT IS SO ORDERED.

5  Dated:_____

                              The Honorable Charles R. Breyer,
                              Judge of the District Court

SF #1303008 v1    -2-
[PROPOSED] ORDER ON DEFENDANT JARDINE'S MOTION TO DISMISS [F.R.Civ.P. 12(b)(2) AND 12(b)(5)]
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CRB]