DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | Case No.: 3:07-CV-03312 CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT JARDINE MATHESON HOLDINGS LIMITED**<br><br>[Civil L.R. 3-16]<br><br>Honorable Charles R. Breyer<br><br>Complaint Filed: June 25, 2007 |

Pursuant to Civil L.R. 3-16, defendant Jardine Matheson Holdings Limited ("defendant") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Jardine Strategic Holdings Ltd., Henry Keswick, A.J.L. Nightingale, Simon Keswick, R.C. Kwok, Lord Leach of Fairford, Dr. Richard Lee, Percy Weatherall, Adam Keswick, Ben Keswick, James

1  Riley, Jenkin Hui.  (As with most publicly traded companies, several investment funds or groups
2  of funds have varying interests in the defendant, none of which equals or exceeds 5%.)

3  Dated:  July 16, 2007                                           Respectfully submitted,

4                                                          THELEN REID BROWN RAYSMAN & STEINER LLP

6                                              By      */s/ Patrick M. Ryan*
                                                       DAVEN G. LOWHURST
7                                                      PATRICK M. RYAN
                                                       Attorneys for Defendant
8                                              JARDINE MATHESON HOLDINGS LIMITED