DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California  94105
Telephone:  (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | Case No.:  3:07-CV-03312 CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Date:     August 31, 2007<br>Time:    10:00 a.m.<br>Place:    Courtroom 8<br>Judge:   Honorable Charles R. Breyer<br><br>Complaint Filed:   June 25, 2007 |

Pursuant to Civil L.R. 3-12, Jardine Matheson Holdings Limited ("Jardine"), a defendant in this action (hereinafter "*Hilsenrath Action*"), hereby moves for consideration of whether the *Hilsenrath Action* is related to the following pending actions:

| Case Name | Case Number |
|---|---|
| *Janvrin Holdings Ltd. et al. v. Hilsenrath, et al.* | U.S.D.C., Northern District No. 4:02-CV-1068 CW  (Filed 3/5/02) |
| *USA v. Hilsenrath, et al.* | U.S.D.C., Northern District No. 3:03-CR-00213 WHA-1 (Filed 7/10/03) |
| *SEC v. Hilsenrath, et al.* | U.S.D.C., Northern District No. 3:03-CV-03252 WHA (Filed 7/14/03) |
| *Hilsenrath, et al. v. Nixon Peabody, et al.* | U.S.D.C., Northern District No. 3:07-CV-03193 THE (Filed 6/18/07) |

Under Civil L.R. 3-12(a), the *Hilsenrath Action* might be related to the above actions in that Mr. Hilsenrath is a party in all of the above actions, and some of the events at issue may overlap.  At this time, Jardine is unable to determine if assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: July 16, 2007                                              Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP

By   */s/ Patrick M. Ryan*
DAVEN G. LOWHURST
PATRICK M. RYAN
Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED