1  DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
   PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
2  THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
   San Francisco, California 94105
4  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
5
6  Attorneys for Defendant
   JARDINE MATHESON HOLDINGS LIMITED
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  HANA HILSENRATH AND OLIVER HILSENRATH, | Case No.: 3:07-CV-03312 CRB |
| 12 | **CERTIFICATE OF SERVICE BY U.S. MAIL OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |
| 13             Plaintiffs, | |
| 14  v. | |
| 15  EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, | |
| 16 | Date: August 31, 2007 |
| 17 | Time: 10:00 a.m. |
|    | Place: Courtroom 8 |
| 18 | Judge: Honorable Charles R. Breyer |
| 19 | |
|             Defendants. | Complaint Filed: June 25, 2007 |
| 20 | |

21
22
23
24
25
26
27
28

SF #1307629 v1

**CERTIFICATE OF SERVICE BY MAIL**

United States District Court, Northern District of California No. 3:07-CV-03312 CRB

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid & Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On July 17, 2007, I served the following entitled document:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506
In Pro Se [*Hilsenrath, et al. v. Nixon Peabody, et al.*, No. 3:07-CV-03193 TEH; *USA v. Hilsenrath, et al.*, No. 3:03-CR-00213 WHA; *Janvrin Holdings Limited, et al. v. Hilsenrath, et al.*, No. 4:02-CV-01068 CW; *Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]

Hana Hilsenrath
822 Eastbrook Court
Danville, CA 94506
In Pro Se [*Hilsenrath, et al. v. Nixon Peabody, et al.*, No. 3:07-CV-03193 THE; *Janvrin Holdings Limited, et al. v. Hilsenrath, et al.*, No. 4:02-CV-01068 CW]

Hartley M.K. West
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
For Plaintiff USA [*USA v. Hilsenrath, et al.,* No. 3:03-CR-00213 WHA];
For Intervenor USA [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]

Laurel Daniels Beeler
U.S. Attorney's Office
Criminal Division
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
For Plaintiff USA [*USA v. Hilsenrath, et al.,* No. 3:03-CR-00213 WHA];
For Intervenor USA [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]

Thomas J. Eme
Securities and Exchange Commission

1  44 Montgomery Street, Suite 1100
   San Francisco, CA 94104
2  For Plaintiff Securities and Exchange Commission
   [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]
3
   Helane Leslie Morrison
4  U.S. Securities and Exchange Commission
   44 Montgomery Street, Suite 2600
5  San Francisco, CA 94104
   For Plaintiff Securities and Exchange Commission
6  [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]

7  John S. Yun
   Securities and Exchange Commission
8  44 Montgomery Street, Suite 2600
   San Francisco, CA 94104
9  For Plaintiff Securities and Exchange Commission
   [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]
10
   Kathleen Bisaccia
11 Securities and Exchange Commission
   44 Montgomery Street, Suite 1100
12 San Francisco, CA 94104
   For Plaintiff Securities and Exchange Commission
13 [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]

14 Edward W. Swanson
   Swanson, McNamara & Haller LLP
15 300 Montgomery Street, Suite 1100
   San Francisco, CA 94104
16 For Defendant David S. Klarman
   [*Securities and Exchange Commission v. Hilsenrath, et al.*, No. 3:03-CV-03252 WHA]
17

18    I am readily familiar with the firm's business practice for collection and processing of

19 correspondence for mailing with the United States Postal Service. On this day, I placed for

20 collection and processing the above document to be deposited with the United States Postal

21 Service in the ordinary course of business. And in the ordinary course of the firm's business, such

22 correspondence is deposited with the United States Postal Service the same day that it is collected.

23    I declare under penalty of perjury under the laws of the United States of America that the

24 foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

25

26                              By _____*/s/ Teresa L. DeLillo*_____
                                         Teresa L. DeLillo
27

28

SF #1307629 v1                         -2-
CERTIFICATE OF SERVICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CRB]

1  I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *Patrick M. Ryan*<br>Patrick M. Ryan