1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | CASE NO. C:07-CV-3312-CRB<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br><br>Judge: Honorable Charles R. Breyer |

1  This matter is before the Court on Insinger de Beaufort Holdings, S.A.'s Ex Parte
2  Application to Extend Time to Respond to the Complaint. The Court, having reviewed the
3  Application, and the entire file in this action, and good cause appearing therefor, hereby orders as
4  follows:
5      1.    Insinger de Beaufort Holdings S.A. shall have until August 22, 2007 to
6  respond to the Complaint.
7      IT IS SO ORDERED.
8
9  DATED: July ___, 2007
10
11      By_____
12      The Honorable Charles R. Breyer
    United States District Judge

NEWJMP/2170030.1

Case No. 07-CV-3312 (CRB)

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT