| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Peter A. Wald (Bar No. 85705) |
| 2 |    Darius Ogloza (Bar No. 176983) |
|   |    Sarah M. Ray (Bar No. 229670) |
| 3 |    Katie Y. Chang (Bar No. 246247) |
|   | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-2562 |
|   | Telephone: +415.391.0600 |
| 5 | Facsimile: +415.395.8095 |
| 6 | Attorneys for Defendant |
|   | EQUITY TRUST (JERSEY) LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, | CASE NO. C-07-3312 CRB |
| Plaintiffs, | DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS* |
| v. | |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, | Date: August 24, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br>Judge: Honorable Charles R. Breyer |
| Defendants. | Complaint Filed: June 25, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS AND FORUM NON CONVENIENS

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Equity Trust (Jersey) Limited ("ETJL"), hereby specially appears to move this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(3), to dismiss the complaint on the basis that venue in this court is improper under forum selection clauses set forth in the management agreements that govern relations between ETJL and plaintiffs and are applicable to this case.  In the alternative, ETJL moves, pursuant to FCRP 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over ETJL and insufficiency of service of process.  As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine.

Subject to ETJL's concurrently filed notice of related case, these alternative motions are set to be heard on August 24, 2007 at 10:00 a.m., or as soon thereafter as they may be heard, before the Honorable Charles Breyer in Courtroom 8 of the above-named Court at 450 Golden Gate Avenue, San Francisco, California, 94102.

## RELIEF REQUESTED

ETJL seeks an Order dismissing the complaint because venue is improper under forum selection clauses applicable to this case.  Alternatively, ETJL seeks dismissal for lack of personal jurisdiction/insufficiency of process and for *forum non conveniens*.

Dated: July 19, 2007

        Respectfully Submitted,

        LATHAM & WATKINS LLP


By   /s/ Sarah Ray
    ATTORNEYS FOR EQUITY TRUST
    (JERSEY) LIMITED

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS AND FORUM NON CONVENIENS