# **Appendix A**

<u>Statements Regarding Citizenship and Domicile
filed by plaintiffs in the Northern District of California.</u>

**June 9, 2005**: "I am an Israeli citizen" with "my residence in Tel Aviv, Israel"

- *SEC v. Hilsenrath*, Case No. C-03-3252 WHA, Docket # 56: Declaration of Oliver Hilsenrath in Opposition to Plaintiff's Application for Entry of Default Judgment Against Hilsenrath.

**November 30, 2006**: "Oliver and Hana Hilsenrath at all time relevant to this counter-claim/third-party complaint have maintained their domicile in Israel."

- *Janvrin v. Hilsenraths*, Case No. C-02-1068 CW, Docket # 255, Motion for Leave to File Answer/Amended Counterclaim/Third Party Complaint; Memorandum of Points and Authorities in Support Thereof.

**January 26, 2007**: "I am an Israeli citizen, as is my wife and six children. We have a family home in Tel Aviv."

- *Janvrin v. Hilsenraths*, Case No. C-02-1068 CW, Docket # 261, Declaration of Oliver Hilsenrath in Support of Reply to Opposition to Motion for Leave to File Amended Pleadings.

**May 29, 2007**: "Hana and Oliver Hilsenrath, US citizens and residents of the state of California"; "Deference to the plaintiff's forum is a stronger consideration where the plaintiff is an American citizen…"

- *Hilsenraths v. The Swiss Confederation, et al.*, Case No. C-07-2782 WHA, Docket #1: Complaint for the Deprivation of Right for Liberty, of Right To Property, and of the Right to Civil Freedoms Granted by the 4th, 5th, and the 6th Amendment of the Constitution of the United States of America.

**June 18, 2007**: [Complaint failed to state the citizenship or residency of either plaintiff].

- *Hana and Oliver Hilsenrath v. Nixon Peabody et al*, Case No. C-07-3193 TEH, Docket # 2: Complaint for Malicious Prosecution, Civil Conspiracy and Extortion.

SF\618714.2

**June 25, 2007:** "Plaintiffs are US citizens and residents of the northern district of California."

- *Hana and Oliver Hilsenrath v. ETJL et al.,* Case No. C-07-3312 CRB, Docket # 1: Complaint for the Violation of the RICO Act, Harboring a Civil Conspiracy of Extortion, Invasion of Privacy, Aiding and Abetting a Malicious Prosecution.

**July 11, 2007**: "Plaintiff Oliver Hilsenrath and Hana Hilsenrath are Israeli and United States Citizens and residents of Tel Aviv, Israel" that "temporarily reside in the State of California" for the "sole purpose of defending the U.S. government's action."

- *Hilsenrath v. Shepard et al.*, Case No. C-07-3586 EDL, Docket # 1: Complaint for Malpractice, Negligence, Breach of "The Duty of Care", Aiding and Abetting Breach of Civil Rights Granted by the 4th, 5th, and the 6th Amendment of the Constitution.

**July 16, 2007**: "On July 9, 2007, this Court issued its sentence. Oliver Hilsenrath opted to start the 12 months home confinement immediately with the intention to be free to leave the United States as soon as possible thereafter."

- *United States v. Hilsenrath*, Case No. CR-03-213, WHA, Docket # 392: Motion to Correct Sentence Under *Rule* 35 And Application To Clarify Condition of Supervision.