LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Darius Ogloza (Bar No. 176983)
  Sarah M. Ray (Bar No. 229670)
  Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  +415.391.0600
Facsimile:  +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | CASE NO. C-07-3312 CRB<br><br>DECLARATION OF SARAH M. RAY IN SUPPORT OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*.<br><br>Date:      August 24, 2007<br>Time:      10:00 a.m.<br>Place:      Courtroom 8<br>Judge:    Honorable Charles R. Breyer<br><br>Complaint Filed:  June 25, 2007 |

I, SARAH M. RAY, declare as follows:

1.   I am an attorney licensed to practice with the courts of the State of California. I am admitted to the bar of this Court.  I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants Equity Trust (Jersey) Limited ("ETJL") in the above-captioned adversary proceeding.  I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2.   In a motion filed November 30, 2006, in the matter of *Janvrin et al.  v.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-07-3312 CRB
DECLARATION OF SARAH M. RAY IN SUPPORT OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S
MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*

1   *Hilsenrath*, Case No. C-02-1068 CW, plaintiffs admitted: "Oliver and Hana Hilsenrath at all

2   time relevant to this counter-claim/third-party complaint have maintained their domicile in

3   Israel." A certified copy of this document is attached hereto as Exhibit A.

4         3.  In a declaration filed on June 9, 2005, in the matter of *SEC v. Hilsenrath*, Case

5   No. C-03-3252 WHA, plaintiff Oliver Hilsenrath admitted: "I am an Israeli citizen" with "my

6   residence in Tel Aviv, Israel." A certified copy of this document is attached hereto as Exhibit B.

7         4.  In a declaration filed on January 26, 2007, in the matter of *Janvrin et al. v.*

8   *Hilsenrath*, Case No. C-02-1068 CW, plaintiff Oliver Hilsenrath admitted: "I am an Israeli

9   citizen, as is my wife and six children. We have a family home in Tel Aviv." A certified copy

10   of this document is attached hereto as Exhibit C.

11         5.  In an exhibit to the "Declaration of Oliver Hilsenrath in Support of

12   Complaint," filed on June 18, 2007 in the matter of *Hana and Oliver Hilsenrath v. Nixon*

13   *Peabody et al.*, Northern District  No. C-07-3193 TEH, plaintiffs attached a sworn declaration by

14   David Dahan. A certified copy of this declaration with exhibits is attached hereto as Exhibit D.

15         6.  On February 6, 2007, Oliver Hilsenrath pleaded guilty to counts of securities

16   fraud and tax evasion before Judge William Alsup in the matter of *United States v. Hilsenrath,*

17   Northern District No. CR-03-213, WHA, filed July 10, 2003.

18         7.  Oliver Hilsenrath was sentenced in the matter of *United States v. Hilsenrath*

19   on July 9, 2007. A certified copy of the "Judgment in a Criminal Case as to Oliver Hilsenrath,"

20   signed July 9, 2007, is attached hereto as Exhibit E.

21         8.  As recently as July 11, 2007, in the matter of *Hilsenrath v. Shepard et al.*,

22   Northern District C-07-3586 EDL, plaintiffs filed a complaint averring: "Plaintiffs Oliver

23   Hilsenrath and Hana Hilsenrath are Israeli and United States Citizens and residents of Tel Aviv,

24   Israel" that "temporarily reside in the State of California" for the "sole purpose of defending the

25   U.S. government's action." A certified copy of the "Complaint for Malpractice, Negligence,

26   Breach of 'The Duty of Care,' Aiding and Abetting Breach of Civil Rights Granted by the 4th,

27   5th, and the 6th Amendment of the Constitution," is attached hereto as Exhibit F.

28

ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. C-07-3312 CRB
DECLARATION OF SARAH M. RAY IN SUPPORT OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S
MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*

1        9. I understand ETJL received plaintiffs' complaint and papers via Federal

2 Express on June 29, 2007 in St Helier, Jersey. The proof of delivery that plaintiffs filed with this

3 Court indicates that the Federal Express shipment was sent from Danville, California on June 27,

4 2007. On information and belief, plaintiffs' current address is 822 Eastbrook Court, Danville,

5 CA 94506. A true and correct copy of plaintiffs' Affidavit of Service of Summons and

6 Complaint is attached hereto as Exhibit G.

7        10. A certified copy of the complaint in the matter of *Janvrin et al. v. Hilsenrath,*

8 *et al.*, Northern District No. C-02-1068 CW, filed March 5, 2002, is attached hereto as Exhibit H.

9        11. A certified copy of the complaint in the matter of *Hilsenraths v. The Swiss*

10 *Confederation, et al.*, Northern District No. C-07-2782 WHA, filed May 29, 2007, is attached

11 hereto as Exhibit I.

12        12. A certified copy of the complaint in the matter of *Hana and Oliver Hilsenrath*

13 *v. Nixon Peabody et al.*, Northern District No. C-07-3193 TEH, filed on June 18, 2007, is

14 attached hereto as Exhibit J.

15        13. A certified copy of the "Motion to Correct Sentence Under Rule 35 And

16 Application To Clarify Condition of Supervision," in the matter of *United States v. Hilsenrath*,

17 Northern District No. CR-03-213 WHA, filed July 16, 2007, is attached hereto as Exhibit K.

18        I declare under penalty of perjury that the foregoing is true and correct. Executed

19 at San Francisco, California on July 19, 2007.

20

21                               /s/

22                            Sarah M. Ray

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. C-07-3312 CRB
DECLARATION OF SARAH M. RAY IN SUPPORT OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S
MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*