**EXHIBIT G**

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST·
RICHARD W WIEKING
Clerk, U.S. District Court
Northern District of California
By
Deputy Clerk
Date 7-18-07

1  HANA HILSENRATH
   OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net

5  PLAINTIFFS *IN PRO PER*

6

7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9

10 HANA HILSENRATH AND OLIVER        Case No. 3:07-cv-3312 CRB
   HILSENRATH,

11
          Plaintiffs,               DECLARATION OF HANA AND OLIVER
12                                   HILSENRATH RE PROOF OF SERVICE
             v.                      ON ALL DEFENDANTS PURSUANT TO
13                                   HAGUE CONVENTION
   EQUITY TRUST (JERSEY) LIMITED,
14 CANDOVER INVESTMENTS PLC,
   INSINGER DE BEAUFORT SA,          Judge: Hon Charles R. Breyer
15 JARDINE MATHESON HOLDINGS
   LIMITED, GRANT BROWN, MELVYN
16 KALMAN, JOHN PERKINS, CAROLINE
   BOUGEARD, AND DOES 1-10,
17
18        Defendants.

19

20      We, Hana and Oliver Hilsenrath, plaintiffs *in pro per* declare

21 the following to be true under penalty of perjury:

22      All defendants in this case were successfully served with the

23 following documents according to the rules of service of documents

24 of the Hague Convention:

25       1. Summons
         2. Complaint and Exhibits A, B & C
26       3. Order setting initial case management conference
         4. Filing Instructions
27       5. ECF Registration Handout
         6. Notice of availability of Magistrate Judge
28       7. ADR Procedures

Pursuant to Article 10(a) of The Hague Service Convention the United Kingdom, Netherlands, Luxembourg, Jersey/GB, Hong Kong and Bermuda[1], where defendants have their offices, have all permitted service by international registered mail.

All recipients acknowledged receipt of documents on or before July 3, 2007.

In Attachment to this declaration -- a true copy of a Federal Express tracking report attesting to the receipt of documents by each and all defendant/s.

This representation is made to the Court pursuant to Federal Rules Civil Procedure 4 (1).

Dated: July 3, 2007

Respectfully submitted,


_____/s_____                    _____/s_____

  HANA HILSENRATH                        OLIVER HILSENRATH


/Attachments/

---

[1] The United Kingdom Hague Convention jurisdiction was extended to Jersey, Hong Kong and Bermuda.

FedEx | Ship Manager | Shipping History



The following list contains shipments you have processed using FedEx Ship Manager at fedex.com in the past 45 days. You can sort or modify the results, or you can select a shipment to track, view details, copy to Fast Ship, cancel or reprint.

Display shipments for past 5 days    Sort history by Ship Date    Sort    Entries per page 10

Page 1 of 1

| | Ship date | Company | Contact name | Destination | Tracking number |
|---|---|---|---|---|---|
| | Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | PHIL AUSTIN | EQUITY TRUST HOUSE ST HELIER, JERSEY JE48XY GB | 790273344390 |
| | Jun 26 2007 | JARDINE MATHESON HOLDINGS LTD | A.J.L. NIGHTINGALE | 48TH FLOOR - JARDINE HOUSE HONG KONG HK | 790770912023 |
| | Jun 26 2007 | THE KEY GROUP | JOHN PERKINS | HILGROVE HOUSE ST HELIER JE48SU GB | 791713033113 |
| | Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | GRANT BROWN | EQUITY TRUST HOUSE ST HELIER, JERSEY JE43XY GB | 796206296493 |
| | Jun 26 2007 | WALBROOK JERSEY | MELVYN KALMAN | LORD COUTANCHE HOUSE ST HELIER JE45PS GB | 796205298856 |
| | Jun 26 2007 | CANDOVER INVESTMENTS PLC | GERRY GRIMSTONE | 20 OLD BAILEY LONDON EC4M7LN GB | 796206300170 |
| | Jun 26 2007 | INSINGER DE BEAUFORT | IAN KANTOR | 537 HERENGRACHT AMSTERDAM 1017BV NL | 769165566684 |
| | Jun 26 2007 | EQUITY TRUST JERSEY LIMITED | CAROLINE BOUGEARD | EQUITY TRUST HOUSE ST HELIER, JERSEY JE46XY GB | 789965363117 |

Page 1 of 1

Copy to Fast Ship profiles    Cancel shipment    Download    Track shipment
View shipment details

Reprint

Enter any combination of up to 30 FedEx tracking numbers (one per line). To track by reference number or RMA number, enter a reference number or an RMA number for shipments processed on your FedEx Ship Manager at fedex.com user ID.

Date range    Start Start Date    End End Date
Track by recipient    Select recipient
Track exceptions only

Track by Tracking Number

Track

Ground end of day close    Print additional manifest

**Please Note**
Reprint function is not available for FedEx Ground shipments.
Do not use Fast Ship when you want to use a special feature like Saturday Pickup, Saturday Delivery, Dangerous Goods, or Dry Ice. For a complete list, see the Fast Ship Help section.





July 3,2007

Dear Customer:

Per your request, proof of delivery letters are being provided for the following shipments:

**790279344390**
**790770912023**
**791713033119**
**798206296493**
**798206298886**
**798206300170**
**799165586894**
**799665383117**

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.  We look forward to working with you in the future.
FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express                                    U.S. Mail: PO Box 727
Customer Support Trace                           Memphis, TN 38194-4643
3875 Airways Boulevard
Module H, 4th Floor                              Telephone: 901-369-3600
Memphis, TN 38116

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790279344390**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER, JERSEY |
| **Signed for by:** | R.SMITH | **Delivery date:** | Jun 29, 2007 11:08 |
| **Service type:** | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 790279344390 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**                                   **Shipper:**
ST HELIER, JERSEY GB                             DANVILLE, CA US

**Reference**                                    HILS V. EQHARB SERV

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790770912023**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | HONG KONG |
| **Signed for by:** | S.YEUNG | **Delivery date:** | Jul 3, 2007 11:56 |
| **Service type:** | Intl Economy Envelope | | |

Signature images are not available for display for shipments to this country.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 790770912023 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
HONG KONG HK

**Shipper:**
DANVILLE, CA US

**Reference**

HILS V EQ JARDINE

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791713033119**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER |
| **Signed for by:** | .FIONA | **Delivery date:** | Jul 2, 2007 14:35 |
| **Service type:** | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 791713033119 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
ST HELIER GB

**Shipper:**
DANVILLE, CA US

**Reference**

HIL V EQ PER

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206296493**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ST HELIER, JERSEY |
| **Signed for by:** | M.CADEL | **Delivery date:** | Jul 2, 2007 13:50 |
| **Service type:** | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 798206296493 | **Ship date:** | Jun 27, 2007 |
| | | **Weight:** | 1.9 lbs. |

**Recipient:**
ST HELIER, JERSEY GB

**Shipper:**
DANVILLE, CA US

**Reference**

HILS V. EQHARB SERV GB

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206298886**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ST HELIER |
| Signed for by: | S.DOYLE | Delivery date: | Jul 2, 2007 14:33 |
| Service type: | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798206298886 | Ship date: | Jun 2, 2007 |
| | | Weight: | 1.9 lbs. |

Recipient:
ST HELIER GB

Shipper:
DANVILLE, CA US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798206300170**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | LONDON |
| Signed for by: | J.TIMMS | Delivery date: | Jul 2, 2007 10:39 |
| Service type: | Intl Economy Envelope | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 798206300170 | Ship date: | Jun 27, 2007 |
| | | Weight: | 1.9 lbs. |

| | |
|---|---|
| Recipient: | Shipper: |
| LONDON GB | DANVILLE, CA US |
| | |
| Reference | HIL V. EQ CANDOVER |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



| FedEx Express | U.S. Mail: PO Box 727 |
|---|---|
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799165586894.**

**Delivery Information:**

| Status: | Delivered | Delivery location: | AMSTERDAM |
|---|---|---|---|
| Signed for by: | .MARK | Delivery date: | Jul 2, 2007 11:27 |
| Service type: | Intl Economy Envelope | | |



**Shipping Information:**

| Tracking number: | 799165586894 | Ship date: | Jun 27, 2007 |
|---|---|---|---|
| | | Weight: | 1.9 lbs. |

| Recipient: | Shipper: |
|---|---|
| AMSTERDAM NL | DANVILLE, CA US |

| Reference | HIL V. EQ INSINGER |
|---|---|

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799665383117**.

---

## Delivery Information:

| Status: | Delivered | Delivery location: | ST HELIER, JERSEY |
|---|---|---|---|
| Signed for by: | M.CADEL | Delivery date: | Jul 2, 2007 13:50 |
| Service type: | Intl Economy Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

## Shipping Information:

| Tracking number: | 799665383117 | Ship date: | Jun 27, 2007 |
|---|---|---|---|
| | | Weight: | 1.9 lbs. |

Recipient:
ST HELIER, JERSEY GB

Shipper:
DANVILLE, CA US

Reference                          HILS V. EQHARB SERV CBOU

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

We remind you that the situation stands as described in our letter of 27 February. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

$\Sigma T$ 04

2 of 2

PENGAD 800-631-0989

2

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  info/c@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
PENGAD 800-631-6989
ET 05

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

**URGENT**

Tel    +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  infoje@equitytrust.com

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)     the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)     the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)     Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).



EXHIBIT
ET 06
1 oF 2

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3568
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

We remind you that the situation stands as described in our letter of 27 February. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully



For and on behalf of Dérard Limited
Director of Janvrin Holdings Limited

EXHIBIT

ET 06
2 OF 2

PENGAD 800-631-6989

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
$\mathcal{ET}$ 07

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.it
davidadahan@gmail.com

St Helier, 30 March 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 30 March 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited. We also refer to our prior discussions and correspondence with you regarding being put in funds for unpaid professional fees. You should note that Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited have been struck from the BVI Companies Register for non-payment of statutory fees.

We understand that Nixon Peabody LLP wrote directly to you about these matters on 13 February 2007 and we wrote to you on 27 February 2007.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

EXHIBIT
ET 08
PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998 Registration No. 57583

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel   +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)    the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)    the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)    Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).

We remind you that the situation stands as described in our letter of 27 February. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

**EXHIBIT**

_ET 09_

FBI040 800-631-6989

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3968
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands



30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 30 March 2007 from Derard Limited, the director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds. *Absent hearing from you, we shall not take any further steps.*

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
_ET 10_
PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 11 April 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 11 April 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

for and on behalf of
Equity Trust (Jersey) Limited

EXHIBIT

ET 11

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998
Registration No. 57583