LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Darius Ogloza (Bar No. 176983)
   Sarah M. Ray (Bar No. 229670)
   Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>          Plaintiffs,<br><br>   v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>          Defendants. | CASE NO. C-07-3312 CRB<br><br>EQUITY TRUST (JERSEY) LIMITED'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |

Pursuant to Civil Local Rule 3-13, defendant Equity Trust (Jersey) Limited ("ETJL") hereby provides notice to all parties and to the Court that two other actions are currently pending in the Northern District of California that involve substantially the same parties and series of events that are at issue in this matter. Those matters are:

- *Janvrin, et al. v. Hilsenrath*, Case No. C-02-1068 CW (filed March 5, 2002).
- *Hilsenrath, et al. v. Nixon Peabody, et al.*, Case No. C-07-3193 TEH (filed June 18, 2007).

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
EQUITY TRUST (JERSEY) LIMITED'S   NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING

As set forth in ETJL's Administrative Motion to Consider Whether Cases Should Be Related, filed concurrently in the matter of *Janvrin, et al. v. Hilsenrath*, Case No. C-02-1068 CW, these three actions involve the same parties and the same series of events. Hana and Oliver Hilsenrath (hereinafter, "the Hilsenraths") are parties to all three actions: in case No. 02-1068 CW as defendants and counter-claimants, and in cases No. 07-3312 CRB and No. 07-3193 TEH, as plaintiffs. In the former action, No. 02-1068 CW, the Hilsenraths moved the Court to add as counterdefendants Equity Trust (Jersey) Limited ("ETJL") and Glenn Westreich and his law firm, Nixon Peabody (together, "Westreich, *et al.*"). In case No. 07-3312 CRB, they raise claims against ETJL directly and in No. 07-3193 TEH, against Westreich, *et al*. directly.[1] In all three actions, the Hilsenraths move against ETJL and Westreich, *et al*. on the basis of the same alleged course of conduct, i.e., involvement in an alleged scheme to access the Hilsenraths' private information and use it to blackmail the Board of U.S. Wireless.[2]

Coordination in resolving these related pending matters would conserve judicial resources and promote an efficient resolution of nearly identical claims. Moreover, as Judge Wilken has heard argument and issued orders on several matters raised in the present complaint,

---

[1] For reasons as yet unclear, the Hilsenraths chose to file separate lawsuits against ETJL and Westreich, *et al*., even though each of the respective complaints refer to ETJL and Westreich, *et al*., as co-conspirators, and even though ETJL figures prominently throughout the complaint against Westreich, and *vice versa*.

[2] For example, in the Memorandum of Points and Authorities in Support of Motion for Leave to File Answer and Amended Counterclaim, the Hilsenraths alleged that "in early December [Equity Trust] held a meeting in London at which it turned over to Dahan, Haruvi and Westreich all of the Hilsenrath's files. The group decided to use this 'problematic material' to blackmail Oliver Hilsenrath and U.S. Wireless…" Motion at 3-4, ¶ 3.

The Complaint in Case No. C-07-3312 CRB alleges: "The Equity shells Janvrin et al … and Nixon personally and knowingly accessed confidential financial records of the Hilsenraths" during a "London documents-harvesting meeting" and then "made specific threats to employees and advisors of U.S. Wireless…" Complaint at ¶¶ 57-62.

The Complaint in Case No. C-07-3193 TEH alleges: "Westreich and Mitchell personally and knowingly accessed confidential financial records of the Hilsenraths. The retrieval of records occurred, but was not limited, to a week long effort in London, in which Westreich and Mitchell selected, retrieved and photocopied Hilsenrath family records and brought them back to California to put them at use as decided with their co-conspirators." Complaint at ¶ 22.

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
EQUITY TRUST (JERSEY) LIMITED'S    NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING

1  there exists the risk of conflicting results if these matters are not related or consolidated.

2

3  Dated: July 19, 2007

4                                         Respectfully Submitted,

5                                             LATHAM & WATKINS LLP

6
                                           By __/s/ Sarah Ray_____
7                                              ATTORNEYS FOR EQUITY TRUST
                                               (JERSEY) LIMITED
8

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
EQUITY TRUST (JERSEY) LIMITED'S   NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING