LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Darius Ogloza (Bar No. 176983)
   Sarah M. Ray (Bar No. 229670)
   Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>    Defendants. | CASE NO. C-07-3312 CRB<br><br>CERTIFICATION OF INTERESTED PERSONS OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED |

      Pursuant to Civil L.R. 3-16, defendant Equity Trust (Jersey) Limited ("ETJL")

certifies that the following listed persons, associations of persons, firms, partnerships,

corporations (including parent corporations) or other entities (i) have a financial interest in ETJL:

//

//

//

//

//

EQ Holdings (Jersey) Limited, Equity Trust (Netherlands) BV, Equity Trust Luxembourg SARL,

1  and Equity Trust Holdings SARL.

2  Dated: July 19, 2007

3
4                                          Respectfully Submitted,

5                                          LATHAM & WATKINS LLP

6                                          By __/s/ Sarah Ray_____
                                              ATTORNEYS FOR EQUITY TRUST
7                                             (JERSEY) LIMITED

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2