1  LATHAM & WATKINS LLP
      Peter A. Wald (Bar No. 85705)
2     Darius Ogloza (Bar No. 176983)
      Sarah M. Ray (Bar No. 229670)
3     Katie Y. Chang (Bar No. 246247)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  +415.391.0600
5  Facsimile:  +415.395.8095

6  Attorneys for Defendant
   EQUITY TRUST (JERSEY) LIMITED
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | HANA HILSENRATH AND OLIVER HILSENRATH, | CASE NO. C-07-3312 CRB |
|---|---|---|
| 12 | Plaintiffs, | [PROPOSED] ORDER ON DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS* |
| 13 | v. | |
| 14 | EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, | |
| 15 | | |
| 16 | | Date:   September 7, 2007<br>Time:   10:00 a.m.<br>Place:  Courtroom 8<br>Judge:  Honorable Charles R. Breyer |
| 17 | | |
| 18 | Defendants. | Complaint Filed:  June 25, 2007 |

21         The Motion to Dismiss submitted by defendant Equity Trust (Jersey) Limited

22  ("ETJL") came on for hearing before this Court on September 7, 2007 at 10:00 a.m. before the

23  Honorable Charles R. Breyer.  Peter A. Wald, Esq. and Darius Ogloza, Esq. of Latham &

24  Watkins LLP appeared for ETJL.  The other parties were represented by their respective legal

25  counsel, except for plaintiffs who appeared *in pro per*.

26         After considering the papers and evidence submitted by the parties, and the

27  arguments of counsel, the Court hereby GRANTS ETJL's motion and orders that this case be

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619018.1
Case Number: C-07-3312 CRB
PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS

1 dismissed with prejudice as to ETJL pursuant to Federal Rule of Civil Procedure 12(b)(3) on the
2 basis that venue in this court is improper pursuant to forum selection clauses set forth in the
3 management agreements, which are applicable to this case.  Additionally, the Court finds that
4 pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(4), the Court lacks personal
5 jurisdiction over ETJL and service was defective.  Further, the Court finds that dismissal is
6 warranted under the doctrine of *forum non conveniens*.

            IT IS SO ORDERED.

Dated: _____         _____
                            The Honorable Charles R. Breyer,
                            Judge of the District Court

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619018.1
Case Number: C-07-3312 CRB
PROPOSED ORDER ON DEFENDANT ETJL'S MOTION TO DISMISS