UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | CASE NO. C:07-CV-3312-CRB<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br><br>Judge:  Honorable Charles R. Breyer |

1   This matter is before the Court on Insinger de Beaufort Holdings, S.A.'s Ex Parte
2   Application to Extend Time to Respond to the Complaint. The Court, having reviewed the
3   Application, and the entire file in this action, and good cause appearing therefor, hereby orders as
4   follows:

5       1.   Insinger de Beaufort Holdings S.A. shall have until August 22, 2007 to
6   respond to the Complaint.

7       IT IS SO ORDERED.

9   DATED: July _19_, 2007

By_____
The Honorable Charles R. Breyer
United States District Judge

