REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10,<br><br>Defendants. | Case No. 07-3312 (CRB)<br><br>**DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    August 31, 2007<br>Time:    10:00 a.m.<br>Ctrm:    8, 19th floor |

I, Andrew Moberly, declare as follows:

1.   I am employed by Candover Investments PLC as the Company Secretary. I have personal knowledge of the facts stated in this declaration and could testify to their veracity.

1
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION

2. Candover Investments PLC is a British holding company that organizes and invests in large European buyouts. Its principal place of business is in the United Kingdom and it does not maintain an office, mailing address or any employees in California.

3. Candover Investments PLC has not designated an agent for service of process in California.

4. Candover Investments PLC is not registered or licensed to do business in California.

5. Candover Investments PLC does not solicit or conduct any business in California.

6. Candover Investments PLC does not maintain bank accounts in California.

7. Candover Investments PLC does not own any real property in California.

8. Candover Investments PLC does not pay taxes in California.

9. Candover Investments PLC has a passive investment in Lombard Investments Inc., an international private equity manager with offices in San Francisco, Bangkok and Hong Kong. This is the only investment of Candover Investments PLC incorporated in California.

10. On May 21, 2003, Candover Investments PLC acquired a 5.2% stock interest in Equity Trust Holdings SARL, a Luxembourg holding company, which owns an indirect interest in Equity Trust (Jersey) Limited. The interest Candover Investments PLC owns in Equity Trust Holdings SARL has varied between 5.2% and 5.5% since 2003. The rights of Candover Investments PLC as a shareholder of Equity Trust Holdings SARL are, and have always been, equal to and no greater than those of every shareholder.

11. Candover Investments PLC never owned an interest in, or had any contacts with US Wireless Corporation.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 20th day of July, 2007 at London, England.

By _____
Andrew Moberly

2
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY
APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF
PERSONAL JURISDICTION