1 | REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
2 | MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
3 | ANDREW CHO (SBN 240957)
acho@akingump.com
4 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
5 | San Francisco, California 94104-1036
Telephone:     415-765-9500
6 | Facsimile:      415-765-9501

7 | Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, | Case No. 07-3312 (CRB) |
| Plaintiffs, | Hon. Charles R. Breyer |
| v. | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC** |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10, | |
| Defendants. | |

The undersigned counsel of record for specially appearing defendant Candover Investments PLC certifies that this case appears under the criteria set forth in Civil Local Rule 3-13 to involve all or a material part of the subject matter in the following actions currently pending before another federal court:

- <u>Janvrin, et al. v. Hilsenrath, et al.</u>, United States District Court, Northern District of California, Oakland Division, Case No. C-02-1068 CW (filed March 5, 2002). All parties in this action are proceeding *pro se*.

- <u>Hilsenrath, et al. v. Nixon Peabody LLP, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-3193 TEH (filed June 18, 2007). The plaintiffs in this action are proceeding *pro se*. The defendants have not yet appeared in this action.

As stated in the Administrative Motion of Specially Appearing Defendant Candover Investments PLC to Consider Whether Cases Should Be Related, filed this day in the matter of <u>Janvrin, et al. v. Hilsenrath, et al.</u>, Case No. C-02-1068 CW, the preceding cases involve substantially the same parties and transactions and call for determination of the same or substantially identical issues of fact and law as does the instant action. In particular, Oliver and Hana Hilsenrath (hereinafter "Hilsenraths") allege in the preceding actions and in the instant action that Janvrin Holdings Limited, Crossgar Limited, Ryburn Limited, Nixon Peabody LLP, Glenn Weistrich, Beth Mitchell and the defendants in the instant action conspired to invade the Hilsenraths' privacy and to blackmail the Hilsenraths and their now defunct company, US Wireless Corporation.

Coordination of these actions would conserve judicial resources, promote an efficient resolution of these nearly identical claims and eliminate the risk of conflicting results.

Dated: July 20, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC

2
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING OF SPECIALLY APPEARING
DEFENDANT CANDOVER INVESTMENTS PLC