1 | REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
2 | MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
3 | ANDREW CHO (SBN 240957)
acho@akingump.com
4 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
5 | San Francisco, California 94104-1036
Telephone:      415-765-9500
6 | Facsimile:      415-765-9501

7 | Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HANA HILSENRATH AND OLIVER HILSENRATH, | Case No. 07-3312 (CRB) |
|---|---|
| Plaintiffs, | Hon. Charles R. Breyer |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC** |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for specially appearing
2  defendant Candover Investments PLC certifies that the following listed persons, associations of
3  persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a
4  financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
5  financial interest in that subject matter or in a party that could be substantially affected by the outcome
6  of this proceeding:  Candover Partners Limited.

Dated:  July 20, 2007               AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s/_____
  Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC

2
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES OF SPECIALLY APPEARING
DEFENDANT CANDOVER INVESTMENTS PLC