| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Peter A. Wald (Bar No. 85705) |
| 2 |    Darius Ogloza (Bar No. 176983) |
|   |    Sarah M. Ray (Bar No. 229670) |
| 3 |    Katie Y. Chang (Bar No. 246247) |
|   | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-2562 |
|   | Telephone: +415.391.0600 |
| 5 | Facsimile: +415.395.8095 |
| 6 | Attorneys for Defendant |
|   | EQUITY TRUST (JERSEY) LIMITED, |
| 7 | CAROLINE BOUGEARD, GRANT BROWN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | CASE NO. C-07-3312 CRB <br><br> DEFENDANTS CAROLINE BOUGEARD AND GRANT BROWN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS* <br><br> Date: October 5, 2007 <br> Time: 10:00 a.m. <br> Place: Courtroom 8 <br> Judge: Honorable Charles R. Breyer <br><br> Complaint Filed: June 25, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Caroline Bougeard ("Bougeard") and Grant Brown ("Brown") hereby move this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over Bougeard and Brown and that plaintiffs' service of process was insufficient. In the alternative, Bougeard and Brown move, pursuant to FRCP 12(b)(3), to dismiss the complaint on the basis that venue in this Court is improper under forum selection clauses set forth in the management agreements that govern relations between ETJL - and thus Bougeard and Brown – and plaintiffs and are applicable to this case. As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine.

Subject to ETJL's notice of related case, these alternative motions are set to be heard on October 5, 2007 at 10:00 a.m., or as soon thereafter as they may be heard, before the Honorable Charles Breyer in Courtroom 8 of the above-named Court at 450 Golden Gate Avenue, San Francisco, California, 94102.

## RELIEF REQUESTED

Bougeard and Brown seeks an Order dismissing the complaint for lack of personal jurisdiction/insufficiency of process. Alternatively, Bougeard and Brown seek dismissal because venue is improper under forum selection clauses applicable to this case and for *forum non conveniens*.

Dated: July 23, 2007

                Respectfully Submitted,

                LATHAM & WATKINS LLP


            By /s/ Katie Chang_____
                ATTORNEYS FOR BOUGEARD AND BROWN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*