```
 1  LATHAM & WATKINS LLP
       Peter Wald (Bar No. 85705)
 2     Darius Ogloza (Bar No. 176983)
       Sarah M. Ray (Bar No. 229670)
 3     Katie Chang (Bar No. 246247)
    505 Montgomery Street, Suite 2000
 4  San Francisco, California 94111-2562
    Telephone: +415.391.0600
 5  Facsimile: +415.395.8095

 6  Attorneys for Defendants
    EQUITY TRUST (JERSEY) LIMITED,
 7  CAROLINE BOUGEARD, AND GRANT
    BROWN
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | CASE NO. C-07-3312 CRB <br><br> DECLARATION OF CAROLINE BOUGEARD IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS* |

I, CAROLINE BOUGEARD, declare as follows:

1. I am a defendant in the above-entitled action. I have personal knowledge of the facts stated below and could and would competently testify thereto if called as a witness.

2. I have been a part-time employee at Equity Trust (Jersey) Limited ("ETJL") since 1993, after my children were born. I work half-days during the week and

do not work during holidays, when my children are off from school. I joined ETJL in or around 1991.

3. From in or around late June 2004 to the present, I have served as an officer in the ETJL legal department. It is an administrative position that does not require any legal training. It is only since I've joined the legal department that I've had any knowledge of Oliver and Hana Hilsenrath (the "Hilsenraths"), or David Dahan ("Dahan"), or Haim Haruvi ("Haruvi"), the beneficial owners of Janvrin Holdings Limited, Crossgar Limited, or Ryburn Limited (together, "the BVI entities").

4. Prior to joining the legal department, I held several administrative positions including senior trust officer and assistant manager. I have never held a director or executive position with ETJL or with any entities associated with the Hilsenraths, Dahan, or Haruvi.

5. I am a British citizen and a resident of Jersey, Channel Islands. I have only lived in the United Kingdom and in Australia. I have never been a resident of California or lived anywhere in the United States. I do not plan to reside in California in the future.

6. I have never traveled to California for ETJL business. I have only made two trips to California, both times were for leisure and were before I was employed by ETJL. In or around 1986, my husband and I traveled to California on vacation. In or around 1978, I went with my parents on a family vacation to California.

7. I have not made any other trips to California except as set forth in Paragraph 6 above.

8. During my two visits to California, my only "contacts" in California would have been for food, lodging, car rentals, recreational activities, and sundries.

9. I have never owned or leased any real property or personal property in the State of California.

10. I have never been registered to vote anywhere in the United States.

11. I do not owe money to any person or entity in the State of California. I do not owe or pay taxes to any California government entity, and I have never filed a California tax return.

12. I do not have any officers, employees, or agents for service of process or other purposes in California; do not have bank accounts in California; do not have telephones, telephone directory listings, or mailing addresses in California; and do not maintain books or records in California.

13. I do not currently maintain, nor have I ever maintained, a business in the State of California. I do not personally have any business clients or customers in the State of California. I do not derive any personal income or other personal economic benefit from the State of California.

14. I received the Summons and Complaint in this matter by Federal Express on July 2, 2007 at the ETJL offices.

15. I have reviewed the allegations of the Complaint. Contrary to those allegations, I have never been an executive of any of the BVI entities, nor have I ever held an executive-level position with ETJL. I did not have any role in directing or controlling the actions of any entity. In fact, I observe that all of the allegations in the Complaint from the beginning of the alleged conspiracy in March 2000 to the filing of the allegedly frivolous claim in March 2002, occurred before I had any knowledge of or involvement with the Hilsenraths or the BVI entities.

16. In March 2000, I did not know of and was not involved in any decision by any person to retain the Nixon Peabody law firm or to file claims against the Hilsenraths in March 2002.

17. As legal officer, I have been involved in some administrative matters for the Hilsenraths' only remaining structure, Firefly trust, a Jersey entity. Additionally, in my role as legal officer, I have also become aware of the BVI entities. I am an authorized signatory of ETJL and may have signed on ETJL's behalf on communications addressed to the Hilsenraths, Dahan, or Haruvi.

18. Other than being named as a defendant in this action, I have never been involved in any other lawsuit brought in the State of California.

19. Defending a lawsuit in California would cause me great hardship, in part because I find it difficult to travel long distances while being the primary caretaker of two school-aged children.

20. I have not knowingly, intelligently, or purposefully consented to the jurisdiction of the State of California. I do not consent to the jurisdiction of California in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2007 at _Equity Trust, St Helier Jersey_

SIGNED: Caroline Bougeard