LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Darius Ogloza (Bar No. 176983)
  Sarah M. Ray (Bar No. 229670)
  Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD, AND GRANT
BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | CASE NO. C-07-3312 CRB<br><br>DECLARATION OF GRANT BROWN IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS* |

I, GRANT BROWN, declare as follows:

1. I am a defendant in the above-entitled action. I have personal knowledge of the facts stated below and could and would competently testify thereto if called as a witness.

2. I am presently employed by Capita Trustees Limited, located at 7 Esplanade, St. Helier, Jersey, Channel Islands, JE4 5UW.

3. Between June 1, 2004 to May 31, 2007, I served as Executive Director, Private Client at Equity Trust (Jersey) Limited ("ETJL").

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\618399.2
Case Number: C-07-3312 CRB
DECLARATION OF GRANT BROWN IN SUPPORT OF MOTION TO DISMISS

4. When I joined ETJL in June 2004, I took over the accounts from Melvyn Kalman, who was at that time leaving the employ of ETJL. Prior to June 2004, I had no knowledge of, or experience with, the Hilsenraths. Nor did I have any knowledge of, or experience with, David Dahan ("Dahan"), or Haim Haruvi ("Haruvi"), the beneficial owners of Janvrin Holdings Limited, Crossgar Limited, or Ryburn Limited (together, the "BVI companies").

5. I am a citizen of New Zealand and a resident of Jersey, Channel Islands. I have lived in the United Kingdom since September 2002. I have never been a resident of California or lived anywhere in the United States. I do not plan to reside in California in the future.

6. I have never traveled to California for ETJL business. When I fly from Jersey to my native home in New Zealand, I generally fly through Los Angeles, California, and often spend one or two nights in Los Angeles, to break up the long trip. I have done this several times in the last five years.

7. During these visits to California, my only "contacts" in California would have been for food, lodging, car rentals, recreational activities, and sundries.

8. I have never owned or leased any real property or personal property in the State of California.

9. I have never been registered to vote anywhere in the United States.

10. I do not owe money to any person or entity in the State of California. I do not owe or pay taxes to any California government entity, and I have never filed a California tax return.

11. I do not have any officers, employees, or agents for service of process or other purposes in California. I do not have bank accounts in California or telephones, telephone directory listings, or mailing addresses. I do not maintain books or records in California.

12. I do not currently maintain, nor have I ever maintained, a business in the State of California. I do not personally have any business clients or customers in

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\618399.2
Case Number: C-07-3312 CRB
DECLARATION OF GRANT BROWN IN SUPPORT OF MOTION TO DISMISS

the State of California. I do not derive any personal income or other personal economic benefit from the State of California.

13. The Summons and Complaint in this matter were sent by Federal Express and received on July 2, 2007 at the ETJL offices, where I no longer work. ETJL then forwarded the Summons and Complaint to my present employer. I received the Summons and Complaint on 13th July 2007.

14. I have reviewed the allegations of the Complaint in this matter. Contrary to the allegations, I was not an executive at either ETJL or the BVI companies during the relevant time frame. All of the allegations in the Complaint from the beginning of the alleged conspiracy in March 2000 to the filing of the allegedly frivolous claim in March 2002, occurred before I began my employ at ETJL in June 2004. Accordingly, although I served as an executive of ETJL and had limited duties with respect to Janvrin, Crossgar and Ryburn after June 2004, I cannot ascertain from the complaint why I have been named as a defendant.

15. I did not know of and was not involved in the BVI companies' decision to retain Nixon Peabody or in Janvrin et al.'s decision to file claims against the Hilsenraths in March 2002, both of which events occurred prior to my employment at ETJL.

16. From June 2004 to May 31, 2007 I was an authorized signatory of ETJL and may have signed on ETJL's behalf on communications addressed to the Hilsenraths, Dahan, or Haruvi.

17. Other than being named as a defendant in this action, I have never been involved in any other lawsuit brought in the State of California.

18. Defending a lawsuit in California would cause me great hardship, as I am currently employed with Capita Trustees Limited in Jersey, Channel Islands, and would not be able to fulfill my obligations to my present employer while defending this action in California.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\618399.2
Case Number: C-07-3312 CRB
DECLARATION OF GRANT BROWN IN SUPPORT OF MOTION TO DISMISS

1        19.    I have not knowingly, intelligently, or purposefully consented to the jurisdiction of the State of California. I do not consent to the jurisdiction of California in this action.

      Executed this 20th day of July, 2007 in Jersey, Channel Islands.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Grant Brown

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

SF\618399.2
Case Number: C-07-3312 CRB
DECLARATION OF GRANT BROWN IN SUPPORT OF MOTION TO DISMISS