LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Darius Ogloza (Bar No. 176983)
   Sarah M. Ray (Bar No. 229670)
   Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>            Plaintiffs,<br><br>   v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>            Defendants. | CASE NO. C-07-3312 CRB<br><br>DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS CAROLINE BOUGEARD AND GRANT BROWN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*.<br><br>Date:    October 5, 2007<br>Time:   10:00 a.m.<br>Place:   Courtroom 8<br>Judge:  Honorable Charles R. Breyer<br><br>Complaint Filed: June 25, 2007 |

       I, KATIE Y. CHANG, declare as follows:

       1. I am an attorney licensed to practice with the courts of the State of California. I am admitted to the bar of this Court. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants Equity Trust (Jersey) Limited ("ETJL"), Caroline Bougeard ("Bougeard"), and Grant Brown ("Brown") in the above-captioned case. I have personal knowledge of the facts set forth below and if called as a witness could and would testify

SF\619418.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*

1  competently thereto.

2  2.  In support of its motion to dismiss the complaint against it in this matter, filed on or about July 19, 2007, ETJL concurrently filed the Declaration of Philip Joseph Austin ("Austin Declaration").  A true and correct copy of the Austin Declaration, with exhibits thereto, is attached hereto as Exhibit 1 for the convenience of the Court.

3.  In a motion filed on or about November 30, 2006, in the matter of *Janvrin et al. v. Hilsenrath*, Northern District No. C-02-1068 CW, plaintiffs admitted:  "Oliver and Hana Hilsenrath at all time relevant to this counter-claim/third-party complaint have maintained their domicile in Israel."  A certified copy of this document is attached hereto as Exhibit 2.

4.  In a motion filed on or about July 18, 2007, in the matter of *Hana and Oliver Hilsenrath v. Nixon Peabody et al.*, Northern District No. C-07-3193 TEH, plaintiffs admitted: "Hana and Oliver Hilsenrath are citizens and residents of the state of Israel and their permanent residence is in Tel-Aviv."  A true and correct copy of this document is attached hereto as Exhibit 3.

5.  Oliver Hilsenrath was sentenced in the matter of *United States v. Hilsenrath*, Northern District No. CR-03-213, WHA, on July 9, 2007.  A certified copy of the "Judgment in a Criminal Case as to Oliver Hilsenrath," signed July 9, 2007, is attached hereto as Exhibit 4.

6.  A true and correct copy of plaintiffs' Affidavit of Service of Summons and Complaint, filed in this matter, is attached hereto as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on July 23, 2007.

          /s/
    Katie Y. Chang

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619418.1

2
DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*