# EXHIBIT 1

LATHAM & WATKINS LLP
Peter Wald (Bar No. 85705)
Darius Ogloza (Bar No. 176983)
Sarah M. Ray (Bar No. 229670)
Katie Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | CASE NO. C-07-3312 CRB<br><br>DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF EQUITY TRUST (JERSEY) LTD'S MOTION TO DISMISS FOR IMPROPER VENUE; LACK OF PERSONAL JURISDICTION; INSUFFICIENCY OF SERVICE OF PROCESS AND *FORUM NON CONVENIENS* |

I, PHILIP JOSEPH AUSTIN, declare as follows:

1.  I currently am a Managing Director of Equity Trust (Jersey) Limited ("ETJL") and have held this position since 8 May 2006. In my capacity as Managing Director, I have access to, and would in the ordinary course of ETJL's business become aware of information with respect to: the location of ETJL's officers, directors, managing agents and employees; the location of ETJL's offices, real property, personal property, bank accounts and other assets; the location of ETJL's business activities; the payment of taxes;

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO
SF\616928.2
Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN

1  the appointment of agents for service of process; and the location of legal actions pursued or
2  defended by ETJL.
3      2.    I have personal and first-hand knowledge of all of the facts stated in
4  this Declaration, except where otherwise stated that my knowledge is based on information
5  and belief. If called upon to do so, I could, and would, testify competently thereto.
6      3.    ETJL is a leading trust company which provides trust and fiduciary
7  services to high net worth individuals, corporations and intermediaries. ETJL offers its
8  clients trust, estate planning, family office, structuring, investor support and other financial
9  services. ETJL was first incorporated as a private company under the Companies (Jersey)
10 Law 1991. Both its headquarters and operations are located exclusively in Jersey, Channel
11 Islands in the United Kingdom.
12     4.    The company known as ETJL today has undergone several changes
13 in its name over the years, principally as a result of changes in ownership. Originally
14 incorporated 28 January 1994 as Integro Trust (Jersey) Limited, it changed its name to
15 Insinger Trust (Jersey) Limited on 13 January 1998. A further name change occurred on 20
16 July 2001, when it became known as Insinger de Beaufort Trust (Jersey) Limited. Since
17 July 18, 2003, the company has been known as Equity Trust (Jersey) Limited.
18     5.    A true and correct copy of the Certificate of Incorporation of Integro
19 Trust (Jersey) Limited is attached as Exhibit A. A true and correct copy of the Certificate of
20 Incorporation on Change of Name for Insinger Trust (Jersey) Limited is attached as Exhibit
21 B. A true and correct copy of the Certificate of Incorporation on Change of Name for
22 Insinger de Beaufort Trust (Jersey) Limited is attached as Exhibit C. A true and correct
23 copy of Certificate of Incorporation and Change of Name for Equity Trust (Jersey) Limited
24 is attached as Exhibit D.
25     6.    ETJL's management, administrator and directorship services are
26 performed from St. Helier, Jersey, the location of its headquarters and operations. ETJL
27 has clients around the world. However, ETJL does not specifically advertise in an effort to
28

LATHAM•WATKINS  SF\616928.2
ATTORNEYS AT LAW  Case Number: C-07-3312 CRB
SAN FRANCISCO  DECLARATION OF PHILIP JOSEPH AUSTIN

2

provide services in California, nor in publications expected to reach the State of California. I do not understand that ETJL has ever applied for any license to do business in California.

7. ETJL does not maintain any offices or places of business in California and does not own or lease any real or personal property in California.

8. ETJL does not maintain any officers, employees, or agents in California; it does not have bank accounts in California or telephones, telephone directory listings, or mailing addresses. ETJL does not maintain books or records in California.

9. ETJL has never appointed an agent to receive service of process in California.

10. I have inquired of ETJL's travel consultants and have been advised that no ETJL employees conduct regular trips to California for business purposes, and am not aware that any such travel occurred during the time period relevant to this action.

11. In connection with the preparation of this Declaration, I reviewed business records which were maintained in the regular course of business and created contemporaneously with the events they record. My knowledge of the facts I declare in the following paragraphs 12 through 15 is based on information and belief as a result of my review of these business records.

12. By way of background, ETJL was introduced to the Hilsenraths through a client, David Dahan ("Dahan"), who, like the Hilsenraths, identified himself as an Israeli citizen. The Hilsenraths were interested in obtaining trust and asset management services provided by ETJL because Jersey is a stable, low-tax jurisdiction. After speaking with Oliver Hilsenrath, and by his request, an ETJL employee sent some materials describing ETJL services to Mr. Hilsenrath, who at the time happened to be located in California. A true and correct copy of a letter from John Perkins to Oliver Hilsenrath, dated 14 May 1996, is attached as Exhibit E.

13. In or around May 1996, the Hilsenraths entered into a Company Management Agreement with ETJL by which terms ETJL established and administered Aida Holdings Limited, a BVI corporation, for their benefit. Aida Holdings Limited was

LATHAM&WATKINS<sup>LLP</sup> SF\616928.2
ATTORNEYS AT LAW
SAN FRANCISCO
Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN

3

1  later renamed Borazon and continued to be administered under the same Company
2  Management Agreement. A true and correct copy of the Aida Holdings Limited Company
3  Management Agreement is attached as Exhibit F.

4  14.  In or around August 1999, the Hilsenraths entered into a Company
5  Management Agreement with ETJL by which terms ETJL established and administered the
6  Oliver Hilsenrath Family Investments Limited, a BVI corporation, for their benefit. A true
7  and correct copy of the Oliver Hilsenrath Family Investments Limited Company
8  Management Agreement is attached as Exhibit G.

9  15.  As a general rule, and as provided in the Company Management
10 Agreements governing the parties' rights and duties, ETJL would not provide funding for
11 any of the entities that it administered on behalf of the Hilsenraths.

12 16.  I have reviewed the complaint in this action and, contrary to what is
13 alleged therein, ETJL is not the "owner" of any of the three British Virgin Islands
14 companies referenced therein: Janvrin Holdings Limited, Crossgar Limited, and Ryburn
15 Limited. These three British Virgin Island corporations were formed in 1995 and 1996 by
16 ETJL for their beneficial owners, Messrs. Dahan and Haim Haruvi ("Haruvi"). ETJL
17 provided administrative and directorship services to the three BVI companies. ETJL did not
18 "finance" these companies. As with the Hilsenraths' structures, responsibility for funding
19 these companies remained in the beneficial owners, Dahan and Haruvi. True and correct
20 copies of the Certificates of Incorporation of Janvrin Holdings Limited (formerly Baharu
21 International Limited), Crossgar Limited, and Ryburn Limited are attached as Exhibit H. A
22 true and correct copy of the Company Management Agreement between Matheson Trust
23 Company (Jersey) Limited (a company acquired by ETJL) and Janvrin Holdings Limited is
24 attached as Exhibit I.
25 ///
26 //
27 //
28

17. Defending this action in California, a jurisdiction with which ETJL has no contacts, would impose a significant burden on ETJL employees and resources. ETJL has a particular interest in having this dispute, which is governed by Jersey law, adjudicated by a Jersey court. I understand that, according to the Hilsenrath Company Management Agreements, the Hilsenraths have agreed in fact to do so. See Exhibits F & G, attached hereto.

18. On information and belief, the four current and former employees of ETJL sued in their individual capacities are all current residents of the Island of Jersey. Accordingly, litigation in California would be particularly burdensome as to them.

19. ETJL does not knowingly, intelligently, or purposefully consent to the jurisdiction of the State of California. I do not consent to the jurisdiction of California in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July 2007 at St. Helier, Jersey, Channel Islands.

*[signature]*

SIGNED: Philip Joseph Austin