LATHAM & WATKINS LLP
 Peter A. Wald (Bar No. 85705)
 Darius Ogloza (Bar No. 176983)
 Sarah M. Ray (Bar No. 229670)
 Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED, CAROLINE BOUGEARD, AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>              Plaintiffs,<br><br>      v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>              Defendants. | CASE NO. C-07-3312 CRB<br><br>CAROLINE BOUGEARD AND GRANT BROWN'S NOTICE OF ISSUES OF FOREIGN LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 44.1 |

Pursuant to Federal Rule of Civil Procedure 44.1, defendants Caroline Bougeard and Grant Brown (together, the "individual defendants") hereby provides notice to all parties and to the Court that the individual defendants intend to argue that the law of the Island of Jersey, Channel Islands, United Kingdom, applies to the claims and defenses as to the individual defendants based on, *inter alia*, the following:

   1.   The Aida Company Management Agreement, dated May 22, 1996, and signed by plaintiffs, a copy of which is attached hereto as Exhibit 1, Provision 8 which indicates

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619537.1

CASE NO. C-07-3312 CRB
DEFENDANTS NOTICE OF ISSUES OF FOREIGN LAW
PURSUANT TO FRCP 44.1

1  that the Agreement, and thus the relationship between the parties arising out of the Agreement,

2  "shall be governed by construed and interpreted in accordance with the laws of the Island of

3  Jersey, and all parties shall submit to the jurisdiction of the courts of the said Island."

4      2.    The Oliver Hilsenrath Family Investments Limited Agreement, dated

5  August 20, 1999, and signed by plaintiffs and Equity Trust (Jersey) Limited, a copy of which is

6  attached hereto as Exhibit 2, Provision 8, which indicates that the Agreement, and thus the

7  relationship between parties arising out of the Agreement, "shall be governed by construed and

8  interpreted in accordance with the laws of the Island of Jersey, and all parties shall submit to the

9  jurisdiction of the courts of the said Island."

10 Dated: July 23, 2007

11         Respectfully Submitted,

12         LATHAM & WATKINS LLP

13

14     By  /s/ Katie Chang
        ATTORNEYS FOR CAROLINE
        BOUGEARD AND GRANT BROWN

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619537.1

2

CASE NO. C-07-3312 CRB
DEFENDANTS NOTICE OF ISSUES OF FOREIGN LAW
PURSUANT TO FRCP 44.1