```
1  LATHAM & WATKINS LLP
      Peter A. Wald (Bar No. 85705)
2     Darius Ogloza (Bar No. 176983)
      Sarah M. Ray (Bar No. 229670)
3     Katie Y. Chang (Bar No. 246247)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  +415.391.0600
5  Facsimile:  +415.395.8095

6  Attorneys for Defendant
   EQUITY TRUST (JERSEY) LIMITED,
7  CAROLINE BOUGEARD, GRANT BROWN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>             Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>             Defendants. | CASE NO. C-07-3312 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS CAROLINE BOUGEARD AND GRANT BROWN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE AND *FORUM NON CONVENIENS*<br><br>Date:     October 5, 2007<br>Time:    10:00 a.m.<br>Place:    Courtroom 8<br>Judge:   Honorable Charles R. Breyer<br><br>Complaint Filed:  June 25, 2007 |

      The Motion to Dismiss submitted by defendants Caroline Bougeard ("Bougeard") and Grant Brown ("Brown") came on for hearing before this Court on October 5, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer.  Peter A. Wald, Esq. and Darius Ogloza, Esq. of Latham & Watkins LLP appeared for ETJL.  The other parties were represented by their respective legal counsel, except for plaintiffs who appeared *in pro per*.

      After considering the papers and evidence submitted by the parties, and the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*

1  arguments of counsel, the Court hereby GRANTS Bougeard and Brown's motion and orders that
2  this case be dismissed with prejudice as to Bougeard and Brown pursuant to Federal Rule of
3  Civil Procedure 12(b)(2) and 12(b)(4) on the basis that the Court lacks personal jurisdiction over
4  Bougeard and Brown and service was defective.  Additionally, pursuant Federal Rule of Civil
5  Procedure 12(b)(3), venue in this court is improper pursuant to forum selection clauses set forth
6  in the management agreements, which are applicable to this case.  Further, the Court finds that
7  dismissal is warranted under the doctrine of *forum non conveniens*.

        IT IS SO ORDERED.

Dated: _____     _____
                                                The Honorable Charles R. Breyer,
                                                Judge of the District Court

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF
PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND
*FORUM NON CONVENIENS*