LATHAM & WATKINS LLP
　Peter A. Wald (Bar No. 85705)
　Darius Ogloza (Bar No. 176983)
　Sarah M. Ray (Bar No. 229670)
　Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  +415.391.0600
Facsimile:  +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. C-07-3312 CRB<br><br>CERTIFICATION OF INTERESTED PERSONS OF DEFENDANTS CAROLINE BOUGEARD AND GRANT BROWN |

Pursuant to Civil L.R. 3-16, defendants Caroline Bougeard and Grant Brown (together, the "individual defendants") certify that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the named parties to the action (i) have a financial interest in the subject matter in controversy or either of the individual defendants; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-07-3312 CRB
CERTIFICATION OF INTERESTED PERSONS OF DEFENDANTS BOUGEARD AND BROWN

SF\619493.1

Dated: July 23, 2007

                                        Respectfully Submitted,

                                        LATHAM & WATKINS LLP

                                        By /s/ Katie Chang
                                              ATTORNEYS FOR CAROLINE
                                              BOUGEARD AND GRANT BROWN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-07-3312 CRB
CERTIFICATION OF INTERESTED PERSONS OF DEFENDANTS BOUGEARD AND BROWN

SF\619493.1