LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Darius Ogloza (Bar No. 176983)
   Sarah M. Ray (Bar No. 229670)
   Katie Y. Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>          Plaintiffs,<br><br>   v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>          Defendants. | CASE NO. C-07-3312 CRB<br><br>NOTICE OF ERRATA REGARDING DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS CAROLINE BOUGEARD AND GRANT BROWN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*.<br><br>Date: October 5, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br>Judge: Honorable Charles R. Breyer<br><br>Complaint Filed: June 25, 2007 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619594.1

NOTICE OF ERRATA RE: DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*

1  Defendants file this NOTICE OF ERRATA regarding the Declaration of Katie Y.
2  Chang in Support of Defendants Caroline Bougeard and Grant Brown's Motion to Dismiss (the
3  "Chang Declaration").  The Chang Declaration, filed Monday, July 23, 2007, attached an
4  incomplete Exhibit 1.  A complete Exhibit 1 to the Chang Declaration is attached hereto, and
5  should be substituted for the previously filed version.

_____/s/_____

Katie Y. Chang

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\619594.1

1
NOTICE OF ERRATA RE: DECLARATION OF KATIE Y. CHANG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, AND *FORUM NON CONVENIENS*