AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>     Northern   </u>   DISTRICT OF <u> California                              </u>

## APPEARANCE

CASE NUMBER: C-07-3312-CRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Equity Trust (Jersey) Limited, Caroline Bougeard, and Grant Brown

I certify that I am admitted to practice in this court.

<u>July 23, 2007                          </u>
Date

Signature: *[signed]*
Sarah M. Ray
Sarah.ray@lw.com
Print Name                              Bar Number  229670

Latham & Watkins LLP
Address
505 Montgomery Street, SUite 2000
San Francisco              CA                 94111
City                       State              Zip Code

415/395-8029              415/395-8095
Phone Number                             Fax Number

AO-458