HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>**Plaintiffs,**<br>v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**<br>**Defendants.** | Case No. 3:07-cv-3312 CRB<br><br>**OPPOSITION OF PLAINTIFFS TO ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Judge: Hon Charles R. Breyer** |

Pursuant to 28 USC §455, plaintiffs Hana and Oliver Hilsenrath respectfully oppose transfer of the following cases to Judge Claudia Wilken:

*Case 3:07-cv-03312-CRB Hilsenrath et al v. Equity Trust (Jersey) Limited et al*

and

*Case 3:07-cv-03193-TEH Hilsenrath et al v. Nixon Peabody LLP et al.*

While the above two cases are indeed related to: *Case 4:02-cv-01068-CW Janvrin Holdings Limited et al v. Hilsenrath et al and Counterclaim,* plaintiffs Hana and Oliver Hilsenrath specifically oppose the above transfers on the abovementioned grounds and as further substantiated in *Doc 298 and 299* of case *4:02-cv-01068-CW*, attached to this present document.

Plaintiffs Hana and Oliver Hilsenrath do not oppose other pertinent referrals of related cases as dictated by the need to preserve and optimize judicial economies.

Dated: July 25, 2007

Respectfully submitted,

_____/s_____          _____/s_____
HANA HILSENRATH          OLIVER HILSENRATH

/ Attached: *Doc 298 and 299* of case *4:02-cv-01068-CW* /