HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>**Plaintiffs,**<br>v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**<br>**Defendants.** | Case No. 3:07-cv-3312 CRB<br><br>**MOTION TO SUPPLEMENT COMPLAINT RE PHILIP JOSEPH AUSTIN PERJURY**<br><br>Date: August 17, 2007<br>Time: 10 AM<br>Place: Courtroom 8<br>Judge: Hon Charles R. Breyer |

INTRODUCTION

Plaintiffs Hana and Oliver Hilsenrath respectfully move this Court for leave to supplement pleading (amend complaint) pursuant to FRCP 15(d)[1] to cover events that occurred after the filing of the original complaint.

The supplemented pleadings are in line and in furtherance of defendants' conduct that inflicts *inter alia* additional damage onto plaintiffs.

---

[1] **Sixth Circuit: McHenry v Ford Motor Co. (1959, CA6 Mich) 269 F2d 18, 2 FR Serv 2d 206** […transactions or occurrences developing since original filing are "foreshadowed" by original filing, such as continuing trespass; in such cases supplemental pleading should be permitted at any time "almost as a matter of course"].

In its first interaction with this court, Mr. Philip Joseph Austin, the current managing director of Equity Trust Jersey Limited (ETJL) submitted a sworn declaration (Hilsenrath Supplemental Declaration – Supplemental Exhibit A) under penalty of perjury.

While pleading in court is a crafty trade, Mr. Austin and his attorneys left the gray area far behind and proceeded deep into the forbidden area of perjury.

## AUSTIN'S FALSE AND MISLEADING STATEMENTS

In the above declaration, ¶ 16, Mr. Austin states that ETJL is not the "owner" of any of the three British Virgin Islands companies referenced therein: Janvrin, Crossgar and Ryburn.

Supplemental Exhibit B presents two Deeds of Trust stating clearly that ETJL are the owners of Crossgar and Ryburn. Similar documents are known to be in the possession of ETJL with respect to Janvrin.

Also in the above declaration, ¶ 16, Mr. Austin states "ETJL did not "finance" these companies.

Supplemental Exhibit C however presents ETJL internal correspondence attesting to both the decision to finance themselves the above entities as well as attest to the purpose of the financing which was to "not affect OUR [ETLJ's] pursuit of the existing claims of Janvrin, Ryburn and Crossgar against US Wireless/Oliver Hilsenrath."

## OBJECTIVES OF AUSTIN'S FALSE AND MISLEADING STATEMENTS

ETJL are fighting multiple battles and hope to accomplish the following by committing perjury:

i. Ownership and financing of Janvrin, Ryburn and Crossgar stress Equity Trust's clear responsible to pay the Hilsenraths the $8,000,000 recently ordered by the district court against Janvrin, Ryburn and Crossgar in Janvrin et al v. Hilsenrath et al. Mr. Austin prefers perjury to a payment of $8,000,000.

    ii. Ownership and financing of Janvrin, Ryburn and Crossgar establish Equity Trust's role as host of the conspiracy already established to have taken place by the court, side by side with staffing, operating and providing all other services.

    iii. In a preemptive action to further obstruct justice, ETJL dissolved Ryburn and Crossgar recently in anticipation of an adverse ruling in Janvrin v. Hilsenrath, as presented in Hilsenrath Supplemental Declaration – Supplemental Exhibit D.

## AUSTIN'S DISINGENUOUS STATEMENTS RE BUSINESS IN THE UNITED STATES

It is hard not to notice in Mr. Austin's declaration, ETJL's efforts to persuade the court that they have absolutely no ties to California or the United States and that they cannot be subject to US federal jurisdiction.

Mr. Austin's statements are particularly puzzling while ETJL keeps an active division in New Your City devoted solely to "assists US clients with the establishment of international structures and provides for related corporate trust and management services"  - [Hilsenrath Declaration – Exhibit E: Equity Trust web site].

To leave no doubt as to Equity trust's ETJL's commitment to business in the US, Mr Austin's firm further states in their website:

> "Equity Trust is the preferred service provider for North American multinationals and medium-sized companies. We offer a one-stop sales office located in New York.
>
> We establish vehicles for North American corporate clients in many Equity Trust jurisdictions including Luxembourg, the Netherlands, the Netherlands Antilles and the Cayman Islands. Additionally we can offer services in Aruba, British Virgin Islands, Hong Kong, Jersey, Argentina, and Switzerland."

Special note is made to the fact that the firm of Latham and Watkins LLP with 5 attorneys on this case, including the most senior members of the firm, have put this blatant display of perjury on their letterhead amid their duty of diligence as to the active business of their client in this country.
*["empty head but pure heart is no excuse" – US National Bank Association, N.D. v. Sullivan-Moore, 406 F.3d 465, 470 (7th Cir.2005)]*

MOTION FOR LEAVE

By way of this motion, plaintiffs move the Court to supplement the current complaint supplementing (1) the information on ETJL's further attempt to cover up their conspiracy through Mr. Austin's perjury and (2) a further Cause of Action to deprive the Hilsenrath's through this declaration, of the compensation awarded by the distinct court against ETJL's properties: Janvrin, Ryburn and Crossgar.

A proposed supplemented complaint is attached to this motion.

Dated: July 26, 2007

Respectfully submitted,


_____/s_____          _____/s_____
HANA HILSENRATH              OLIVER HILSENRATH


/Hilsenrath Declaration and [Proposed] Amended Complaint/