HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>      Plaintiffs,<br><br>           v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>      Defendants. | Case No. 3:07-cv-3312 CRB<br><br>DECLARATION OF OLIVER HILSENRATH RE SERVICE ON ALL DEFENDANTS OF DOC 35 MOTION FOR LEAVE – SUPPLEMENTAL COMPLAINT<br><br>Judge: Hon Charles R. Breyer |

   I, Oliver Hilsenrath, declare the following to be true under penalty of perjury:

   Service of Doc 35 – Motion for leave to file Supplemental Complaint, Supplemental Complaint and Exhibits was effected on all defendants including Philip Joseph Austin[1].

   All defendants were served via the Court's Electronic Filing System (Attached list of electronic recipients) except:

---

[1] Added Defendant

    <u>(1) Philip Joseph Austin</u> – Mr. Darius Ogloza, of Latham and Watkins LLP, accepted service on behalf of Philip Joseph Austin of Equity trust

    and

    <u>(2) Melvyn Kalman and John Perkins</u> (formerly with Equity Trust) – Mr. Brad Glassman, of Baach Robinson & Lewis PLLC, accepted service via email brad.glassman@baachrobinson.com on behalf of Melvyn Kalman and John Perkins.

    Dated: July 26, 2007

    Respectfully submitted,

                              _____/s_____
                                OLIVER HILSENRATH

/Attachment/

  

Civil · Criminal · Query · Reports · Utilities · Logout

## Mailing Information for a Case 3:07-cv-03312-CRB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Katie Ya-yee Chang**
  katie.chang@lw.com

- **Andrew James Cho**
  acho@akingump.com,dlamb@akingump.com

- **Maria Ellinikos**
  mellinikos@akingump.com,aregch@akingump.com

- **Hana Hilsenrath**
  oliver_hilsenrath@sbcglobal.net,oliver_hilsenrath@yahoo.com

- **Oliver Hilsenrath**
  oliver_hilsenrath@yahoo.com,oliver_hilsenrath@sbcglobal.net

- **Daven Gerald Lowhurst**
  dglowhurst@thelenreid.com

- **Stacy Marie Monahan**
  stacymonahan@quinnemanuel.com,monitajones@quinnemanuel.com

- **Darius C. Ogloza**
  darius.ogloza@lw.com

- **Sarah Meyers Ray**
  sarah.ray@lw.com

- **Patrick Martin Ryan**
  pryan@thelen.com

- **Reginald David Steer**
  rsteer@akingump.com,kkoo@akingump.com

- **Peter Allen Wald**
  peter.wald@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.