HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

<u>PLAINTIFFS *IN PRO PER*</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>　　　　　　**Plaintiffs,**<br>v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**<br>　　　　　　**Defendants.** | Case No. 3:07-cv-3312 CW<br><br>**NOTICE OF MOTION TO SUPPLEMENT COMPLAINT RE PHILIP JOSEPH AUSTIN PERJURY – DOC 35**<br><br>**Date: September 6, 2007**<br>**Time: 2:00 PM**<br>**Place: Courtroom 2, 4th Floor**<br>**Judge: Hon Claudia Wilken** |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Hana and Oliver Hilsenrath will move this Court for leave to supplement pleading (amend complaint) pursuant to FRCP 15(d) to cover events that occurred after the filing of the original complaint.

A motion and supporting documents were filed with the Court on July 26, 2007 - Doc 35.

Dated: July 30, 2007　　　　　　　　　　　　　　　　　　　Respectfully submitted,


_____/s_____　　　　　　　　　_____/s_____
HANA HILSENRATH　　　　　　　　　OLIVER HILSENRATH