REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10,<br><br>Defendants. | Case No. 07-3312 (CW)<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:     September 6, 2007<br>Time:    2:00 p.m.<br>Place:    Courtroom 2<br>Judge:   Hon. Claudia Wilken |

## AMENDED NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 6, 2007 at 2:00 p.m. or as soon thereafter as the matter may be heard, before the Honorable Claudia Wilken of the United States District Court for the

Northern District of California, 1301 Clay Street, Oakland, California, specially appearing Defendant Candover Investments PLC will and hereby does move to dismiss the Complaint of Plaintiffs Hana and Oliver Hilsenrath ("Plaintiffs") for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

This Motion is based upon this Amended Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and the Declarations of Andrew Moberly and Maria Ellinikos filed therewith, the pleadings, records and papers on file in this action, such other papers as may be filed at or before the hearing of this Motion, oral arguments of counsel and any other matters properly before the Court.

Dated: July 31, 2007                              AKIN GUMP STRAUSS HAUER & FELD LLP


                                                  By_____/s/_____
                                                            Maria Ellinikos
                                                  Attorneys for Specially Appearing Defendant
                                                  Candover Investments PLC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On July 31, 2007, I served the foregoing document(s) described as: **AMENDED NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on the interested party(ies) below, using the following means:

Hana Hilsenrath
Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at _____, California.

☒ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2007 at San Francisco, California.

David Lamb
[Print Name of Person Executing Proof]        [Signature]