| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Peter A. Wald (Bar No. 85705) |
| 2 |    Darius Ogloza (Bar No. 176983) |
| |    Sarah M. Ray (Bar No. 229670) |
| 3 |    Katie Y. Chang (Bar No. 246247) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-2562 |
| | Telephone: +415.391.0600 |
| 5 | Facsimile: +415.395.8095 |
| 6 | Attorneys for Defendant |
| | EQUITY TRUST (JERSEY) LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | CASE NO. C-07-3312 CRB <br><br> DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS* <br><br> Date: September 27, 2007 <br> Time: 2:00 p.m. <br> Place: Courtroom 2 <br> Judge: Honorable Claudia Wilken <br><br> Complaint Filed: June 25, 2007 |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS AND *FORUM NON CONVENIENS*

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Equity Trust (Jersey) Limited ("ETJL"), hereby moves this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(3), to dismiss the complaint on the basis that venue in this Court is improper under forum selection clauses set forth in the management agreements that govern relations between ETJL and plaintiffs and are applicable to this case. In the alternative, ETJL moves, pursuant to FCRP 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over ETJL and that plaintiffs' service of process was insufficient. As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine.

These alternative motions are set to be heard on September 27, 2007 at 2:00 p.m. or as soon thereafter as the matter may be heard, before the Honorable Claudia Wilken of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California.

## RELIEF REQUESTED

ETJL seeks an Order dismissing the complaint because venue is improper under forum selection clauses applicable to this case. Alternatively, ETJL seeks dismissal for lack of personal jurisdiction/insufficiency of process and for *forum non conveniens*.

Dated: August 1, 2007

                                      Respectfully Submitted,

                                      LATHAM & WATKINS LLP

                                      By  /s/ Sarah Ray
                                            ATTORNEYS FOR EQUITY TRUST
                                            (JERSEY) LIMITED

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-3312 CRB
DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS AND *FORUM NON CONVENIENS*