DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California  94105
Telephone:  (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>        Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>        Defendants. | Case No.:  3:07-CV-03312 CW<br><br>**DEFENDANT JARDINE MATHESON HOLDINGS LIMITED'S RE-NOTICE OF MOTION TO DISMISS**<br><br>**[F.R.Civ.P. 12(b)(2) and (b)(5)]**<br><br>Date:      September 27, 2007<br>Time:     2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br>Judge:   Honorable Claudia Wilken<br><br>Complaint Filed:   June 25, 2007 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that defendant JARDINE MATHESON HOLDINGS LIMITED ("Jardine") hereby re-notices the hearing on its Motion to Dismiss under F.R.Civ.P. Rules 12(b)(2) and 12(b)(5) for September 27, 2007, at 2:00 p.m. in the above-entitled Court located at 1301 Clay Street, Courtroom 2, 4th Floor, Oakland, California, the Honorable Claudia Wilken presiding. Jardine seeks an order dismissing this action filed by Hana and Oliver Hilsenrath as against Jardine on the ground that there is no personal jurisdiction over Jardine, and on the ground that service of

SF #1308454 v1                                  -1-
DEFENDANT JARDINE'S RE-NOTICE OF MOTION TO DISMISS [F.R.Civ.P. 12(b)(2) AND (b)(5)]
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CW]

1  process on Jardine was invalid and ineffective.  This Motion is based on this Re-Notice of Motion
2  and Motion, the Memorandum of Points and Authorities and Declaration of Charles Harry Wilken
3  previously filed, all other pleadings and papers on file in this action, and such other matters as may
4  be presented at the hearing.

6  Dated: August 3, 2007                             Respectfully submitted,
7                                                   THELEN REID BROWN RAYSMAN & STEINER LLP

9                                   By      /s/ Patrick M. Ryan
                                         DAVEN G. LOWHURST
                                         PATRICK M. RYAN
10                                       Attorneys for Defendant
                                         JARDINE MATHESON HOLDINGS LIMITED

SF #1308454 v1                              -2-
DEFENDANT JARDINE'S RE-NOTICE OF MOTION TO DISMISS [F.R.Civ.P. 12(b)(2) AND (b)(5)]
[HILSENRATH v. EQUITY TRUST, et al., Case No. 3:07-CV-03312 CW]