QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Rachel Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant
 INSINGER DE BEAUFORT HOLDINGS S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>         Plaintiffs,<br><br>    vs.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>         Defendants. | CASE NO. C:07-CV-3312 CW<br><br>DECLARATION OF ROBERT MOOIJ IN SUPPORT OF INSINGER DE BEAUFORT HOLDINGS S.A.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF SERVICE OF PROCESS<br><br>**[Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5)]**<br><br>Date:   September 27, 2007<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

I, Robert Mooij, declare as follows:

1. I am the Chief Financial Officer and a member of the Board of Directors of Insinger de Beaufort Holdings S.A. ("IBH"). In my capacity as Chief Financial Officer and Director, I have access to, and would in the ordinary course of business become aware of, the subject matter set forth in this declaration. I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. IBH is a Luxembourg corporation with its principal place of business at 66 Rue Victor Hugo, L-1750 Luxembourg, Grand Duchy of Luxemburg. IBH is a holding company, and does not manage or control the affairs of its subsidiaries or investments.

3. IBH has no offices in California, and is not domiciled in California.

4. IBH owns no property in California, has no bank accounts in California, employs no employees or officers in California and has no agent for service of process in California.

5. IBH is not licensed or registered to do business in California.

6. IBH does not advertise in California, and has no contracts with any California companies.

7. IBH does not purchase products or services in California.

8. Until the present action, IBH had never been sued in California.

9. IBH conducts no meetings in California, nor have its employees or executives taken business trips for IBH to California.

10. It would be extremely burdensome for IBH to have to defend this action in California.

11. The summons and complaint in this action were delivered by Federal Express international mail service to the office of Bank Insinger de Beaufort N.V., Herengracht 537, 1017 BV Amsterdam, The Netherlands on July 2, 2007. Bank Insinger de Beaufort N.V. is an independent corporation in which IBH has an indirect investment. Bank Insinger de Beaufort N.V. is not authorized to accept service of process on IBH's behalf. True and correct copies of all documents so delivered are attached as Exhibit A.

12. As of the first quarter of 2003, IBH owned Insinger Finance S.A., a Luxemburg corporation. In turn, Insinger Finance S.A. owned Insinger de Beaufort Holdings B.V., a Netherlands corporation. Insinger de Beaufort Holdings B.V. owned Bank Insinger de Beaufort N.V. Bank Insinger de Beaufort N.V. owned Insinger (Jersey) Limited, a UK corporation. Insinger (Jersey) Limited owned Integro Holdings S.A., a British Virgin Islands corporation. Integro Holdings S.A. in turned owned Insinger Trust Holdings Limited, a British Virgin Islands corporation. Insinger Trust Holdings Limited owned Insinger de Beaufort Trust (Jersey) Limited, a UK corporation.

13. In May 2003, Insinger Trust Holdings Limited sold its interest in Insinger de Beaufort Trust (Jersey) Limited and all other subsidiary trust entities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21 day of August, 2007, at Luxemburg, Grand Duchy of Luxemburg.

_____
Robert Mooij
Chief Financial Officer and Director
Insinger de Beaufort Holdings S.A.