QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Rachel Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant
 INSINGER DE BEAUFORT HOLDINGS S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | CASE NO. C:07-CV-3312-CW<br><br>[PROPOSED] ORDER GRANTING INSINGER DE BEAUFORT HOLDINGS S.A.'S MOTION TO DISMISS<br><br>**[Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5)]**<br><br>Date:  September 27, 2007<br>Time:  2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken |

1        This matter came before the Court on September 27, 2007, on Defendant Insinger
2  de Beaufort Holdings S.A.'s Motion to Dismiss the complaint for lack of personal jurisdiction and
3  insufficiency of service of process, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5).
4        The Court, having considered the briefs and related papers filed by the parties with
5  respect to Defendant Insinger de Beaufort Holdings S.A.'s Motion, and the entire file in this
6  action, and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS that Defendant
7  Insinger de Beaufort Holdings S.A.'s Motion to Dismiss is GRANTED. The Complaint against
8  Defendant Insinger de Beaufort Holdings S.A. is dismissed with prejudice.
9        IT IS SO ORDERED.

11 DATED: _____, 2007

                                                           Honorable Claudia Wilken
                                                           United States District Judge