REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW J. CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile:  415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>                    Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10,<br><br>                    Defendants. | Case No. C07-3312 (CW)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT RELATES TO:<br><br>*Hilsenrath v. Equity Trust, et al.*, Case No. C-07-4162 JCS (filed August 14, 2007) | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-11, specially appearing defendant Candover Investments PLC will and hereby does move the Court for consideration of whether <u>Hilsenrath v. Equity Trust, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-4162 JCS (filed August 14, 2007) (hereinafter "<u>Equity Trust II</u>") should be related to the following cases, which the Court previously related:

- <u>Janvrin, et al. v. Hilsenrath, et al.</u>, United States District Court, Northern District of California, Oakland Division, Case No. C-02-1068 CW (filed March 5, 2002) (hereinafter "<u>Janvrin</u>").

- <u>Hilsenrath, et al. v. Nixon Peabody LLP, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-3193 TEH (filed June 18, 2007) (hereinafter "<u>Nixon Peabody</u>").

- <u>Hilsenrath, et al. v. Equity Trust, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-3312 CW (filed June 25, 2007) (hereinafter "<u>Equity Trust I</u>").

These four actions are related as defined by Civil Local Rule 3-12(a)(1) because the parties involved are substantially the same and all four actions concern the same alleged series of events. Oliver Hilsenrath is a party in all of the actions, and filed three of them. Although Mr. Hilsenrath named Candover Investments PLC and Equity Trust (Jersey) Limited as defendants in <u>Equity Trust I</u>, he purports to allege additional claims against these two defendants in his most recently filed complaint in <u>Equity Trust II</u>. These additional claims arise out of the same series of alleged events which form the basis of Mr. Hilsenrath's claims in <u>Janvrin</u>, <u>Nixon Peabody</u>, and <u>Equity Trust I</u>. Indeed, the complaints in <u>Equity Trust I</u> and <u>Equity Trust II</u> both allege that "[t]he subject of the complaint refers to securities and corporate mater (*sic*) of US Wireless Corporation." <u>Equity Trust I</u> complaint, ¶ 26; <u>Equity Trust II</u> complaint, ¶ 24.

Furthermore, pursuant to Local Rule 3-12(a)(2), it appears highly likely that there will be an unduly burdensome duplication of labor, expense and the risk of conflicting judgments if these cases

are not related. Accordingly, these cases should be related pursuant to Civil Local Rule 3-12(a)(1) and (2).

Having presided over <u>Janvrin</u>, the first-filed action in which the Hilsenraths brought their claims of invasion of privacy and blackmail, and having already related <u>Equity Trust I</u> and <u>Nixon Peabody</u> to <u>Janvrin</u>, this Court is uniquely qualified to conduct <u>Equity Trust II</u>.

Dated: August 23, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s/_____
　　　　　　Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC