REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW J. CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile:   415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hilsenrath v. Equity Trust, et al.*, Case No. C-07-4162 JCS (filed August 14, 2007) | Case No. C07-3312 (CW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The Administrative Motion of Specially Appearing Defendant Candover Investments PLC to Consider Whether Cases Should be Related came before this Court in Courtroom 2, Honorable Claudia

1  Wilken presiding. Upon consideration of the specially appearing defendant's motion, and good cause
2  appearing,
3      IT IS HEREBY ORDERED THAT the Administrative Motion of Specially Appearing
4  Defendant Candover Investments PLC to Consider Whether Cases Should be Related is GRANTED.
5      IT IS FURTHER ORDERED THAT the case *Hilsenrath v. Equity Trust, et al.*, Case No. C-07-
6  4162 JCS shall be assigned to me in Courtroom 2.
7
8  **IT IS SO ORDERED.**
9
10 Dated: _____, 2007            _____
11                                          Claudia Wilken
                                            United States District Court

6128281

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF SPECIALLY APPEARING DEFENDANT
CANDOVER INVESTMENTS PLC TO CONSIDER WHETHER CASES SHOULD BE RELATED