**EXHIBIT 13.**


**Jardine Matheson**

**care of Ryburn in Trust**

# C. N. Limited

---

P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 0534 888111
Facsimile:  0534 888118
Telex:      4192012 JARJSY G

Matheson Trust Company (Jersey) Limited
as Trustee of The Garden Trust
Jardine House
1 Wesley Street
St Helier
Jersey

We, C N Limited the registered holder of 1 fully paid ordinary share of US$1.00 each in the limited liability company

### RYBURN LIMITED  *Pr Lile*

hereby acknowledge and declare that we hold such share upon trust for you absolutely and that we shall at all times use the voting and other powers attached to the said share in such manner as you may from time to time direct and further that we shall at your request and cost execute and deliver such a proxy or proxies in relation to the said share in your favour or in favour of any other person as you may direct.

When holding shares hereby upon trust for more than one person we further acknowledge and declare in accordance with your instruction that we hold such shares upon trust for such persons as joint owners and in the event of the death of one or more of such persons we shall be accountable only to the survivor or survivors of them and shall not be accountable in any way to the heirs or personal representatives of any person except those of the last survivor.

For C N Limited

Wesley Secretaries Limited, Secretary

Dated: 29 June 2000

RYB 00533

# C. H. Limited

P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile:  01534 888118
Telex:      4192012 JARJSY G

Matheson Trust Company (Jersey) Limited
as Trustee of The Green Trust
Jardine House
1 Wesley Street
St Helier
Jersey JE4 8UD

We, C H Limited the registered holder of 1 fully paid ordinary share of US$1.00 in the limited liability company

### RYBURN LIMITED — *P/ file*

hereby acknowledge and declare that we hold such share upon trust for you absolutely and that we shall at all times use the voting and other powers attached to the said share in such manner as you may from time to time direct and further that we shall at your request and cost execute and deliver such a proxy or proxies in relation to the said share in your favour or in favour of any other person as you may direct.

When holding a share hereby upon trust for more than one person we further acknowledge and declare in accordance with your instruction that we hold such share upon trust for such persons as joint owners and in the event of the death of one or more of such persons we shall be accountable only to the survivor or survivors of them and shall not be accountable in any way to the heirs or personal representatives of any person except those of the last survivor.

For C H Limited

Wesley Secretaries Limited, Secretary

Dated: 29 June 2000

RYB 00532

# EXHIBIT 14.

## Availment through

## federal Tax filings in the US

## Perkins, Kalman,

## Equity, Insinger, Matheson

**To:** LINDA DELAHATE

**Fax #:** 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-888-118

**Re:** New W8

**Date:** 2/18/97

**Pages:** 1, including this cover sheet.

# FACSIMILE

Please send us new W-8's

on Each of your off-shore

accts:

Aida Holdings

Enderlea Ltd.

Burntwood, Ltd

Lotmar, Ltd.

Montarrar, Ltd.

Saffray, Ltd.

Surtways, Ltd.

Onvoy Holdings

Janurin Holdings.

SW Telephoned
5.45pm to advise that
new W-8's are required
every two years in USA.
MM 18/2/98

Thank You

Regards

Sarah

From the desk of...

**Sarah-Rachel Walters**
Retail Accounts Supervisor
**CARLIN EQUITIES CORP.**
250 Park Avenue, 12th Floor
New York, NY 10177
0145
212-916-0100
Fax: 212-916-0100

212-599-13

**BUR 112006 0178**

Form **1001**
(Rev. August 1987)
Department of the Treasury
Internal Revenue Service

**Ownership, Exemption, or Reduced Rate Certificate**

*(Please type or print.)*

OMB No. 1545-0055
Expires 6-30-90

Name
~~Rosslyn Hill~~ BURN LIMITED

U.S. identifying number, if any

Address (number and street) (complete address in the foreign country)
PO BOX 26, JARDINE HOUSE, 1 WESLEY STREET          BRITISH VIRGIN ISLANDS

City
ST HELIER, JERSEY, CHANNEL ISLANDS

Country (including postal zone)

1 Check type of income for which this certificate applies. *(If you check box a, you do not have to check any other box.)*

- a ☐ Income from a trust, estate, or investment account
- b ☐ Coupon bond interest (including tax-free covenant bonds)
- c ☐ Interest, other than coupon bond interest
- d ☐ Rents
- e ☐ Natural resource royalties and income from real property

- f ☐ Royalties from use of patents, secret processes, etc.
- g ☐ Royalties from use of films, television tapes, etc.
- h ☐ Annuities
- i ☐ Other income (specify) _____

If you checked box a, complete line 2 and, if applicable, line 4.
If you checked any box other than a, complete either line 3 or line 4, whichever is applicable.
Note: Before completing line 4, see instructions.

2 Information on coupon bonds.

- a Name and address of obligor of bonds

- b Name of bond
- c Date of issue

| d Date interest due | e Date interest paid | f Gross amount of interest paid | g Rate of tax (see instructions) | h Amount of tax collected |
|---|---|---|---|---|
| | | $ | % | $ |

3 Calendar years for which the reduced or exempt rate of tax applies to other than coupon bond interest.

First year          Second year          Third year

4 Withheld tax requested to be released (see instructions)          $

I certify that the information entered above is correct, and, if a reduced or exempt rate of tax applies, I further certify that I have complied with all requirements to qualify for the reduced or exempt rate of tax.

Sign Here ▶  *J. Perkins*          DIRECTOR          24 JULY 1996

(Signature of owner, fiduciary, trustee, or agent)          (Date)

(If trust or estate), enter name)

(Address of fiduciary, trustee, or agent)

## Instructions
*(Section references are to the Internal Revenue Code and Income Tax Regulations, unless otherwise noted.)*

**Paperwork Reduction Act Notice**

We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**Purpose of Form.**—Owners of certain types of income (or owners' trustees or agents) use this form to report to a withholding agent both the ownership of the income and the reduced or exempt rate of tax on the income under tax conventions or treaties. The form can also be used to claim a release of tax withheld at source.

## Instructions for Owners, Trustees, or Agents

**A. Who Must File.**—You as an owner (or your trustee or agent) must file this form if you receive income subject to withholding under section 1441, 1442, or 1451 and you are one of the following:

1. A nonresident alien individual or fiduciary.
2. A foreign partnership.
3. A foreign corporation or other foreign entity.
4. A nonresident foreign partnership with nonresident alien partners (applies to section 1451 only).
5. A nonresident foreign corporation (applies to section 1451 only).

In addition, any payees who do not know the identity of an owner must file this form.

**2003**

Form **1001**
(Rev. November 1992)
Department of the Treasury
Internal Revenue Service

## Ownership, Exemption, or Reduced Rate Certificate

▶ File this form with your withholding agent.

OMB No. 1545-0055
Expires 10-31-95

| Please Type or Print | Name of beneficial owner | U.S. identifying number, if any |
|---|---|---|
| | ROCKVALE LIMITED | |
| | Address (number and street, or P.O. Box number if mail is not delivered to street address) | Recipient's country of residence for tax purposes |
| | PO BOX 316 JARDINE HOUSE, WESLEY STREET | BRITISH VIRGIN ISLANDS |
| | City, province or state, and postal code | Country |
| | ST HELIER JERSEY CHANNEL ISLANDS | |

**1** Check type of income for which this certificate applies. *(If you check box a, you do not have to check any other box.):*

- a ☐ Income from a trust, estate, or investment account
- b ☐ Coupon bond interest (including tax-free covenant bonds)
- c ☐ Interest, other than coupon bond interest
- d ☐ Rents
- e ☐ Natural resource royalties and income from real property
- f ☐ Royalties from use of patents, secret processes, etc.
- g ☐ Royalties from use of films, television tapes, etc.
- h ☐ Annuities
- i ☐ Other income (specify)...........................................

*If you checked box b, complete items 2a through 2h and, if applicable, line 4 or line 5.*
*If you checked any box other than b, complete either line 3 or line 4, whichever applies. Also complete line 5 if applicable.*
Note: *Before completing line 4 or line 5, see instructions.*

**2** Information on coupon bonds
a Name and address of obligor of bonds

| b Identification of bond | | c Date of issue |
|---|---|---|

| d Date interest due | e Date interest paid | f Gross amount of interest paid | g Rate of tax (see instructions) | h Amount of tax withheld |
|---|---|---|---|---|
| | | $ | % | $ |

**3** Calendar years for which the reduced rate of tax or exemption from tax applies to other than coupon bond interest:

| First year | Second year | Third year |
|---|---|---|

**4** Withheld tax requested to be released (see instructions) . . . . . . . . . $

**5** Qualified resident status. If you are a corporation claiming treaty benefits for dividends you received from another foreign corporation or interest you received from a U.S. trade or business of another foreign corporation, explain how you meet qualified resident status (see instructions).

I certify that the information entered above is correct; and, if a reduced rate of tax or exemption from tax applies, I further certify that I have complied with all requirements to qualify for the reduced rate of tax or exemption from tax.

Sign Here ▶ _[signature]_     DIRECTOR     3 JULY 1996
(Signature of beneficial owner, fiduciary, trustee, or agent)     (Date)

(If trust or estate, enter name)

**RKV128**

(Address of fiduciary, trustee, or agent)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Paperwork Reduction Act Notice**

We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to provide the information. It is needed to ensure that you are complying with these laws and to ensure that the correct amount of tax is withheld.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

Recordkeeping . . . . . . . . . . . 4 hr., 32 min.
Learning about the law or the form . . . . . 1 hr.
Preparing and sending the form . . . . . 1 hr., 7 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the Internal Revenue Service, Washington, DC 20224, Attention: IRS Reports Clearance Officer, T:FP; and the Office of Management and Budget, Paperwork Reduction Project (1545-0055), Washington, DC 20503.

**DO NOT** file this form with the IRS. Instead, file it with the withholding agent.

LBF4236  Lehman Brothers Inc.     Cat. No. 17110L     Form **1001** (Rev. 11-92)

Form **W-8**
(Rev. November 1992)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status

| Name of owner (if joint account, also give joint owner's name) (See Specific Instructions.) | U.S. taxpayer identification number (if any) |
|---|---|
| RYBURN LIMITED | |

Please print or type

Permanent address (See Specific Instructions.) (Include apt. or suite no.)
PO BOX 316, JARDINE HOUSE

City, province or state, postal code, and country
1 WESLEY STREET, ST HELIER JERSEY, CHANNEL ISLANDS

Current mailing address, if different from permanent address (Include apt. or suite no., or P.O. box if mail is not delivered to street address.)

City, town or post office, state, and ZIP code (If foreign address, enter city, province or state, postal code, and country.)

List account information here (Optional, see Specific Instructions.)

| Account number | Account type | Account number | Account type |
|---|---|---|---|
| | | | |

**Notice of Change in Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here . . . . . . . . . . . . . . . . ▶ ☐
If you check this box, reporting will begin on the account(s) listed.

**Certification.**—(Check applicable box(es).) Under penalties of perjury, I certify that:

Please Sign Here

☑ For **INTEREST PAYMENTS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **DIVIDENDS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **BROKER TRANSACTIONS or BARTER EXCHANGES**, I am an exempt foreign person as defined in the instructions below.

Signature JOHN H PERKINS - DIRECTOR    Date 24 JULY 1996

## General Instructions

(Section references are to the Internal Revenue Code unless otherwise noted.)

**Purpose**

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** Form W-8 does not exempt the payer from the 30% (or lower treaty) nonresident withholding rates.

**Nonresident Alien Individual**

For income tax purposes, "nonresident alien individual" means an individual who is neither a U.S. citizen nor resident. Generally, an alien is considered to be a U.S. resident if:

● The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien held an immigrant visa (a "green card"), or

● The individual was physically present in the United States on:

(1) at least 31 days during the calendar year, and

(2) 183 days or more during the current year and the 2 preceding calendar years (counting all the days of physical presence in the current year, one-third the number of days of presence in the first preceding year, and only one-sixth of the number of days in the second preceding year).

See Pub. 519, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.

**Exempt Foreign Person**

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

1. You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust,

2. You are an individual who has not been, and plans not to be, present in the United States for a total of 183 days or more during the calendar year, and

3. You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of 2 or 3 above, you may instead certify on Form 1001, Ownership, Exemption, or Reduced Rate Certificate, that your country has a tax treaty with the United States that exempts your transactions from U.S. tax.

**Filing Instructions**

**When To File.**—File Form W-8 or substitute form before a payment is made. Otherwise, the payer may have to withhold and send part of the payment to the Internal Revenue Service (see Backup Withholding below). This certificate

generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see Withholding Agent on page 2). Keep a copy for your own records.

**Backup Withholding**

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If a taxpayer identification number or Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, these payers may have to withhold 20% of each payment or transaction. This is called backup withholding.

**Note:** On January 1, 1993, the backup withholding rate increases from 20% to 31%.

Reportable payments subject to backup withholding rules are:

● Interest payments under section 6049(a).

● Dividend payments under sections 6042(a) and 6044.

● Other payments (i.e., royalties and payments from brokers and barter exchanges) under sections 6041, 6041A(a), 6045, 6050A, and 6050N.

If backup withholding occurs, an exempt foreign person who is a nonresident alien individual may get a refund by filing Form 1040NR, U.S. Nonresident Alien Income Tax Return, with the Internal Revenue

(Continued on back)

# W-8

Form W-8
(Rev. November 1992)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status

**Please print or type**

Name of owner (If joint account, also give joint owner's name) (See Specific Instructions.)

GRANTLOODY LIMITED

U.S. taxpayer identification number (if any)

Permanent address (See Specific Instructions.) (Include apt., suite, or no.)

PO BOX 316, JARDINE HOUSE

City, province or state, postal code, and country

1 WESLEY STREET, ST HELIER, JERSEY, CHANNEL ISLANDS

Current mailing address, if different from permanent address (include apt., or suite no., or P.O. box if mail is not delivered to street address.)

City, town or post office, state, and ZIP code (If foreign address, enter city, province or state, postal code, and country.)

List account information
here (Optional, see
Specific Instructions.)

| Account number | Account type | Account number | Account type |
|---|---|---|---|
| | | | |

**Notice of Change in Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here ▶ ☐
If you check this box, reporting will begin on the account(s) listed.

**Please Sign Here**

**Certification.**—(Check applicable box(es)). Under penalties of perjury, I certify that:

☑ For **INTEREST PAYMENTS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **DIVIDENDS**, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For **BROKER TRANSACTIONS or BARTER EXCHANGES**, I am an exempt foreign person as defined in the instructions below.

Signature   MELVYN KALMAN — DIRECTOR

Date   19 February 1998

## General Instructions

(Section references are to the Internal Revenue Code unless otherwise noted.)

### Purpose

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** *Form W-8 does not exempt the payee from the 30% (or lower treaty) nonresident withholding rates.*

### Nonresident Alien Individual

For income tax purposes, "nonresident alien individual" means an individual who is neither a U.S. citizen nor a resident. Generally, an alien is considered to be a U.S. resident if:

• The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien held an immigrant visa (a "green card"), or

• The individual was physically present in the United States on:

(1) at least 31 days during the calendar year, and

(2) 183 days or more during the current year and the 2 preceding calendar years (counting all the days of physical presence in the current year, one-third the number of days of presence in the first preceding year, and only one-sixth the number of days in the second preceding year).

See Pub. 519, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** *If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.*

### Exempt Foreign Person

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

1. You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust.

2. You are an individual who has not been, and plans not to be, present in the United States for a total of 183 days or more during the calendar year, and

3. You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of 2 or 3 above, you may instead certify on Form 1001, Ownership, Exemption, or Reduced Rate Certificate, that your country has a tax treaty with the United States that exempts your transactions from U.S. tax.

### Filing Instructions

**When To File.**—File Form W-8 or substitute form before a payment is made. Otherwise, the payer may have to withhold and send part of the payment to the Internal Revenue Service (see Backup Withholding below). This certificate

generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see Withholding Agent on page 2). Keep a copy for your own records.

### Backup Withholding

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If a taxpayer identification number or Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, these payers may have to withhold 20% of each payment or transaction. This is called backup withholding.

**Note:** *On January 1, 1993, the backup withholding rate increases from 20% to 31%.*

Reportable payments subject to backup withholding rules are:

• Interest payments under section 6049(a).

• Dividend payments under sections 6042(a) and 6044.

• Other payments (i.e., royalties and payments from brokers and barter exchanges) under sections 6041, 6041A(a), 6045, 6050A, and 6050N.

If backup withholding occurs, an exempt foreign person who is a nonresident alien individual may get a refund by filing Form 1040NR, U.S. Nonresident Alien Income Tax Return, with the Internal Revenue

*(Continued on back.)*
TOTAL P.02

**BUR 112006 0176**

# INSINGER *de*BEAUFORT

Insinger de Beaufort
Trust Company Limited

Insinger de Beaufort House
P.O. Box 546  28-30 The Parade
St Helier  Jersey JE4 8XY
Channel Islands
Tel. +44 (0)1534 888 111

Mr J Shapira
Salomon Smith Barney Inc
1, New York Plaza
36th Floor
New York
NY 10004

St Helier 8th February 2002

OUR REFERENCE      :   LDC/CO1280/0002
SUBJECT            :   ▬▬▬▬▬▬

Dear Cobby,

As requested please find enclosed a completed **W-8BEN form** in respect of Dyke Limited for your records

Should you require any further information, please do not hesitate to contact me.

With kind regards.

Yours sincerely
Insinger de Beaufort Trust Company Limited

Linda De la Cour

**1462**

Formerly Matheson Trust Company (Jersey) Limited
Registered in Jersey, Channel Islands, 42712          Hilsenrath Exhibits re Jurisdiction

Fax +44 (0)1534 888 118
E-mail info[r]strust@je.insinger.com

| Form **W-8BEN** (Rev. December 2000) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** ► Section references are to the Internal Revenue Code.  ► See separate instructions. ► Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |
|---|---|---|

**Do not use this form for:**                                                                     **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . W-9
- A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . W-8ECI or W-8EXP

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** *See instructions for additional exceptions.*

**Part I    Identification of Beneficial Owner (See instructions.)**

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| DYKE LIMITED | B.V.I |

3 Type of beneficial owner:
- [ ] Individual
- [✓] Corporation
- [ ] Disregarded entity
- [ ] Partnership
- [ ] Simple trust
- [ ] Grantor trust
- [ ] Complex trust
- [ ] Estate
- [ ] Government
- [ ] International organization
- [ ] Central bank of issue
- [ ] Tax-exempt organization
- [ ] Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
ROAD TOWN

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| TORTOLA | British Virgin Islands |

5 Mailing address (if different from above)
28-30 THE PARADE

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| ST. HELIER  JE4 8XY | JERSEY. |

| 6 U.S. taxpayer identification number, if required (see instructions)   [ ] SSN or ITIN   [ ] EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Co 1280

**Part II    Claim of Tax Treaty Benefits (if applicable)**

9 I certify that (check all that apply):
- a [ ] The beneficial owner is a resident of ................ within the meaning of the income tax treaty between the United States and that country.
- b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
- c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
- d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
- e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ................................
Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................

**Part III    Notional Principal Contracts**

11 [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
- I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
- The beneficial owner is not a U.S. person,
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States or is effectively connected but is not subject to tax under an income tax treaty, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ► _[signatures]_ DIRECTOR  Kate Berry
       Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 25047Z     Form **W-8BEN** (Rev. 12-2000)

**1463**

# EXHIBIT 15.

# Availment by

# opening bank accounts in the US

# including also B of A account

# in Concord CA

## CORPORATE RESOLUTION

DATE:

WERTHEIM SCHRODER & CO.
*Incorporated*

EQUITABLE CENTER
787 SEVENTH AVENUE
NEW YORK, NY 10019-6016

Gentlemen:

The undersigned, Secretary of _____ RYBURN LIMITED _____
(the "Corporation"), hereby certifies:

that the attached hereto is a true and correct copy of resolutions adopted by the Board of Directors of the Corporation in accordance with law and the by-laws of the Corporation at a meeting held on ___ 24 JULY 1996 ___, which resolutions are still in full force and effect on the date hereof;

that each of the persons named below, who are the persons empowered by the attached resolutions to act on behalf of the Corporation, is the duly elected and qualified incumbent in the office of the Corporation set opposite his name and the signature set opposite his name is his true and correct signature:

( Please see attached list of Authorised Signatories )

| (OFFICE) | (NAME) | (SIGNATURE) |
|---|---|---|
| (OFFICE) | (NAME) | (SIGNATURE) |

and that the Corporation is duly organized and is validly existing under the laws of the State of British Virgin Islands, that its charter empowers the Corporation to transact the business defined in the resolutions a copy of which is attached hereto, and that no limitation has been imposed upon such resolutions by the by-laws of the Corporation or otherwise.

(SEAL)

For Wesley Secretaries Limited, Secretary (SECRETARY)

Countersigned by:

J. Perkins

(PRESIDENT/VICE-PRESIDENT)                    DIRECTOR

RYB 00493

**WESLEY SECRETARIES LIMITED**                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

**CLASS B**

| | |
|---|---|
| Caroline J Bougeard | Michele V Christensen |
| David P Chalmers-Hunt | Anne J Bougourd |
| Janet Raine | Susie Dos Reis |
| Stella Lester | Gisele Le Miere |
| Alison Bisson | |

Certified a true copy of the original document.

Date of Minutes.

2 4 JUL 1996

J. Perkins
JOHN M PERKINS
WESLEY SECRETARIES LIMITED, ASSISTANT
SECRETARY

# STUART, COLEMAN & CO., INC

Member New York Stock Exchange, Inc.
11 West 42nd Street, 15th Floor, New York, N.Y. 10036
(212) 789-2400 • Fax (212) 575-4698

*RYBURN*

*Rayburn Limited.*

Dear Customer:

There are special risks associated with uncovered option writing which expose the investor to potentially significant loss. Therefore, this type of strategy may not be suitable for all customers approved for options transactions.

1.     The potential loss of uncovered call writing is unlimited. The writer of an uncovered call is in an extremely risky position, and may incur large losses if the value of the underlying instrument increases above the exercise price.

2.     As with writing uncovered calls, the risk of writing uncovered put options is substantial. The writer of an uncovered put option bears a risk of loss if the value of the underlying instrument declines below the exercise price. Such loss could be substantial if there is a significant decline in the value of the underlying instrument.

3.     Uncovered option writing is thus suitable only for the knowledgeable investor who understands the risks, has the financial capacity and willingness to incur potentially substantial losses, and has sufficient liquid assets to meet applicable margin requirements. In this regard, if the value of the underlying instrument moves against an uncovered writer's options position, the investor's Account Executive may request significant additional margin payments. If an investor does not make such margin payments, the Account Executive may liquidate stock or options positions in the investor's account, with little or no prior notice in accordance with the investor's margin agreement.

4.     For combination writing, where the investor writes both a put and a call on the same underlying instrument, the potential risk is unlimited.

5.     If a secondary market in options were to become unavailable, investors could not engage in closing transactions, and an option writer would remain obligated until expiration or assignment.

6.     The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option until the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period.

NOTE:  It is expected that you will read the booklet entitled, "CHARACTERISTICS AND RISKS OF STANDARDIZED OPTIONS," available from your Account Executive. In particular, your attention is directed to the chapter entitled **Risks of Buying and writing Options**. This statement is not intended to enumerate all of the risks entailed in writing uncovered options.

Date: 24 - 7 - 96                         Title if Required: DIRECTOR

Print Name: JOHN H PERKINS        Signature: J. Perkins

Print Name: _____        Signature: _____

RYB 00494

# COMMODITY FUTURES

# FOREIGN EXCHANGE

## NEW ACCOUNT FORMS AND AGREEMENTS

RKV015



SMITH BARNEY

A Member of TravelersGroup

3187 (1/95)

**Commodity Division**
**STATEMENT OF FINANCIAL CONDITION**
*STRICTLY CONFIDENTIAL*

**SMITH BARNEY**

A Member of *TravelersGroup*

*PLEASE COMPLETE ALL INFORMATION*

| Account Owner | | |
|---|---|---|
| Name ROCKVALE LIMITED | SB Account Number | Date 28 JAN 03 |
| Address 28-30 THE PARADE | | |
| City ST. HELIER | State JERSEY. C.I. | ZIP Code JE4 8XY | Marital Status | Total Number of Dependents |

| Joint Account Owner | | |
|---|---|---|
| Name | SB Account Number | Date |
| Address | | |
| City | State | ZIP Code | Marital Status | Total Number of Dependents |

| **1. ANNUAL INCOME** | Salary | Investment Objective | Other Income | Describe Other Income |
|---|---|---|---|---|

**2. ASSETS**                                                        vs.    **LIABILITIES**

| Liquid Assets | Account Owner | Joint Account Owner |
|---|---|---|
| Cash | EURO 275 | |
| Securities | $395,700 | |
| Other | | |
| | | |
| **Total Liquid Assets** | | |

| Current Liabilities | Account Owner | Joint Account Owner |
|---|---|---|
| Short-Term Loans | | |
| Other | | |
| Long Term Liabilities | | |
| Mortgage | | |
| Other Long-Term Debt | | |
| **Total Liabilities** | | |

| Fixed Assets | Account Owner | Joint Account Owner |
|---|---|---|
| Home | | |
| Real Estate | | |
| Other | | |
| **Total Fixed Assets** | | |
| **TOTAL ASSETS** | | |

| NET WORTH | Account Owner | Joint Account Owner |
|---|---|---|
| Stockholder Equity | | |
| Paid-In Capital | | |
| Retained Earnings | | |
| **Total Net Worth (Assets minus Liabilities)** | | **RKV018** |
| **TOTAL (Net Worth plus Liabilities)** | | |

**3.** Does owner(s) maintain a security account with Smith Barney ?    ☐ Yes  ☐ No

**4.** Does owner(s) have a commodity account with another broker?    ☐ Yes  ☐ No    **If YES, give details:**

**5.** Have owner(s) or spouse(s) declared bankruptcy or been adjudged bankrupt within the past 15 years?    ☐ Yes  ☒ No    If YES, what year?
*(If yes, provide details on an additional sheet.)* THIS INCLUDES ANY BUSINESS OWNED BY OWNER(S) OR SPOUSE(S)

**6.** Have owner(s) or spouse(s) been plaintiff, claimant, defendant or respondent in any civil, criminal, reparations or arbitration proceedings, involving securities, commodities or other?    ☐ Yes  ☐ No
*(If yes, provide details on an additional sheet.)* THIS INCLUDES ANY BUSINESS OWNED BY OWNER(S) OR SPOUSE(S)

| **7. Bank References** | Bank Name ROYAL BANK SCOTLAND INTNL | Officer | Phone No. 00441534 285324 |
|---|---|---|---|

*I certify that the above information is true and correct. If there is any material change in the information, I agree to notify Smith Barney Inc. in writing. Smith Barney Inc. is authorized to contact any banks or other financial institutions for financial reporting services to verify any of the information set forth above.*

| Client's Signature | Joint Owner's Signature | Branch Manager's Signature |
|---|---|---|

3978 (8/95)

are not liable or responsible for any mechanical, computer or other failures which may result from such transactions or the utilization of such facilities.

Commodity information, all price quotations or trade reports given to me are also subject to change and errors as well as delays in reporting and I acknowledge that reliance upon such information is at my own risk. I understand that I am bound to the actual executions of transactions on the exchanges and that SB is not bound by errors in reporting prices or transactions to me.

16. I understand that you may act as a dealer or broker in the purchase and sale of gold and silver bullion, other precious metals and gold and silver coins, including coins of numismatic value (hereinafter "metals"), and that you will inform me of the capacity in which you are acting on any particular transaction upon my request. If you act as broker, I understand that you do not warrant the authenticity of metals. In the event I ask you to store metals rather than to carry them on an unallocated basis I understand that they will be placed in a depository selected by you and may be commingled with your own metals and those of other customers. All taxes, postage, shipping, insurance expenses and storage fees will be my responsibility. I agree to pay promptly for metals purchased and promptly ship metals sold pursuant to instructions from you.

17. I acknowledge that you are hereby specifically authorized, for your account and benefit, from time to time and without notice to me, either separately or with others, to lend, pledge, repledge, hypothecate or rehypothecate, either to yourself or to others, any and all property (including but not limited to metals, warehouse receipts or other negotiable instruments) held by you in any of my accounts and you shall not at any time be required to deliver to me such identical property but may fulfill your obligations to me by delivery of property of the same kind and amount.

18. If I initiate a commodity contract on an exchange where such transaction is effected in a foreign currency, any profit or loss from a fluctuation in the exchange rate of such currency will be for my account and risk. Unless I give you contrary written instructions, you may debit and credit my account, after such a contract is liquidated, in U.S. dollars at an exchange rate determined by you in your discretion based on prevailing money markets. All margin deposits will be in U.S. dollars as you may in your discretion require. Unless I instruct you otherwise, monies I deposit with you in currency other than U.S. dollars and unrealized profits in currency other than U.S. dollars, are not intended to margin, guarantee or secure transactions on United States contract markets.

19. If a provision herein is or becomes inconsistent with any law or regulation of any government or a regulatory body having jurisdiction, the provision shall be deemed to be rescinded or modified in accordance with any such law or regulation. In all other respects, this agreement shall continue and remain in full force and effect. If this is an ERISA or pension account, I acknowledge that all advice with respect to contracts transmitted to me or my agents by SB are incidental to the conduct of SB's business as a futures broker and such advice will not serve as the primary basis for any investment decision.

20. Your failure to insist at any time upon strict compliance with any of its terms or any continued course of such conduct on your part shall not constitute or be a waiver by you of any of your rights.

21. If my account has been introduced to you and is carried by you only as a clearing broker. I agree that you are not responsible for the conduct of the introducing broker and your sole responsibilities relate to the execution, clearing and bookkeeping of transactions in my account.

22. This Agreement is governed by the laws of the State of New York without giving effect to its principles of conflicts of law. Subject to my right to initiate a Reparations Proceeding, or unless I have specifically agreed to arbitrate any dispute with SB. I agree that you may, in your sole discretion, initiate proceedings in the court of any jurisdiction in which I am resident or in which my assets are situated. In any legal action permitted by or against me, I agree that the United States courts sitting in the State of New York shall have jurisdiction over me, and that the venue of any such action shall be the Southern District of New York. I hereby waive any objection to such jurisdiction and venue or to any objection that the forum is inconvenient.

23. Any modification of this agreement must be in writing and accepted by SB in writing and no employee of SB is authorized to make any representations contrary to the terms of this agreement.

**24. CFTC Reg. 15.05 — Designation of SB as Agent of Foreign Brokers, Customers of Foreign Brokers and Foreign Traders; and Reg. 21.03 Selected Special Calls — Duties of Foreign Brokers, Domestic and Foreign Traders, Futures Commission Merchants and Contract Markets.**

If I am a foreign trader or foreign broker I understand that pursuant to CFTC Regulation 15.05, you are my agent (and in the case of a foreign broker the agent of my customers) for purposes of accepting delivery and service of any communications issued by the CFTC with respect to any futures or options contracts which are or have been maintained in accounts carried by you. Service or delivery of any such communication shall constitute valid and effective service or delivery upon me (and if I am a foreign broker, upon my customers). I understand that said regulation requires you to transmit the communication promptly to me (or my customer) in a manner which is reasonable under the circumstances or specified by the CFTC. I also understand CFTC Regulation 21.03 requires me to provide to the CFTC upon special call, market information concerning my options and futures trading (or my customers') as explained in the regulation. If I fail to respond to the special call, the CFTC may direct the appropriate contract market and all brokers to prohibit further trades for or on my behalf (or for my customers') in the contract specified in the call unless such trades offset existing open contracts. Special calls are made where the information requested would assist the CFTC in determining whether a threat of market manipulation, corner, squeeze or other market disorder existed.

Under Regulation 21.03(g) if I believe I am aggrieved by the action taken by the CFTC I shall have the opportunity for a prompt hearing after the Commission acts. (I understand that copies of Reg. 15.05 and 21.03 are available from any SB Financial Consultant.)

**25. Joint Account Designation**

A. If this is a Joint Account, we agree that each of us shall have authority to initiate transactions pursuant to the terms of this agreement, to receive for the account confirmations, statements and communications of every kind, to receive for the account property and to dispose of same: to make for the account agreements relating to these matters and to terminate or modify same or waiver any of the provisions thereof; and generally to deal with you as if each of us alone was the owner of the account, all without notice to the other joint tenant. The liability of the undersigned for the account shall be joint and several.

B. You may follow the instructions of any of us concerning this account and remit to any of us any or all property in this account, as any of us may order and direct, even if such remittances shall be made to one of us personally, and not for this account. You shall be under no obligation to inquire into the purpose of any such demand for remittances, and you shall not be bound to see the application or disposition of the said property and/or monies so delivered or paid to any of us.

C. If any of us dies, the survivor(s) shall immediately give you written notice, and you may, before or after receiving such notice, take such proceedings, require such documents, retain such portion of and/or restrict transactions in the accounts as you may deem advisable to protect you against any tax, liability, or loss under any present or future law or otherwise. The estate of any of us who shall have died shall be liable and each survivor will be liable, jointly and severally, to you for any debit or loss in this account resulting from the completion of transactions initiated prior to your receipt of a written notice of such death or incurred in the liquidation of the account or the adjustment of the interest of the respective parties.

D. Any taxes or other expenses becoming a lien against or being payable out of the account as the result of the death of any of us, or through the exercise by his or her estate or representatives of any rights in the account shall be chargeable against the interest of the survivor as well as against the interest of the estate of the decedent. This provision shall not release the decedent's estate from any liability provided for in this agreement.

E. Designation of Tenancy *(This paragraph "25 E" is not applicable in the State of Texas, where form number 3982 "Texas Joint Account Supplement..." must be executed and returned with this Agreement):*

I. Joint Tenants with Rights of Survivorship: when one dies his or her interest passes to the survivor(s): SB will presume that it is the express intention of the undersigned to create an estate or account as joint tenants with rights of survivorship and not as tenants-in-common, unless otherwise provided by striking this paragraph ("I") and completing paragraph ("II") hereafter. If either of the undersigned dies, the interest in the joint account shall be vested in the survivor on the same terms as theretofore held, without in any way releasing the decedent's estate from the liability.

II. Tenants-in-Common without Rights of Survivorship: when one dies, his or her interest passes to his or her estate: Having stricken paragraph ("I") above and completed paragraph ("II") below, it is the express intent of the undersigned to create an estate or account for tenants-in-common without rights of survivorship and not as joint tenants. If any of the undersigned dies, the interest in the accounts as the close of business on the date of the death of the decedent (or on the next following business day) shall be as follows":

Name of Tenant ..................................................... or his or her estate ............ %

Name of Tenant ..................................................... or his or her estate ............ %

Name of Tenant ..................................................... or his or her estate ............ %

Name of Tenant ..................................................... or his or her estate ............ %

*Indicate names and percentage amounts of the interest of each tenant. Heirs or beneficiaries CANNOT be designated on this form. Percentages MUST total 100%.

26. I understand that an investment in commodity futures contracts, options on those contracts, or forward contracts is speculative, involves a high degree of risk, and is suitable only for those who can assume the risk of substantial losses. I understand that because margin requirements for such trading are relatively low in comparison to the value of the contract purchased or sold, that price changes in the value of those contracts can result in significant losses when may exceed my margin deposit. I understand that in the event a contract has moved up or down its permissible limit at an exchange, trading in that contract may be halted and I may be unable to liquidate my position.

**I AGREE TO THE TERMS AND CONDITIONS OF THE COMMODITY CLIENT AGREEMENT AND AUTHORIZE YOU TO OPEN A COMMODITY ACCOUNT IN MY NAME.**

Signature: _____ Date 28-Jan-03

Signature: _____ Date 28-Jan-03

3187 (3/96)/Page 2

**For Wesley Secretaries Limited, Secretary**

**RKV020**

**ACKNOWLEDGMENT OF RECEIPT OF REQUIRED DISCLOSURES**

I hereby acknowledge that I have received and understand the CFTC Rule 1.55 Risk Disclosure.

Signature: _____ Date 28 Jan 03

Signature: _____ Date 28 Jan 03    For Wesley Secretaries Limited, Secretary

**AUTHORIZATION TO TRANSFER FUNDS**

You may transfer from my regulated commodity account to any of my other accounts such excess funds as may be required to avoid a margin call or for any other reason not in conflict with the rules and regulations of the Commodity Exchange Act. Any such transfer shall be in compliance with the Commodity Exchange Act. ("Regulated commodity" means any commodity covered by the Commodity Exchange Act at the time of such transaction.) It is understood that, within a reasonable time after making any such transfer, you will confirm the same in writing to the undersigned.

Signature: _____ Date 28 Jan 03

Signature: _____ Date 28 Jan 03    For Wesley Secretaries Limited, Secretary

**ARBITRATION AGREEMENT**

Any controversies arising out of or relating to any of my accounts, to transactions with you and/or your officers, directors, employees and/or agents for me or to this agreement or the breach thereof, or relating to transactions or accounts maintained by me with your predecessor firms by merger, acquisition or other business combination from the inception of such accounts, shall be settled by arbitration in accordance with the rules, then in effect, of any contract market where the transaction(s) giving rise to the controversy were or could have been executed or of the National Futures Association or of the Board of Directors of the New York Stock Exchange, Inc. **The laws of the State of New York, without giving effect to its principles of conflicts of laws, shall govern any arbitration, except that the issue of damages recoverable in arbitration shall be governed by the law of the jurisdiction in which I reside at the time of the transaction.**

At such time as I may notify you of my intention to submit a claim to arbitration, or at such time as you may notify me of your intention to submit a claim to arbitration, I will have the opportunity to elect a forum for conducting the proceedings.

Within ten business days after you receive my notice of intention to arbitrate or upon my receipt of your notice to arbitrate, you will provide me with a list of the organizations specified above and a copy of their arbitration rules. I shall within 45 days of its receipt of said list notify you of my election of forum. If I fail to make such election, you will then have the right to select the forum of your choice.

It is further understood that SB will pay any incremental fees which may be assessed by the chosen forum if a mixed panel decides the claim. Aspects of any claims or grievances that are not subject to the reparation procedure (i.e., do not constitute a violation of the Commodity Exchange Act or rules thereunder) may be required to be submitted to arbitration.

I understand that if I seek reparations under Section 14 of the Commodity Exchange Act and the Commission declines to institute reparation proceedings, all claims or grievances will be subject to the pre-existing arbitration agreement. Judgment upon any award rendered by the arbitrators may be entered in any court having jurisdiction thereof.

**THREE FORUMS EXIST FOR THE RESOLUTION OF COMMODITY DISPUTES: CIVIL COURT LITIGATION, REPARATIONS AT THE COMMODITY FUTURES TRADING COMMISSION (CFTC) AND ARBITRATION CONDUCTED BY A SELF-REGULATORY OR OTHER PRIVATE ORGANIZATION.**

**THE CFTC RECOGNIZES THAT THE OPPORTUNITY TO SETTLE DISPUTES BY ARBITRATION MAY IN SOME CASES PROVIDE MANY BENEFITS TO CUSTOMERS, INCLUDING THE ABILITY TO OBTAIN AN EXPEDITIOUS AND FINAL RESOLUTION OF DISPUTES WITHOUT INCURRING SUBSTANTIAL COSTS. THE CFTC REQUIRES, HOWEVER, THAT EACH CUSTOMER INDIVIDUALLY EXAMINE THE RELATIVE MERITS OF ARBITRATION AND THAT YOUR CONSENT TO THIS ARBITRATION AGREEMENT BE VOLUNTARY.**

**BY SIGNING THIS AGREEMENT, YOU: (1) MAY BE WAIVING YOUR RIGHT TO SUE IN A COURT OF LAW; AND (2) ARE AGREEING TO BE BOUND BY ARBITRATION OF ANY CLAIMS OR COUNTERCLAIMS WHICH YOU OR SB MAY SUBMIT TO ARBITRATION UNDER THIS AGREEMENT. YOU ARE NOT, HOWEVER, WAIVING YOUR RIGHT TO ELECT INSTEAD TO PETITION TO CFTC TO INSTITUTE REPARATIONS PROCEEDINGS UNDER SECTION 14 OF THE COMMODITY EXCHANGE ACT WITH RESPECT TO ANY DISPUTE WHICH MAY BE ARBITRATED PURSUANT TO THIS AGREEMENT. IN THE EVENT A DISPUTE ARISES, YOU WILL BE NOTIFIED IF SB INTENDS TO SUBMIT THE DISPUTE TO ARBITRATION. IF YOU BELIEVE A VIOLATION OF THE COMMODITY EXCHANGE ACT IS INVOLVED AND IF YOU PREFER TO REQUEST A SECTION 14 "REPARATIONS" PROCEEDING BEFORE THE CFTC, YOU WILL HAVE 45 DAYS FROM THE DATE OF SUCH NOTICE IN WHICH TO MAKE THAT ELECTION.**

**YOU NEED NOT SIGN THIS ARBITRATION AGREEMENT TO OPEN AN ACCOUNT WITH SB (See 17 C.F.R. §§ 180.1-180.5).**

Signature: _____ Date 28 Jan 03

Signature: _____ Date 28 Jan 03    For Wesley Secretaries Limited, Secretary

**CONSENT TO CROSS TRANSACTIONS AGREEMENT**

Without prior notice, I authorize SB, its directors, officers, employees or agents and any floor broker acting on my behalf in any transaction for my accounts to take the other side of my transactions through an account of such persons subject to any conditions imposed by applicable or CFTC regulations.

I understand I need not sign this Consent to Cross Transactions Agreement to open an account with SB.

Signature: _____ Date 28 Jan 03

Signature: _____ Date 28 Jan 03    For Wesley Secretaries Limited, Secretary

RKV 021

**A copy of this document is available upon request.**

3187 (3/96)/Page 3

# LEHMAN BROTHERS

**Customer Account Services**
**P.O. Box 3760**
**New York, NY 10008-3760**

| Account Number |  |  |  |
|---|---|---|---|
| Branch | Account | T | C | IR |

## Client Agreement

CPI 3025

Before you sign this agreement, read it thoroughly and return th[...] completed and signed agreement to Lehman Brothers at the address on th[...] left side of this page. Subsequently you will receive literature containin[...] important information about new accounts. Read the information careful[...] and retain it for future reference.

**Account Title / Name**

ROCKVALE LIMITED

**Account Title / Name**

**Mailing Address**

PO BOX 316, JARDINE HOUSE, 1 WESLEY STREET, ST HELIER, JERSEY, CHANNEL ISLA[...]

**A. Client Acknowledgement.** I (we) hereby acknowledge that I (we) have read, understand and agree to the terms of this agreement. If this is a joint account, we furthe[...] acknowledge that we have read, understand and agree to the terms of this agreement contained in paragraph 21. *Note: Texas residents must execute a Texas Joint Accoun[...] Supplement agreement (form 3882).* I (We) acknowledge that I (we) have received a copy of the agreement which contains a pre-dispute arbitration clause at Paragraph 2[...] I (We) have read it and agree to its terms.

| 1. Account Owner's Signature | Date | 2. Account Owner's Signature | Date |
|---|---|---|---|
| *[signature]* DIRECTOR | 3/7/96 |  |  |
| 3. Account Owner's Signature | Date | 4. Account Owner's Signature | Date |
|  |  |  |  |

**B. Name Disclosure.** Please indicate your choice as to the release or withholding of your name, address and securities positions to issuing corporations.
☑ NO, I do not want ] my name, address and securities positions disclosed to any companies, upon their request, in which I own securities
☐ YES, I do want ] that are being held for me at Lehman Brothers Inc. ("Lehman") or any firm acting as a clearing broker for Lehman.

**C. Money Market Fund Agreement.** Lehman will be authorized (but not required) to invest or "sweep" available cash in your account into one of its money market fund[...] *unless* you elect otherwise below. If you want to choose a particular money market fund or you do not want available cash swept into a money market fund, please indica[...] below. If you wish to discuss or change your choice of money market funds, please contact your Investment Representative.
*(Note to Wisconsin residents: You must indicate below specifically whether or not you wish to have a money market sweep for your account.)*
☐ NO, I do not want cash balances in my account automatically swept into a money market fund.
☐ YES, I want the cash balances in my account automatically swept into a money market fund of my choice.

**D. Joint Account With Rights Of Survivorship.** If the account has more than one owner, this agreement establishes a Joint Account With Rights of Survivorship. If you ar[...] the other account owners wish to establish a Tenancy in Common instead, each of you must execute a Joint Account Agreement As Tenants in Common in addition to th[...] Client Agreement. *Note: Texas residents must execute a Texas Joint Account Supplement agreement (form 3882).*

**E. Margin Account Agreement.** Complete this section only if you accept the margin agreement described in paragraphs 16 through 19 of this agreement.
In consideration of your opening and maintaining one or more margin accounts on my behalf, I (we) hereby acknowledge that I (we) have read, understand and agree to th[...] terms of a margin account contained in paragraphs 16 through 19 of this agreement. By signing this agreement, I (we) acknowledge that my (our) securities may be loane[...] you or loaned out to others. *If this is a joint account, all parties must sign.*

| ..count Owner's Signature | Date | 2. Account Owner's Signature | Date |
|---|---|---|---|
|  |  |  |  |
| [...]count Owner's Signature | Date | 4. Account Owner's Signature | Date |
|  |  |  |  |

**F. Tax Certification.** Under penalties of perjury, I certify that the number shown below (and to the left) is my correct taxpayer identification number or if not, then the numb[...] I have entered below (and to the right) is my correct tax identification number, and that I am not subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am [...] longer subject to backup withholding (see below), or (c) I am exempt from backup withholding (see below). *Note: You must cross out (b) above if you are currently subje[...] to backup withholding because of underreporting interest or dividends on your tax return.*

For those exempt from backup withholding (see instructions on page 4), write the word "EXEMPT" here: _____

*Note for joint accounts: The Social Security Number of this account is the number of the client whose name appears first in the account title. Do not enter the number of any other account owne[...]*

| The Social Security Number or Tax Identification Number on Lehman Brothers' records is | Taxpayer Identification Number | The Social Security Number or Tax Identification Number shown to the left is incorrect. The CORRECT number is | Taxpayer Identification Number |
|---|---|---|---|
|  |  |  |  |

LBF 3025 (2/94)

1

RKV117

*please tear off*

<table>
<tr><td colspan="10">For office use only. ACCOUNT NO.</td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

**PLEASE COMPLETE, DETACH FROM BOOKLET AND RETURN THIS COMPLETED FORM IN THE SELF-ADDRESSED ENVELOPE ENCLOSED. YOU SHOULD RETAIN THE COPY FOR YOUR RECORDS.**

**Question 5. Please indicate below your investment objectives:-**
Tick <u>one</u> box only.

☐ No specific objectives

☐ Income

☐ Capital Growth

* ☐ Speculation

☐ U.S. Retirement Account only

RKV125

**Question 6. Please indicate below the general acceptable degree of risk in relation to your investments:**

**Degree of Risk:**
Please tick <u>one</u> box only.

☐ LOW

☐ MEDIUM

* ☑ HIGH

**In choosing the appropriate level of risk for your investments you should be aware that all investments bear some degree of risk and that you may not necessarily receive back all of the capital which has been invested.**

## 2. FINANCIAL INFORMATION
To enable us to confirm your experience and understanding of the investments in respect of which we will be giving you investment advice and to comply with the relevant Rules please provide us with the following information concerning your financial and investment objectives.

### (B) FINANCIAL INFORMATION
Question 1. Your current net worth is approximately:

☐ $ _____

Question 2. Please indicate if you have previously maintained a investment account with another broker or bank:-

☐ Yes  ☑ No

Question 3. Please indicate below whether you have regularly entered into transactions in the following investments:-

Securities (including stock, shares, loan stock, bonds, debentures, etc) over the past _____ years.

☐ Yes  ☑ No.

Warrants (including equity warrants but not covered warrants) over the past _____ years.

☐ Yes  ☑ No

Derivatives (including futures, options (including covered warrants), contracts for differences, swaps etc.) over the past _____ years.

☐ Yes  ☑ No

Question 4. Please tick ALL of the appropriate boxes below to indicate those investments in respect of which you wish us to be able to advise, deal or arrange deals with or for you.

☐ Equities, including UK and foreign

☐ Debt Instruments including bonds and commercial paper

☐ Government securities

☐ Foreign Exchange/Bullion

* ☐ Equity Related Derivatives including Warrants

* ☑ Derivatives, including futures, options, contracts for differences, swaps etc.

**\* If you indicate that you wish us to be able to advise, deal and arrange deals with or for you in equity related derivatives or derivatives such as futures, options or contracts for differences, your investment objectives will automatically be "speculation" in Question 5, and the general level of risk in Question 6 will be "High". Each of these kinds of investment is speculative and you must accept a correspondingly high level of risk.**

## 3. HOLD ALL MAIL
Provided you are not ordinarily resident in the U.K. please indicate whether you wish us to hold all mail including contract notes and, if applicable, any valuation reports regarding your accounts:

☐ Yes  ☑ No

**TO: LEHMAN BROTHERS INC.**
**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

I/We acknowledge receipt of your Expert Customer Agreement and General Terms of Business and I/we confirm that I/we have sufficient understanding of the markets and risks to waive the protections given to private customers under the SFA Rules.

I/We further agree jointly and severally to be bound by the relevant General Terms of Business and such other documents as these terms may be expressed to be supplemental to.

I/We also agree that any monies held by you on my/our behalf will not be treated as "client money" subject to the Financial Services (Client Money) Regulations 1991 as amended or superseded.

Name ....................................
Authorised Signatory (Please Print) ....................................

Signature ................................
Authorised Signatory ....................................

FOR AND ON BEHALF OF ....................................

Corporate Name ....................................

Date ....................................

Signature of Joint Account Holder ....................................

**WESLEY SECRETARIES LIMITED**                    **Ref:5/96**

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

<u>CLASS B</u>

| | |
|---|---|
| Caroline J Bougeard | Michele V Christensen |
| David P Chalmers-Hunt | Anne J Bougourd |
| Janet Raine | Susie Dos Reis |
| Stella Lester | Gisele Le Miere |
| Alison Bisson | |

Certified a true copy of the original document.

Date of Minutes.    − 3 JUL 1996

**RKV126**



JOHN H PERKINS
ASSISTANT SECRETARY

**WESLEY SECRETARIES LIMITED**                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

**CLASS A**

Colin R Walker

Leslie Norman

Melvyn Kalman

Neil E Wakeling

Alan V Tidy

John H Perkins

**RKV127**

Marjorie M Du Feu

Ian F Moisan

Jacqueline M Jones

Kevin V Mercury

Certified a true copy of the original document.

Date of Minutes.    - 3 JUL 1996

Paul H Glazier

CPI 0004

# LEHMAN BROTHERS

# Corporation Account
## Security
## Cash Accounts Only
## Full Authority

| Account Number Branch | Account | | T | C | IR |
|---|---|---|---|---|---|
| | | | | | |

**Please read carefully, sign and return**

To Lehman Brothers Inc.

The undersigned Corporation, by

_MELVYN KALMAN_____ Director its President,
pursuant to the resolution, a copy of which, certified by the Secretary, is
annexed hereto, hereby authorizes you to open an account in the name of
said Corporation; and represents that no one other than the Corporation
has any interest in such account. The undersigned also encloses herewith
your Client's Agreement duly executed on behalf of the Corporation and
acknowledges receipt of a copy of the Client Agreement. This authorization
shall continue in force until written notice of its revocation is delivered to
you at the office servicing this account

Dated _3 JULY 1996_____

City and State _ST HELIER, JERSEY, CHANNEL ISLANDS_

Corporation _ROCKVALE LIMITED_____

By _____[signature]_____ President

[SEAL]

LBF2105B

I, _For Wesley Secretaries Limited, Secretary_____ being the

Secretary of _ROCKVALE LIMITED_____
hereby certify that the annexed resolutions were duly adopted at a meeting
of the Board of Directors of said Corporation, duly

held on the _3RD_____ day of _JULY 1996_, at
which a quorum of said Board of Directors was present and acting through-
out and that no action has been taken to rescind or amend said resolutions
and that the same are now in full force and effect

I further certify that each of the following has been duly elected and is now
legally holding the office set opposite his name:

_(Please see attached list_____ , President

_of Authorised Signatory)____ , Vice-President

_____ , Treasurer

_____ , Secretary

I further certify that the said Corporation is duly organized and existing and
has the power to take the action called for by the resolutions annexed
hereto

IN WITNESS WHEREOF I have hereunto affixed by hand and
the seal of said Corporation this _3_ day of _July 1996_

_J. Perkins_____ , Secretary

**For Wesley Secretaries Limited, Secretary**

**RKV132**

# LEHMAN BROTHERS

## Mail Waiver

CPI 0130

| Account Number Branch | Account | | T | C | IR |
|---|---|---|---|---|---|
| | | | | | |

To Lehman Brothers Inc.
Customer Account Services
Church Street Station
P.O. BOX 3760
New York, NY 10008-3760

Please direct all communications for my account indicated above to the name and address shown below. This instruction will stand until written notice is received by you at the above address with instructions to the contrary.

Send to:     ROCKVALE LIMITED

| P.O. Box: | Number | City JARDINE HOUSE, I WESLEY STREET | State | ZIP Code |
|---|---|---|---|---|
| | 316 | ST HELIER, JERSEY, CHANNEL ISLANDS | | |
| C/O: | Name | | Street Address | |
| | | | | |
| | City | | State | ZIP Code |
| | | | | |

The sending of all such papers and correspondence addresses as above shall be equivalent to delivering the same to me, and I hereby waive personal service thereof.

| **THIS SECTION MUST BE COMPLETED** | My home or business address which can be used to reach me if necessary is: |
|---|---|
| | Street Address  PO BOX 316, JARDINE HOUSE, I WESLEY STREET, ST HELIER |
| | City  JERSEY, CHANNEL ISLANDS |

Very truly yours,

| Signature | | Date |
|---|---|---|
| | | DIRECTOR 3/7/96 |
| Signature | | Date |

**All Joint Owners must sign.**

**RKV134**

LBF 3590 (7/94)

**Equity Trust**

Log No _____

**Payment, Distribution & Loan Authorisation Form**

### Section One - Client Details - MUST BE COMPLETED

| | | | |
|---|---|---|---|
| Entity Name | Dyke Limited | Date | 14th November 2003 |
| Client Number | CO104445 | Administrator | Kate Ford |

Are there sufficient funds to pay outstanding fees    [ Y ]  [ N ]    If no, refer to credit control.

### Section Two - Payment Details - MUST BE COMPLETED (* Ignore For Payments Made Electronically)

| | | | Forex | EMT | Cheque | Letter |
|---|---|---|---|---|---|---|
| Inter-Bank transfer for the same entity  (Y or N) _____ For Inter-Bank transfers, ignore sections 4 to 6 | Method of Payment | | | Y | | |
| Remitting Bank * | Expense | | | | | |
| Currency of Payment * | Asset Acquisition | | | | | y |
| Amount * | Dividend | | | | | |
| Value Date * | Loan | | | | | |
| Account Number * | Distribution | | | | | |
| Account Currency | Drawings | | | | | |

If the payment requires a forex over GBP20,000.00 or equivalent, have Treasury & Banking team been contacted    [ Y ]  [ N ]

| Reason for payment  Care this may be quoted on the electronic payment | Transfer to broker account | Destination country for assets | |

### Section Three - For Electronic Payments Through Banking Team / Forex Deals - Compulsory Fields

| | | | |
|---|---|---|---|
| * Remitting Bank | The Royal Bank of Scotland International | * Value Date | 17/11/2003 |
| * Branch | Jersey | * Currency Amount | USD 250,000.00 |
| * Remitter Account Number | 50181249 | Exchange Rate | |
| * Beneficiary Account Name | Dyke Limited | * Debit Currency | United States dollars |
| * Beneficiary A/C Number / IBAN | #12U4-1219-5465 | * Credit Currency | USD |
| * Beneficiary Bank | Bank of America | Remitter Reference | Legend Merchant |
| Address 1 | 1850 Gateway Blvd | Beneficiary Reference | Dyke Limited |
| Address 2 | Concord, CA 94520 | * Account Balance | USD 258,000.00 |
| Country | USA | Special Instructions | see attached |

| | | Rem | Ben | Split |
|---|---|---|---|---|
| Sort Code / SWIFT / ABA | BOFAUS6S | * Charges (Remitter/Beneficiary/Split) | y | | |

### Section Four - For Trust Distributions Only

Nature of assets to be distributed
Other than cash    _____

| | Cap | Inc |
|---|---|---|
| 1. Is distribution to be made from Capital or Income , | | |

| | Y | N |
|---|---|---|
| 2. Is this a payment of Income to the life tenant - if yes ignore section 5 | | |
| 3. Is distribution in excess of 20% of trust fund and/or is the Trust being wound up | | |

If so, consider preparing a Deed of Indemnity, and if we're not the original Trustee, check if the Deed of Appointment contains chain indemnities for previous Trustees

### Section Five - For Expenses Only

| | Y | N |
|---|---|---|
| 1. Is payment a legitimate expense against which an invoice has been received or agreement in place | | |
| 2. Can payment be made without client authorisation | | |

Please refer to questions is yes attach invoice and/or agreement and complete Section 6, numbers 1-14 & 19
If answer to question 1 is no complete Section 6, numbers 1-14 & 19
If answer to question 2 is no attach client authorisation and invoice and complete section 6, numbers 1-14 & 19

## Section Six - Payment Check List

| | N/A | Y | N |
|---|---|---|---|
| 1. Do we have a written request from a properly authorised person | | ☐ | ☐ |
| 2. Does the signature match the one on our records | | ☐ | ☐ |
| 3. Does instruction give full details of beneficiary, bank and remittance details | | ☐ | ☐ |
| 4. Do we have full details of the nature and/or purpose of the payment | | ☐ | ☐ |
| 5. Is the person to whom or for whose benefit the payment is made, entitled to benefit from the funds | | ☐ | ☐ |
| 6. If the payment is a loan, is it being made on an arms length commercial basis | ☐ | ☐ | ☐ |
| 7. Can payment be made without protector, shareholders or anyone else's consent | | ☐ | ☐ |
| 8. Are there sufficient funds available to effect payment (Consider source of recently received funds) | | ☐ | ☐ |
| 9. Are the funds free from incumberance | | ☐ | ☐ |
| 10. In relation to the affairs of the client would you consider this to be a normal payment | | ☐ | ☐ |
| 11. If Trustee/Corporate resolutions are required, complete a Secretarial Procedures Form &/or produce minutes and attach | ☐ | ☐ | ☐ |
| 12. Is payment being made outside of FATF restricted countries? Refer to compliance if answer is no | | ☐ | ☐ |
| 13. Has the Trust deed been reviewed for Trusts or Powers to effect payment    Clause no. [_____] | | ☐ | ☐ |
| 14. Is an acknowledgement of receipt required from the recipient | | ☐ | ☐ |
| 15. Has the Letter of Wishes been considered | | ☐ | ☐ |
| 16. In the case of Dividends/Distributions, are there sufficient appropriate reserves to cover the payment | | ☐ | ☐ |
| 17. Can distribution be made without consideration to other beneficiaries | | ☐ | ☐ |
| 18a. Are there any tax implications in making payment | | ☐ | ☐ |
| 18b. If yes, has the recipient obtained tax advice | | ☐ | ☐ |

19. If the answer to any question in this section is no, please provide explanation below

| |
|---|

## Section Seven - Accounting Entries

| | | | | Y | N |
|---|---|---|---|---|---|
| Has bookkeeping been outsourced - if no complete nominal input codes | | | | ☐ | ☐ |

| Acc Code | Full Narrative | CCY | Debit | Credit . |
|---|---|---|---|---|
| | | | | |
| | **Tfr Legend Merchant Group (new a/c opened)** | | **$250,000.00** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Input By | | Date | / | / |
|---|---|---|---|---|

## Section Eight - Authorisation

| Completed By | **Pippa Webster** | Reviewed By | **14/11/2003** |
|---|---|---|---|
| Authorised Signatory | | Date | / |

Hilsenrath Exhibits re Jurisdiction

09/03/2007



**Matheson Bank (Jersey) Limited**

*A member of the Jardine Matheson Group*

13 Broad Street
St Helier
Jersey JE4 8PR
Channel Islands

**Account
Opening Form**

---

Please | ☑ | Tick where appropriate

☑ **Public or Private Company**

☐ **Partnership**

☐ **Sole Proprietorship**

☐ **Society/Association**

☐ **Trust Company**

Please complete in **Block Letters**

| | |
|---|---|
| Name of account    RYBURN LIMITED | |
| Nature of business<br><br>INVESTMENT HOLDING | Date of incorporation or<br>Date of commencement of trading or<br>Date of establishment |
| Associated or subsidiary companies<br>MONTARAZ LIMITED<br>JANURIN HOLDINGS LIMITED<br>LOTMAR LIMITED<br>ROCKVALE LIMITED | SAFFRAY LIMITED<br>ONUGY HOLDINGS LIMITED<br>CROSSGAR LIMITED<br>SURFWAY LIMITED |
| Registered office address<br>PO BOX 3151<br>ROAD TOWN<br>TORTOLA<br>BRITISH VIRGIN ISLANDS<br><br>Telephone No.<br>00 1 809 494 3045 | Correspondence address if different from<br>Registered office address<br>JARDINE HOUSE<br>1 WESLEY STREET<br>ST HELIER<br>JERSEY<br><br>Telephone No.<br>01534 888111 |
| Statement(s) required<br><br>☑ Monthly    (in the absence of instructions<br>statements will be sent quarterly)<br>☐ Quarterly | Name and address of other bankers<br><br>NONE<br><br><br>**RYB 00473** |
| Introduced by:  MTCS | |

Signed _Rubab_ (signature)
DIRECTOR

Signed (signature)
For Wesley Secretaries Limited, Secretary

Date ___8/10/96___

Date ___8/10/96___

**WESLEY SECRETARIES LIMITED**                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

**CLASS A**

| | |
|---|---|
| Colin R Walker | Leslie Norman |
| Melvyn Kalman | Neil E Wakeling |
| Alan V Tidy | John H Perkins |
| Marjorie M Du Feu | Ian F Moisan |
| Jacqueline M Jones | Kevin V Mercury |
| Paul H Glazier | |

Certified a true copy of the original document.

Date of Minutes.

RYB 00490

2 4 JUL 1996

# EXHIBIT 16.

# Equity, Kalman - Declarations of Trust

## DECLARATION OF TRUST

| | | | | |
|---|---|---|---|---|
| **The Parties** | : | The Nominee | : | C N Limited<br>of 28-30 The Parade<br>St Helier<br>Jersey |
| | : | The Owner | : | Equity Trust (Jersey) Limited<br>As Trustee of the Revenge Trust<br>of 28-30 The Parade<br>St Helier<br>Jersey |

**The Share(s)**     :     100 Ordinary USD1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company**      Ryburn Limited having its Registered Office situated at Beaufort House, PO Box 438, Road Town, Tortola, British Virgin Islands.

**Date of Execution**     10th December 2003

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:**  1  Declares that it holds the share(s) as nominee for the Owner.

2  Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3  Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4  Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5  Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**C N Limited**
was hereunto affixed in
the presence of:

Director

Authorised Signatory

2146

**RYB 00526**

## DECLARATION OF TRUST

| The Parties | : | The Nominee | : | CN Limited |
| | | | | of 28-30 The Parade |
| | | | | St Helier |
| | | | | Jersey |

| | : | The Owner | : | Equity Trust (Jersey) Limited as Trustee of |
| | | | | the Revenge Trust |
| | | | | 28-30 The Parade |
| | | | | St Helier |
| | | | | Jersey |

**The Share(s)**      :    60 Ordinary USD $1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company**            Crossgar Limited having its Registered Office situated at Road Town, Tortola, British Virgin Islands.

**Date of Execution**        6th November 2003

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:**  1      Declares that it holds the share(s) as nominee for the Owner.

2      Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3      Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4      Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5      Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**C N Limited**
was hereunto affixed in
the presence of:

Director

Authorised Signatory

*3,30*

CRO 00351



## DECLARATION OF TRUST

| | | | |
|---|---|---|---|
| **The Parties** | : | The Nominee    : | EQ Nominees (Jersey) Limited |
| | | | of 28-30 The Parade |
| | | | St Helier |
| | | | Jersey |
| | : | The Owner    : | Equity Trust (Jersey) Limited as Trustee of |
| | | | the Revenge Trust |
| | | | 28-30 The Parade |
| | | | St Helier |
| | | | Jersey |

**The Share(s)**    :    40 Ordinary USD $1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company**        Crossgar Limited having its Registered Office situated at Road Town, Tortola, British Virgin Islands.

**Date of Execution**        6th November 2003

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:**  1    Declares that it holds the share(s) as nominee for the Owner.

2    Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3    Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4    Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5    Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**EQ Nominees (Jersey) Limited**
was hereunto affixed in
the presence of:

*1236*

Director

Authorised Signatory

CRO 00350

**EXHIBIT 17.**

**Equity Availment services in the US - web site**

| Home | Site map | Search | Help | Contact us |

# EQUITY TRUST

| ABOUT EQUITY TRUST | EXPERTISE | INTERNATIONAL NETWORK | CLIENT FOCUS | INTERMEDIARIES |

**United States of America**

**Address**

Equity Trust, U.S. Representative office
747 Third Ave, 22nd floor
New York, New York 10017
P.O. Box 3250
New York, NY 10163
U.S.A.
Tel: +1 646 216 8598
Fax: +1 646 290 5971
infous@equitytrust.com

**Contact**

**International network**

- Address and contact us
- About New York



**Wouter Plantenga**   **wplantenga@equitytrust.com**

Wouter is the representative of Equity Trust's New York office. He studied at the University of Leiden, graduated in Dutch corporate law. He previously worked for ABN AMRO Trust in Curacao, the Netherlands Antilles, as a corporate lawyer and assisted many high net worth individuals and corporate clients in the incorporation of international structures. He also has experience of working on various marketing projects, with a commercial focus on the European market. In, 2005 he joined Equity Trust as commercial manager, Europe. In his current position, Wouter assists US clients with the establishment of international structures and provides for related corporate trust and management services. He is fluent in Dutch and English.

Copyright 2007 Equity Trust. All rights reserved.

Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

http://www.equitytrust.com/content/international/international_usa.htm        8/26/2007

| Home | Site map | Search | Help | Contact us |

# EQUITY TRUST

| ABOUT EQUITY TRUST | EXPERTISE | INTERNATIONAL NETWORK | CLIENT FOCUS | INTERMEDIARIES |

**USA : About New York**

**International network**

- Address and contact us
- About New York

**About Equity Trust New York**

Equity Trust is the preferred service provider for North American multinationals and medium-sized companies. We offer a one-stop sales office located in New York.

We establish vehicles for North American corporate clients in many Equity Trust jurisdictions including Luxembourg, the Netherlands, the Netherlands Antilles and the Cayman Islands. Additionally we can offer services in Aruba, British Virgin Islands, Hong Kong, Jersey, Argentina, and Switzerland.

Non-tax driven services such as escrow services and treasury management also constitute a core competency of Equity Trust.

By co-operating with carefully selected and reputable tax and legal advisors, protection of our clients' interests is assured.

Copyright 2007 Equity Trust. All rights reserved.

Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

# EQUITY TRUST

| Home | Site map | Search | Help | Contact us |

| ABOUT EQUITY TRUST | EXPERTISE | INTERNATIONAL NETWORK | CLIENT FOCUS | INTERMEDIARIES |

**International network**

Click on the below locations to find the contact details for each of our offices.



Copyright 2007 Equity Trust. All rights reserved.

Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

# EQUITY TRUST

| ABOUT EQUITY TRUST | EXPERTISE | INTERNATIONAL NETWORK | CLIENT FOCUS | INTERMEDIARIES |

**About equitytrust**

Equity Trust was established in 1970 as an affiliate of a Dutch law firm and has pioneered the role of the modern trust company in the Netherlands. Since then we have grown quickly, organically and through acquisition, creating a truly global independent trust provider.

Today Equity Trust is the world's leading trust and fiduciary services group supporting high net worth individuals, corporations and intermediaries all over the world.

We operate in a select number of key jurisdictions in Europe, the UK & Channel Islands, Asia-Pacific and the Caribbean and Americas. Please go to the international network section for a full list of all of our locations.

**About equitytrust**

- Growth and acquisitions
- Where we are today - our global network
  - Contact us
- Our five global principles
  - Global service
  - Responsiveness
  - Approach
  - Expertise
  - Independence
- Partners
- Press releases and press enquiries
- Technical support
- Career opportunities

Disclaimer

Copyright 2007 Equity Trust. All rights reserved.

Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers