**EXHIBIT 32.**

**Candover buy major share**

**in Wood Mackenzie**

**with energy business throughout the US**



## Press Releases: Corporate

**Successful 2005 for Wood Mackenzie**

**Edinburgh 28th June 2006** – Wood Mackenzie, a leading provider of research and consulting services to the Energy and Life Sciences industries, today announced its 2005 results. On a like-for-like basis the company increased its turnover by 27% while EBITDA (earnings before interest, tax, depreciation and amortisation) almost doubled to reach £14.1m.

The single most significant event during 2005 was a major refinancing, which was successfully completed mid year. This resulted in **Candover**, a leading European private equity house, taking a major share in the business. "Last year was an extremely productive year for us," explained Paul Gregory, CEO for Wood Mackenzie. "In addition to the refinancing, we made tremendous progress on a number of fronts, including improving our financial performance, launching several new and enhanced products, winning a significant number of new clients and expanding our global presence".

Whilst better conditions in the energy market helped, most of the improvement in the company's financial performance in 2005 stemmed from previous investment, undertaken since the company became independent in 2001. One result of recent investment was a new web portal, through which the company delivers its research offerings to clients. "This has already resulted in a substantial increase in both number of users and overall usage of our products" added Gregory.

On the energy side of the business, the company launched its coverage of the Macro Energy environment, setting out its rationale for its view of future energy prices. It also expanded its corporate analysis offering to cover national oil companies - a significant subset of industry participants, less well understood, yet set to exert increasing influence over the energy scene in the years ahead.

In North America Wood Mackenzie has established itself as a leading commentator on North American gas and LNG issues. "This progress in gas and power, coupled with our continued investment in research coverage of upstream activities in North America, has provided the knowledge base which underpinned a significant increase in our consulting business in the region, making North America a particular 'hot spot' for both research and consulting revenues" added Gregory.

In Life Sciences, the company continued to build its consulting practice in both Europe and North America. This was complemented by the launch of new research offerings in the pharmaceutical sector. The market- leading Animal Health practice also progressed well, particularly in North America.

Wood Mackenzie's desire to be closer to its clients is reflected in the increasing proportion of staff that is now located somewhere other than its Edinburgh headquarters. Staff numbers have risen particularly quickly in Houston and Singapore, in order to serve an expanding US and Asian energy client base. A new office was also opened in Dubai in 2005, taking the number of permanent offices up to twelve worldwide. A further office will be opened in New York later this year.

The business has made an excellent start to 2006. "We are confident that 2006 will see further strong growth in research and consulting revenues and also profitability," concluded Gregory.

© Wood Mackenzie 2007 |  |  |

Wood Mackenzie: Our Locations

# Our Locations

Information regarding Wood Mackenzie office locations

Click on a location on the map for office details.



Hilsenrath Exhibits re Jurisdiction

09/03/2007

8/15/2007

# EXHIBIT 33.

## Candover's Lombard

## in California

## in partnership with management



**7th February, 2007**

### CDC commits US$20m  to Lombard Asia III
*New fund to target companies South East Asian opportunities*

CDC Group, the UK Government-backed emerging markets private equity fund of funds, announces it has committed US$20 million to Lombard Asia III, an Asian private equity fund managed by Lombard Investments, Inc.

The Lombard Asia III fund has to date raised about US$200 million. It will invest in rapidly growing companies in South East Asia and Greater China, helping the companies expand domestically and throughout the region.

Lombard Investments, Inc is an independent, international private equity investment firm with a 21-year track record and a highly-experienced investment team in emerging Asian economies.   The South East Asia investment team is led by Managing Director Pote Videt, a former senior Managing Director of Goldman Sachs and CSFB leading mergers and acquisitions in the Asian region.

The Asian region has drawn an increasing level of attention from private equity groups in recent years. Total investment in private equity investment in Asia exceeded US$53 billion in 2006, (source: AVCJ, 2 January 2007). However, to date there has been limited fundraising for investment in South East Asia.

Commenting on the Lombard Asia III fund raising, Thomas Smith, Managing Director of Lombard, commented:

 "Over the past ten years, Lombard has been developing on-the-ground intelligence in emerging Asian markets, often overlooked by private equity investors, that are benefiting from strong Intra-Asia trade.  It is particularly notable that South East Asia, a key focus of our new fund, reported a $25 billion trade surplus with China in 2005.  Over the last ten years, we have acquired substantial ownership interests in many well-established, market leading companies at low entry prices and have helped them outperform.  We believe Lombard Asia III is well positioned to continue this strategy across the region."

Lombard began investing in Asia in 1996 and has made more than 50 investments in the region.

Richard Laing, CDC chief executive, commented:

"Factors such as solid economic and corporate earnings growth and the shortage of providers of risk capital are creating some very attractive investment opportunities, especially in markets such as Indonesia and Malaysia .We are delighted to be investing

in this fund with Lombard. The team's knowledge and expertise in this region will be invaluable.

- Ends -

**For more information:**

**Merlin**
Lachlan Johnston / Bridget Fury
T: + 44 207 653 6620
M: + 44 7802 961 902 / + 44 7941 085 506
E: ljohnston@merlinpr.com / bfury@merlinpr.com

**Miriam de Lacy**
Director of Communications, CDC
T: +44 207 484 7711
M: +44 7799 824 947
E: mdelacy@cdcgroup.com

**Notes to editors**

**CDC**

- CDC is a government-owned fund of funds with assets of £1.6 billion targeting businesses in the poorer countries of the world with an emphasis on Africa and South Asia.

- The company's mission is to generate wealth by providing capital for investment in sustainable and responsibly managed private sector businesses.
- CDC has committed capital to over 60 funds invested in Africa, Asia and Latin America.

- All funds in which CDC invests are required to comply with CDC's business principles, including health and safety, business integrity, environmental and social policies.

- CDC's previous commitments to fund managers investing in South East Asia include: Actis, Aureos Capital, Kendall Court, Navis Asia Partners.

**Lombard**

- Lombard was originally formed in 1985 by its management team and Candover Investments plc to target mid-market private equity investments in the US.

- Its first investment in Asia was made through Asia Corporate Partners ('ACP'), a fund managed by China Development Industrial Bank in 1996.

- In 1997, Lombard established and began managing Lombard Asian Private Investment Company ('LAIPC'), a US$253 million Asia-Pacific regional fund dedicated to investing in Asian companies.

- In 2001, Lombard established and began managing a US$245m Thailand Equity Fund ('TEF'), with investment from the Thai Government and the International Finance Corporation ('IFC'), along with nineteen other institutions.

**EXHIBIT 34.**


**Candover DME –**

**– serving the Hartland of America**







STEVE GLISCHINSKI

*Serving the Heartland*
*of America*

**CEDAR AMERICAN RAIL HOLDINGS, INC.**

**DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION**

**IOWA, CHICAGO & EASTERN RAILROAD CORPORATION**

**140 North Phillips Avenue**
**Sioux Falls, SD 57104**
**(605) 782-1200**

Residual cost of investment £000: 573
Directors' valuation £000: 21,383
Effective equity interest (fully diluted): 4.0%
% of Candover's net assets: 6.5%
Basis of valuation: Multiple of earnings
Dividends received: -
Year end: December 05
Sales: €837.7m
Earnings: €231.2m

---

**Vetco International**

**Oil & gas services**

Geography: UK
Date of investment: July 2004
Residual cost of investment £000: 61
Directors' valuation £000: 15,917
Effective equity interest (fully diluted): 2.5%
% of Candover's net assets: 4.8%
Basis of valuation: Sale proceeds and multiple of earnings
Dividends received: -
Year end: December 05
Sales: $2,491.2m
Earnings: €156.1m

---

**Dakota, Minnesota & Eastern Railroad Corporation**

**Railroads**

Geography: US
Date of investment: September 1986
Residual cost of investment £000: 888
Directors' valuation £000: 15,464
Effective equity interest (fully diluted): 8.5%
% of Candover's net assets: 4.7%
Basis of valuation: Multiple of earnings
Dividends received: -
Year end: See note 3
Sales: See note 3
Earnings: See note 3

---

**ALcontrol Group Holdings**

**Laboratory testing**

Geography: UK
Date of investment: December 2004
Residual cost of investment £000: 12,902

# Serving the Heartland of America

## A bold new railroad network

In 1986, the Dakota, Minnesota & Eastern was established to serve shippers in southern Minnesota and South Dakota along lines formerly owned by Chicago and North Western. In 2002, DM&E was joined by the Iowa, Chicago & Eastern, which took over operations of I & M Rail Link in Iowa, Illinois, Minnesota, Missouri and Wisconsin. A new company, Cedar American Rail Holdings, Inc. was established to bridge the operations and administration of the two railroads. Together, DM&E and IC&E serve eight states in the heartland of America. The management team of DM&E and IC&E have extensive experience with both Class I and regional railroads.

## Largest regional railroad system

With more than 2,500 miles of track, the combined DM&E and IC&E is the largest contiguous Class II regional railroad system in the United States and the only regional railroad with connections to all major North American Class I railroads. In the past four years, total traffic volume on the two railroads has increased approximately 22 percent from 230,000 carloads in 2003 to more than 280,000 in 2006.

## Service-oriented companies

Our approach to service is simple: provide customers with rail transportation that is reliable, responsive, personalized and cost effective.

To help you get to know us, on the following pages you'll find useful information about the company, our equipment and services, and the addresses and phone numbers of key contacts.

In the months and years ahead, we will be working very hard to increase business by opening up new markets for our customers, expanding operations, and improving the quality and consistency of our service. All of us at the Dakota, Minnesota & Eastern and Iowa, Chicago & Eastern and Cedar American Rail Holdings look forward to serving you.



# DM&E and IC&E — reliable, responsive, personalized and cost effective

## History

DM&E began operations on September 5, 1986 and today operates on approximately 1,100 miles of track located principally in Minnesota and South Dakota. It extends from the Mississippi River at Winona, MN to Rapid City, SD, and from Rapid City north to Colony, WY and south to Crawford, NE.

The Iowa, Chicago & Eastern began operations on July 31, 2002 when it took over operations on approximately 1,400 miles of track formerly operated by I & M Rail Link, LLC. The IC&E operates in Illinois, Iowa, Minnesota, Missouri and Wisconsin and connects with all major railroads in Chicago, Kansas City and St. Paul, MN.

## Flexible, cost-effective rail transportation

DM&E and IC&E have many years of experience with a diversified customer and commodity base, providing shippers with flexible, cost-effective transportation options. We really get to know our customers and can offer individualized, responsive service. Plus, we can work directly with our larger railroad partners so you don't have to. Small shippers are big shippers to us.

## Reliable service, excellent equipment

DM&E and IC&E offer regular main-line service to and from Chicago, Kansas City, Rapid City, St. Paul and Winona, MN. Branch line stations are served as needed to meet the needs of customers. A wide range of freight equipment is available. DM&E and IC&E have a fleet of approximately 7,200 freight cars to meet customer needs including 200 new covered hoppers acquired in 2007. Mechanics at key locations assure that railroad and customer-leased cars are repaired quickly and efficiently.

Both DM&E and IC&E have assembled a fleet of 146 newer, more reliable, more fuel-efficient locomotives, which have significantly reduced costs. Locomotives and freight cars are interchanged between the two railroads to meet traffic requirements.



*Percent of combined DM&E-IC&E carloads*

## Pricing

DM&E and IC&E maintain competitive local and interline tariff rates, contract rates, and deregulated price quotes. It is the railroad's policy to work closely with customers to provide the necessary pricing, service and equipment packages to meet their requirements. DM&E and IC&E maintain a cost-effective operating structure, free from traditional railroad industry work rules. For more information, go to our Web sites: www.dmerail.com and www.icerail.com.

## Customer Service

IC&E-DM&E Customer Service Centers are located in Sioux Falls, SD with experienced representatives from both railroads. It is operated round-the-clock, seven days a week. CSC is responsible for a range of transportation activities including shipment tracking, release of empty freight cars, switching, weighing and demurrage.

Railcar Management, Inc. of Atlanta, GA, is responsible for transportation data for both IC&E and DM&E. RMI has E-Commerce capability including billing and tracing of shipments. For more information, contact Customer Service.

## Industrial Development

Both DM&E and IC&E have a wide range of undeveloped industrial property available. To assist customers looking for industrial sites, our sales and marketing team can provide information about locations across the two railroads—offering "one call" site location service. We work closely with civic and business organizations to attract and expand business along our lines.

## Transfer and storage

Both railroads have numerous transload and storage facilities available that are capable of handling a variety of shipments including agricultural products, building materials, food products, and steel.

# Track improvements – good news for shippers

DM&E and IC&E plan to spend approximately $80 million in 2007 to upgrade track and bridges. Work includes replacing more than 45 miles of track with 136-lb. continuous-welded rail and 51 miles of 115-lb. continuous-welded rail, installing 180,000 new cross ties, applying 200,000 tons of crushed granite ballast, surfacing (smoothing) 1,000 miles of track, and repairing and upgrading two major bridges, as well as strengthening more than 100 bridges.

Installing heavier rail and stronger bridges will, in the future, permit DM&E to handle today's 286,000 lb. gross weight cars and bigger unit trains over more of the railroad, which will mean cost savings for customers along the line.

Most of the funding is coming from a $233 million loan approved in 2004 from the Federal Railroad Administration to refinance the railroad and allow more cash for an extended capital improvement program. In the past three years, DM&E and IC&E installed 230 route miles of welded rail, replaced 670,000 cross ties, constructed or extended six passing sidings up to 10,000 feet, installed a new connection with BNSF at Florence, MN, applied 675,000 tons of ballast, surfaced more than 2,600 miles of track, and repaired and upgraded more than 200 bridges.

## Powder River Basin Project

DM&E is moving forward with plans to build 262 miles of new track to tap Wyoming's Powder River Basin—one of the world's largest deposits of clean-burning, low-sulfur coal. The PRB Project should help lower energy costs for electric rate payers, reduce power plant emissions, and upgrade track for existing and future customers along the line.

Work includes installing continuous-welded rail, new cross ties, and state of the art electronics for train dispatching and signaling on main line track in Minnesota and South Dakota. For shippers, this will transform DM&E into a safer, faster railroad offering more reliable service with reduced transit times.

Economic impact studies have determined that the Powder River Basin Project will have a positive effect in Minnesota, South Dakota and Wyoming by creating approximately 5,000 construction and related jobs over the three-year construction period and 500 new railroad jobs initially. When the line is fully operational, the number of rail jobs will increase to more than 1,500. For shippers and communities along the line, the PRB Project means more opportunities for industrial development and economic growth.

# Key contacts

## General Office
140 N. Phillips Avenue
Sioux Falls, SD 57104
Phone    (605) 782-1200
FAX      (605) 782-1299

## Web Sites
Dakota, Minnesota & Eastern:    www.dmerail.com
Iowa, Chicago & Eastern:        www.icerail.com

## Executive
Kevin V. Schieffer, President & CEO          (605) 782-1200
J. Edward Terbell, Exec. VP - Operations     (605) 782-1221
Lynn A. Anderson, Sr. VP - Marketing         (605) 782-1200
Kurt V. Feaster, Sr. VP & Chief Financial Officer (605) 782-1212
Steven O. Scharnweber, VP - Engineering      (605) 782-1230
Clyde Mittleider, Chief Transportation Officer (605) 782-1427
Daniel L. Goodwin, Chief Mechanical Officer  (605) 352-0010

## Transportation
Clyde Mittleider, Chief Transportation Officer (605) 782-1427
John Gable, Asst. VP Customer Svc. & Equip.  (605) 782-1418
Robert Wessler, Genl. Superintendent - DM&E  (605) 782-1419
Keith Beckel, Genl. Superintendent - IC&E    (563) 441-5901
David Barnes, Director - Customer Service    (605) 782-1412

## Customer Service
| | | | | |
|---|---|---|---|---|
| DM&E | Tel: | 1-800-658-3551 | FAX: | (605) 782-1499 |
| IC&E | Tel: | 1-866-275-8396 | FAX: | 1-866-777-9942 |

Car Ordering: 1-800-618-0890

## Marketing
John Brooks, Asst. VP - General Merchandise     (563) 441-5902
Steve Milligan, Asst. VP - Agricultural Commod.  (605) 782-1504
Ken Thoendel, Asst. VP - Minerals, Cement       (605) 782-1501
Doug Conway, General Manager - Coal             (605) 782-1502
Bob Goedemont, Director - Marketing             (563) 441-5911
Keith Kupec, Director - Marketing               (605) 782-1613
Diana Lavoi, Director - Marketing               (952) 431-9952
Dennis McGeein, Director - Marketing            (563) 441-5903
JoAnne Mortenson, Director - Marketing          (952) 937-5586
Lauree Brown, Marketing Manager                 (563) 441-5912
Dustin Buntrock, Marketing Manager              (605) 782-1508
Sheldon Cotton, Marketing Manager               (605) 782-1612
Desirae Loef, Marketing Manager                 (605) 782-1554
Mike McDaniel, Manager Marketing Admin.         (605) 782-1503
Bill Halfacre, Regional Sales Manager           (281) 232-2445
Dave Bastress, Mgr. Business Development         (913) 825-9402
Nancy Bodinet, Asst. Marketing Mgr.             (563) 441-5908
Jessica Fahy, Asst. Mgr. - Pricing Services     (605) 782-1507
Charlie Anderson, Coal Market Analysis Mgr.     (605) 782-1506

# EXHIBITS JARDINE MATHESON SPECIFIC

**EXHIBIT 35.**


**Jardine Matheson care of Ryburn in Trust**

# C. N. Limited

P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone:  0534 888111
Facsimile:  0534 888118
Telex:      4192012 JARJSY G

Matheson Trust Company (Jersey) Limited
as Trustee of The Garden Trust
Jardine House
1 Wesley Street
St Helier
Jersey

We, C N Limited the registered holder of 1 fully paid ordinary share of US$1.00 each in the limited liability company

RYBURN LIMITED — *Pr Lde*

hereby acknowledge and declare that we hold such share upon trust for you absolutely and that we shall at all times use the voting and other powers attached to the said share in such manner as you may from time to time direct and further that we shall at your request and cost execute and deliver such a proxy or proxies in relation to the said share in your favour or in favour of any other person as you may direct.

When holding shares hereby upon trust for more than one person we further acknowledge and declare in accordance with your instruction that we hold such shares upon trust for such persons as joint owners and in the event of the death of one or more of such persons we shall be accountable only to the survivor or survivors of them and shall not be accountable in any way to the heirs or personal representatives of any person except those of the last survivor.

For C N Limited

Wesley Secretaries Limited, Secretary

Dated: 29 June 2000

RYB 00533

# *C. H. Limited*

P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile:  01534 888118
Telex:      4192012 JARJSY G

Matheson Trust Company (Jersey) Limited
as Trustee of The Green Trust
Jardine House
1 Wesley Street
St Helier
Jersey JE4 8UD

We, C H Limited the registered holder of 1 fully paid ordinary share of US$1.00 in the limited liability company

RYBURN LIMITED — *P/ File*

hereby acknowledge and declare that we hold such share upon trust for you absolutely and that we shall at all times use the voting and other powers attached to the said share in such manner as you may from time to time direct and further that we shall at your request and cost execute and deliver such a proxy or proxies in relation to the said share in your favour or in favour of any other person as you may direct.

When holding a share hereby upon trust for more than one person we further acknowledge and declare in accordance with your instruction that we hold such share upon trust for such persons as joint owners and in the event of the death of one or more of such persons we shall be accountable only to the survivor or survivors of them and shall not be accountable in any way to the heirs or personal representatives of any person except those of the last survivor.

For C H Limited

Wesley Secretaries Limited, Secretary

Dated: 29 June 2000

RYB 00532

**EXHIBIT 36.**


**Jardine presence in the US**

**Mandarin, Pizza Hut, Rothschild, Jardine Lloyds**



**Jardine Matheson**

Annual Report 2005

## Directors' Profiles

**Henry Keswick***
CHAIRMAN
Mr. Henry Keswick joined the Group in 1961 and has been a Director of its holding company since 1967. He is chairman of Matheson & Co. and Jardine Strategic, and a director of Dairy Farm, Hongkong Land, Mandarin Oriental and Rothschilds Continuation Holdings. He is also vice chairman of the Hong Kong Association.

**A.J.L. Nightingale***
MANAGING DIRECTOR
Mr. Nightingale joined the Board in 1994 and was appointed as Managing Director in April 2006. He has served in a number of executive positions since joining the Group in 1969. He is chairman of Jardine Cycle & Carriage, Jardine Matheson Limited, Jardine Motors Group and Jardine Pacific; and a commissioner of Astra. He is also managing director of Dairy Farm, Hongkong Land, Jardine Strategic and Mandarin Oriental. Mr. Nightingale is a past chairman of the Hong Kong General Chamber of Commerce, chairman of the Business Facilitation Advisory Committee established by the Financial Secretary in Hong Kong, a council member of the Hong Kong Trade Development Council, a Hong Kong representative to the APEC Business Advisory Council and a member of the Greater Pearl River Delta Business Council.

**Jenkin Hui**
Mr. Hui joined the Board in 2003. He is a director of Hongkong Land, Jardine Strategic, Central Development and a number of property and investment companies.

**Simon Keswick***
Mr. Simon Keswick joined the Group in 1962 and has been a Director of its holding company since 1972. He is a director of Matheson & Co., chairman of Dairy Farm, Hongkong Land and Mandarin Oriental, and a director of Jardine Lloyd Thompson and Jardine Strategic. He is also a director of The Fleming Mercantile Investment Trust.

**R.C. Kwok**
Mr. Kwok was appointed a Director of the Group's holding company in 1972. He is a Chartered Accountant and joined the Group in 1964. He is a director of Jardine Matheson Limited, Dairy Farm, Hongkong Land, Jardine Strategic and Mandarin Oriental.

**C.G.R. Leach***
Mr. Leach joined the Board in 1984 after a career in banking and merchant banking. He is a director of Matheson & Co., deputy chairman of Jardine Lloyd Thompson, and a director of Dairy Farm, Hongkong Land, Jardine Strategic, Mandarin Oriental and Rothschilds Continuation Holdings.

**Dr Richard Lee**
Dr Lee joined the Board in 1999. Dr Lee's principal business interests are in the manufacturing of textiles and apparel in Southeast Asia, and he is the chairman of TAL Apparel. He is also a director of Hongkong Land and Mandarin Oriental.

**Percy Weatherall**
Mr. Weatherall joined the Board in 1999 and was Managing Director of the Company from February 2000 to March 2006. He held a number of senior positions since first joining the Group in 1976 until his retirement from executive office in 2006. He is also a director of Matheson & Co., Dairy Farm, Hongkong Land, Jardine Strategic and Mandarin Oriental.

*Executive Director

**Chief Financial Officer**
**James Riley**

**Group General Counsel**
**Jonathan Gould**

**Group Strategy**
**Mark Greenberg**

**Company Secretary**
**C.H. Wilken**

**Registered Office**
Jardine House, 33-35 Reid Street
Hamilton
Bermuda

 Jardine Matheson Group

 Jardine Pacific

A holding company with a select portfolio representing many of the Group's non-listed Asian businesses, principally in transport services, engineering and construction, restaurants and IT services. (100%)

Jardine Motors Group

A group engaged in the distribution, sales and service of motor vehicles in Hong Kong, Macau and the United Kingdom, and with a growing presence in mainland China. (100%)

JARDINE LLOYD THOMPSON
Group plc

A leading listed insurance broker, risk management adviser and employee benefit services provider, combining specialist skills in the London insurance market with an international network. (30%)

Jardine Strategic

A listed company holding most of the Group's major listed interests, including 53% of Jardine Matheson. (80%)

(Figures in brackets show effective ownership by Jardine Matheson as at 10th April 2006.)

H
Hongkong Land

A listed property group with some 5 million sq. ft of prime commercial property in central Hong Kong and further high quality commercial and residential developments in Asia. (44%)

 Dairy Farm

A listed pan-Asian retail group operating over 3,160 outlets, including supermarkets, hypermarkets, health and beauty stores, convenience stores, home furnishings stores and restaurants. (78%)

 MANDARIN ORIENTAL
THE HOTEL GROUP

A listed international hotel investment and management group with a portfolio of 29 deluxe and first class hotels worldwide, including eight under development. (74%)

Rothschilds Continuation

An unlisted holding company within the Rothschild group with various financial services interests, including the investment bank N M Rothschild & Sons. (20%)

 Jardine Cycle & Carriage

A Singapore-listed holding company with an interest of just over 50% in the listed Indonesian conglomerate, Astra International, and motor trading interests in Southeast Asia. (63%)

 ASTRA international

The largest Indonesian motor group, manufacturing, assembling and distributing motor vehicles and components in partnership with industry leaders such as Toyota and Honda.

Astra's financial services businesses consist of consumer finance (principally automobile and motorcycle), insurance and a 32% interest in Bank Permata.

Astra's other interests include heavy machinery; mining contracting; oil palm plantations; and distribution of office automation products and IT services.

(Figures in brackets show effective ownership by Jardine Strategic as at 10th April 2006.)

The Jardine Matheson Group is an Asian-based conglomerate with a broad portfolio of businesses. The Group's strategy is to build its operations into market leaders across Asia, each with the support of Jardine Matheson's extensive knowledge of the Region and its long-standing relationships. Through a balance of cash producing activities and investment in new businesses, the Group aims to produce sustained growth in shareholder value.

Incorporated in Bermuda, Jardine Matheson has its primary share listing in London, with secondary listings in Bermuda and Singapore. Jardine Matheson Limited operates from Hong Kong and provides management services to Group companies, making available senior management and providing financial, legal, human resources and treasury support services throughout the Group.



必勝批重要元素：大同世界的關懷

o8  Jardine Matheson Annual Report 2005

Hilsenrath Exhibits re Jurisdiction                      09/03/2007







MANDARIN ORIENTAL
THE HOTEL GROUP sm

Mandarin Oriental is an international hotel investment and management group with a portfolio of 29 deluxe and first class hotels worldwide, including eight under development. The listed company holds equity in many of its hotels.

## Operating Review

| | 2005 (US$m) | 2004 (US$m) | Change (%) |
|---|---|---|---|
| Combined total revenue of hotels under management | 815 | 667 | 22 |
| Profit before interest and tax | 69 | 56 | 23 |
| Cash flows from operating activities | 73 | 47 | 54 |

- Increasing room rates drive earnings growth
- Gains from sale of ownership
  - Hawaii hotel in 2005
  - The Mark, New York in 2006
- Eight new hotels under development

Mandarin Oriental's results benefited from increasing room rates as demand in many cities strengthened. Net profit in 2005 was US$41 million, excluding a post-tax gain of US$36 million arising from a disposal of its hotel property interest in Hawaii. This compares with US$29 million in 2004, which had benefited from a US$10 million investment writeback. There were significant profit increases at the group's wholly-owned Hong Kong hotels, with its other subsidiary hotels also producing better results, including the recently opened property in Washington D.C. Operating results from associates and joint ventures rose with good performances from hotels in Macau, Miami, New York and Singapore.

The group's balance sheet was strengthened following the conversion of its 6.75% convertible bonds into shares in early 2005 and the receipt of US$97 million from the Hawaii sale. The US$150 million sale of The Mark hotel in New York was completed in February 2006, and a gain of some US$35 million arising from the disposal will be recognized in the 2006 results.

The international visibility of the Mandarin Oriental brand has been enhanced considerably in recent years with the opening of select properties in key destinations and the renovation of existing flagships. Its original flagship hotel, Mandarin Oriental, Hong Kong, closed at the end of December 2005 for a US$140 million eight-month renovation. Mandarin Oriental, Tokyo opened at the year end, and followed the successful opening of The Landmark in Hong Kong in August. While the group has ceased to manage the Hotel Royal Monceau in Paris, its luxury hotels and resorts under development in Prague, on Hainan Island in China and in Riviera Maya, Mexico will open over the next 12 months, with Boston following in late 2007. New management contracts were also announced for hotel developments in Chicago, Grand Cayman, Las Vegas and Macau. The group now operates 21 hotels around the world with a further eight hotels under development, representing a total of some 8,500 rooms.

Markets are expected to remain favourable for Mandarin Oriental in 2006 with room rates benefiting from growing demand and limited new supply. While the temporary closure of Mandarin Oriental, Hong Kong will inevitably hold back the group's results in 2006, the effect will be partially offset by increasing contributions from new properties.



Combined Total Revenue by Geographical Area (US$ million)

- Europe
- North America
- Southeast Asia
- Hong Kong & Macau





Profit Before Interest and Tax (US$ million)