**EXHIBIT 37.**

**Jardine raised $340m**

**selling share of Mandarin in NYC**

# news release



Mandarin Oriental International Limited

Jardine House, 33-35 Reid Street
Hamilton HM EX, Bermuda

To: Business Editor                                              For immediate release

**MANDARIN ORIENTAL TO SELL HALF OF ITS EQUITY INVESTMENT IN ITS NEW YORK HOTEL**

21st December 2006 – Mandarin Oriental International Limited announced today that its wholly owned entity, Mandarin Oriental New York Inc., has entered into an agreement to sell half of its investment in Mandarin Oriental, New York reducing the Group's interest in the hotel from 50% to 25%.   The Group will continue to manage the hotel under a long-term contract.   At the same time, the Group's 50% partner in the hotel, Apollo Real Estate and Related Companies, will sell the majority of its equity to the same buyer.   Completion is expected in February 2007.

The buyer of the 73% interest in the hotel is Istithmar Columbus Centre Holding Company LLC, which is owned by Istithmar Hotels, a wholly owned subsidiary of Istithmar PJSC, which is 100% owned by Dubai World which in turn is wholly owned by the Government of Dubai. The 248-room Mandarin Oriental, New York is valued at US$340 million for the purposes of the transaction.   The carrying value of half of the Group's 50% investment in the hotel as at 30th June 2006 was US$14.5 million.

On disposal of its 25% interest, the Group will receive after tax proceeds of US$29 million with a post tax gain of approximately US$16 million, which will be recognized in 2007.   As part of the transaction, the Group will also receive repayment of its outstanding mezzanine loan to the hotel of US$40 million.   The total proceeds of US$69 million will be applied towards the Group's general corporate purposes, including pursuing its development strategy.

As part of the overall transaction, the terms of the Group's management contract will be enhanced and the long-term tenure of the Group's management will be significantly increased.

Mandarin Oriental, New York, which opened at the end of 2003, has achieved significant recognition and awards for its outstanding service and facilities, including the Mobil 5 Star which was awarded earlier this year.   "Mandarin Oriental Hotel Group is delighted by the performance of the hotel so far and we are looking forward to working closely with our new partner on the future success of the property," said Edouard Ettedgui, Chief Executive of Mandarin Oriental Hotel Group.

Issued by: Mandarin Oriental Hotel Group International Limited
Hilsenrath Exhibits re Jurisdiction
281 Gloucester Road, Causeway Bay, Hong Kong
*www.mandarinoriental.com*                                              09/03/2007

Page 2

Mandarin Oriental Hotel Group is the award-winning owner and operator of some of the world's most prestigious hotels and resorts, currently operating 21 luxury hotels with a further 11 under development in Riviera Maya-Mexico and Hainan Island-China (2007), Barcelona, Boston and Grand Cayman (2008), Dallas, Chicago, Las Vegas, Macau, Marrakech and Turks and Caicos (2009).   In total, Mandarin Oriental now operates, or has under development, almost 9,000 rooms in 18 countries with 13 hotels in Asia, 13 in the Americas and six in Europe and North Africa.   Mandarin Oriental International Limited is a public listed company and a member of the Jardine Matheson Group.

- end -

For further information, please contact:

Mandarin Oriental Hotel Group International Limited
Stuart Dickie                                            (852) 2895 9177
Group Finance                                 e-mail: stuartd@mohg.com

Jill Kluge                                            44 (20) 7766 3671
Group Communications – Global                  e-mail: jillk@mohg.com

Catherine Martel                                   44 (20) 7766 3677
Group Communications – Europe              e-mail: cmartel@mohg.com

Sally de Souza                                        (852) 2895 9160
Group Communications – Asia               e-mail: sallydes@mohg.com

Danielle DeVoe                                       1 (212) 399 3938
Group Communications – United States      e-mail: ddevoe@mohg.com

GolinHarris
Kennes Young                                          (852) 2501 7987

Photography of Mandarin Oriental is available to download, in high and low resolution, in the *Photo Library* of our *Media* section, at www.mandarinoriental.com.

This and other Group announcements can be accessed through the Internet at 'www.mandarinoriental.com'.

**EXHIBIT 38.**


**Jardine owns 20% of**

**Rothschild Bank**

**with offices in NY and DC**

**R** ROTHSCHILD

## Contact Rothschild North America



Please click on any of the following Rothschild North America offices for contact details:

- [New York](#)

- [Washington](#)

- [Toronto](#)

- [Montreal](#)

Copyright © 2000-2007 Rothschild - All rights reserved.

 

# Press Release

### Jardine Strategic Holdings Ltd acquires interest in
### Rothschilds Continuation Holdings AG

22 June 2005: Jardine Strategic Holdings Limited ("Jardine Strategic") and Rothschilds Continuation Holdings AG ("RCH") today announced that Jardine Strategic has agreed to purchase from Royal & Sun Alliance Insurance plc a 20% shareholding in RCH for US$185 million, subject to regulatory consents.

RCH is a major holding company within the Rothschild Group and, together with Rothschild & Cie Banque in France, owns the Rothschild international banking business. RCH is the parent company of N M Rothschild & Sons Limited. In addition to its core investment banking business, the Rothschild Group is involved in commercial banking, private banking and in the private equity sector.

Jardine Strategic's investment in RCH is in line with its policy of taking significant stakes in multinational businesses, and supporting their development. Jardine Strategic is investing in RCH for the long-term and intends to utilise its knowledge and network of relationships in Asia to promote RCH's growth in the region. Jardine will have two representatives on the Board of RCH.

Jardine Strategic will be the only non-Rothschild shareholder in RCH. For their part the Rothschild Family are committed to RCH remaining independent and under their control.

David de Rothschild, Chairman of RCH, commented, "*Royal & Sun Alliance has been closely aligned with the Rothschild Group since my ancestors sponsored one of its predecessor businesses in the 19th century. I appreciate that today its policy is to focus on general insurance and that it wishes to dispose of non-core investments.*

*I welcome Jardine's investment and look forward to building a long and successful relationship.*"

Henry Keswick, Chairman of the Jardine Matheson Group, said, "*Rothschild's independence and clear business focus has created a banking model which clients are finding increasingly attractive. In making this strategic investment our Group is renewing a relationship that began in 1838 when we first acted as agents for Rothschild in China. We look forward to being a supportive shareholder and assisting in Rothschild's development.*"

**Notes to editors**

**Rothschild**

The Rothschild banking group has offices in more than 30 countries and employs some 2,000 people around the world. Through its network of subsidiaries and affiliates, the Group provides banking, treasury, investment banking, fund management, private banking and trust management services to governments, corporations and individuals worldwide.

**Jardine Strategic**

Jardine Strategic is a holding company within the Jardine Matheson Group which makes long-term strategic investments in multinational businesses, particularly those with an Asian focus, and in other high quality companies with existing or potential links with the Group. Its principal attributable interests are in Jardine Matheson (53 per cent), Dairy Farm (78 per cent), Hongkong Land (43 per cent), Mandarin Oriental (75 per cent) and Jardine Cycle & Carriage (61 per cent).

Enquiries:

**Rothschild Continuation Holdings AG**
John Antcliffe (Smithfield Consultants)                4420 7360 4900

**Jardine Strategic Holdings Limited**
United Kingdom
Richard Hews (Weber Shandwick)                        4420 7067 0728

Asia
Neil M McNamara (Jardine Matheson Limited)           852 2843 8227

Jardine Strategic Holdings Limited
Jardine House, Reid Street, Hamilton, Bermuda

Issued by: Jardine Matheson Limited
48th Floor Jardine House, Central, Hong Kong

Incorporated in Bermuda with limited liability

www.jardines.com

**EXHIBIT 39.**


**Jardine Transnational Corporation**

**- Jurisdiction everywhere**



| HOME | ABOUT UNCTAD | DIGITAL LIBRARY | MEETINGS | PRESS | PROGRAMMES | STATISTICS | TECHNICAL COOPERATION |

**SECTION MENU**

PROGRAMMES ▶ INVESTMENT, TECHNOLOGY AND ENTERPRISE DEVELOPMENT ▶ FOREIGN DIRECT INVESTMENT ▶ WORLD INVESTMENT REPORT

WIR Series

Country Fact Sheets

Academic Reviews

FDI Indices

Key Data

Largest TNCs

Printer-friendly version 🖶

## PRESS RELEASE
For use of information media - Not an official record

**TAD/INF/PR/9840**
**02/11/98**

### GENERAL ELECTRIC HEADS LIST OF WORLD`S TOP 100 TRANSNATIONAL FIRMS, DAEWOO LEADS LIST OF LARGEST TNCs FROM DEVELOPING COUNTRIES

General Electric of the United States is the world´s largest transnational corporation (TNCs), as measured by foreign assets, while Daewoo Corporation of the Republic of Korea is the largest TNC from developing countries, according to the World Investment Report 1998: Trends and Determinants (WIR98), released today by the United Nations Conference on Trade and Development (UNCTAD).

The rankings(1), based on 1996 numbers, show that while General Electric was first in terms of foreign assets in the world, Exxon Corporation would rank first in terms of foreign sales with a 1996 volume of US$102 billion and Unilever of The Netherlands and the United Kingdom would rank first in terms of foreign employment with 273,000 foreign employees. Among the largest TNCs in developing countries, Daewoo led in terms of foreign assets, Petróleos de Venezuela was the largest in foreign sales at close to US$32 billion and Jardine Matheson, the Hong Kong (China) group now headquartered in Bermuda, had the most foreign employees at 140,000.

The lists show that the world´s largest TNCs are becoming increasingly transnational, and are thus less dependent on their home country in terms of assets, sales and the location of their employees. The pace of transnationalization among the world´s top 100 is brisk, while it appears to be more gradual among the largest TNCs in developing countries. WIR98 states that "all indications are that the forces of globalization will lead to an increase in the degree of transnationality of firms."

**Assets, sales and employee totals all rise rapidly**

The world´s top 100 TNCs accounted, in 1996, for global sales of US$2.1 trillion ( up 7 per cent from 1995), foreign assets of US$1.8 trillion (up 6 per cent from 1995) and foreign-based employees of 5.9 million (up 2 per cent from 1995). In the top 100, firms operating in the electronic/electrical industry make up the largest group, followed by TNCs in petrochemicals and chemicals, automotive, petroleum and mining, and food/beverages industries.

Total foreign assets of the top 50 from developing countries have been rising much more rapidly than those of the world´s top 100 TNCs. The gain for the top 50 from developing countries was 31 per cent in 1996 alone, rising from US$79 billion in 1995 to US$104 billion in 1996. Since UNCTAD first introduced the top 50 list, in 1993, the increase has been 280 per cent. Total foreign sales of the top 50 TNCs in developing countries reached US$137 billion in 1996 (US$120 billion in 1995) and the number of their foreign employees rose by 17 per cent to 1.24 million.

TNCs from the United States, Japan, the United Kingdom, France and Germany accounted for three-quarters of the entries on the top 100 in 1996, just as they did at the start of this decade when UNCTAD first compiled the ranking. Only two TNCs from developing countries rank among the world´s top 100 with Daewoo Corporation at number 43 and Petróleos de Venezuela at 73.

Daewoo is very substantially the largest firm on the list of the top 50 from developing countries in terms of foreign assets, as it has been for some years. However, numerous companies have entered and exited this list and overall mobility appears to be higher than on the world´s top 100 list. Nevertheless, the top 50 continues to be dominated by TNCs from Hong Kong, China; the Republic of Korea; and, to a lesser degree, Brazil and Mexico.

Apart from diversified TNCs, corporations in the food/beverages, petroleum and electronics/electrical equipment industries dominated the top 50 list  all other industries have less than 5 entries on the list.

**UNCTAD´s transnationality index**

The world´s 100 largest corporations, based on the volume of their foreign assets, are becoming

increasingly transnational. UNCTAD´s transnationality index measures the degree to which a TNC is transnational by comparing foreign numbers to purely home country numbers for assets, sales and employment ---- the greater the percentage of foreign data, the more transnational a TNC is said to be. On this basis, WIR98 concludes that the transnationalization of the world´s top 100 continues to rise and that a somewhat more gradual transnationality trend is evident among the top 50 TNCs in developing countries.

The most transnational of the top 100 in 1996 was the Seagram Company of Canada with a transnationalization index rating of 97 per cent, while the least transnational of the top 100 was GTE of the United States with 16 per cent. The list of the leading 10 TNCs by degree of transnationality is, predictably, dominated by firms from small countries, such as ABB, Nestlé, Solvay, Electrolux, Unilever and Roche, from Switzerland, Belgium, Sweden and The Netherlands.

### Endnotes

1. The WIR rankings do not include banks and other financial industry corporations. The lists largely embrace manufacturing companies. Differences in calculations of assets between banks and other financial institutions, compared to manufacturing TNCs, does not allow for easy comparisons. The increase in the international activities and in the transnationality levels of private financial institutions is formidable. WIR98 notes, for example, that banks from developing countries and from countries in transition in Central and Eastern Europe have already achieved a considerable international presence, even when compared with the foreign presence of banks from OECD countries.

### ANNEX

### Tables and figures

#### The world's top 10 TNCs, ranked by foreign assets, 1996
(assets and sales in billions U.S. dollars)

| Rank | Corporation | Country | Industry | Foreign assets | Foreign sales | Foreign employees |
|------|-------------|---------|----------|----------------|---------------|-------------------|
| 1 | General Electric | United States | Electronics | 82.8 | 21.1 | 84 000 |
| 2 | Shell, Royal Dutch | Netherlands/ United Kingdom | Petroleum | 82.1 | 71.1 | 79 000 |
| 3 | Ford Motor Company | United States | Automotive | 79.1 | 65.8 | n/a |
| 4 | Exxon Corporation | United States | Petroleum | 55.6 | 102.0 | n/a |
| 5 | General Motors | United States | Automotive | 55.4 | 50.0 | 221 313 |
| 6 | IBM | United States | Computers | 41.4 | 46.6 | 121 655 |
| 7 | Toyota | Japan | Automotive | 39.2 | 51.7 | 31 837 |
| 8 | Volkswagen Group | Germany | Automotive | n/a | 41.0 | 123 042 |
| 9 | Mitsubishi Corp. | Japan | Diversified | n/a | 50.2 | 3 819 |
| 10 | Mobil Corporation | United States | Petroleum | 31.3 | 53.1 | 22 900 |

*Note:* Comprehensive data on the top 100 can be found on pages 37 and 38 of the *World Investment Report 1998.*

**The top 10 TNCs based in developing countries, ranked by foreign assets, 1996**
(assets and sales in billions U.S. dollars)

| Rank | Corporation | Economy | Industry | Foreign assets | Foreign sales | Foreign employees |
|------|-------------|---------|----------|----------------|---------------|-------------------|
| 1 | Daewoo Corp. | Republic of Korea | Diversified/ Trading | 14.9 | 10.2 | 37 501 |
| 2 | Petróleos de Venezuela S.A. | Venezuela | Petroleum | 8.9 | 31.7 | 12 756 |
| 3 | Cemex S.A. | Mexico | Construction | 5.3 | 2.0 | 9 783 |
| 4 | First Pacific Co. | Hong Kong, China | Electronics | 4.6 | 6.3 | 37 393 |
| 5 | Sappi Limited | South Africa | Paper | 3.8 | 2.2 | 8 744 |
| 6 | Acer Group | Taiwan Province of China | Electronics | n/a | n/a | n/a |
| 7 | Jardine Matheson Holdings | Bermuda | Diversified | 3.4 | 8.2 | 140 000 |
| 8 | China Natl. Chemicals, Imp. & Exp. Corp. | China | Diversified | 3.2 | 8.0 | 928 |
| 9 | China State Construction and Engineering Corp. | China | Diversified | 2.8 | 1.6 | n/a |
| 10 | Compánia de Telecomunicaciones de Chile S.A. | Chile | Utilities | 2.7 | 0.8 | 4 997 |

*Note:* Comprehensive data on the top 50 can be found on pages 48 and 49 of the *World Investment Report 1998.*

**For more information, please contact:**
Chief, Karl P. Sauvant
International Investment, Transnationals and Technology Flows Branch
Division on Investment, Technology and Enterprise Development
UNCTAD
T: +41 22 907 5707
F: +41 22 907 0194
E: karl.sauvant@unctad.org
or
Chief, Carine Richard-Van Maele
UNCTAD Press Unit
T: +41 22 917 5816/28
F: +41 22 907 0043
E: press@unctad.org.

Country and Area Nomenclature  |  Privacy notice  |  Terms & Conditions

© 2002 United Nations Conference on Trade and Development
All rights reserved

**EXHIBIT 40.**

**Jardine House Kalman, Perkins,**

**stock subscription USWC Arbel**

# *Enderlea Limited*

*Administrative address:*
P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile:  01534 888118
Telex:      4192012 JARJSY G

Our Ref: JHP/VJJ

22 July 1996

## B Y  C O U R I E R

Mr David S Klarman
Lampert & Lampert
Attorneys at Law
10 East 40th Street
New York
NY 10016
USA



Dear Mr Klarman,

I write with reference to Mr Ilan Arbel's letter to me dated 15 July 1996 together with the two copies of the Subscription Agreement No. 001. This has been completed and signed by Mr Melvyn Kalman, Director, and is returned herewith.

Arrangements will be made to remit US$650,000 directly by wire transfer to American Toys, Inc., Escrow account in accordance with the details contained in Mr Arbel's letter, to cover the purchase of 260,000 shares of common stock, par value $.001 of American Toys, Inc., at the purchase price of $2.50 per share.

I look forward to receiving confirmation of Atoys' acceptance of this subscription and that we will receive the original Stock Certificate and a fully executed copy of the Subscription Agreement in accordance with the terms of Clause 2 of the Agreement, in due course.

Yours sincerely

John H Perkins
for Wesley Secretaries Limited, Secretary

c.c. Mr Ilan Arbel

**END 112006 0108**

# *Enderlea Limited*

*Administrative address:*
P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile: 01534 888118
Telex:    4192012 JARJSY G



Our Ref:  JHP/VJJ

22 July 1996

B Y   C O U R I E R

Mr David S Klarman
Lampert & Lampert
Attorneys at Law
10 East 40th Street
New York
NY 10016
USA

Dear Mr Klarman,

I write with reference to Dr O Hilsenrath's letter to me dated 15 July 1996 together with the copies of the Subscription Agreement No. 001.  This has been completed and signed by Mr Melvyn Kalman, Director, and is returned herewith.

Arrangements will be made to remit US$396,000 directly by wire transfer to Labyrinth Communications Technology Grup, Inc., Escrow account in accordance with the details contained in Dr Hilsenrath's letter, to cover the purchase of 33,000 shares of common stock, par value $.001 of Labyrinth Communications Technology Grup, Inc., at the purchase price of $12.00 per share.

I look forward to receiving confirmation of Labyrinth's acceptance of this subscription and that we will receive the original Stock Certificate and a fully executed copy of the Subscription Agreement in accordance with the terms of Clause 2 of the Agreement, in due course.

Yours sincerely

John H Perkins
for Wesley Secretaries Limited, Secretary

**END 112006 0109**

c.c. Dr O Hilsenrath

**EXHIBITS INSINGER SPECIFIC**

**EXHIBIT 41.**

**Insinger Settlement correspondence,**

**jurisdiction re hiring attorneys,**

**Kalman, Perkins, Nixon**

# LILLICK & CHARLES

L L P
ATTORNEYS AT LAW

March 27, 2001303651.1

Two Embarcadero Center
San Francisco, CA 94111-3996

Phone: 415·984·8200
Facsimile: 415·984·8300

Writer's Email Address

gwestreich@lillick.com

Writer's Direct Dial Number
415·984·8331

## PERSONAL & CONFIDENTIAL
## ATTORNEY-CLIENT PRIVILEGE

### VIA FACSIMILE & AIR MAIL

Mr. Melvyn Kalman, Director
INSINGER *de* BEAUFORT
P.O. Box 316
Jardine House 1 Wesley Street
St. Helier Jersey JE4 8UD
Channel Islands

Re:    Janvrin Holdings Ltd., et al. v. U.S. Wireless Corporation, et al.

Dear Mr. Kalman:

Herewith a settlement agreement in the referenced matter.  After you have had a chance to review the document and to speak with Messrs. Dahan and Haruvi, please have the documents signed on behalf of Janvrin, Ryburn and Crossgar, initial each page, and return the same to me by mail/delivery and telecopy.  The current arrangement is for the settlement to close on Friday, March 30, 2001.

Please contact me at your earliest convenience if you have any questions or comments.

Best regards,

Glenn E. Westreich
of LILLICK & CHARLES LLP

GEW/tet
Enclosure(s)
cc:    Mr. David Dahan
       Mr. Haim Haruvi

303651.1

# CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE

1. **Parties.** This Settlement Agreement and Mutual Release of all Claims (hereinafter "Agreement") is entered into by and between JANVRIN HOLDINGS LTD. ("JANVRIN"), RYBURN LTD. ("RYBURN"), CROSSGAR LTD. ("CROSSGAR"), DAVID DAHAN ("DAHAN"), HAIM HARUVI ("HARUVI"), PELICAN SECURITIES & INVESTMENTS, LTD. ("PELICAN SECURITIES"), AND PELICAN CONSULTING U.S.A., INC. ("PELICAN CONSULTING") on the one hand, and U.S. WIRELESS CORPORATION ("U.S. WIRELESS"), OLIVER HILSENRATH ("HILSENRATH") and DAVID KLARMAN ("KLARMAN") on the other (collectively, "the Parties").

2. **Recitals.** This settlement is made with reference to the following facts:

   This settlement is made with reference to the following facts:

   a. JANVRIN, CROSSGAR and RYBURN ("Plaintiffs") each brought separate complaints (the "Complaints") against U.S. WIRELESS, HILSENRATH and KLARMAN ("Defendants") in the Northern District of California federal district court arising out of the alleged breaches of Consulting Agreements, Option Agreements, duty to transfer stock, and fiduciary duty (Case Nos. C00 2334, C00 2336 and 2346), respectively (hereinafter "Federal Actions").

   b. U.S. WIRELESS brought counterclaims against JANVRIN, RYBURN, CROSSGAR, PELICAN SECURITIES, PELICAN CONSULTING U.S.A., DAHAN and HARUVI ("Counterclaims") for rescission, fraud, unjust enrichment and declaratory relief.

   c. Each Party hereto specifically denies that it or he breached any agreement with any other Party herein, and further denies that it or he engaged in any actionable conduct in regard to any other Party herein. The Parties agree that the settlement agreement is a compromise and will not be construed as an admission of liability at any time for any purpose against any person or entity who is a Party to this Agreement.

   d. The Parties, in order to avoid the uncertainty, delay and expense of time-consuming litigation, desire to settle fully and finally all differences between them on the terms and conditions set forth herein, which the Parties acknowledge and represent to be fair, reasonable, adequate, and in their mutual best interests.

   e. The Parties understand they are waiving significant legal rights and/or claims by signing this Agreement and voluntarily enter into this Agreement with a full and complete understanding of its terms and legal effect, with the intent to be bound thereby. The Parties are represented by competent legal counsel and acknowledge that they have been fully apprised of the legal consequences of this Agreement prior to execution of this Agreement.

301937.2

15. **Representation of Plaintiffs and Counterclaim Defendants.** Plaintiffs and Counterclaim Defendants warrant that Lillick & Charles LLP represents them with respect to this Agreement and all matters covered by it; that they have been fully advised by said attorneys with respect to their rights and obligations, and with respect to the execution of this Agreement that they have had the opportunity to have the terms of this Agreement explained to them in their native language; and that they hereby authorize and direct said attorneys to take such actions as may be necessary or appropriate to effectuate this Agreement.

16. **Representation of Defendants and Counterclaimant.** Defendants and Counterclaimant warrant that Steinhart & Falconer, LLP represents them with respect to this Agreement and all matters covered by it; that they have been fully advised by said attorneys with respect to their rights and obligations, and with respect to the execution of this Agreement; that they have had the opportunity to have the terms of this Agreement explained to them in their native language and that they hereby authorize and direct said attorneys to take such actions as may be necessary or appropriate to effectuate this Agreement.

17. **Authority to Enter Agreement.** The parties hereto warrant that no other person or entity has claimed or now claims any interest in the subject of this Agreement, and that they have the sole right and exclusive authority to execute this Agreement and to receive the aforesaid consideration and that they have not sold, assigned or otherwise set over to any other person or entity, any claim, lien, demand, cause of action, obligation, damage or liability covered hereby. This Agreement is entered into by the undersigned parties freely and voluntarily and with and upon advice of counsel.

18. **Construction.** Should any provision of this Agreement be held invalid or illegal, such illegality shall not validate the whole of this Agreement but, rather, the Agreement shall be construed as if it did not contain the illegal part, and the rights and obligations of the parties shall be construed and enforced accordingly.

19. **Attorney's Fees.** The prevailing party in any litigation to enforce this Agreement shall be entitled to receive his or its reasonable attorney's fees and costs.

JANVRIN HOLDINGS LTD

Dated: 4th April , 2001     By: _____

Its: DIRECTOR _____

RYBURN LTD.

Dated: 4th April , 2001     By: J. Perkins

Its: DIRECTOR . _____

-11-                                    301937.2

H.H.

**EXHIBIT 42.**

**Insinger, Kalman –**

**Declarations of Trust**

## DECLARATION OF TRUST

| | | | |
|---|---|---|---|
| **The Parties** | : | The Nominee | : | Insinger Nominees (Jersey) Limited |

**The Parties** : The Nominee : Insinger Nominees (Jersey) Limited
of 28-30 The Parade
St Helier
Jersey

: The Owner : Insinger de Beaufort Trust Company Limited
As Trustee of The Princesses Trust
28-30 The Parade
St Helier
Jersey

**The Share(s)** 40 Ordinary USD $1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company** Crossgar Limited having its Registered Office situated at Road Town, Tortola, British Virgin Islands.

**Date of Execution** 6th June 2002

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:** 1  Declares that it holds the share(s) as nominee for the Owner.

2  Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3  Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4  Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5  Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**Insinger Nominees (Jersey) Limited**
was hereunto affixed in
the presence of:-

Director

Authorised Signatory

CRO 00505

## DECLARATION OF TRUST

| The Parties | : | The Nominee | : | CN Limited<br>of 28-30 The Parade<br>St Helier<br>Jersey |
|---|---|---|---|---|
| | | The Owner | : | Insinger de Beaufort Trust Company Limited<br>As Trustee of the Dream Trust<br>28-30 The Parade<br>St Helier<br>Jersey |

**The Share(s)** : 60 Ordinary USD $1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company** Crossgar Limited having its Registered Office situated at Road Town, Tortola, British Virgin Islands.

**Date of Execution** 6th June 2002

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:** 1. Declares that it holds the share(s) as nominee for the Owner.

2. Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3. Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4. Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5. Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**CN Limited**
was hereunto affixed in
the presence of:

Director

Authorised Signatory

2705

Hilsenrath Exhibits re Jurisdiction          CRO 00507          09/03/2007

**EXHIBIT 43.**

**Insinger Linda de la Cour**

**to Benzur cover, Kalman**



# INSINGER *de*BEAUFORT

**Insinger Trust Company Limited**
P.O. Box 316
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

**FAX**

| TO | : | Amos Bentzur |
|---|---|---|
| COMPANY | : | Attorneys at Law |
| FAX NUMBER | : | 00 972 3687 2255 |
| FROM | : | Linda de la Cour |
| SUBJECT | : | Aida Holdings Limited |
| OUR REFERENCE | : | LDC/1483 |
| DATE | : | 6 November 2000 |

NUMBER OF PAGES   : 17

Dear Mr Bentzur

**AIDA HOLDINGS LIMITED**

My Director Melvyn Kalman has asked me to fax to you the attached documents in respect of the Power of Attorney on the above Company. Whilst writing I would like to advise that a Courier package is being forwarded to you in respect of the litigation.

Yours sincerely
Insinger Trust Company Limited

Linda de la Cour
Senior Administrator

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited
Registered in Jersey, Channel Islands, 42712

Fax +44 (0)1534 888 118
E-mail info|rstrust@je.insinger.com

**EXHIBIT 44.**

**Insinger Linda de la Cour**

**to Nixon cover, Kalman**

# INSINGER *de* BEAUFORT

**Insinger Trust Company Limited**
P.O. Box 316
Jardine House  1 Wesley Street
St Helier  Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

**FAX**

| | | |
|---|---|---|
| TO | : | Glenn Westreich |
| COMPANY | : | Lillick and Charles |
| FAX NUMBER | : | 001 415 984 8300 |
| FROM | : | Linda de la Cour |
| SUBJECT | : | Litigation |
| OUR REFERENCE | : | LDC/1483 |
| DATE | : | 8 December 2000 |

NUMBER OF PAGES   : 20

Dear Glenn

**Litigation Crossgar Limited/Ryburn Limited/Janvrin Holdings Limited**

Following a search through further files, Melvyn has asked me to forward the enclosed correspondence that he thinks may be of benefit for your meeting on Friday. I would appreciate if you would acknowledge receipt of these papers as they are relevant to the litigation.

Meanwhile Melvyn looks forward to hearing about a successful meeting.

With kind regards,

Yours sincerely
Insinger Trust Company Limited

Linda de la Cour
Senior Adminstrator

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited
Registered in Jersey, Channel Islands, 42712

Fax +44 (0)1534 888 118
E-mail infojrstrust@je.insinger.com

**EXHIBIT 45.**

**Insinger de Beaufort –**

**Ultimate Parent Company**

Insinger de Beaufort

| Bourse FRANCE | | OUTILS | SOCIETES | INVESTIR | DERIVES | COMPRENDRE | LES + | COMMUNAUTE | | Bourse ETATS UNIS |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD | | Logiciels - Softwares | Analyse | Banques | SICAVS & FCP | Lexique | Jeux Boursiers | Forums | | Bourse NASDAQ |
| EUROLIST A | | Telechargements | Information | Courtiers | Warrants | Heures de Trading | Livres - Books | Pages Personnels | | Bourse NYSE |
| EUROLIST B | | Rapports Annuels | Introductions-IPO | Fiscalite | Trackers | Indices | Emploi - Jobs | Clubs d'Investissements | | Bourse ASE |
| EUROLIST C | | | | | | | | | | Bourse Philadelphia |

RADIOS

JOURNAUX

TELES WEB

Ajouter aux favoris / Add favorite Ernstrade.com

**Accueil**

Bourse Boston

Bourse AMERIQUES

Bourse Bresil
Bourse Canada
Bourse Jamaique
Bourse Trinidade

4 Personnes sur le site.

**Hosteur**

MUSIQUE — Lastalbum.net

TELEPHONIE — Actumobi.com

VOYAGE / TRAVEL — Lyonvoyage.com

LOGOS SONNERIES — Erneste.magikmobile.com

**Insinger de Beaufort**

Place de cotation: Bourse de Luxembourg

Insinger de Beaufort is a fully independent Dutch banking operation that traces its roots back to 1779. The assets under management amount to 5.4 billion euro, ranking Insinger de Beaufort among the medium sized banking institutions. The bank focuses on growth in three core activities: Private Banking, Asset Management and Institutional and Corporate clients. In addition to its key centres in Amsterdam and London, Insinger de Beaufort has offices in Eindhoven, The Hague, Luxemburg, Rome and Johannesburg. Insinger de Beaufort offers her clients a broad range of products and services. The independent status of Insinger de Beaufort is reflected in this range of offerings by the open architecture of our Private Banking activities and the Manager Selection Technology that we developed in Asset Management. To Institutional and Corporate clients, Insinger de Beaufort offers Asset Management, Equity and Bond broking, Research and Corporate Finance services for small and mid cap enterprises. Insinger de Beaufort operates through Bank Insinger de Beaufort N.V. and its subsidiaries.Insinger de Beaufort Holdings S. A., the ultimate parent company, is listed on the Luxembourg Stock Exchange.

Bourse EUROPE

Bourse Allemagne
Bourse Angleterre
Bourse Autriche
Bourse Belgique
Bourse Danemark
Bourse Espagne
Bourse Finlande
Bourse Grece
Bourse Islande
Bourse Luxembourg
Bourse Italie
Bourse Norvège
Bourse Pologne
Bourse Portugal
Bourse Pays-Bas
Bourse Suede
Bourse Suisse

Bourse Europe Est

€100,000 Final Event — 1 Million de $ Garanti ! — TOUS OFFERT — Everest Poker

Hilsenrath Exhibits re Jurisdiction

09/03/2007

**EXHIBIT 46.**


**Insinger Equity Press release**

**Insinger still partners;**

**Candover pres release re control on Equity**

  

**IN-sight**    EQUITY TRUST

Newsflash    Friday, 18 July 2003    Issue 29 / 2003

### Candover And The Management Team Acquire Trust & Fiduciary Services Business of Insinger de Beaufort

The management team of the trust division supported by Candover*, a leading provider of equity for European buyouts, and Insinger de Beaufort, the Anglo-Dutch Private Bank, have announced that the management and Candover have completed the acquisition of the trust and fiduciary services business of Insinger de Beaufort.  Going forward the business will be known as **Equity Trust**.

Candover will take a majority stake in the equity of the business, investing alongside the management team, with Insinger de Beaufort retaining a stake.

Equity Trust provides client services, primarily based around the formation and ongoing administration of onshore and offshore trusts and companies.  It has a global customer base comprising both private clients and corporate entities, providing them with solutions to business investment, wealth creation and wealth preservation issues.  In addition, the Group maintains strong and long-standing relationships with a large number of intermediaries.

Candover is backing an experienced team led by Peter Woodthorpe, Chief Executive, with two Managing Directors, Floris van der Rhee and Frederik van Tuyll van Serooskerken based in the Netherlands and Hong Kong respectively.  As a team they have an average of eighteen years in the industry and have successfully grown the business into one of the very few independent global players with operations in almost all key trust jurisdictions.

Commenting on the transaction, Charlie Green, a Director of Candover, said:

"Since inception, this business has grown swiftly through a mix of organic growth and acquisition.  The industry is expected to continue to consolidate over the next few years, which will play to the strengths of the larger, independent global service providers.  We are backing an excellent management team whose strategy is to lead this consolidation and enhance the company's position as a high quality, leading global service provider".

Peter Woodthorpe, Chief Executive of Equity Trust commented:

"Equity Trust has grown very successfully with Insinger de Beaufort but we have now reached a size where we can continue to improve client service and accelerate the pace of growth more effectively as an independent operator.  The backing of Candover  is critical to the next phase of our development."

Ian Kantor, Chief Executive of Insinger de Beaufort said:

"We are delighted that we have been able to simultaneously enhance the value of the Insinger de Beaufort group for shareholders while retaining the opportunity to share in the future success of Equity Trust by investing alongside Candover.  With the resultant enhanced capital reserves from this transaction we anticipate continued growth in Insinger de Beaufort's Banking activities".

> \*  Candover means Candover Investments plc and/or Candover Partners Limited as General Partner of the Candover 2001 Fund.

## Notes:

### Candover

Candover is a leading provider of equity for large European buyouts.  Since its formation in 1980, it has invested in 118 buyouts worth over €23 billion.  Investment in deals by Candover is provided in two forms, from Candover Investments plc. a publicly quoted Investment Trust capitalised at €347 million and from funds managed by Candover Partners, a wholly owned subsidiary.  Candover closed the Candover 2001 Fund in June 2002, raising €2.7 billion.

Recent deals completed by Candover include the €1 billion buyout of BertelsmannSpringer, a global academic publisher, the €141 million MBO of Wellstream, a manufacturer of flexible pipeline for the oil and gas industry; the €1.9 billion buyout of Gala, the retail gaming company; the €1 billion buyout of Belgium-based Ontex, a leading European producer of hygiene products for the babycare, feminine hygiene and adult care markets; the €600 million buyout of Kluwer Academic Publishers; the €709 million buyout of Aspen Re (formerly known as Wellington Re), one of the largest independent reinsurance vehicles in the UK market; and the €393 million buyout of Swissport, a global ground handling business from Swissair.

The Candover Group has three offices in London, Paris and Düsseldorf, and a local advisor in Madrid.

For more information on Candover please visit the website at www.candover.com.

### Equity Trust

The Trust Group was set up by Insinger in 1986 and has, since then, followed a successful acquisition led expansion programme.  This development has resulted in the present day Group which operates out of offices based in the UK (London), Jersey, Guernsey, Hong Kong, Singapore, the Netherlands, the BVI, Luxembourg, Taiwan, Malaysia, New Zealand, Mauritius, Curacao, Switzerland and Bermuda.  Through the establishment of this global network the Group has positioned itself as a leader in the international trust and fiduciary services market.

### Insinger de Beaufort

Insinger de Beaufort is an Anglo Dutch banking group with origins dating back to 1779.  The group operates through two main business lines, focussing on Private Banking and Asset Management, centred in Amsterdam and Institutional & Corporate Clients, centred in London.  Insinger de Beaufort also has offices in: Geneva, Luxembourg, Jersey, Isle of Man, Rome and Johannesburg.  The Private Banking and Asset Management divisions have combined assets under management exceeding €4.6 billion.

Insinger de Beaufort, as an independent group, offers its private clients a broad range of products and services, from integrated private banking, private equity and stockbroking to a full range of manager selection funds.  The offering to Institutional clients varies from asset management, research and trade to mid market corporate finance services.

The group operates through Bank Insinger de Beaufort N.V. and its subsidiaries.  Insinger de Beaufort Holdings S.A., the ultimate parent company, is listed on the Luxembourg Stock Exchange.

**ENQUIRIES:** Vincent Kwok (2106 9323), Joey Lam (2106 9309), Edith Fok (2106 9319),
Brandon Tang (2106 9338), Lisa Cheung (2106 9329) and Irene Chan (2106 9313)

**EQ INTERNATIONAL**

16/F Standard Chartered Bank Building, 4-4A Des Voeux Rd Central, Hong Kong
Tel +852 2525 5090, Fax +852 2523 5105, E-mail: corpsaleshk@asia.equitytrust.com

A branch of EQ Corporate Management (HK) Ltd

This publication is of a general nature only and is not intended to be relied upon as, nor to be a substitute for professional advice or in formulating any business decisions without first seeking such advice.  Accordingly, the material should be viewed as a general guide, and professional advice should be obtained for specific situations.  No liability can be accepted by the Equity Trust group in this respect.

© 2003 Equity Trust    All rights reserved.    Printed in Hong Kong

If you do not wish to receive further copies of IN-sight, please kindly mark down your company name and fax number on this sheet and then return by fax on +852 2523 5105.

**EXHIBIT 47.**


**Insinger annual report**

**management service**

**litigations from Trust business 2003**

# INSINGER DE BEAUFORT HOLDINGS S.A.
ANNUAL REPORT 2006
31 DECEMBER 2006

## SENIOR EXECUTIVES

**MANAGEMENT BOARD**

Kantor, Ian (CEO)
Human, Kobus (Asset Management)
Mooij, Rob (CFO)
Peijster, Frans (Private Banking)
Sieradzki, Peter (COO)
White, Piers (United Kingdom)

Group
**Finance, Operations and Support**
Baltus, Marc

**Secretary**
Staring, Mike

**Marketing and Communications**
Bongers, Han
Brandsma, Oedo

United Kingdom
**Finance, Operations and Support**
Howard, David
Tokley, Jacqui

**PRIVATE BANKING**

Europe
Beaufort, Rijnhard de
Beffort, Claude
Boot, Jeroen
Donotano, Vito
Kreder, Robert
Kun, Eduard van der
Reijns, Loek
Schepen, Arjen
Snijders, Jeroen
Tilman, Frans
Vink, Jan de
Vismans, Herman
Wijburg, Nico

United Kingdom
Bayer, Elissa
Behrens, Debbie
Berkowitz, Trevor
Marlow, Edward
Martin, Frank
Mun-Gavin, David
Olstead, Simon
Schewitz, Kelvan
Simon, John

**INSTITUTIONAL AND CORPORATE PRODUCTS AND SERVICES**

United Kingdom
**Bond Broking**
Blackwell, Andrew
Bruell, Nick
Jordan, Phil
Matthews, Dean
Reynolds, Mark
Syriopolous, Dionissis

**Equity and Derivatives Broking**
Ash, Andy
Burton, Martin
Coate, Clive
Dunnoos, Elie
Glassock, Jonathan
Green, Robert
Peskin, Andrew
Shaw, Elliott
Stiasny, Collin

**Corporate Finance/Broking**
Allen, Jasper
Caldwell, Christopher
Sahgal, Nandita
Ward, Peter

Europe
**Equity Trading**
Leur, Patrick van
Monnik, Frank
Scheper, Harry

**ASSET MANAGEMENT**

Europe and South Africa
Dugmore, Ina
Ester, Guy
Fitzgerald, Peter
Martens, Eelco
Williams, David
Yeo, Peter

**Treasury and Credit**
Speld, Alexander van der
Witjes, Sjarrel

# STATEMENT OF THE CEO AND CFO

The directors are responsible for the preparation and reviewing the reliability of the Financial Statements, the underlying accounting policies and the integrity of all information included in this report. The independent auditor is required to confirm that the Financial Statements are prepared in accordance with International Financial Reporting Standards (IFRS).

The controls throughout the Group concentrate on focused critical risk areas. These areas are identified by operational management, confirmed by Group management, monitored by directors and reviewed annually by the external auditors. The directors report that the Group's internal controls are designed to:
— provide reasonable assurance as to the integrity and reliability of the Financial Statements
— adequately safeguard, verify and maintain accountability of assets
— prevent and detect fraudulent financial reporting.

Such controls are based on established policies, and procedures are reinforced by appropriate risk management forums and processes. Internal controls are developed to ensure that their cost does not exceed their benefit. The controls are implemented by suitably qualified personnel with appropriate segregation of duties and are monitored throughout the Group. Processes are in place to monitor the effectiveness of internal controls to identify material breakdowns and to ensure that corrective action is taken. The directors are not aware of indications that the internal risk and control systems are not adequate or not effective.

The annual Financial Statements are prepared on a going concern basis. Nothing has come to the attention of the directors to indicate that the Company will not continue as a going concern until the next reporting date. The Financial Statements have been prepared by the Board of Directors. The Financial Statements, which appear on pages 18 to 70, were signed by the directors on 27 April 2007,

**Ian Kantor**
Chief Executive Officer

**Rob Mooij**
Chief Financial Officer

# INSINGER DE BEAUFORT OFFICES

**Italy**
Via dei Due Macelli 48
00187 Roma
Italy
Tel +39 06 69 00 21
Fax +39 06 69 94 15 58
info@insinger.it

**Luxembourg**
66 avenue Victor Hugo
L-1750 Luxembourg
Grand Duchy of Luxembourg
Tel +352 46 92921
Fax +352 46 929250
infoluxtrust@insinger.com
infoluxam@insinger.com

**Netherlands**
Herengracht 537
1017 BV Amsterdam
P.O. Box 10820
1001 EV Amsterdam
The Netherlands
Tel +31 (0)20 5215 000
Fax +31 (0)20 5215 009
info@insinger.com

Tournooiveld 3
2511 CX Den Haag
The Netherlands
Tel +31 (0)70 3123 970
Fax +31(0)70 3123 979
info@insinger.com

Parklaan 60
5613 BH Eindhoven
P.O. Box 365
5600 AJ Eindhoven
The Netherlands
Tel +31 (0)40 265 5255
Fax +31 (0)40 245 2855
infoehv@insinger.com

**South Africa**
3rd Floor
Protea Place
Cnr Protea Road &
Dreyer Street
Claremont 7708
P.O. Box 45034
Claremont 7735
South Africa
Tel +27 21 671 69 04
Fax +27 21 671 80 59
or +27 21 671 54 12

**United Kingdom**
131 Finsbury Pavement
London EC2A 1NT
United Kingdom
Tel +44 (0)20 7190 7000
Fax +44 (0)20 7190 7100
infouk@insinger.com

## 38. CONTINGENT ASSETS & LIABILITIES

|  | 2006 | 2005 |
|---|---|---|
|  | € 000's | € 000's |

**Group**

Contingent asset:

|  | 11,464 | 11,464 |
|---|---|---|

This represents the deferred consideration loan notes due by Equity Trust Holdings Sarl. Repayment of these loan notes depends on certain return levels realized by the shareholders of Equity Trust Holdings Sarl when selling their interest. As the Group considers the realisation to be highly uncertain, the Group did not account for the loan notes in the balance sheet.

Contingent liability:

Guarantees and other direct substitutes for credit

|  | 6,332 | 9,432 |
|---|---|---|

## 39. LITIGATION

As per 30 April 2003 the group has sold its Trust Group activities. The purchaser of the Trust Group has made a claim against the Company under the warranties provided in the sale and purchase agreement. This claim relates to damages incurred and potentially to be incurred by the Trust Group from an alleged error made by the Trust Group in the services provided to a client. The Company is in proceedings brought forward by the purchaser of the Trust Group before the High Court in England. The amount of damages claimed is uncertain but the potential amount of damages could be approximately £ 10 million. The Company believes the claim is unfounded and is vigorously denying any liability. The proceedings before the high court have been suspended for the time being pending the outcome of proceedings between the Trust Group and their insurer.

For the legal dispute regarding NUSA SIM SpA see footnote 11 provisions.

## 40. SEGMENTAL ANALYSIS

For management purposes, the Group is currently organised into five operating divisions – Private Banking, Asset Management, Institutional & Corporate products and services, Operations & Support and Group. These divisions are the basis on which the Group reports its primary segment information.

Principal activities are as follows:
— Private Banking – Wide range of services on behalf of individuals
— Asset Management – Activities that offer individuals and institutions a comprehensive choice of funds and investment programmes
— Institutional & Corporate products and services – Wide range of financial products and services aimed at institutions and corporate clients
— Operations & Support – Operations & Support areas within the Group
— Group – All Group activities such as legal, head office and financing activities.

Secondary segmentation is the geographical information as disclosed in note 3.3.