IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH and OLIVER HILSENRATH,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>        Defendants.<br>                                              / | No. C 07-3312 CW<br><br>ORDER RE: PLAINTIFFS' MOTION TO DISQUALIFY LATHAM & WATKINS |

    On August 8, 2007, pro se Plaintiffs Hana and Oliver Hilsenrath filed a motion to disqualify the law firm of Latham & Watkins from representing Defendant Equity Trust.  Equity Trust has not responded to the motion.

    Plaintiffs allege that Latham & Watkins represented Oliver Hilsenrath and U.S. Wireless, the company he founded, between 1999 and 2001 in related litigation.  Although Plaintiffs quote minutes from the March, 2000 meeting of the U.S. Wireless board of directors stating that the company had engaged Latham & Watkins as outside counsel and assert that they have a copy of a draft complaint on Latham & Watkins "electronically watermarked paper," they do not provide any of the evidence itself.  Motion at 3. Plaintiffs do not provide a citation for the case in which Latham &

1  Watkins purportedly represented Oliver Hilsenrath nor do they
2  indicate the jurisdiction in which that case was filed.  See Motion
3  at 2 (indicating that Latham & Watkins represented Oliver
4  Hilsenrath in "US Wireless et al. v. Janvrin Rayburn and
5  Crossgar").  The Court is aware of a case titled Janvrin Holdings
6  v. U.S. Wireless Corp, et al, No. 00-2334 (N.D. Cal.).  However,
7  according to the Court's electronic case filing system, U.S.
8  Wireless and Oliver Hilsenrath were represented by DLA Piper
9  Rudnick Gray Cary LLP and Steinhart & Falconer.
10      The Hilsenraths state that they have additional confidential
11 information and documents to support their motion.  Plaintiffs may
12 file any evidence in support of their motion within one week of the
13 date of this order.  If Plaintiffs can establish that the evidence
14 is confidential, they may seek to file it under seal pursuant to
15 Civil Local Rule 79-5.
16      Defendant Equity Trust shall file an opposition to the motion
17 to disqualify within two weeks of the date of this order.  The
18 opposition shall address any prior representation of U.S. Wireless
19 or Oliver Hilsenrath by Latham & Watkins.  Plaintiffs may file a
20 reply three days after that.  The matter will be decided on the
21 papers.
22      IT IS SO ORDERED.
23          9/5/07
24 Dated: _____    _____
25                                     CLAUDIA WILKEN
                                       United States District Judge

2