| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Peter A. Wald (Bar No. 85705) |
| 2 | peter.wald@lw.com |
|   | Darius Ogloza (Bar No. 176983) |
| 3 | darius.ogloza@lw.com |
|   | Sarah M. Ray (Bar No. 229670) |
| 4 | sarah.ray@lw.com |
|   | Katie Y. Chang (Bar No. 246247) |
| 5 | katie.chang@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, California  94111-2562 |
|   | Telephone:  +415.391.0600 |
| 7 | Facsimile:  +415.395.8095 |
| 8 | Attorneys for Defendants |
|   | EQUITY TRUST (JERSEY) LIMITED, |
| 9 | CAROLINE BOUGEARD AND GRANT BROWN |
| 10 | *On Behalf of All Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, | CASE NO. C:07-CV-3312-CW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE OBLIGATIONS |
| v. | |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, | Date:    September 13, 2007<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br>Judge:   Honorable Claudia Wilken |
| Defendants. | Complaint Filed:  June 25, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND
MOTION TO CONTINUE CMC AND RULE 26 DISCLOSURE OBLIGATIONS

Defendants' Motion to Continue Case Management Conference and Rule 26 Disclosure Obligations, having come before the Court for consideration, is GRANTED. It is hereby ORDERED that the parties are exempt from Rule 26 obligations as the plaintiff Oliver Hilsenrath is under custody as set out in Rule 26(a)(1)(E)(iv). Moreover, the Court holds that there is good cause to continue the Case Management Conference and Rule 26 Disclosure Obligations until 45 days after the Court rules on defendants' pending motions to dismiss.

IT IS SO ORDERED.

DATED:_____  BY:_____

THE HONORABLE CLAUDIA WILKEN

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND MOTION TO CONTINUE CMC AND RULE 26 DISCLOSURE OBLIGATIONS