LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  peter.wald@lw.com
  Darius Ogloza (Bar No. 176983)
  darius.ogloza@lw.com
  Sarah M. Ray (Bar No. 229670)
  sarah.ray@lw.com
  Katie Y. Chang (Bar No. 246247)
  katie.chang@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  +415.391.0600
Facsimile:  +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

*On Behalf of All Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS S.A., JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>        Defendants. | CASE NO. C:07-CV-3312-CW<br><br>DEFENDANTS' JOINT MOTION FOR AN ORDER SHORTENING TIME<br><br>Date:     September 13, 2007<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken<br><br>Complaint Filed:  June 25, 2007 |

       All defendants in this action, Equity Trust (Jersey) Limited, Candover

Investments PLC, Insinger de Beaufort Holdings S.A., Jardine Matheson Holdings Limited,

Grant Brown, Melvyn Kalman, John Perkins, and Caroline Bougeard (collectively

"Defendants"), hereby apply, pursuant to Local Rule 6-3, for an Order Shortening Time to hear

and decide the Request for Clarification and Motion to Continue Case Management Conference

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C:07-CV-3312-CW
DEFENDANTS' JOINT MOTION
FOR AN ORDER SHORTENING TIME

and Rule 26 Disclosure Obligations, filed concurrently herewith.  The determination of this motion on shortened time is necessary because the initial Case Management Conference is currently set for September 27, 2007 and the Rule 26 initial disclosures must be filed by September 20, 2007.  Accordingly, Defendants respectfully request clarification of whether these deadlines apply to this matter, or alternatively, whether they may be continued until 45 days after the Court rules on Defendants' pending motions to dismiss.


Dated:  September 12, 2007          LATHAM & WATKINS LLP


By          /s/
            Sarah M. Ray

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C:07-CV-3312-CW
DEFENDANTS' JOINT MOTION
FOR AN ORDER SHORTENING TIME