IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH and OLIVER HILSENRATH,<br><br>            Plaintiffs,<br><br>     v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS and CAROLINE BOUGEARD<br><br>            Defendants.<br>_____/ | No. C 07-3312 CW<br><br>ORDER RE: DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |

Defendants Equity Trust (Jersey) Limited, Candover Investments PLC, Insinger de Beaufort SA, Jardine Matheson Holdings Limited and Grant Brown and Caroline Bougeard[1] move separately to dismiss the complaint.  Plaintiffs Hana and Oliver Hilsenrath oppose the motions and move to supplement the complaint pursuant to Federal Rule of Civil Procedure 15(d).  However, Federal Rule of Civil Procedure 15(a) provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  Defendants have not filed a responsive

---

[1] Brown and Bougeard filed a joint motion.

pleading in this action.  See Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) (a motion to dismiss is not a "pleading" within the meaning of Rule 15).  Therefore, Plaintiffs need not seek leave to file their FAC.  Plaintiffs motion for leave to supplement their complaint (Docket No. 35) is DENIED AS MOOT.  Plaintiffs may file their FAC.

Defendants may have two additional weeks to file their reply briefs in support of their motions to dismiss in order to respond to the FAC if necessary.  Defendants' reply briefs are now due on September 27, 2007.  Plaintiffs may file a surreply of no more than five pages addressing only those arguments specifically related to the FAC by October 11.  The September 27, 2007 hearing date is VACATED.  The matter will be heard on November 1, 2007.

IT IS SO ORDERED.

Dated: 9/13/07

CLAUDIA WILKEN
United States District Judge

2