HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.736.7571
Email: ohlx@sbcglobal.net


PLAINTIFFS *PRO SE*


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>　　　　　　　　**Plaintiffs,**<br>　　　　　　　　　v.<br>**EQUITY TRUST (JERSEY) LIMITED, ET AL**<br>　　　　　　　　**Defendants.** | Case No. 3:07-cv-3312 CW<br><br>**HANA HILSENRATH'S LETTER IN OPPOSITION TO DEFENDANTS' MOTIONS DOCS 55, 56, AND 57**<br><br>**Judge: Hon. Claudia Wilken** |

Defendants have filed a belated and confused set of motions [Doc 55, 56 and 57] to continue the initial commencement of discovery pursuant to Rule 26(a)(1), and to seek an exemption of discovery pursuant to Rule 26(a)(1)(E).

Having missed the deadline of the initial statements of discovery, defendants now petition this court for a short schedule on the above set of motions.

Plaintiffs can see no justification for either a motion in short schedule or for a delay in discovery.

The initial discovery schedule should stay firm: 21 days before the first Case Management Conference in the case.

Plaintiffs have already served all defendants with a letter addressing their initial proposal for discovery on September 6, 2007 according to the rules (see attached true copy of the letter to all defendants re initial discovery).

Further, I declare under penalty of perjury that I am not restricted in any way from participating in discovery, nor am I in "custody" of any government, thus defendants' motion to restrict discovery under rule 26 is simply futile or in the alternative an attempt to violate due process and my constitutional rights.

Dated: September 13, 2007

    Respectfully submitted,

                              HANA HILSENRATH
                              Plaintiff *PRO SE*

                                  /s/ Hana Hilsenrath

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT:

<u>LETTER TO ALL DEFENDANTS RE DISCOVERY</u>

HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.736.7571
Email: oliver_hilsenrath@sbcglobal.net

PLAINTIFFS *PRO SE*

September 6, 2007

### Rule 26(a)(1) – Initial Disclosures

### Case 4:07-cv-03312-CW Hilsenrath et al v. Equity Trust (Jersey) Limited et al

Dear Madam or Sir - Attorneys for Defendants in the above case,

We are writing you Pursuant to Rule 26(a)(1) – Initial Disclosures.

A. Witnesses

   i. Plaintiffs have identified a number of witnesses and believe there is a common interest of both parties to depose.
   ii. Witnesses are located in California, in other locations in the US, mainly NE, and in 4 locations internationally.
   iii. The parties should coordinate the process of depositions, primarily if those depositions will occur locally or will take place at the locations of witnesses. If latter, parties need to confer as to the logistics as well as local authorizations to depose.
   iv. Plaintiffs are ready and propose to exchange lists of proposed witnesses by September 20, 2007
   v. Shall Defendants decide to require some of the depositions to occur overseas, Plaintiffs can assist with the process of obtaining DOJ/OIA clearance for foreign depositions.

B. Documents

   i. Plaintiffs suggest an exchange of requests for documents discovery by both parties by September 2007.
   ii. The vast majority of Plaintiffs documentation resides with the FBI, US Attorney in San Francisco and the SEC.
   iii. Plaintiffs will assist Defendants in identifying the requested documents as well as accessing the data archives of the government agencies.

1

C. Damages

      i. Plaintiffs propose to present Defendants a table of damages by September 13, 2007.
      ii. and propose that defendants submit a list of clarifications (if necessary) a week later on September 20, 2007.

Please feel free to contact us by main, email or telephone should you have any comments, proposals or further preliminary requests

Best regards,

HANA HILSENRATH
OLIVERHILSENRATH


ECF distribution + Mr. B. Glassman (Att for Kalman, Perkins)

Katie Ya-yee Chang     katie.chang@lw.com, katie.chang@lw.com

Andrew James Cho     acho@akingump.com, dlamb@akingump.com

Maria Ellinikos     mellinikos@akingump.com, aregch@akingump.com

Rachel M. Herrick     rachelherrick@quinnemanuel.com

Daven Gerald Lowhurst     dglowhurst@thelenreid.com

Stacy Marie Monahan     stacymonahan@quinnemanuel.com, monitajones@quinnemanuel.com

Darius C. Ogloza     darius.ogloza@lw.com

Sarah Meyers Ray     sarah.ray@lw.com

Patrick Martin Ryan     pryan@thelen.com

Reginald David Steer     rsteer@akingump.com, kkoo@akingump.com

Peter Allen Wald     peter.wald@lw.com

Brad Glassman     brad.glassman@baachrobinson.com