UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed cases below that bear my initials, I find that the more recently filed case that I have initialed below is related to the cases assigned to me, and such case shall be reassigned to me.

| | |
|---|---|
| **C 02-01068 CW** | **Janvrin Holdings Limited et al v. Hilsenrath et al** |
| **C 07-03193 CW** | **Hilsenrath et al v. Nixon Peabody LLP et al** |
| **C 07-03312 CW** | **Hilsenrath et al v. Equity Trust (Jersey) Limited et al** |

**C 07-04162 WHA**   **Hilsenrath v. Equity Trust (Jersey) Limited et al**

I find that the above case is related to the cases assigned to me. _/s/ CW_

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: SEP 13 2007                 _/s/ Claudia Wilken_
                                   Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 9/17/07

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators

9/14/07 OL