| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Peter A. Wald (Bar No. 85705)<br>peter.wald@lw.com |
| 3 | Darius Ogloza (Bar No. 176983)<br>darius.ogloza@lw.com |
| 4 | Sarah M. Ray (Bar No. 229670)<br>sarah.ray@lw.com |
| 5 | Katie Y. Chang (Bar No. 246247)<br>katie.chang@lw.com |
| 6 | 505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-2562 |
| 7 | Telephone:  +415.391.0600<br>Facsimile:  +415.395.8095 |
| 8 | Attorneys for Defendants |
| 9 | EQUITY TRUST (JERSEY) LIMITED,<br>CAROLINE BOUGEARD AND GRANT BROWN |
| 10 | *On Behalf of All Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>    Defendants. | CASE NO. C:07-CV-3312-CW<br><br>[PROPOSED] ORDER REGARDING JOINT MOTION FOR AN ORDER SHORTENING TIME<br><br>Date:    September 13, 2007<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br>Judge:   Honorable Claudia Wilken<br><br>Complaint Filed:  June 25, 2007 |

Defendants' Motion to Shorten Time, pursuant to Local Rule 6-3, to hear and decide the Request for Clarification and Motion to Continue Case Management Conference and Rule 26 Disclosure Obligations, is GRANTED.  The Court's order with respect to the aforementioned request for clarification and motion is currently under consideration and an order will be forthcoming, prior to the September 20 initial disclosure and case management

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER REGARDING
JOINT MOTION FOR AN ORDER SHORTENING TIME

conference statement due date.

IT IS SO ORDERED.

DATED: 9/17/07            BY: /s/ Claudia Wilken

THE HONORABLE CLAUDIA WILKEN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER REGARDING
JOINT MOTION FOR AN ORDER SHORTENING TIME