LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  peter.wald@lw.com
  Darius Ogloza (Bar No. 176983)
  darius.ogloza@lw.com
  Sarah M. Ray (Bar No. 229670)
  sarah.ray@lw.com
  Katie Y. Chang (Bar No. 246247)
  katie.chang@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

*On Behalf of All Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>  Plaintiffs,<br><br>  v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>  Defendants. | CASE NO. C:07-CV-3312-CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE OBLIGATIONS<br><br>Date: September 13, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND
MOTION TO CONTINUE CMC AND RULE 26 DISCLOSURE OBLIGATIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants' Motion to Continue Case Management Conference and Rule 26 Disclosure Obligations, having come before the Court for consideration, is GRANTED. It is hereby ORDERED that the parties are exempt from Rule 26 obligations as the plaintiff Oliver Hilsenrath is under custody as set out in Rule 26(a)(1)(E)(iv). Moreover, the Court holds that there is good cause to continue the Case Management Conference and Rule 26 Disclosure Obligations until 45 days after the Court rules on defendants' pending motions to dismiss.

IT IS SO ORDERED.

DATED: 9/17/07          BY: /s/ Claudia Wilken

THE HONORABLE CLAUDIA WILKEN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION AND
MOTION TO CONTINUE CMC AND RULE 26 DISCLOSURE OBLIGATIONS