1    HANA HILSENRATH
     OLIVER HILSENRATH
2    822 Eastbrook Court
     Danville, CA 94506
3    Telephone: 925 212 6299
     Facsimile: 925 736 7571
4    ohlx@sbcglobal.net

5    PLAINTIFFS *IN PRO PER*



**FILED**

SEP 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10   **HANA HILSENRATH AND OLIVER**          **Case No.** 3:07-cv-03312-CW
     **HILSENRATH,**

11
            **Plaintiffs,**
12
                                            **EXHIBIT A:** *TO FIRST AMENDED COMPL.*
              **v.**
13
                                            **FORENSIC REPORT AND AFFIDAVIT IN**
     **EQUITY TRUST (JERSEY) LIMITED,**     **SUPPORT OF COMPLAINT**
14   **CANDOVER INVESTMENTS PLC,**
     **INSINGER DE BEAUFORT SA, JARDINE**
15   **MATHESON HOLDINGS LIMITED, GRANT**
     **BROWN, MELVYN KALMAN, JOHN**
16   **PERKINS, CAROLINE BOUGEARD, AND**
17   **DOES 1-10,**

18          **Defendants.**

19

20

21   The report substantiates the activities of Kalman, Perkins, Brown

22   and others at Equity Trust (Jersey) Limited, Insinger de Beaufort

23   Trust and Matheson Trust as operators of a network of corporations

     in multiple jurisdictions with fictitious corporate veils – all
24
     from one single facility.
25

26

27

28

1  Oliver Hilsenrath
2  822 Eastbrook Ct.
   Danville, CA 94506
3  Tel:  925-212-6299
   Fax:  925-736-7571

4  Defendant in Propria Persona



5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9
   JANVRIN HOLDINGS LTD.,        )   Case No. C02-1028 CW (BZ)
10 et al.,                       )
                                 )
11          Plaintiff(s),        )   AFFIDAVIT OF
                                 )   MARCEL B. MATLEY
12     v.                        )   IN SUPPORT OF
                                 )   APPLICATION FOR
13 DR. OLIVER HILSENRATH,        )   DEFAULT JUDGMENT
   et al.                        )
14                               )
                                 )
15          Defendant(s)         )
                                 )
16 _____)

17 I, Marcel B. Matley, swear and affirm:

18     1.  I am an Examiner of Questioned Documents and

19 Handwriting and have been so employed since 1985.  My

20 business office is located at 3092 C. Chavez St.,

21 San Francisco, CA.

22     2.  I have been certified as an expert witness in the

23 field of questioned documents in Federal District Court,

24 Federal Bankruptcy Court, Federal Immigration Court,

25 California Municipal and Superior Courts, in Arbitration and

26 Administrative Hearings in the State of California, in

27 Probate Court in the States of New Jersey and Texas, and in

28 Circuit Court in Hawaii, and I have testified regarding

                            1

1  documents in each of these areas.

2      3.  I have authored professional publications in the
3  field of questioned documents.  These have been issued as
4  monographs and papers in professional journals, some of
5  which were peer reviewed, and they have been relied on by
6  others in the field of questioned documents.

7      4. Dr. Oliver Hilsenrath, Defendant in pro per in the
8  above titled action, requested that I examine certain
9  documents and issue a written report on my observations and
10  on the opinions I formed upon these observations.  Attached
11  hereto is a complete, true and accurate copy of the report I
12  issued in response to Dr. Hisenrath's request.

13      5.  The attached report sets forth my qualifications as
14  an examiner of questioned documents and handwriting,
15  including identified exhibits which are copies of my current
16  Curriculum Vitae, my current Fee Schedule, list of my
17  testimonies for the last four years, and list of my
18  professional publications.

19      6.  The attached report also sets for my opinions with
20  the theoretical, methodological and factual bases for these
21  opinions.

22      I, Marcel B. Matley, swear and affirm under penalty of
23  perjury under the applicable laws of United States of
24  America that the foregoing is true and correct to the best
25  of my knowledge and belief.
26  ///////
27
28

2

1   This affirmation was executed on this _Twenty-eighth_

2   Day of _April_____, 2007, at San Francisco,

3   California.

4

5

6   _Marcel B. Matley_

7   Marcel B. Matley

8

9

10

11  Subscribed and sworn to before me on

12  this _____28th_____ Day of _April_____, 2007.

13

14

15

16  _____SO Hin_____

17  Notary Public

18

19      [notary seal]    S. O. HSIN
20                       Commission # 1558589
                         Notary Public — California
21                       San Francisco County
                         My Comm. Expires Apr 10, 2009
22

23

24

25

26

27

28

                         3

# A and M Matley
### Examiner of Documents & Handwriting

MARCEL B. MATLEY
BOARD CERTIFIED, NADE
PUBLICATIONS, SEMINARS
www.handwritingexpertsofcalifornia.com

(3092 ARMY STREET, 94110)
POST OFFICE BOX 882401
SAN FRANCISCO, CA 94188

PHONE: (415) 753-2832
FAX: (415) 753-3346
TOLL FREE: 1-800-367-6403
E-MAIL: MMATLEY@AOL.COM

April 27, 2007

Oliver Hilsenrath Ph.D.
822 Eastbrook Court
Danville, CA 94506

RE:    *Janwrin Holdings vs. Hilsenrath*
       My File Ref.: 070417-A

Dear Dr. Hilsenrath:

I am issuing this letter of opinion pursuant to your request.

### A. THE COMMISSION.
Certain documents related to several entities were submitted for examination. I was asked to chart which individuals might have signed for two or more of the various entities represented. The manner in which I proceeded is set forth, and the results obtained are represented in detail by a chart attached hereto as Exhibit X.

### B. THE DOCUMENTS EXAMINED.
Copies of the documents examined are attached as collective exhibits, each exhibit comprised of all documents relating to one of the entities. Each document is identified by a code which is comprised of letters and numbers, the letters referencing the particular entity and the numbers designating the order of the documents. This same letter/number code is used in the chart which is Exhibit X so as to identify specifically each document.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,
RE: Janwrin Holdings vs. Hilsenrath, page 1 of 7 pages.)*

**A**

MAF
BOA
PUB
www

*ORIGINAL*

**Examiner of Documents & Handwriting**

2 ARMY STREET, 94110)
5T OFFICE BOX 882401
I FRANCISCO, CA 94188

PHONE: (415) 753-2832
FAX: (415) 753-3346
TOLL FREE: 1-880-357-8403
E-MAIL: MMATLEY@AOL.COM

822 Eastbrook Court
Danville, CA 94506

RE:   *Janvrin Holdings vs. Hilsenrath*
      My File Ref.: 070417-A

Dear Dr. Hilsenrath:

I am issuing this letter of opinion pursuant to your request.


**A.  THE COMMISSION.**
Certain documents related to several entities were submitted for examination.  I was asked to chart which individuals might have signed for two or more of the various entities represented.  The manner in which I proceeded is set forth, and the results obtained are represented in detail by a chart attached hereto as Exhibit X.


**B.  THE DOCUMENTS EXAMINED.**
Copies of the documents examined are attached as collective exhibits, each exhibit comprised of all documents relating to one of the entities.  Each document is identified by a code which is comprised of letters and numbers, the letters referencing the particular entity and the numbers designating the order of the documents.  This same letter/number code is used in the chart which is Exhibit X so as to identify specifically each document.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Janvrin Holdings vs. Hilsenrath, page 1 of 7 pages.)*

EXHIBITS YA, YB, YC and YD relate to my qualifications as an examiner of documents and handwriting and later will be described in full.

C. THE OPINIONS.

The data developed permit the following conclusions:

(a) Signatures of nine (9) separate individuals were identified on the various pages of Exhibits CNL, DL, ET, RL and WSL. No name could be discovered for five (5) of these nine (9) individuals, so they are designated as unnamed individuals X-A, X-B, X-D, X-E and X-F. The individual originally designated as X-C was later determined to have the name "Melvyn Kalman."

(b) All but three (3) of these nine (9) individuals signed for two (2) or more entities.

(c) The documents examined identified all but two (2) of the nine (9) individuals as having some kind of official capacity with two (2) or more entities.


D. BASES FOR THE OPINIONS.

1. THEORETICAL BASES.

The task entailed identifying which of a number of signatures came from the same individual. To do so, more than 80 signatures had to be sorted as to the individuals making them. The principles and methods involved in identification of signatures were the bases for this technical task.

Based on the writings of Ordway Hilton, particularly *Scientific Examination of Questioned Documents*, revised edition, 1982, it can be stated that in order to identify whether signatures were made by the same individual, it must be shown that they share sufficient significant similarities so as to eliminate the reasonable probability of another writer, and there should be no significant difference among the signatures that cannot be reasonably explained.

2. METHODOLOGICAL BASES.

In this particular case, the standard method was applied with modification.

(a) All signatures were scanned into the computer at the same settings and printed out at maximum enlargement on letter size paper in landscape orientation.

(b) They were sorted by general pictorial appearance.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,
RE: Janvrin Holdings vs. Hilsenrath, page 3 of 7 pages.)*

(c) Each resulting set was intra-compared to satisfy the theoretical standards stated in Sub-section 1 above.

(d) The separate sets were inter-compared to ascertain whether there was any indication that the same person might have been responsible for more than one set of signatures. There was no such indication.

(e) The enlarged signatures were laid out in grid fashion, each individual writer being given a column and each set of documents as identified by Exhibits CNL, DL, ET, RL and WSL being given a row. The resulting grid became the pattern for the chart reproduced in Exhibit X.

## 3. OBSERVATIONAL BASES.

Exhibit X gives in columns the documents each individual was identified as signing. Here are selective traits that help identify each set of signatures as being from one individual.

(a) GRANT BROWN. These signatures are characterized by, among other features, rhythmical spacing of down strokes and zonal proportions.

(b) DAVID P. CHALMERS-HUNT. These signatures are characterized by, among other features, consistent left slant and narrowness within mid zone letters.

(c) JOHN H. PERKINS. These signatures are characterized by, among other features, their simplicity, angularity in "rk" and pen lifts.

(d) WRITER X-A. These signatures are characterized by, among other features, extreme narrowness, extreme vertical extension, and lack of mid zone forms.

(e) WRITER X-B. These signatures are characterized by, among other features, a complex sequence of movement, illegibility and the manner of final underline.

(f) WRITER X-C, later identified with the name MELVYN KALMAN. These signatures are characterized by, among other features, the rising base line and z-like final.

(g) WRITER X-D. These signatures are characterized by, among other features, the configuration of the capital letters, the very low but very wide mid zone forms and the unique final.

(h) WRITER X-E. These signatures are characterized by, among other features, vertical slant, dominant mid zone and what appears to be a lack of a pen lift.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE: Jawrin Holdings vs. Hilsenrath, page 4 of 7 pages.)*



(I)  WRITER X-F.  There is but one signature.  It is such a complex, illegible scrawl that it could not be even suspected as having been written by any of the other writers represented in Items (a) through (h) above.

## E.  EXHIBIT X.

Exhibit X is a chart on legal size paper in landscape orientation.  As stated earlier, nine (9) columns represent the nine (9) writers of the signatures.  The rows represent the sets of documents copies of which comprise Exhibits CNL, DL, ET, RL and WSL.  The last two rows represent two (2) entities, Crossgar Limited and Janvrin Holdings Limited, for which there were no documents.  However, on some documents various signatories were identified as being in some official capacity with these two (2) entities.

When a writer signs a document belonging to an entity, the code for this document is entered in regular type and without square brackets in the cell for such writer and such entity.

When an individual signing on a document designated in one entity's set but therein identified as having an official capacity with another entity, the document is listed in square brackets in the cell for such writer and the latter entity.

If a signature is faded to some degree, the code for it is entered in italics.

Exhibit X visually charts the data supportive of the direct conclusions expressed herein in Section C above and the inferences expressed in Section H below.

## F.  QUALIFICATIONS.

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YA is a copy of my current curriculum vitae stating my background and experience that qualify me to undertake the examination requested and form the opinions expressed herein.

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YB is a listing of my published writings in the field of questioned documents.  There may be other journal papers that I have authored and that have been published but of which I have not been informed by the journals to whom they were submitted.

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,*
*RE:  Janvrin Holdings vs. Hilsenrath, page 5 of 7 pages.)*

Attached hereto and incorporated herein as if set forth in full, EXHIBIT YC is a listing of my prior testimonies for the past four years as an examiner of questioned documents and handwriting. Exhibit - covers courts of law, administrative law hearings, arbitrations, and depositions.

## G. COMPENSATION.

Also attached hereto and incorporated herein as if set forth in full, EXHIBIT YD is a copy of my current Fee Schedule that sets forth the rate of compensation for any work which I shall perform in this matter at your request.

## H. CONCLUSION.

Some direct inferences to be made from the data reported herein are:

(a) All the letters represented in Exhibits CNL, DL and ET reference the case of *Janvrin vs. Hisenrath*, at times telling each other the very same facts so that the very same individual will tell and, apparently, be told these very same facts.

(b) The complication of the situation involves individuals writing, for example, to Equity Trust on behalf of CN Limited after having written to CN Limited on Equity Trust letterhead and even doing so on the very same day. Having written from one entity to another and vice versa, and being officially signatory on letterhead of both entities, each asks for money from the other while giving assurance in both directions that, unless one hears from the other, neither will take further action.

(c) The text of the letters on the various letterheads seem to be boilerplate. For example, CNL 01 and CNL 02 differ only in that in the last two sentences CNL 01 reads "Crossgar" where CNL 02 reads "Janvrin."

(d) It would be instructive both to chart precisely when the same individuals in effect write to themselves in their capacities with two different entities and to chart which of their own letters apparently are answers to others of their own letters. However, this task would take many hours, and it would be most difficult to chart the results with clarity and without complexity.

If called upon to do so, I would testify under oath in a legal proceeding that all the statements and representations made herein are true and accurate to the best of my knowledge and belief, and I would be prepared to demonstrate and explain the

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007,
RE: Janvrin Holdings vs. Hilsenrath, page 6 of 7 pages.)*

cogent reasons for the opinions expressed herein. If court testimony is required, I will prepare appropriate court exhibits by which to illustrate and explain my observations, opinions and reasons.

Sincerely,

Marcel B. Matley

*(From Marcel B. Matley to Oliver Hilsenrath, April 27, 2007, RE:  Janvrin Holdings vs. Hilsenrath, page 7 of 7 pages.)*

## LIST OF EXHIBITS

CNL.  Documents relating to entity CN Limited

DL.   Documents

ET.   Documents

RL.   Documents

WSL.  Documents

X.    Chart

YA.   Curriculum Vitae of Marcel B. Matley

YB.   Published writings of Marcel B. Matley

YC.   Testimonies of Marcel B. Matley

YD.   Current Fee Schedule of Marcel B. Matley

# COVER SHEET

# EXHIBIT CNL

# C N Limited

PO Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636213 Fax: +44 1534 636215

27 February 2007

**URGENT**

**Equity Trust (Jersey) Limited**
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sir

**Jaldin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
Case No. C02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Crossgar Limited.

Please let us by return whether you are willing and able to furnish Crossgar Limited with the necessary loan.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
CNL 01

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

2? February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
Case No. C02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please find the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please confirm by return whether you are willing and able to furnish Janvrin Holdings Limited with the requested funds.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
CNL 02

27 February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-34 The Parade
St Helier
Jersey JE4 5ZY

Dear Sir,

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
Case No. C 02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary loan.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

CNL 03

**C N Limited**

PO Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax +44 1534 636215

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Jenvrin Holdings Limited, Crossagar Limited and Ryburn Limited – v- Oliver Hilsenrath**
**Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Crossagar Limited.

Please advise by return whether you are willing and able to furnish Crossagar Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

CNL 04

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11ᵗʰ April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
**Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11ᵗʰ April 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
CNL 05

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Cressger Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
CNL 06

# COVER SHEET

# EXHIBIT DL

# Derard Limited

Administration Office:
P O Box 548, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 638211 Fax: +44 1534 638215

27 February 2007

**URGENT**

CN Limited
P.O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v - Oliver Hilsenrath**
**Case No. C02 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT
DL 01

Registered in the British Virgin Islands
Registration Number 3966

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

**URGENT**

EQ Nominees (Jersey) Limited
P.O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

DL 02

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

**Administration Office:**
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

**URGENT**

Ch ım ted
P.O Bcx 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear S s

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT
DL 03

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

2ⁿ February 2007

**URGENT**

Ch Lin ted
P.O. Box 546
28 30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v – Oliver Hilsenrath
Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2ⁿ March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

DL 04

Registered in the British Virgin Islands
Registration Number 3988

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 638211 Fax: +44 1534 638215

27 February 2007

**URGENT**

CN Limited
P O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. C02 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Ryburn Limited is not in good standing and has been struck from the BVI Companies Registe for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Ryburn Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

EXHIBIT

DL 05

Registered in the British Virgin Islands
Registration Number 3966

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 888211 Fax: +44 1534 636215

11th April 2007

**URGENT**

**CN Limited**
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

**Dear Sirs**

**Jenwrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"…a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom 6, 15th floor, Federal Building, San Francisco, California, 94102…Counterdefendents should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

_DL 06_



# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 638211 Fax: +44 1534 638215

11th April 2007

**URGENT**

**EQ Nominees (Jersey) Limited**
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. In Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT

_DL 07_

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 638211 Fax: +44 1534 638210

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

**Dear Sirs**

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim".

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

DL 08

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 838211 Fax: +44 1534 838215

11th April 2007

**URGENT**

**CH Limited**
**P.O. Box 546**
**28-30 The Parade**
**St Helier**
**Jersey JE4 8XY**
**Channel Islands**

**Dear Sirs**

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. In Courtroom 6, 15th floor, Federal Building, San Francisco, California, 94102... Counterdefendants should attend the hearing if they contest the validity or amount of the claim".

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

**EXHIBIT**
DL 09