HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br>Plaintiffs,<br>v.<br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br>Defendants. | Case 4:07-cv-03312-CW<br><br>SUPPLEMENTAL DECLARATION OF OLIVER HILSENRATH RE AMENDED COMPLAINT |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury:

1. Supp. Exh. A is a true copy of Philip Joseph Austin Declaration in the current case (without the exhibits)

2. Supp. Exh. B and C are true copies of documents from the discovery of US v. Hilsenrath CR 03-00213WHA

3. Supp. Exh. D is a true copy of a report from the government of BVI

4. Supp. Exh. E is a true copy of excerpts from Equity Website.

Dated: July 26, 2007                    Respectfully submitted,


                                        _____/s_____
                                        OLIVER HILSENRATH

LATHAM & WATKINS LLP
   Peter Wald (Bar No. 85705)
   Darius Ogloza (Bar No. 176983)
   Sarah M. Ray (Bar No. 229670)
   Katie Chang (Bar No. 246247)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>    Defendants. | CASE NO. C-07-3312 CRB<br><br>DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF EQUITY TRUST (JERSEY) LTD'S MOTION TO DISMISS FOR IMPROPER VENUE; LACK OF PERSONAL JURISDICTION; INSUFFICIENCY OF SERVICE OF PROCESS AND *FORUM NON CONVENIENS*<br><br>Date:    August 24, 2007<br>Time:    10:00 a.m.<br>Place:    Courtroom 8<br>Judge:    Honorable Charles R. Breyer<br><br>Complaint Filed: June 25, 2007 |

I, PHILIP JOSEPH AUSTIN, declare as follows:

    1.    I currently am a Managing Director of Equity Trust (Jersey) Limited ("ETJL") and have held this position since 8 May 2006. In my capacity as Managing Director, I have access to, and would in the ordinary course of ETJL's business become aware of information with respect to: the location of ETJL's officers, directors, managing agents and employees; the location of ETJL's offices, real property, personal property, bank accounts and other assets; the location of ETJL's business activities; the payment of taxes

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\616928.2
Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN
SUPPLEMENTAL DCLARATION

Sup Exh A
Page 2 of 20

the appointment of agents for service of process; and the location of legal actions pursued or defended by ETJL.

2. I have personal and first-hand knowledge of all of the facts stated in this Declaration, except where otherwise stated that my knowledge is based on information and belief. If called upon to do so, I could, and would, testify competently thereto.

3. ETJL is a leading trust company which provides trust and fiduciary services to high net worth individuals, corporations and intermediaries. ETJL offers its clients trust, estate planning, family office, structuring, investor support and other financial services. ETJL was first incorporated as a private company under the Companies (Jersey) Law 1991. Both its headquarters and operations are located exclusively in Jersey, Channel Islands in the United Kingdom.

4. The company known as ETJL today has undergone several changes in its name over the years, principally as a result of changes in ownership. Originally incorporated 28 January 1994 as Integro Trust (Jersey) Limited, it changed its name to Insinger Trust (Jersey) Limited on 13 January 1998. A further name change occurred on 20 July 2001, when it became known as Insinger de Beaufort Trust (Jersey) Limited. Since July 18, 2003, the company has been known as Equity Trust (Jersey) Limited.

5. A true and correct copy of the Certificate of Incorporation of Integro Trust (Jersey) Limited is attached as Exhibit A. A true and correct copy of the Certificate of Incorporation on Change of Name for Insinger Trust (Jersey) Limited is attached as Exhibit B. A true and correct copy of the Certificate of Incorporation on Change of Name for Insinger de Beaufort Trust (Jersey) Limited is attached as Exhibit C. A true and correct copy of Certificate of Incorporation and Change of Name for Equity Trust (Jersey) Limited is attached as Exhibit D.

6. ETJL's management, administrator and directorship services are performed from St. Helier, Jersey, the location of its headquarters and operations. ETJL has clients around the world. However, ETJL does not specifically advertise in an effort to

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO
SF\616928.2
Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN
2

SUPPLEMENTAL DCLARATION                                      Page 3 of 20

1  provide services in California, nor in publications expected to reach the State of California.
2  I do not understand that ETJL has ever applied for any license to do business in California.

3        7.     ETJL does not maintain any offices or places of business in
4  California and does not own or lease any real or personal property in California.

5        8.     ETJL does not maintain any officers, employees, or agents in
6  California; it does not have bank accounts in California or telephones, telephone directory
7  listings, or mailing addresses. ETJL does not maintain books or records in California.

8        9.     ETJL has never appointed an agent to receive service of process in
9  California.

10      10.    I have inquired of ETJL's travel consultants and have been advised
11 that no ETJL employees conduct regular trips to California for business purposes, and am
12 not aware that any such travel occurred during the time period relevant to this action.

13      11.    In connection with the preparation of this Declaration, I reviewed
14 business records which were maintained in the regular course of business and created
15 contemporaneously with the events they record. My knowledge of the facts I declare in the
16 following paragraphs 12 through 15 is based on information and belief as a result of my
17 review of these business records.

18      12.    By way of background, ETJL was introduced to the Hilsenraths
19 through a client, David Dahan ("Dahan"), who, like the Hilsenraths, identified himself as an
20 Israeli citizen. The Hilsenraths were interested in obtaining trust and asset management
21 services provided by ETJL because Jersey is a stable, low-tax jurisdiction. After speaking
22 with Oliver Hilsenrath, and by his request, an ETJL employee sent some materials
23 describing ETJL services to Mr. Hilsenrath, who at the time happened to be located in
24 California. A true and correct copy of a letter from John Perkins to Oliver Hilsenrath, dated
25 14 May 1996, is attached as Exhibit E.

26      13.    In or around May 1996, the Hilsenraths entered into a Company
27 Management Agreement with ETJL by which terms ETJL established and administered
28 Aida Holdings Limited, a BVI corporation, for their benefit. Aida Holdings Limited was

LATHAM&WATKINS  SF\616928.2
ATTORNEYS AT LAW  Case Number: C-07-3312 CRB
SAN FRANCISCO  DECLARATION OF PHILIP JOSEPH AUSTIN                3

later renamed Borazon and continued to be administered under the same Company Management Agreement. A true and correct copy of the Aida Holdings Limited Company Management Agreement is attached as Exhibit F.

14. In or around August 1999, the Hilsenraths entered into a Company Management Agreement with ETJL by which terms ETJL established and administered the Oliver Hilsenrath Family Investments Limited, a BVI corporation, for their benefit. A true and correct copy of the Oliver Hilsenrath Family Investments Limited Company Management Agreement is attached as Exhibit G.

15. As a general rule, and as provided in the Company Management Agreements governing the parties' rights and duties, ETJL would not provide funding for any of the entities that it administered on behalf of the Hilsenraths.

16. I have reviewed the complaint in this action and, contrary to what is alleged therein, ETJL is not the "owner" of any of the three British Virgin Islands companies referenced therein: Janvrin Holdings Limited, Crossgar Limited, and Ryburn Limited. These three British Virgin Island corporations were formed in 1995 and 1996 by ETJL for their beneficial owners, Messrs. Dahan and Haim Haruvi ("Haruvi"). ETJL provided administrative and directorship services to the three BVI companies. ETJL did not "finance" these companies. As with the Hilsenraths' structures, responsibility for funding these companies remained in the beneficial owners, Dahan and Haruvi. True and correct copies of the Certificates of Incorporation of Janvrin Holdings Limited (formerly Baharu International Limited), Crossgar Limited, and Ryburn Limited are attached as Exhibit H. A true and correct copy of the Company Management Agreement between Matheson Trust Company (Jersey) Limited (a company acquired by ETJL) and Janvrin Holdings Limited is attached as Exhibit I.

///
//
//

LATHAM•WATKINS  SF\616928.2
ATTORNEYS AT LAW
SAN FRANCISCO  Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN                                              4

17.  Defending this action in California, a jurisdiction with which ETJL has no contacts, would impose a significant burden on ETJL employees and resources. ETJL has a particular interest in having this dispute, which is governed by Jersey law, adjudicated by a Jersey court. I understand that, according to the Hilsenrath Company Management Agreements, the Hilsenraths have agreed in fact to do so. See Exhibits F & G, attached hereto.

18.  On information and belief, the four current and former employees of ETJL sued in their individual capacities are all current residents of the Island of Jersey. Accordingly, litigation in California would be particularly burdensome as to them.

19.  ETJL does not knowingly, intelligently, or purposefully consent to the jurisdiction of the State of California. I do not consent to the jurisdiction of California in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July 2007 at St. Helier, Jersey, Channel Islands.

SIGNED: Philip Joseph Austin

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO
SF\616928.2
Case Number: C-07-3312 CRB
DECLARATION OF PHILIP JOSEPH AUSTIN
5

SUPPLEMENTAL DCLARATION    Page 6 of 20

## DECLARATION OF TRUST

| | | | |
|---|---|---|---|
| **The Parties** | : | The Nominee : | CN Limited<br>of 28-30 The Parade<br>St Helier<br>Jersey |
| | | The Owner : | Equity Trust (Jersey) Limited as Trustee of<br>the Revenge Trust<br>28-30 The Parade<br>St Helier<br>Jersey |

**The Share(s)** : 60 Ordinary USD $1.00 fully paid shares registered in the name of the Nominee in the books of the Company.

**The Company** : Crossgar Limited having its Registered Office situated at Road Town, Tortola, British Virgin Islands.

**Date of Execution** : 6th November 2003

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:**

1. Declares that it holds the share(s) as nominee for the Owner.

2. Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3. Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4. Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5. Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**C N Limited**
was hereunto affixed in
the presence of:

_[signature]_
Director

_[signature]_
Authorised Signatory

3,130

CRO 00506

_[Supp Exh B stamp]_

## DECLARATION OF TRUST

| | | | |
|---|---|---|---|
| **The Parties** | : | The Nominee : | C N Limited<br>of 28-30 The Parade<br>St Helier<br>Jersey |
| | | The Owner : | Equity Trust (Jersey) Limited<br>As Trustee of the Revenge Trust<br>of 28-30 The Parade<br>St Helier<br>Jersey |
| **The Share(s)** | : | | 100 Ordinary USD1.00 fully paid shares registered in the name of the Nominee in the books of the Company. |
| **The Company** | | | Ryburn Limited having its Registered Office situated at Beaufort House, PO Box 438, Road Town, Tortola, British Virgin Islands. |
| **Date of Execution** | | | 10th December 2003 |

**BY THIS INSTRUMENT** made on the above date of execution and incorporating the above definitions

**The Nominee:**

1. Declares that it holds the share(s) as nominee for the Owner.

2. Undertakes and agrees not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct

3. Undertakes and agrees to account to the Owner for all dividends and profits which may be paid to it from time to time upon the said shares and for all other moneys or profit which may be payable to it in respect thereof

4. Undertakes and agrees to exercise its voting power as holder of the said shares in such a manner and for such purposes as the Owner may from time to time direct or determine

5. Declares that this declaration of trust shall be binding on its executors administrators and assigns

The Common Seal of
**C N Limited**
was hereunto affixed in
the presence of:

_[signature]_
Director

_[signature]_
Authorised Signatory

RYB 00526

## Caroline Bougeard

| | |
|---|---|
| **From:** | on behalf of Caroline Bougeard |
| **To:** | gwestreich@nixonpeabody.com |
| **Cc:** | Grant Brown; Victoria Loraine; Paul Kingham |
| **Subject:** | Janvrin Holdings Limited, Rybum Limited, Crossgar Limited - David Dahan |

Dear Mr Westreich
I refer to my previous e-mail of 8th July 2005 and your reply of 22nd August 2005.
We note that the only matter handled by your firm on behalf of Janvrin, Ryburn and Crossgar was the Confidential Settlement Agreement and Mutual Release, the terms of which are contained in the April 2001 Agreement.
Notwithstanding this, claims have been made by the beneficial owner of Dyke Limited (of which we are Directors) that it was also agreed under this Settlement that US$3,000,000 would be paid by US Wireless to Dyke Limited and another third party company, Rockvale Limited from an escrow established by US Wireless management as well as a conditional personal guarantee given by Oliver Hilsenrath of 750,000 USW Options.
Dyke's assets have now been seized by the US authorities in the matter of US Wireless/Oliver Hilsenrath and there is a small window of opportunity to have this judgement set aside. If we do not defend the seizure of Dyke's assets as is intended, please confirm that this will not affect our pursuit of the existing claims of Janvrin, Ryburn and Crossgar against US Wireless/Oliver Hilsenrath.
Your earliest reply would be appreciated.
Regards
Caroline Bougeard

Caroline Bougeard
Legal Department
Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands
Tel: 44 (0) 1534 636211
Direct Line:44 (0) 1534 515369
Fax: 44 (0) 1534 636215
e-mail: cbougeard@equitytrust.com



CRO 00053

## Caroline Bougeard

**From:** on behalf of Caroline Bougeard
**To:** Paul Kingham
**Cc:** Grant Brown; Victoria Loraine
**Subject:** Janvrin, Crossgar, Ryburn Limited

Dear Paul,
I see from the circulated list that Crossgar and Ryburn are about to be struck off the BVI Register for non payment of their statutory fees. Two things occured to me:-
1) What about Janvrin Holdings - did we have sufficient cash to settle or is it also in default and has perhaps been left off the list?
2) If funds are not forthcoming from David Dahan/Haim Haruvu (and presumably we have been chasing them for these) can we allow the companies to be struck off in the light of the ongoing US Wireless/OHilsenrath litigation or should Equity settle out of its own funds (as we have recently done for Klonoa). I have discussed this with Victoria and she thinks we have to maintain the companies, however Grant will have to sanction this.
Perhaps we can discuss when you are back in the office.
Thanks
Caroline

Caroline Bougeard
Legal Department
Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands
Tel: 44 (0) 1534 636211
Direct Line:44 (0) 1534 515369
Fax: 44 (0) 1534 636215
e-mail: cbougeard@equitytrust.com

CRO 00051

**British Virgin Islands Financial Services Commission**
**Registry of Corporate Affairs**
P.O. Box 418, Road Town, Tortola, British Virgin Islands • Tel: 284 494 5355/6 • Fax: 284 494 6331 • Email: corporateregistry@bvifsc.vg

22ND MAY, 2007                    ISSUED SUBJECT TO DISCLAIMER HEREIN

Mr. Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dear Mr. Hilsenrath:

I refer to your request of 21st May, 2007 and hereby submit the following information.

| COMPANY NAME: | **JANVRIN HOLDINGS LIMITED** |
|---|---|
| COMPANY NUMBER: | BC NO. 158669 |
| REGISTRATION DATE: | **1ST MAY, 2006**<br>**Automatically Re-Registered as a (B.V.I.)**<br>**Business Company on: January 1st, 2007** |
| AUTHORIZED CAPITAL: | US$50,000.00 |
| COMPANY STATUS: | **GOOD STANDING** |
| FIRST REGISTERED AGENT: | **EQUITY TRUST (BVI) LIMITED** |
| FIRST REGISTERED OFFICE: | PALM GROVE HOUSE<br>P.O BOX 438<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS |
| TEL/FAX NUMBER | (284) 494-2616   (284) 494-2704 |

Pg. 2

| COMPANY NAME: | **CROSSGAR LIMITED** |
|---|---|
| COMPANY NUMBER: | BC NO. 186707 |
| REGISTRATION DATE: | 28TH MAY, 1996 |
| AUTHORIZED CAPITAL: | $50,000.00 |
| COMPANY STATUS: | **STRUCK OFF ON: 1st November 2006 For Non Payment of License Fee** |
| FIRST REGISTERED AGENT: | **EQUITY TRUST BVI LIMITED** |
| FIRST REGISTERED OFFICE: | PLAM GROVE HOUSE<br>P.O. BOX 438<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS |
| TEL/FAX NUMBER | (284) 494-2616   (284) 494-2704 |

| COMPANY NAME: | **RYBURN LIMITED** |
|---|---|
| COMPANY NUMBER: | BC NO. 189363 |
| REGISTRATION DATE: | 21ST JUNE, 1996 |
| AUTHORIZED CAPITAL: | $50,000.00 |
| COMPANY STATUS: | **STRUCK OFF ON: 1st November 2006 For Non Payment of License Fee** |
| FIRST REGISTERED AGENT: | **EQUITY TRUST BVI LIMITED** |
| FIRST REGISTERED OFFICE: | PLAM GROVE HOUSE<br>P.O. BOX 438<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS |
| TEL/FAX NUMBER | (284) 494-2616   (284) 494-2704 |

**Pg. 3**

Under the British Virgin Islands Business Companies Act, 2004 companies are not required to file information on Directors, Shareholders or Owner(s) of a company. All corporate details are maintained by the local registered agent who provides administration for the company.

**PLEASE NOTE THAT THE REGISTRY, ON BEHALF OF THE BRITISH VIRGIN ISLANDS FINANCIAL SERVICES COMMISSION, HEREBY DISCLAIMS ANY LIABILITY FOR THE ACCURACY OF THE INFORMATION CONTAINED HEREIN SINCE ALL FACTS HEREIN ARE SUBJECT TO BE VERIFIED BY CONDUCTING A SEARCH OF THE RELEVANT FILE.**

I trust we have been of service to you.

Sincerely yours,

Stacie K. Vanterpool (Ms.)
/f/ **Director of Corporate Affairs**

# EQUITY TRUST

Thu Jul 26 02:03:03 2007

ABOUT EQUITY TRUST    EXPERTISE    INTERNATIONAL NETWORK    CLIENT FOCUS    INTERMEDIARIES



## The World's Leading Trust Company

Equity Trust is the world's leading trust and fiduciary services group supporting high net worth individuals, corporations and intermediaries all over the world.

Copyright 2007 Equity Trust. All rights reserved.
Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

| Home | Site map | Search | Help | Contact us |

# EQUITY TRUST

ABOUT EQUITY TRUST    EXPERTISE    INTERNATIONAL NETWORK    CLIENT FOCUS    INTERMEDIARIES

**United States of America**

**Address**

Equity Trust, U.S. Representative office
747 Third Ave, 22nd floor
New York, New York 10017
P.O. Box 3250
New York, NY 10163
U.S.A.
Tel: +1 646 216 8598
Fax: +1 646 290 5971
infous@equitytrust.com

**Contact**

International network

- Address and contact us
- About New York



**Wouter Plantenga**   wplantenga@equitytrust.com

Wouter is the representative of Equity Trust's New York office. He studied at the University of Leiden, graduated in Dutch corporate law. He previously worked for ABN AMRO Trust in Curacao, the Netherlands Antilles, as a corporate lawyer and assisted many high net worth individuals and corporate clients in the incorporation of international structures. He also has experience of working on various marketing projects, with a commercial focus on the European market. In, 2005 he joined Equity Trust as commercial manager, Europe. In his current position, Wouter assists US clients with the establishment of international structures and provides for related corporate trust and management services. He is fluent in Dutch and English.

Copyright 2007 Equity Trust. All rights reserved.
Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

| Home | Site map | Search | Help | Contact us |

# EQUITY TRUST

ABOUT EQUITY TRUST    EXPERTISE    INTERNATIONAL NETWORK    CLIENT FOCUS    INTERMEDIARIES

USA : About New York

**About Equity Trust New York**

Equity Trust is the preferred service provider for North American multinationals and medium-sized companies. We offer a one-stop sales office located in New York.

We establish vehicles for North American corporate clients in many Equity Trust jurisdictions including Luxembourg, the Netherlands, the Netherlands Antilles and the Cayman Islands. Additionally we can offer services in Aruba, British Virgin Islands, Hong Kong, Jersey, Argentina, and Switzerland.

Non-tax driven services such as escrow services and treasury management also constitute a core competency of Equity Trust.

By co-operating with carefully selected and reputable tax and legal advisors, protection of our clients' interests is assured.

International network

- Address and contact us
- About New York

Copyright 2007 Equity Trust. All rights reserved.

Viewable with IE 5.0+, Netscape 6.0+, Mozilla 1.31+, Opera 5.11+, Firefox 1.0.+ Browsers

Disclaimer

HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>　　　　　　　　**Plaintiffs,**<br>　　　　　　v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,**<br>　　　　　　　　**Defendants.** | Case No. 3:07-cv-3312 CRB<br><br>**MOTION TO SUPPLEMENT COMPLAINT RE PHILIP JOSEPH AUSTIN PERJURY**<br><br>Date: August 17, 2007<br>Time: 10 AM<br>Place: Courtroom 8<br>Judge: Hon Charles R. Breyer |

INTRODUCTION

Plaintiffs Hana and Oliver Hilsenrath respectfully move this Court for leave to supplement pleading (amend complaint) pursuant to FRCP 15(d)[1] to cover events that occurred after the filing of the original complaint.

The supplemented pleadings are in line and in furtherance of defendants' conduct that inflicts *inter alia* additional damage onto plaintiffs.

---

[1] **Sixth Circuit: McHenry v Ford Motor Co. (1959, CA6 Mich) 269 F2d 18, 2 FR Serv 2d 206** […transactions or occurrences developing since original filing are "foreshadowed" by original filing, such as continuing trespass; in such cases supplemental pleading should be permitted at any time "almost as a matter of course"].

In its first interaction with this court, Mr. Philip Joseph Austin, the current managing director of Equity Trust Jersey Limited (ETJL) submitted a sworn declaration (Hilsenrath Supplemental Declaration – Supplemental Exhibit A) under penalty of perjury.

While pleading in court is a crafty trade, Mr. Austin and his attorneys left the gray area far behind and proceeded deep into the forbidden area of perjury.

## AUSTIN'S FALSE AND MISLEADING STATEMENTS

In the above declaration, ¶ 16, Mr. Austin states that ETJL is not the "owner" of any of the three British Virgin Islands companies referenced therein: Janvrin, Crossgar and Ryburn.

Supplemental Exhibit B presents two Deeds of Trust stating clearly that ETJL are the owners of Crossgar and Ryburn. Similar documents are known to be in the possession of ETJL with respect to Janvrin.

Also in the above declaration, ¶ 16, Mr. Austin states "ETJL did not "finance" these companies.

Supplemental Exhibit C however presents ETJL internal correspondence attesting to both the decision to finance themselves the above entities as well as attest to the purpose of the financing which was to "not affect OUR [ETLJ's] pursuit of the existing claims of Janvrin, Ryburn and Crossgar against US Wireless/Oliver Hilsenrath."

## OBJECTIVES OF AUSTIN'S FALSE AND MISLEADING STATEMENTS

ETJL are fighting multiple battles and hope to accomplish the following by committing perjury:

i. Ownership and financing of Janvrin, Ryburn and Crossgar stress Equity Trust's clear responsible to pay the Hilsenraths the $8,000,000 recently ordered by the district court against Janvrin, Ryburn and Crossgar in Janvrin et al v. Hilsenrath et al. Mr. Austin prefers perjury to a payment of $8,000,000.

ii. Ownership and financing of Janvrin, Ryburn and Crossgar establish Equity Trust's role as host of the conspiracy already established to have taken place by the court, side by side with staffing, operating and providing all other services.

iii. In a preemptive action to further obstruct justice, ETJL dissolved Ryburn and Crossgar recently in anticipation of an adverse ruling in Janvrin v. Hilsenrath, as presented in Hilsenrath Supplemental Declaration – Supplemental Exhibit D.

AUSTIN'S DISINGENUOUS STATEMENTS RE BUSINESS IN THE UNITED STATES

It is hard not to notice in Mr. Austin's declaration, ETJL's efforts to persuade the court that they have absolutely no ties to California or the United States and that they cannot be subject to US federal jurisdiction.

Mr. Austin's statements are particularly puzzling while ETJL keeps an active division in New Your City devoted solely to "assists US clients with the establishment of international structures and provides for related corporate trust and management services" - [Hilsenrath Declaration – Exhibit E: Equity Trust web site].

To leave no doubt as to Equity trust's ETJL's commitment to business in the US, Mr Austin's firm further states in their website:

> "Equity Trust is the preferred service provider for North American multinationals and medium-sized companies. We offer a one-stop sales office located in New York.
>
> We establish vehicles for North American corporate clients in many Equity Trust jurisdictions including Luxembourg, the Netherlands, the Netherlands Antilles and the Cayman Islands. Additionally we can offer services in Aruba, British Virgin Islands, Hong Kong, Jersey, Argentina, and Switzerland."

Special note is made to the fact that the firm of Latham and Watkins LLP with 5 attorneys on this case, including the most senior members of the firm, have put this blatant display of perjury on their letterhead amid their duty of diligence as to the active business of their client in this country.
*["empty head but pure heart is no excuse" – US National Bank Association, N.D. v. Sullivan-Moore, 406 F.3d 465, 470 (7th Cir.2005)]*

## MOTION FOR LEAVE

By way of this motion, plaintiffs move the Court to supplement the current complaint supplementing (1) the information on ETJL's further attempt to cover up their conspiracy through Mr. Austin's perjury and (2) a further Cause of Action to deprive the Hilsenrath's through this declaration, of the compensation awarded by the distinct court against ETJL's properties: Janvrin, Ryburn and Crossgar.

A proposed supplemented complaint is attached to this motion.

Dated: July 26, 2007

Respectfully submitted,


_____/s_____            _____/s_____
HANA HILSENRATH                    OLIVER HILSENRATH


/Hilsenrath Declaration and [Proposed] Amended Complaint/