1  LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
2  peter.wald@lw.com
   Darius Ogloza (Bar No. 176983)
3  darius.ogloza@lw.com
   Sarah M. Ray (Bar No. 229670)
4  sarah.ray@lw.com
   Katie Y. Chang (Bar No. 246247)
5  katie.chang@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-2562
   Telephone: +415.391.0600
7  Facsimile: +415.395.8095

8  Attorneys for Defendant
   EQUITY TRUST (JERSEY) LIMITED,
9  CAROLINE BOUGEARD AND GRANT BROWN

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14  HANA HILSENRATH AND OLIVER        CASE NO. C:07-CV-3312-CW
    HILSENRATH,
15                                    DECLARATION OF DARIUS OGLOZA IN
              Plaintiffs,             SUPPORT OF DEFENDANTS' OPPOSITION
16                                    TO PLAINTIFFS' MOTION TO DISQUALIFY
         v.                           LATHAM & WATKINS LLP
17
    EQUITY TRUST (JERSEY) LIMITED,    Date:    N/A
18  CANDOVER INVESTMENTS PLC,         Time:    N/A
    INSINGER DE BEAUFORT HOLDINGS     Place:   Courtroom 2, 4th Floor
19  S.A., JARDINE MATHESON HOLDINGS   Judge:   Honorable Claudia Wilken
    LIMITED, GRANT BROWN, MELVYN
20  KALMAN, JOHN PERKINS, CAROLINE    Complaint Filed:  June 25, 2007
    BOUGEARD, AND DOES 1-10,
21
              Defendants.
22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                              CASE NO. C:07-CV-3312-CW
                    DECLARATION OF DARIUS OGLOZA ISO DEFENDANTS' OPPOSITION TO
                    PLAINTIFFS' MOTION TO DISQUALIFY LATHAM & WATKINS LLP

1          I, DARIUS OGLOZA, declare as follows:

2          1.   I am an attorney licensed to practice with the courts of the State of California.

3    I am admitted to the bar of this Court. I am a partner with the law firm of Latham & Watkins

4    LLP ("Latham") and an attorney of record for Equity Trust (Jersey) Limited ("ETJL"), Caroline

5    Bougeard and Grant Brown in this matter. I have personal knowledge of the facts set forth

6    below, except where I indicate otherwise, and if called as a witness could and would testify

7    competently thereto.

8          2.   In connection with plaintiffs' motion to disqualify Latham in this case, I have

9    conducted, and have caused others under my direction to conduct, a diligent search of Latham's

10   client intake and billing records for evidence of representations by this firm of Oliver or Hana

11   Hilsenrath or of U.S. Wireless Corporation.

12         3.   According to Latham's client intake records, on or about February 7, 2007,

13   Latham simultaneously opened two new client files for the entity U.S. Wireless Corporation.

14   One file, styled "general representation," was assigned matter number 0000, and the other file,

15   styled "first financing," was assigned matter number 0001.   Despite diligent search of Latham's

16   client intake records, I was unable to find any client files for U.S. Wireless Corporation, or for

17   Oliver or Hana Hilsenrath, pre-dating the files opened on or about February 7, 2000.

18         4.   Attorneys at Latham are instructed to record all time that they devote to a

19   particular matter, along with a description of the activity undertaken, at or near the time that they

20   undertake the work. The time recorded by each lawyer, or other professional, is captured on

21   invoices that are prepared from time to time in the regular course of Latham's business for

22   transmission to the client or other responsible party for payment. Search of the firm's billing

23   records disclosed several invoices containing time entries for matter number 0001, beginning

24   from February 3, 2000 through October 20, 2000. True and correct copies of the Latham

25   invoices generated for matter 0001, the "first financing," are attached hereto as Exhibit A.

26   Because I understand that former client U.S. Wireless continues to exist, attorney-client and

27   potentially sensitive client information has been redacted from the attached invoices to avoid

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                                                                    2
                                                   CASE NO. C:07-CV-3312-CW
                               DECLARATION OF DARIUS OGLOZA ISO DEFENDANTS' OPPOSITION TO
                                   PLAINTIFFS' MOTION TO DISQUALIFY LATHAM & WATKINS LLP

1   waiver of any privilege or disclosure of client secrets.

2       5.   Also according to Latham's client intake records, on or about February 25,

3   2000, Latham opened a third client file for U.S. Wireless Corporation, matter number 0002,

4   styled "stock option claims."   Search of the firm's billing records disclosed several invoices

5   containing lawyer time entries for matter number 0002, beginning from February 9, 2000

6   through October 26, 2000.   True and correct copies of the Latham invoices from matter 0002 are

7   attached hereto as Exhibit B.   Again, attorney-client and potentially sensitive client information

8   has been redacted from the attached invoices to avoid waiver of any privilege or disclosure of

9   client secrets.

10       6.   The search that I directed of the firm's client intake and billing records

11   disclosed that the two matters discussed in paragraphs 4 and 5 above were the only two

12   substantial matters that this firm handled for U.S. Wireless Corporation.   As discussed above,

13   Latham also opened a "general representation" file, matter number 0000, in February 2000.   A

14   total of only 4.7 hours of lawyer time was invoiced to this matter number, 1.9 hours between

15   October 18 and October 26, 2000 and an additional 2.8 hours between November 30 and

16   December 10, 2000.   An additional 6.9 total hours of lawyer time was invoiced between March

17   9 and March 14, 2000 to a second miscellaneous matter, designated matter 0003, and styled

18   "advice re: D&O insurance premium dispute" for U.S. Wireless.

19       7.   The search that I directed of the firm's client intake and billing records

20   uncovered no additional client files for U.S. Wireless Corporation or information suggesting that

21   Latham represented U.S. Wireless Corporation in any matters other than those addressed above

22   in paragraphs 3 through 6.   Moreover, except as relating to the complaint that I understand this

23   firm filed on behalf of Oliver Hilsenrath on or about June 16, 2000 (a copy of which is attached

24   to the concurrently-filed declaration of Gregory Lindstrom), diligent search of Latham's client

25   intake systems uncovered no representation letters or other correspondence evidencing the

26   existence of any attorney-client relationship between Latham, on one hand, and Hana or Oliver

27   Hilsenrath, on the other hand, no invoices for legal services addressed to either Hana or Oliver

28

LATHAM&WATKINS⅃⅃ᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

3
CASE NO. C:07-CV-3312-CW
DECLARATION OF DARIUS OGLOZA ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO DISQUALIFY LATHAM & WATKINS LLP

1    Hilsenrath or any other document or record evidencing the existence of an attorney-client

2    relationship between Latham and either of the Hilsenraths.

3            8.   Greg Ezring, the attorney referenced on the billing records for the "first

4    financing," is no longer affiliated with Latham & Watkins LLP.  According to Latham's human

5    resources records pertaining to Mr. Ezring, maintained in the normal course of business in

6    Latham's New York office, Mr. Ezring ceased to be employed at Latham in May 2006.  A true

7    and correct copy of a screenshot from the Latham human resources database ("Oracle/People

8    Soft Enterprise") is attached as Exhibit C.

9            I declare under penalty of perjury that the foregoing is true and correct.  Executed

10   at San Francisco, California on September 19, 2007.

11

12   _____

13   Darius Ogloza

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4
CASE NO. C:07-CV-3312-CW
DECLARATION OF DARIUS OGLOZA ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO DISQUALIFY LATHAM & WATKINS LLP

# EXHIBIT A

# LATHAM & WATKINS

ATTORNEYS AT LAW

135 COMMONWEALTH DRIVE

MENLO PARK, CALIFORNIA 94025

TELEPHONE (650) 328-4600

TAX IDENTIFICATION NO: 95-2018373

April 30, 2000

US WIRELESS

ATTENTION: DAVID KLARMAN

VICE PRESIDENT, GENERAL COUNSEL

2303 CAMINO RAMON, SUITE 200

SAN RAMON, CA  94583

PLEASE REMIT PAYMENT TO:
LATHAM & WATKINS
   P.O. BOX 504483
   THE LAKES, NV  88905-4483

PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:
   INVOICE NO.  W 2547009
   FILE NO.  029374-0001

---

**Re:**  **FIRST FINANCING**

For services rendered through April 30, 2000
pursuant to the statement attached                                             60,953.70

Other Charges:

| | |
|---|---:|
| TELEPHONE | 54.81 |
| MEETING EXPENSES | 718.49 |
| DOCUMENT PREPARATION | 2,431.51 |
| FEDERAL EXPRESS & MESSENGER | 53.45 |
| LEGAL RESEARCH | 138.60 |
| PHOTOCOPYING | 289.05 |
| TELECOPYING | 70.00 |

                                                                            3,755.91

Total amount due through April 30, 2000                                      64,709.61

Balance Due                                                                  $64,709.61

## RE: FIRST FINANCING

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 02/03/00 | HAN | 2.70 | INITIAL MEETING WITH CLIENT; REVIEW 10-Q AND 10-K OF COMPANY |
| 02/04/00 | EZRING | 7.00 | ORGANIZATIONAL MEETING WITH WORKING GROUP |
| 02/04/00 | HAN | 11.00 | ATTEND KICK-OFF MEETING AT LEHMAN BROTHERS; REVISE REGISTRATION STATEMENT ON FORM S-3 AND SEND SAME TO CLIENT; REVIEW SEG REGULATIONS REGARDING RESTRICTIONS ON SHELF REGISTRATION AND FORM S-3 FILING |
| 02/07/00 | KAUFMAN | .20 | TELEPHONE CALL WITH D. KLARMAN |
| 02/08/00 | HAN | 7.60 | MEETING WITH G. EZRING REGARDING UNIVERSAL              '; PREPARE DRAFT OF SAME |
| 02/09/00 | EZRING | 3.50 | REVISE SHELF REGISTRATION STATEMENT |
| 02/09/00 | HAN | 1.90 | CONVERSATIONS WITH G. EZRING REGARDING UNIVERSAL SHELF REGISTRATION STATEMENT; REVISE AND DISTRIBUTE SAME |
| 02/10/00 | EZRING | 1.50 | REVIEW SHELF REGISTRATION STATEMENT |
| 02/10/00 | HAN | 1.90 | PREPARE CLIENT MEMORANDUM REGARDING PUBLIC ANNOUNCEMENTS; REVIEW WEIL DUE DILIGENCE LETTER AND CONVERSATIONS WITH P. BOND AND G. EZRING REGARDING SAME |
| 02/11/00 | EZRING | 3.50 | REVIEW SHELF EXHIBITS |
| 02/11/00 | HAN | 6.40 | REVISE UNIVERSAL SHELF REGISTRATION STATEMENT AND CONVERSATIONS WITH G. EZRING REGARDING SAME; PREPARE EXHIBIT INDEX AND SEARCH FOR FORMS OF PURCHASE AGREEMENT, INDENTURE AND WARRANT AGREEMENT |
| 02/14/00 | HAN | .50 | DISCUSSIONS WITH G. EZRING, P. BOND AND E. WEINBERG REGARDING UNIVERSAL SHELF |
| 02/14/00 | HAN | 4.10 | REVISE UNIVERSAL SHELF AND DISTRIBUTE SAME; PREPARE DRAFTS OF FORMS OF PURCHASE AGREEMENT, SENIOR INDENTURE, SUBORDINATE INDENTURE AND WARRANT AGREEMENT |
| 02/15/00 | HAN | 1.90 | REVISE FORMS OF PURCHASE AGREEMENTS, INDENTURE AND WARRANT AGREEMENT |
| 02/15/00 | HAN | .40 | CONVERSATIONS WITH G. EZRING AND E. WEINBERG REGARDING UNIVERSAL SHELF |
| 02/16/00 | EZRING | 4.50 | REVIEW STRATEGIC REPORT, OTHER DUE DILIGENCE DOCUMENTS PROVIDED BY LEHMAN |
| 02/16/00 | HAN | 3.90 | CONVERSATIONS WITH P. BOND AND G. EZRING REGARDING UNIVERSAL SHELF AND REVISE SAME; PREPARE DRAFT OF LATHAM UNIVERSAL SHELF OPINION |
| 02/16/00 | HAN | 1.70 | REVISE EXHIBITS TO UNIVERSAL SHELF AND PREPARE DISTRIBUTION OF SAME |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547009

2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 02/17/00 | EZRING | 2.00 | REVIEW S-3; REVIEW EXHIBITS; TELEPHONE CALLS WITH WORKING GROUP; REVISE SAME |
| 02/17/00 | HAN | 4.80 | CONVERSATIONS WITH P. BOND AND G. EZRING REGARDING UNIVERSAL SHELF; REVISE UNIVERSAL SHELF AND DISTRIBUTIONS OF SAME |
| 02/17/00 | HAN | 1.40 | REVISE SHELF OPINION; PREPARE DIRECTORS AND OFFICERS QUESTIONNAIRE |
| 02/17/00 | SANTOS | .90 | RESEARCH AMERICAN TOY & U.S. WIRELESS SECURITY AND EXCHANGE COMMISSION FILINGS ... INITIAL PUBLIC OFFERINGS. |
| 02/18/00 | EZRING | 1.50 | REVIEW S-3; TELEPHONE CALLS WITH D. KLARMAN; REVIEW LATHAM & WATKIN'S OPINION |
| 02/18/00 | HAN | 1.10 | CONVERSATIONS WITH P. BOND, G. EZRING AND D. KLARMAN REGARDING UNIVERSAL SHELF; REVIEW AND REVISE FINAL DRAFT OF SHELF FOR FILING |
| 02/22/00 | HAN | 1.80 | REVISE OPINION AND BACK-UP MEMORANDUM; CONVERSATIONS WITH P. BOND, E. WEINBERG AND G. EZRING REGARDING EXHIBITS TO UNIVERSAL SHELF AND PROSPECTUS SUPPLEMENT |
| 02/23/00 | HAN | 4.10 | REVIEW COMMENTS OF WEIL GOTSHAL TO SHELF EXHIBITS AND REVISE EXHIBITS; REVIEW DRAFT PROSPECTUS SUPPLEMENT AND PREPARE MARK-UP OF SAME |
| 02/23/00 | HAN | .50 | CONVERSATIONS WITH P. BOND REGARDING DUE DILIGENCE; CONVERSATIONS WITH G. EZRING REGARDING DRAFT PROSPECTUS SUPPLEMENT |
| 02/24/00 | HAN | 1.90 | CONVERSATIONS WITH P. BOND REGARDING DRAFT PROSPECTUS SUPPLEMENT AND UNIVERSAL SHELF; REVIEW DRAFT OF PROSPECTUS SUPPLEMENT FOR COMPLIANCE WITH S-K REGULATIONS |
| 02/25/00 | EZRING | 3.50 | DRAFTING SESSION WITH WORKING GROUP; REVIEW PROSPECTUS SUPPLEMENT |
| 02/25/00 | BONETTI COSTAGLI | .50 | READING MATERIAL ON EQUITY DEALS; PHONE CALL CONCERNING DUE DILIGENCE. |
| 02/25/00 | HAN | 2.30 | ATTEND DRAFTING SESSION |
| 02/25/00 | HAN | 6.80 | REVISE LAY-OUT OF AND TABLES IN PROSPECTUS SUPPLEMENT TO CONFORM TO LEHMAN PRECEDENT |
| 02/26/00 | EZRING | 6.00 | REVISE PROSPECTUS SUPPLEMENT |
| 02/26/00 | HAN | 7.40 | REVISE RISK FACTORS AND FRONT PART OF PROSPECTUS SUPPLEMENT |
| 02/27/00 | EZRING | 1.50 | REVIEW PROSPECTUS SUPPLEMENT |
| 02/27/00 | HAN | 7.90 | REVISE BUSINESS SECTION AND BACK PART OF PROSPECTUS SUPPLEMENT |
| 02/28/00 | EZRING | 9.00 | REVIEW, REVISE PROSPECTUS SUPPLEMENT; CONFERENCE WITH D. KLARMAN |
| 02/28/00 | BONETTI COSTAGLI | 1.00 | EQUITY DEALS MATERIALS: READING AND ANALYZING GENERAL MATTERS AND |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W **2547009**

3

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | INFORMATION. |
| 02/28/00 | HAN | 6.70 | REVISE MD&A AND MANAGEMENT SECTIONS OF PROSPECTUS SUPPLEMENT; REVIEW DUE DILIGENCE FILES |
| 02/29/00 | EZRING | 11.50 | REVIEWED, REVISED PROSPECTUS SUPPLEMENT; REVIEW PRESS RELEASE; CONFERENCE WITH D. KLARMAN |
| 02/29/00 | HAN | 8.60 | CONVERSATIONS WITH D. KLARMAN AND G. EZRING REGARDING            ; SUPPLEMENT       REVISE RISK FACTORS AND BUSINESS SECTIONS; REVIEW DUE DILIGENCE FILES |
| 03/01/00 | EZRING | 3.50 | REVIEW, REVISE PROSPECTUS SUPPLEMENT |
| 03/01/00 | HAN | 6.20 | FURTHER REVISE PROSPECTUS SUPPLEMENT AND PREPARE DISTRIBUTION OF SAME TO WORKING GROUP; CONTINUE REVIEW OF DUE DILIGENCE FILES |
| 03/02/00 | EZRING | 1.00 | CONFERENCE WITH K. HAN; REVIEW DOCUMENTS |
| 03/02/00 | HAN | 2.20 | REVIEW DUE DILIGENCE FILES |
| 03/03/00 | EZRING | .50 | TELEPHONE CALLS WITH WORKING GROUP |
| 03/03/00 | HAN | 6.90 | ATTEND DRAFTING SESSION; PREPARE LIST            ; FOR U.S. WIRELESS MANAGEMENT |
| 03/05/00 | DELLA ROCCA | .60 | REVIEW AND REVISE OPINION |
| 03/06/00 | DELLA ROCCA | .20 | CONFERENCE WITH EZRING REGARDING OPINION |
| 03/06/00 | HAN | 8.90 | REVIEW COMMENTS TO PROSPECTUS RECEIVED FROM WEIL; REVISE RISK FACTORS, MD&A AND BUSINESS SECTIONS TO REFLECT WEIL COMMENTS AND DRAFTING SESSION |
| 03/07/00 | EZRING | 1.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 03/07/00 | HAN | 7.60 | CONVERSATIONS WITH G. EZRING REGARDING SHELF OPINION AND REVISE SAME; CONVERSATIONS WITH P. BOND REGARDING WEIL COMMENTS TO PROSPECTUS SUPPLEMENT; FURTHER REVISE RISK FACTORS, MD&A AND BUSINESS SECTIONS OF PROSPECTUS SUPPLEMENT |
| 03/08/00 | KAUFMAN | .30 | TELEPHONE CALL WITH D. KLARMAN |
| 03/08/00 | HAN | 3.10 | PREPARE S-3 COVER AND EXHIBITS FOR SHELF AMENDMENT FILING; REVIEW RESPONSES OF USWC TO DUE DILIGENCE QUESTIONS; REVISE PROSPECTUS SUPPLEMENT |
| 03/09/00 | DELLA ROCCA | .50 | REVIEW AND REVISE EXHIBIT 5 OPINION |
| 03/09/00 | EZRING | 1.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 03/09/00 | HAN | 2.40 | CONVERSATIONS WITH WEIL RE: DUE DILIGENCE; REVISE RISK FACTORS AND ITS SECTIONS. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547009

4

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| 03/10/00 | EZRING | 2.50 | REVIEW OFFERING MEMORANDUM; REVIEW S-3 |
| 03/10/00 | HAN | 3.20 | REVISE BUSINESS SECTION; REVISE LATHAM OPINION FOR SHELF FILING; REVISE ACCELERATION REQUEST LETTER. |
| 03/14/00 | HAN | .80 | CONVERSATIONS WITH WEIL GOTSHAL REGARDING DUE DILIGENCE AND PROSPECTUS SUPPLEMENT; CONVERSATION WITH D. QUINN REGARDING DUE DILIGENCE; CONVERSATION WITH D. KLARMAN REGARDING PREFERRED STOCK PURCHASE AGREEMENT AND PREPARE AND SEND SAME |
| 03/20/00 | HAN | .90 | REVIEW REVISED PREFERRED STOCK AGREEMENT AND CONFERENCE CALL REGARDING SAME |

| | | | |
|------|------|------|------|
| S DELLA ROCCA | 1.3 | | 682.50 |
| C L KAUFMAN | .5 | | 237.50 |
| G A EZRING | 64.5 | | 26,445.00 |
| AL BONETTI COSTAGLI | 1.5 | | 33,252.50 |
| K HAN | 141.5 | | 126.00 |
| E S SANTOS | .9 | | 210.20 |
| | 210.20 | | 60,953.70 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547009

5

### LATHAM & WATKINS
ATTORNEYS AT LAW
135 COMMONWEALTH DRIVE
MENLO PARK, CALIFORNIA 94025
TELEPHONE (650) 328-4600
TAX IDENTIFICATION NO: 95-201 8373

October 12, 2000

US WIRELESS
2303 CAMINO RAMON
SUITE 200
SAN RAMON, CA 94583

PLEASE REMIT PAYMENT TO:
LATHAM & WATKINS
P.O. Box 504483
THE LAKES, NV 88905-4483

PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:
INVOICE NO. W 2951057
FILE NO. 029374-0001

ATTENTION: DAVID KLARMAN

---

**Re:**    **FIRST FINANCING**

| | | |
|---|---|---|
| Balance due on prior billing | | $   .00 |
| For services rendered through October 12, 2000 pursuant to the statement attached | | 112,487.50 |

Other Charges:

| | |
|---|---|
| TELEPHONE | 367.44 |
| DOCUMENT PREPARATION | 7,972.90 |
| FEDERAL EXPRESS & MESSENGER | 85.94 |
| LEGAL RESEARCH | 616.63 |
| PHOTOCOPYING | 948.35 |
| TELECOPYING | 205.00 |

10,196.26

| | |
|---|---|
| Total amount due through October 12, 2000 | 122,683.76 |
| Less cash on account | -8,290.02 |
| Balance Due | $114,393.74 |

## RE: FIRST FINANCING                    REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| 05/04/00 | HAN | .70 | CONVERSATIONS WITH K. RIZNER AND P. BOND REGARDING ORGANIZATIONAL BOOK; CONFERENCE CALL WITH WORKING GROUP |
| 05/05/00 | EZRING | 1.00 | TELEPHONE CALLS WITH WORKING GROUP |
| 05/08/00 | EZRING | 3.50 | REVIEW DOCUMENTS |
| 05/09/00 | EZRING | 6.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/10/00 | EZRING | 3.50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/11/00 | EZRING | 3.50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/11/00 | HAN | 2.60 | CONVERSATIONS WITH U.S. TRUST, STATE STREET, BANK OF NEW YORK, JIM DOHERTY AND G. EZRING REGARDING ESCROW ACCOUNT; PREPARE DRAFT OF ESCROW AGREEMENT |
| 05/11/00 | HAN | 3.10 | CONFERENCE CALL WITH J. DOHERTY REGARDING ———— ———  ———— —— REVISE AND DISTRIBUTE SAME |
| 05/12/00 | EZRING | 1.00 | TELEPHONE CALLS WITH WORKING GROUP |
| 05/12/00 | HAN | 4.90 | CONVERSATIONS WITH J. DOHERTY; ESCROW AGENT, G. EZRING AND D. KLARMAN REGARDING ESCROW AGREEMENT, CHARTER, PURCHASE AGREEMENT, REGISTRATION RIGHTS AGREEMENT; REVISE AND DISTRIBUTE SAME |
| 05/15/00 | EZRING | 5.50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/15/00 | HAN | 2.10 | CONVERSATIONS WITH J. DOHERTY, ESCROW AGENT, G. EZRING AND D. KLARMAN REGARDING ESCROW AGREEMENT, STOCK PURCHASE AGREEMENT AND REGISTRATION RIGHTS AGREEMENT; REVISE AND DISTRIBUTE SAME |
| 05/16/00 | EZRING | 6.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/16/00 | HAN | 2.20 | CONVERSATIONS WITH J. DOHERTY, G. EZRING AND D. KLARMAN REGARDING ⋮ REVISE ⋮ ———— AND PREPARE EXECUTION SETS OF CLOSING DOCUMENTS |
| 05/16/00 | KALT | 1.00 | DISCUSSED ⋮ WITH K HAN AND CLIENT |
| 05/17/00 | EZRING | 2.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW, REVISE DOCUMENTS |
| 05/17/00 | KALT | .50 | LOOKED OVER ⋮ : MADE MINOR CHANGES |
| 05/18/00 | HAN | 1.10 | CONVERSATIONS WITH D. KLARMAN, G. EZRING AND D. KALT : |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

2

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | PREPARE PACKAGE OF ___ DOCUMENTS FOR CLIENT; CONVERSATIONS WITH J. DOHERTY AND G. LOFASO REGARDING FILING OF ___ |
| 05/19/00 | HAN | .90 | REVIEW ___ FORM; CONVERSATIONS WITH D. KALT, D. KLARMAN, A. SCHLAPHOFF AND D. QUINN REGARDING ___ |
| 05/19/00 | KALT | .50 | SPOKE WITH COUNSEL FROM OTHER SIDE REGARDING: HSR FILING; DISCUSSED SIZE OF PERSON TEST |
| 05/22/00 | EZRING | .50 | TELEPHONE CALLS WITH WORKING GROUP REGARDING ___ |
| 05/22/00 | HAN | .40 | CONVERSATIONS WITH D. KALM, J. DOHERTY, A. SCHLAPHOFF AND G. EZRING REGARDING ___ |
| 05/23/00 | HAN | .90 | REVIEW SUPPLEMENTARY DUE DILIGENCE MATERIALS RECEIVED FROM U.S WIRELESS |
| 05/24/00 | EZRING | 2.50 | REVIEW DOCUMENTS; TELEPHONE CALLS WITH WORKING GROUP |
| 06/06/00 | EZRING | 1.50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 06/07/00 | HAN | .30 | MEETING WITH G. EZRING REGARDING PUBLIC OFFERING |
| 06/08/00 | HAN | 2.30 | REVIEW ___ MATERIALS; PREPARE SUPPLEMENTARY DUE DILIGENCE REQUEST LETTER |
| 06/09/00 | EZRING | 2.00 | TELEPHONE CALLS WITH D. KLARMAN, WORKING GROUP |
| 06/12/00 | HAN | .30 | REVISE SUPPLEMENTARY DUE DILIGENCE REQUEST LETTER AND DISTRIBUTE SAME |
| 06/13/00 | HAN | .40 | MEETING WITH J. MALVEAUX REGARDING STRUCTURE AND PROSPECTUS SUPPLEMENT |
| 06/13/00 | MALVEAUX | .40 | MEETING WITH K. HAN REGARDING CURRENT STATUS OF WIRELESS CASE |
| 06/14/00 | HAN | 2.60 | REVIEW UPDATED PROSPECTUS SUPPLEMENT |
| 06/14/00 | MALVEAUX | 1.00 | REVIEW PROSPECTUS |
| 06/15/00 | EZRING | 5.00 | MEETING WITH WORKING GROUP REGARDING PROSPECTUS |
| 06/15/00 | HAN | 9.10 | ATTEND MEETING WITH G. EZRING, J. MALVEAUX AND D. KLARMAN REGARDING PROSPECTUS SUPPLEMENT; REVIEW COMMENTS OF WEIL GOTSHAL; REVISE BUSINESS SECTION AND RISK FACTORS |
| 06/15/00 | MALVEAUX | 9.00 | MEETING WITH U.S. WIRELESS, WEIL GOTSHAL & MANGES AND LEHMAN BROS. REGARDING DRAFTING PROSPECTUS; REVISE PROSPECTUS |
| 06/16/00 | HAN | 8.90 | DISCUSSIONS WITH G. EZRING, J. MALVEAUX AND D. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | KLARMAN REGARDING PROSPECTUS; REVISE MANAGEMENT SECTION; BUSINESS SECTION AND RISK FACTORS |
| 06/16/00 | MALVEAUX | 6.50 | REVISE PROSPECTUS; DUE DILIGENCE REGARDING |
| 06/18/00 | HAN | 1.10 | REVISE AND PROOFREAD PROSPECTUS SUPPLEMENT AND DISTRIBUTE SAME |
| 06/19/00 | EZRING | 4.50 | DRAFTING SESSION; REVIEW, REVISE PROSPECTUS |
| 06/19/00 | HAN | 5.60 | CONVERSATIONS WITH G. EZRING, J. MALVEAUX, WITH SOUNDVIEW AND LEHMAN REGARDING DRAFTING SESSION; ATTEND DRAFTING SESSION |
| 06/19/00 | MALVEAUX | 6.00 | MEETING WITH U.S. WIRELESS, LEHMAN, DLJ, WIT SOUNDVIEW AND WEIL REGARDING DUE DILIGENCE UPDATE; DUE DILIGENCE REGARDING |
| 06/20/00 | EZRING | 3.00 | REVIEWED, REVISED PROSPECTUS |
| 06/20/00 | HAN | 1.30 | CONVERSATIONS WITH G. EZRING, J. MALVEAUX AND D. KLARMAN REGARDING PROSPECTUS, 10-K, AND DUE DILIGENCE; REVIEW ITS SUMMARY AND |
| 06/20/00 | MALVEAUX | 5.00 | STUDY M               ; STUDY AND MARK-UP PROSPECTUS; DUE DILIGENCE REGARDING |
| 06/21/00 | MALVEAUX | 7.00 | DUE DILIGENCE REGARDING |
| | | | DUE DILIGENCE REGARDING ; DRAFT SUMMARY OF |
| 06/22/00 | EZRING | 4.50 | CONFERENCE CALLS WITH KLARMAN/AUDITORS; REVIEW AUDITS, PROSPECTUS |
| 06/22/00 | HAN | 2.80 | REVIEW DRAFT OF 10-K; REVISE PROSPECTUS SUPPLEMENT |
| 06/22/00 | MALVEAUX | 3.00 | PROOFREAD PROSPECTUS |
| 06/23/00 | EZRING | 9.50 | REVIEW PROSPECTUS; REVIEW AUDITS; CONFERENCE CALLS WITH AUDITORS; TELEPHONE CALLS WITH WORKING GROUP |
| 06/23/00 | HAN | 11.60 | ATTEND DRAFTING SESSION (5.7); REVIEW COMMENTS OF WEIL GOTSHAL; CONVERSATIONS WITH G. EZRING AND J. MALVEAUX REGARDING PROSPECTUS; REVISE BUSINESS SECTION, MD&A RISK FACTORS AND MANAGEMENT SECTION (5.9) |
| 06/23/00 | MALVEAUX | 8.50 | DRAFTING SESSION WITH LEHMAN, DLJ, WIT SOUNDVIEW, WEIL GOTSHAL AND JAN KLEIN; REVISE PROSPECTUS |
| 06/24/00 | EZRING | 5.00 | DRAFTING SESSION WITH WORKING GROUP |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 06/25/00 | HAN | 4.10 | REVISE BUSINESS SECTION |
| 06/26/00 | EZRING | 4.50 | REVISE DRAFT OFFERING MEMORANDUM; REVIEW DILIGENCE DOCUMENTS |
| 06/26/00 | HAN | 3.40 | CONVERSATIONS WITH G. EZRING AND J. MALVEAUX REGARDING PROSPECTUS; REVISE PROSPECTUS (2.9); CONVERSATIONS WITH G. EZRING AND D. KLARMAN REGARDING 10-K (.2); CONVERSATIONS WITH J. MALVEAUX REGARDING DUE DILIGENCE (.3) |
| 06/26/00 | MALVEAUX | 5.00 | UPDATE DUE DILIGENCE FOR PROSPECTUS; REVISE PROSPECTUS |
| 06/27/00 | EZRING | 2.00 | REVIEW DRAFT OFFERING MEMORANDUM |
| 06/27/00 | HAN | 7.90 | CONVERSATIONS WITH G. EZRING AND J. MALVEAUX REGARDING PROSPECTUS; REVISE RISK FACTORS, MD&A AND BUSINESS SECTIONS |
| 06/27/00 | MALVEAUX | 4.50 | REVIEW ⌐ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾; REVISE PROSPECTUS |
| 06/28/00 | HAN | 1.90 | REVISE PROSPECTUS SUPPLEMENT AND DISTRIBUTE DRAFT TO WORKING GROUP; PREPARE DUE DILIGENCE DOCUMENT REQUEST LETTER |
| 06/28/00 | MALVEAUX | 4.50 | RELEASE LETTER TO D. KLARMAN OF U.S. WIRELESS REGARDING DOCUMENTS NEEDED FOR DUE DILIGENCE; REVISE PROSPECTUS |
| 06/29/00 | EZRING | 3.50 | REVISE PROSPECTUS; REVIEW DILIGENCE MATERIALS |
| 06/29/00 | MALVEAUX | 6.00 | REVISE PROSPECTUS |
| 06/30/00 | EZRING | 5.00 | MEETING WITH WORKING GROUP |
| 06/30/00 | MALVEAUX | 4.00 | DRAFTING SESSION WITH U.S. WIRELESS, LEHMAN BROTHERS, WITH SOUNDVIEW AND WEIL GOTSHAL |
| 07/05/00 | EZRING | 2.50 | REVIEW PROSPECTUS SUPPLEMENT |
| 07/05/00 | HAN | .40 | CONVERSATIONS WITH G. EZRING AND J. MALVEAUX REGARDING OPEN ISSUES AND DRAFTING PROSPECTUS; CONVERSATIONS WITH G. SPONBURGH REGARDING FINANCIAL MEETING |
| 07/06/00 | EZRING | 4.50 | REVIEW PROSPECTUS SUPPLEMENT |
| 07/06/00 | HAN | 6.40 | MEETING WITH G. EZRING AND J. MALVEAUX REGARDING PROSPECTUS (.6); REVIEW COMMENTS OF WEIL GOTSHAL AND LEHMAN; REVISE PROSPECTUS (5.8) |
| 07/06/00 | MALVEAUX | 4.50 | REVIEW DUE DILIGENCE MATERIALS RECEIVED FROM US WIRELESS |
| 07/07/00 | EZRING | 6.50 | DRAFTING SESSION |
| 07/07/00 | HAN | 9.60 | ATTEND FINANCIAL DUE DILIGENCE MEETING; CONVERSATIONS WITH D. KLARMAN REGARDING |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

5

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | DUE DILIGENCE AND REVIEW SUPPLEMENTARY DUE DILIGENCE DOCUMENTS AND REVISED 10-K (3.9); REVISE RISK FACTORS, MD&A AND BUSINESS SECTION (5.7) |
| 07/07/00 | MALVEAUX | 5.00 | MEETING WITH WORKING GROUP REGARDING FINANCIALS; DUE DILIGENCE UPDATE; REVISE PROSPECTUS |
| 07/08/00 | HAN | 5.10 | REVISE BUSINESS SECTION IN PROSPECTUS |
| 07/10/00 | HAN | 1.40 | REVISE PROSPECTUS |
| 07/11/00 | MALVEAUX | 4.00 | REVISE PROSPECTUS |
| 07/12/00 | HAN | 1.80 | REVIEW COMMENTS OF R. MUDGE TO REVISED PROSPECTUS AND REVISE SAME (.9); REVIEW JULY 5 DUE DILIGENCE PACKAGE FROM CLIENT |
| 07/12/00 | MALVEAUX | 3.00 | REVISE PROSPECTUS; DUE DILIGENCE REGARDING |
| 07/13/00 | MEHLER | .40 | MEET WITH J. MALVEAUX REGARDING |
| 07/13/00 | MALVEAUX | 1.80 | DUE DILIGENCE REGARDING ; MEETING WITH N. MEHLER REGARDING DUE DILIGENCE |
| 07/14/00 | HAN | .50 | CONVERSATIONS WITH J. MALVEAUX REGARDING PROSPECTUS; REVISE SAME |
| 07/25/00 | HAN | 4.80 | MEETING WITH D. KLARMAN REGARDING PROSPECTUS COMMENTS AND CONVERSATIONS WITH G. EZRING REGARDING SAME; REVISE SUMMARY, RISK FACTORS, MANAGEMENT AND FINANCIAL SECTIONS OF PROSPECTUS |
| 07/26/00 | HAN | 4.60 | DISCUSSIONS WITH J. KLEIN, D. KLARMAN AND G. EZRING REGARDING PROSPECTUS; REVISE MD&A AND BUSINESS SECTIONS |
| 07/27/00 | HAN | 3.80 | MEETINGS WITH D. KLARMAN REGARDING PROSPECTUS AND REVISE SAME |
| 07/27/00 | MEHLER | .50 | REVIEW SECTIONS OF PROSPECTUS AND VOICE MAIL TO K. HAN REGARDING SAME |
| 07/28/00 | EZRING | 1.50 | REVIEW PROSPECTUS SUPPLEMENT |
| 07/28/00 | HAN | 3.10 | CONVERSATIONS WITH G. EZRING REGARDING COMMENTS TO PROSPECTUS; REVISE PROSPECTUS AND DISTRIBUTE SAME TO WORKING GROUP |
| 07/28/00 | MEHLER | .30 | TELEPHONE CALL WITH K. HAN REGARDING RISK FACTOR FOR PROSPECTUS |
| 07/30/00 | EZRING | 2.00 | REVIEWED PROSPECTUS |
| 07/31/00 | EZRING | 5.00 | DRAFTING SESSION WITH WORKING GROUP |
| 07/31/00 | HAN | 3.00 | ATTEND DRAFTING SESSION |
| 07/31/00 | MEHLER | .10 | VOICE MAIL TO K. HAN REGARDING RISK FACTOR FOR PROSPECTUS |
| 08/02/00 | HUBER | .20 | CALL WITH KAREN HAN REGARDING |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

6

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/02/00 | HAN | .80 | CONVERSATIONS WITH G. EZRING AND J. HUBER ; REVIEW |
| 08/03/00 | HAN | 4.60 | REVISE PROSPECTUS TO INCORPORATE COMMENTS OF WORKING GROUP AT JULY 31 DRAFTING SESSION; REVIEW SIGNALSOFT PROSPECTUS AS PRECEDENT |
| 08/03/00 | MEHLER | 2.40 | MARK UP ̄: RISK FACTORS FOR PROSPECTUS AND DUE DILIGENCE RESEARCH FOR SAME |
| 08/04/00 | HAN | 6.90 | REVIEW COMMENTS OF WEIL GOTSHAL AND INTELLECTUAL PROPERTY COUNSEL TO JULY 28 DRAFT OF PROSPECTUS SUPPLEMENT; REVISE PROSPECTUS SUPPLEMENT |
| 08/04/00 | MEHLER | 2.50 | MARKUP : RISK FACTORS FOR PROSPECTUS AND DUE DILIGENCE RESEARCH FOR SAME |
| 08/07/00 | HAN | 3.10 | REVIEW UPDATES ON : RESEARCH ; REVISE BUSINESS SECTION OF PROSPECTUS |
| 08/08/00 | HAN | 1.20 | CONVERSATIONS WITH INTELLECTUAL PROPERTY COUNSEL AND REVIEW DUE DILIGENCE MATERIALS; REVISE BUSINESS SECTION OF PROSPECTUS |
| 08/09/00 | MEHLER | .40 | RESEARCH REGARDING AND EMAIL K. HAN REGARDING SAME |
| 08/15/00 | HAN | .90 | REVISE BUSINESS SECTION OF PROSPECTUS |
| 08/25/00 | HAN | .50 | CONVERSATIONS WITH E. WONG REGARDING I DISTRIBUTE EXECUTION SETS OF DOCUMENTS |
| 09/12/00 | HAN | .40 | CONVERSATIONS WITH LEHMAN, D. KLARMAN AND G. EZRING REGARDING NEW BUSINESS MODEL AND PROSPECTUS |
| 09/18/00 | HAN | 1.70 | REVIEW FCC'S REVISED MANDATE AND LEHMAN INTELLIGENT TRANSPORTATION MATERIALS |
| 09/21/00 | EZRING | 1.00 | REVISE LEHMAN PROSPECTUS MARK-UP |
| 09/22/00 | EZRING | 4.00 | CONFERENCE CALLS WITH WORKING GROUP |
| 09/22/00 | HAN | 3.90 | CONFERENCE CALL WITH WORKING GROUP REGARDING BUSINESS PLAN AND AGENDA; CONVERSATIONS WITH P. BOND AND K. RIZNER REGARDING DUE DILIGENCE |
| 09/23/00 | HAN | 4.70 | REVIEW COMMENTS OF LEHMAN TO PROSPECTUS AND REVIEW ITS PRESENTATION MATERIALS; REVISE PROSPECTUS TO INCORPORATE LEHMAN'S COMMENTS |
| 09/25/00 | HAN | 3.40 | REVIEW COMPANY PRESENTATION MATERIALS AND |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | REVISE PROSPECTUS |
| 09/26/00 | HAN | .30 | CONVERSATIONS WITH P. BOND, REVIEW DILIGENCE AND REVIEW WEIL GOTSHAL'S SUPPLEMENTARY DUE DILIGENCE REQUEST LETTER |
| 09/27/00 | EZRING | 2.20 | CONFERENCE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 09/27/00 | HAN | 1.90 | CONFERENCE CALL WITH LEHMAN AND COMPANY REGARDING PROSPECTUS DRAFTING; RESTRUCTURE BUSINESS OPPORTUNITY SECTIONS IN PROSPECTUS |
| 09/29/00 | HAN | 1.80 | REVIEW PRESENTATION MATERIAL AND REVISE PROSPECTUS SUMMARY SECTION TO REFLECT NEW BUSINESS PLAN |
| 09/30/00 | HAN | 6.50 | REVIEW FINANCIAL MODEL AND REVISE SUMMARY, RISK FACTORS, MD&A AND BUSINESS SECTIONS OF PROSPECTUS |
| 10/01/00 | HAN | 3.90 | REVISE BUSINESS SECTION OF PROSPECTUS |
| 10/02/00 | EZRING | 3.00 | REVIEW DRAFT PROSPECTUS |
| 10/02/00 | HAN | 4.10 | CONVERSATIONS WITH G. EZRING REGARDING PROSPECTUS, REVISE AND DISTRIBUTE SAME TO WORKING GROUP |
| 10/02/00 | HAN | 2.10 | REVIEW SUPPLEMENTARY DUE DILIGENCE MATERIALS RECEIVED FROM COMPANY |
| 10/04/00 | HAN | 2.90 | REVIEW COMMENTS OF COMPANY TO PROSPECTUS AND REVISE SAME |
| 10/05/00 | HAN | 3.10 | CONVERSATIONS WITH COMPANY, LEHMAN AND WEIL REGARDING COMMENTS TO PROSPECTUS AND REVISE PROSPECTUS |
| 10/06/00 | EZRING | 2.50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 10/06/00 | HAN | 1.90 | REVIEW OCTOBER 6TH COMMENTS OF LEHMAN TO PROSPECTUS AND REVISE SAME |
| 10/07/00 | HAN | 1.80 | REVISE PROSPECTUS TO INCORPORATE 10/6 COMMENTS OF LEHMAN AND DISTRIBUTE SAME |
| 10/10/00 | EZRING | 1.50 | REVIEW DOCUMENTS; TELEPHONE CALLS WITH WORKING GROUP |
| 10/10/00 | HAN | 6.60 | ATTEND DRAFTING SESSION WITH WORKING GROUP; REVISE PROSPECTUS TO REFLECT DISCUSSIONS AT DRAFTING SESSION |
| 10/12/00 | EZRING | .50 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 10/12/00 | HAN | 6.80 | REVIEW MARKETING MATERIALS RECEIVED FROM COMPANY; REVIEW COMMENTS OF WEIL GOTSHAL AND LEHMAN TO PROSPECTUS; REVISE PROSPECTUS TO INCORPORATE COMMENTS |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951057

8

| | | |
|---|---:|---:|
| J J HUBER | .2 | 125.00 |
| G A EZRING | 121.7 | 52,939.50 |
| K HAN | 202.8 | 43,602.00 |
| N MEHLER | 6.6 | 1,419.00 |
| JJ MALVEAUX | 88.7 | 14,192.00 |
| DJ KALT | 2 | 210.00 |
| | 422.00 | 112,487.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W **2951057**

9

# LATHAM & WATKINS
ATTORNEYS AT LAW
135 COMMONWEALTH DRIVE
MENLO PARK, CALIFORNIA 94025
TELEPHONE (650) 328-4600
TAX IDENTIFICATION NO: 95-201 8373

October 31, 2000

US WIRELESS
2303 CAMINO RAMON
SUITE 200
SAN RAMON, CA 94583

PLEASE REMIT PAYMENT TO:
LATHAM & WATKINS
   P.O. BOX 504483
   THE LAKES, NV 88905-4483

PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:
   INVOICE NO. W 3035158
   FILE NO. 029374-0001

ATTENTION: DAVID KLARMAN, ESQ.

---

**Re:**    <u>**FIRST FINANCING**</u>

| | |
|---|---:|
| Balance due on prior billing | $114,393.74 |
| For services rendered through October 31, 2000 pursuant to the statement attached | 6,177.50 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | .49 | |
| DOCUMENT PREPARATION | 317.75 | |
| | | 318.24 |

| | |
|---|---:|
| Total amount due through October 31, 2000 | <u>6,495.74</u> |
| Balance Due | <u>$120,889.48</u> |

## RE: FIRST FINANCING

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/13/00 | HAN | 6.40 | REVIEW  INFORMATION RECEIVED FROM COMPANY; CONVERSATION WITH COMPANY AND WEIL REGARDING PROSPECTUS; REVISE PROSPECTUS AND DISTRIBUTE SAME TO WORKING GROUP |
| 10/18/00 | EZRING | 6.00 | TELEPHONE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |
| 10/18/00 | HAN | 2.10 | REVIEW COMMENTS TO PROSPECTUS AND REPORTS FROM R. MUDGE; REVISE PROSPECTUS |
| 10/19/00 | EZRING | 2.50 | REVIEW DOCUMENTS; CONFERENCE WITH WORKING GROUP |
| 10/20/00 | EZRING | 1.50 | CONFERENCE CALLS WITH WORKING GROUP; REVIEW DOCUMENTS |

| | | |
|---|---|---|
| G A EZRING | 10.00 | 4,350.00 |
| K HAN | 8.50 | 1,827.50 |
| | 18.50 | 6,177.50 |

**REDACTED**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 3035158

2

# EXHIBIT B

# LATHAM & WATKINS
ATTORNEYS AT LAW
135 COMMONWEALTH DRIVE
MENLO PARK, CALIFORNIA 94025
TELEPHONE (650) 328-4600
TAX IDENTIFICATION NO: 95-201 8373

## April 30, 2000

US WIRELESS
ATTENTION: DAVID KLARMAN
VICE PRESIDENT, GENERAL COUNSEL
2303 CAMINO RAMON, SUITE 200
SAN RAMON, CA 94583

PLEASE REMIT PAYMENT TO:
LATHAM & WATKINS
P.O. BOX 504483
THE LAKES, NV 88905-4483

PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:
INVOICE NO. W 2547019
FILE NO. 029374-0002

---

**Re:    STOCK OPTION CLAIMS**

For services rendered through April 30, 2000
pursuant to the statement attached                                          24,300.50

Other Charges:

| | |
|---|---:|
| TELEPHONE | 3.00 |
| DOCUMENT PREPARATION | 396.00 |
| FEDERAL EXPRESS & MESSENGER | 14.36 |
| LEGAL RESEARCH | 48.38 |
| PHOTOCOPYING | 57.63 |
| TELECOPYING | 67.50 |

                                                                          586.87

Total amount due through April 30, 2000                          24,887.37

Balance Due                                                      $24,887.37

## RE: STOCK OPTION CLAIMS

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 02/09/00 | KAUFMAN | 1.30 | TELEPHONE CALL WITH D. KLARMAN REGARDING PENDING CLAIMS; REVIEW MATERIALS |
| 02/14/00 | LINDSTROM | .80 | CONFERENCES WITH S. BAUER AND W. FITTON REGARDING BACKGROUND, STATUS AND STRATEGY; REVIEW AND RESPOND TO K. KAUFMAN E-MAILS REGARDING SAME |
| 02/15/00 | KAUFMAN | .70 | TELEPHONE CALL WITH D. KLARMAN; CORRESPONDENCE REGARDING CLAIMS TO STOCK |
| 02/15/00 | FITTON | .50 | REVIEW MATERIALS AND RESPOND TO G. LINDSTROM'S E:MAIL |
| 02/16/00 | FITTON | .30 | TELEPHONE CONFERENCE WITH K. KAUFMAN REGARDING BACKGROUND; TELEPHONE CONFERENCE WITH D. KLARMAN REGARDING SAME AND TO SCHEDULE MEETING; DRAFT E:MAIL TO G. LINDSTROM REGARDING SAME |
| 02/17/00 | LINDSTROM | 1.00 | CONFERENCES WITH W. FITTON REGARDING KLARMAN MEETING; REVIEW DEMAND LETTER AND BACKGROUND MATERIALS |
| 02/17/00 | FITTON | .10 | LEAVE MESSAGE FOR J. CRANDALL REGARDING |
| 02/18/00 | LINDSTROM | .30 | CONFERENCES WITH W. FITTON REGARDING STATUS OF CLAIMS AND : |
| 02/18/00 | FITTON | .20 | TELEPHONE CONFERENCE WITH J. CRANDALL REGARDING                         '; REVIEW AND ANALYZE SAME |
| 02/19/00 | FITTON | .20 | LEAVE MESSAGE FOR G. LINDSTROM REGARDING CONVERSATION WITH J. CRANDALL; RETRIEVE RESPONSIVE VOICEMAIL |
| 02/22/00 | LINDSTROM | 2.00 | REVIEW BACKGROUND MATERIALS REGARDING                     RYBURN STOCK OPTION CLAIMS; CONFERENCES WITH W. FITTON REGARDING SAME |
| 02/23/00 | LINDSTROM | 2.70 | REVIEW RYBURN ₁            I MATERIALS; MEETING WITH D. KLARMAN REGARDING BACKGROUND, STATUS AND STRATEGY; CONFERENCES WITH W. FITTON AND K. KAUFMAN REGARDING SAME |
| 02/23/00 | FITTON | 4.00 | PREPARE FOR CONFERENCE WITH G. LINDSTROM REGARDING MEETING WITH D. KLARMAN; CONFERENCE WITH G. LINDSTROM REGARDING SAME; PREPARE FOR SAME; PREPARE OUTLINE FOR MEETING; MEET WITH D. KLARMAN; CONFERENCE WITH G. LINDSTROM REGARDING MEETING; RESEARCH REGARDING CAUSE OF ACTION |
| 02/24/00 | LINDSTROM | 1.00 | STOCK OPTION CLAIMS - REVIEW ( RYBURN AGREEMENTS AND RELATED DOCUMENTS; CONFERENCES WITH W. FITTON REGARDING CLAIMS |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547019

2

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 02/24/00 | FITTON | .30 | TELEPHONE CONFERENCES WITH G. LINDSTROM REGARDING STRATEGY REGARDING RESPONDING TO J. CRANDALL'S VOICEMAIL; RETURN J. CRANDALL CALL |
| 02/25/00 | LINDSTROM | 3.00 | STOCK OPTION CLAIMS - REVIEW CLIENT DOCUMENTS; TELECONFERENCE WITH O. HILDENRATH AND D. KLARMAN REGARDING KLARMAN CLAIMS; CONFERENCE WITH W. FITTON REGARDING CLIENT MEMORANDUM REGARDING STRATEGY AND RECOMMENDATION; CONFERENCES WITH W. FITTON REGARDING CLAIMS BY |
| 02/25/00 | FITTON | .50 | TELEPHONE CONFERENCE WITH D. KLARMAN REGARDING STRATEGY WITH J. CRANDALL; TELEPHONE CONFERENCE WITH J. CRANDALL REGARDING STATUS; REVIEW VOICEMAIL FROM G. LINDSTROM REGARDING CONFERENCE CALL WITH D. KLARMAN AND O. HILDENRATH; PREPARE LETTERS REGARDING STRATEGY |
| 02/26/00 | FITTON | 4.40 | DRAFT LETTER TO D. KLARMAN REGARDING ADDITIONAL NECESSARY DOCUMENTS; DRAFT LETTER TO D. KLARMAN REGARDING STRATEGY FOR OPTION ISSUES; CIRCULATE SAME FOR G. LINDSTROM FOR COMMENT; DRAFT E:MAIL REGARDING PUBLICLY AVAILABLE DOCUMENTS |
| 02/28/00 | LINDSTROM | 3.30 | REVIEW CONSULTING AND STOCK OPTION AGREEMENTS; CONFERENCES WITH W. FITTON REGARDING SAME; REVIEW AND REVISE LETTER TO CLIENT REGARDING STRATEGY RECOMMENDATION; CONFERENCE WITH W. FITTON REGARDING SAME |
| 02/28/00 | FITTON | 2.20 | CONFERENCE WITH G. LINDSTROM REGARDING LETTERS REGARDING DOCUMENTS AND STRATEGY; REVISE SAME; CONFERENCE WITH G. LINDSTROM REGARDING REVISIONS; TELEPHONE CONFERENCE WITH J. CRANDALL REGARDING TIMING ISSUES |
| 02/28/00 | HARDHAM | .40 | PROVIDE COPIES OF U.S. WIRELESS CURRENT PROXY, SEPT. 1999 REGISTRATION, AND SEC FILING LIST |
| 02/29/00 | LINDSTROM | 2.00 | TELECONFERENCE WITH D. KLARMAN REGARDING STATUS AND STRATEGY; REVIEW AND REVISE DRAFT LETTER RECOMMENDING STRATEGY REGARDING                RYBURN, LTD. STOCK OPTION CLAIMS; REVIEW D. KLARMAN COMMENTS REGARDING SAME; CONFERENCES WITH W. FITTON REGARDING SAME |
| 02/29/00 | FITTON | 1.20 | INCORPORATE C. KAUFMAN COMMENTS INTO LETTERS REGARDING STRATEGY; INCORPORATE CLIENT'S COMMENTS REGARDING SAME; FINALIZE AND SEND SAME; CONFERENCE WITH G. LINDSTROM REGARDING SAME; TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME |
| 03/02/00 | FITTON | .10 | RETRIEVE VOICEMAIL FROM J. CRANDALL; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 254701 9

**REDACTED**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | FORWARD SAME TO G. LINDSTROM |
| 03/03/00 | LINDSTROM | .30 | TELECONFERENCE WITH D. KLARMAN REGARDING STATUS AND STRATEGY; CONFERENCES WITH W. FITTON REGARDING |
| 03/03/00 | FITTON | .10 | CONFERENCE WITH G. LINDSTROM REGARDING STRATEGY; CONFERENCE WITH D. KLARMAN |
| 03/06/00 | FITTON | .10 | REVIEW AND ANALYZE EMAIL FROM D. KLARMAN REGARDING STRATEGY; FORWARD SAME TO G. LINDSTROM |
| 03/07/00 | LINDSTROM | 1.50 | TELECONFERENCE WITH K. KAUFMAN REGARDING STATUS AND STRATEGY; REVIEW D. KLARMAN E-MAIL REGARDING BOARD DETERMINATION; CONFERENCES WITH W. FITTON REGARDING RYBURN CASE PLAN AND BUDGET |
| 03/07/00 | FITTON | 1.60 | DRAFT LETTER TO J. CRANDALL REGARDING INCORPORATE G. LINDSTROM'S CHANGES; REVIEW BACKGROUND MATERIALS REGARDING SAME |
| 03/08/00 | LINDSTROM | .60 | REVIEW AND REVISE DRAFT LETTER TO J. CRANDALL REGARDING ; CONFERENCE WITH W.B. FITTON REGARDING SAME |
| 03/08/00 | FITTON | .50 | REVISE CRANDALL LETTER WITH G. LINDSTROM CHANGES; INCORPORATE CLIENT'S COMMENTS TO SAME |
| 03/09/00 | LINDSTROM | .40 | REVIEW AND REVISE DRAFT CORRESPONDENCE TO J. CRANDALL REGARDING CONFERENCES WITH W.B. FITTON REGARDING SAME |
| 03/14/00 | LINDSTROM | .50 | RYBURN -- CONFERENCE WITH W.B. FITTON REGARDING RYBURN CASE PLAN AND BUDGET |
| 03/14/00 | FITTON | .20 | CONFERENCE WITH G. LINDSTROM REGARDING BUDGET FOR RYBURN |
| 03/15/00 | LINDSTROM | .80 | REVIEW CONFERENCES WITH W.B. FITTON REGARDING SAME, RESPONSE; REVIEW D. KLARMAN E-MAIL REGARDING SAME; CONFERENCE WITH W.B. FITTON REGARDING RYBURN CASE PLAN AND BUDGET |
| 03/15/00 | FITTON | .20 | DRAFT EMAIL TO G. LINDSTROM REGARDING STRATEGY |
| 03/16/00 | LINDSTROM | 1.30 | REVIEW AND REVISE DRAFT RYBURN CASE PLAN AND BUDGET; CONFERENCES WITH W.B. FITTON REGARDING SAME; REVIEW ; CONFERENCES WITH W.B. FITTON REGARDING RESPONSE |
| 03/16/00 | FITTON | 2.50 | DRAFT LETTER REGARDING RYBURN STRATEGY; LEAVE MESSAGE WITH D. KLARMAN REGARDING SAME; CONFERENCE WITH G. LINDSTROM |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547019

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | REGARDING STRATEGY |
| 03/17/00 | FITTON | 1.30 | FINALIZE LETTER TO D. KLARMAN REGARDING RYBURN STRATEGY; DRAFT RESPONSE LETTER TO J. CRANDALL; FORWARD SAME TO D. KLARMAN |
| 03/21/00 | FITTON | .10 | TELEPHONE CALL WITH D. KLARMAN REGARDING STRATEGY; LEAVE VOICEMAIL FOR G. LINDSTROM REGARDING SAME |
| 03/22/00 | LINDSTROM | .50 | CONFERENCES WITH W.B. FITTON REGARDING RYBURN STATUS |
| 03/24/00 | LINDSTROM | .40 | RYBURN - REVIEW D. KLARMAN E-MAIL REGARDING COMPLAINT; CONFERENCE WITH W.B. FITTON REGARDING SAME |
| 03/27/00 | FITTON | .20 | TELEPHONE CALL WITH J. CRANDALL REGARDING LETTER; EXCHANGE VOICEMAILS WITH G. LINDSTROM REGARDING SAME |
| 03/28/00 | LINDSTROM | .40 | CONFERENCES WITH W.B. FITTON REGARDING |
| 03/28/00 | FITTON | .20 | LEFT MESSAGE FOR J. CRANDALL REGARDING CURRENT STATUS OF DISCUSSIONS; TELEPHONE CALL WITH G. LINDSTROM REGARDING SAME |
| 03/29/00 | LINDSTROM | .50 | CONFERENCES WITH W.B. FITTON REGARDING ; REVIEW D. KLARMAN E-MAIL REGARDING SAME AND RESPONSE |
| 03/29/00 | FITTON | .40 | TELEPHONE CALL WITH J. CRANDALL REGARDING ; TELEPHONE CALL WITH G. LINDSTROM REGARDING SAME; COMMUNICATE SAME TO D. KLARMAN |
| 04/04/00 | LINDSTROM | .20 | CONFERENCE WITH W.B. FITTON REGARDING STATUS AND STRATEGY |
| 04/05/00 | LINDSTROM | .30 | CONFERENCES WITH W.B. FITTON REGARDING DRAFT RYBURN COMPLAINT REVIEW D. KLARMAN E-MAL REGARDING DRAFT COMPLAINT |
| 04/05/00 | FITTON | .10 | FORWARD EMAIL TO G. LINDSTROM REGARDING RYBURN COMPLAINT |
| 04/06/00 | LINDSTROM | 1.20 | REVIEW DRAFT RYBURN COMPLAINT; CONFERENCE WITH W.B. FITTON REGARDING SAME |
| 04/06/00 | FITTON | 2.50 | REVIEW AND ANALYZE RYBURN COMPLAINT; REVIEW G. LINDSTROM'S COMMENTS REGARDING RYBURN COMPLAINT; CONFERENCE WITH G. LINDSTROM REGARDING SAME; DRAFT EMAIL REGARDING SAME |
| 04/07/00 | KAUFMAN | .20 | REVIEW MEMORANDUM REGARDING LAWSUIT REGARDING STOCK |
| 04/07/00 | LINDSTROM | 1.00 | REVIEW DRAFT COMPLAINT AND W.B. FITTON AND D. KLARMAN E-MAILS REGARDING REVISIONS; CONFERENCES WITH W.B. FITTON REGARDING SAME |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547019

5

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 04/07/00 | FITTON | .10 | REVIEW WITH G. LINDSTROM D. KLARMAN'S EMAIL REGARDING RESPONSE TO OUR COMMENT |
| 04/10/00 | KAUFMAN | .50 | REVIEW EMAILS REGARDING |
| 04/10/00 | FITTON | .80 | TELEPHONE CALL WITH J. CRANDALL REGARDING ; TELEPHONE CALL WITH G. LINDSTROM REGARDING SAME; DRAFT LETTER REGARDING SAME; MONITOR EMAILS REGARDING SAME; CONFERENCES REGARDING SAME |
| 04/11/00 | KAUFMAN | .20 | SETTLEMENT OF CLASS |
| 04/11/00 | FITTON | .30 | TELEPHONE CALLS WITH J. CRANDALL REGARDING ; RESPOND TO EMAILS REGARDING SAME |
| 04/12/00 | KAUFMAN | .20 | REGARDING |
| 04/12/00 | LINDSTROM | .70 | REVIEW W.B. FITTON E-MAILS REGARDING STATUS, RESPONSES OF D. KLARMAN AND K. KAUFMAN; CONFERENCES WITH W.B. FITTON REGARDING SAME AND RYBURN COMPLAINT |
| 04/12/00 | FITTON | 1.00 | DRAFT AND RESPOND TO EMAILS REGARDING ; REVISE RYBURN COMPLAINT |
| 04/13/00 | LINDSTROM | .30 | CONFERENCE WITH W.B. FITTON REGARDING STATUS AND DRAFT RYBURN COMPLAINT |
| 04/13/00 | FITTON | 1.00 | REVISE RYBURN DRAFT COMPLAINT; VARIOUS TELEPHONE CALLS REGARDING |
| 04/14/00 | FITTON | .50 | REVISE DRAFT RYBURN COMPLAINT |
| 04/17/00 | FITTON | 2.50 | REVISE DRAFT RYBURN COMPLAINT; RESEARCH REGARDING SAME; TELEPHONE CALL WITH J. CRANDALL REGARDING ( BEGIN DRAFTING AGREEMENT; LEAVE MESSAGE FOR P. EZRING REGARDING |
| 04/18/00 | LINDSTROM | 1.30 | REVIEW W.B. FITTON E-MAIL REGARDING ; CONFERENCE WITH W.B. FITTON REGARDING SAME; REVIEW AND REVISE DRAFT RYBURN COMPLAINT; CONFERENCES WITH W.B. FITTON REGARDING SAME |
| 04/18/00 | FITTON | 2.70 | REVISE RYBURN COMPLAINT; CONFERENCE WITH G. LINDSTROM REGARDING SAME; TELEPHONE CALL WITH J. CRANDALL REGARDING ; DRAFT EMAIL REGARDING SAME; LEAVE MESSAGES FOR EZRING REGARDING SAME |
| 04/19/00 | FITTON | .50 | RESPOND TO EMAILS REGARDING COMPLAINT; TELEPHONE CALL WITH J. CRANDALL REGARDING SETTLEMENT; DRAFT EMAILS REGARDING SAME; CONFERENCE WITH G. LINDSTROM REGARDING SAME |
| 04/20/00 | FITTON | .20 | DRAFT EMAILS REGARDING STATUS |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547019

6

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 04/21/00 | FITTON | .50 | DRAFT EMAIL REGARDING ; RESEARCH REGARDING SAME |
| 04/24/00 | LINDSTROM | .50 | REVIEW D. KLARMAN AND W.B. FITTON E-MAILS REGARDING CONFERENCE WITH W.B. FITTON REGARDING |
| 04/25/00 | FITTON | .30 | TELEPHONE CALL WITH J. CRANDALL REGARDING ; LEAVE MESSAGE FOR D. KLARMAN REGARDING SAME; TELEPHONE CALL WITH G. EZRING REGARDING SAME |
| 04/27/00 | FITTON | .10 | TELEPHONE CALL WITH J. CRANDALL REGARDING ; TELEPHONE CALL WITH D. KLARMAN REGARDING SAME AND RYBURN COMPLAINT |

| | | |
|---|---|---|
| C L KAUFMAN | 3.10 | 1,472.50 |
| G P LINDSTROM | 28.80 | 12,960.00 |
| W B FITTON | 34.40 | 9,804.00 |
| A HARDHAM | .40 | 64.00 |
| | 66.70 | 24,300.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2547019

# LATHAM & WATKINS

ATTORNEYS AT LAW
135 COMMONWEALTH DRIVE
MENLO PARK, CALIFORNIA 94025
TELEPHONE (650) 328-4600
TAX IDENTIFICATION NO: 95-201 8373

September 30, 2000

US WIRELESS
2303 CAMINO RAMON
SUITE 200
SAN RAMON, CA 94583

**PLEASE REMIT PAYMENT TO:**
LATHAM & WATKINS
P.O. Box 504483
THE LAKES, NV 88905-4483

**PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:**
INVOICE NO. W 2951065
FILE NO. 029374-0002

ATTENTION: DAVID KLARMAN

---

**Re:    STOCK OPTION CLAIMS**

| | | |
|---|---|---|
| Balance due on prior billing | | $   .00 |
| For services rendered through September 30, 2000 pursuant to the statement attached | | 41,930.00 |

Other Charges:

| | | |
|---|---|---|
| TELEPHONE | 25.20 | |
| FEDERAL EXPRESS & MESSENGER | 10.14 | |
| LEGAL RESEARCH | 271.74 | |
| FILING FEES | 878.10 | |
| PHOTOCOPYING | 261.97 | |
| TELECOPYING | 50.00 | |
| | | 1,497.15 |

| | |
|---|---|
| Total amount due through September 30, 2000 | 43,427.15 |
| Balance Due | $43,427.15 |

## RE: STOCK OPTION CLAIMS



| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/01/00 | FITTON | .30 | TELEPHONE CALL WITH J. CRANDALL REGARDING ; TELEPHONE CALL WITH D. KLARMAN REGARDING ; RESEARCH REGARDING RYBURN SERVICE |
| 05/03/00 | FITTON | 1.20 | FINALIZE RYBURN COMPLAINT AND PREPARE TO FILE SAME; RESEARCH REGARDING ISSUES; PREPARE CIVIL COVER SHEET; ADDRESS ; |
| 05/08/00 | LINDSTROM | .80 | REVIEW RYBURN COMPLAINT; CONFERENCE WITH W.B. FITTON REGARDING : |
| 05/08/00 | FITTON | .30 | TELEPHONE CALL WITH G. LINDSTROM REGARDING ; RESEARCH REGARDING SAME |
| 05/09/00 | FITTON | 2.50 | RESEARCH REGARDING ; REVISE RYBURN COMPLAINT; SEND SAME TO D. KLARMAN FOR COMMENT; ADDRESS |
| 05/10/00 | FITTON | .10 | REVISE CIVIL COVER SHEET |
| 05/24/00 | FITTON | .20 | TELEPHONE CONFERENCE WITH J. CRANDELL REGARDING ; DRAFT E-MAIL REGARDING STATUS TO D. KLARMAN |
| 05/25/00 | FITTON | .20 | CONFERENCE WITH N. JAEGER REGARDING |
| 05/25/00 | JAEGER | .90 | CONFERENCE WITH W. FITTON REGARDING : CONFERENCE WITH J. WUTZKE REGARDING |
| 05/25/00 | HARDHAM | .20 | PROVIDE COPY OF RISTAU, INTERNATIONAL JUDICIAL ASSISTANCE |
| 05/26/00 | JAEGER | 2.40 | RESEARCH SERVICE OF PROCESS IN ISRAEL AND CHANNEL ISLANDS |
| 05/30/00 | FITTON | .30 | TELECONFERENCE WITH N. JAEGER REGARDING ; EXCHANGE EMAILS WITH D. KLARMAN REGARDING ; REVIEW CORRESPONDENCE REGARDING |
| 05/30/00 | JAEGER | 2.60 | PREPARE REQUESTS FOR SERVICE OF DOCUMENTS ABROAD; CONFERENCE WITH CLERK OF COURT REGARDING SAME; RESEARCH ; RESEARCH ; CONFERENCE WITH SPECIALIZED SERVICES REGARDING FILING REQUIREMENTS |
| 05/30/00 | HARDHAM | .20 | PROVIDE COPY OF RISTAU, INTERNATIONAL JUDICIAL ASSISTANCE |
| 05/31/00 | FITTON | .30 | EXCHANGE EMAILS WITH D. KLARMAN REGARDING D. KLARMAN REGARDING JANVRIN; REVIEW |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

2

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | MATERIALS REGARDING SAME |
| 05/31/00 | JAEGER | 2.70 | CONFERENCE WITH STATE DEPARTMENT REGARDING SERVICE ABOARD REQUIREMENTS FOR ISRAEL AND CHANNEL ISLANDS; CONFERENCE WITH CLERK OF CONTRA COSTA SUPERIOR COURT REGARDING APPLICATION FOR SERVICE ABROAD; PREPARE SAME FOR ALL FOUR DEFENDANTS; CONFERENCE WITH W. FITTON REGARDING AMENDING COMPLAINT |
| 06/01/00 | LINDSTROM | 2.20 | REVIEW CORRESPONDENCE REGARDING JANVRIN CLAIMS AND STOCK SALES; CONFERENCES WITH W.B. FITTON REGARDING SAME; REVIEW DRAFT COMPLAINT |
| 06/01/00 | FITTON | .60 | TELEPHONE CALL WITH N. JAEGER REGARDING |
| 06/01/00 | JAEGER | 4.40 | DRAFT FIRST AMENDED COMPLAINT (2.2); CONFERENCE WITH W. FITTON REGARDING SAME; RESEARCH ; ; CONFERENCE WITH G. LINDSTROM REGARDING ; (2.2) |
| 06/02/00 | KAUFMAN | .30 | TELEPHONE CALL WITH W. FITTON REGARDING LAWSUIT |
| 06/02/00 | LINDSTROM | .50 | CONFERENCES WITH W.B. FITTON REGARDING ; REVIEW D. KLARMAN - W.B. FITTON E-MAILS REGARDING ; REVIEW COMPLAINT |
| 06/02/00 | FITTON | .80 | CALLS WITH N. JAEGER REGARDING ; ANALYZE |
| 06/02/00 | JAEGER | .40 | REVISE FIRST AMENDED COMPLAINT; CONFERENCE WITH W. FITTON AND G. LINDSTROM REGARDING |
| 06/05/00 | KAUFMAN | .30 | REVIEW LITIGATION MATERIAL |
| 06/05/00 | FITTON | .40 | TELEPHONE CALLS WITH N. JAEGER REGARDING AMENDED COMPLAINT; ANALYZE EMAILS |
| 06/05/00 | JAEGER | .70 | CONFERENCE WITH W. FITTON AND G. LINDSTROM REGARDING FIRST AMENDED COMPLAINT ; |
| 06/06/00 | LINDSTROM | 2.70 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCES WITH P. MURPHY REGARDING CONFERENCES WITH N. JAEGER REGARDING |
| 06/06/00 | FITTON | .30 | TELEPHONE CALLS WITH N. JAEGER REGARDING COMPLAINT; RESPOND TO G. LINDSTROM'S VOICEMAIL |
| 06/06/00 | JAEGER | 3.60 | DRAFT FIRST AMENDED COMPLAINT |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

3

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/06/00 | JAEGER | 6.20 | DRAFT AND REVISE REQUESTS FOR SERVICE ABROAD; RESEARCH ; CONFERENCE WITH G. LINDSTROM, P. MURPHY AND W. FITTON REGARDING ___ ; DRAFT LETTER TO D. KLARMAN REGARDING ; REVIEW CONSULTING AGREEMENTS AND EXCHANGE OFFER AGREEMENT |
| 06/07/00 | LINDSTROM | 2.00 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCE WITH P. MURPHY REGARDING |
| 06/07/00 | DAY | 1.30 | RESEARCH REGARDING 1ST AMENDED COMPLAINT |
| 06/08/00 | LINDSTROM | 1.50 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCES WITH P. MURPHY REGARDING CONFERENCES WITH J. DAY REGARDING |
| 06/08/00 | DAY | 3.70 | RESEARCH REGARDING 1ST AMENDED COMPLAINT |
| 06/09/00 | DAY | .90 | EDIT 1ST AMENDED COMPLAINT |
| 06/12/00 | LINDSTROM | 2.50 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCES WITH P. MURPHY REGARDING CONFERENCES WITH W.B. FITTON REGARDING |
| 06/12/00 | DAY | 1.10 | EDIT FIRST AMENDED COMPLAINT |
| 06/13/00 | LINDSTROM | 3.00 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCES WITH P. MURPHY REGARDING ; CONFERENCES WITH J. DAY REGARDING |
| 06/13/00 | DAY | 2.00 | EDIT FIRST AMENDED COMPLAINT |
| 06/14/00 | LINDSTROM | 3.00 | REVIEW AND REVISE DRAFT AMENDED COMPLAINT; TELECONFERENCES WITH P. MURPHY REGARDING ; CONFERENCE WITH W.B. FITTON REGARDING |
| 06/14/00 | FITTON | .50 | TELEPHONE CALL WITH G. LINDSTROM REGARDING STATUS; REVIEW AND COMMENT ON AMENDED COMPLAINT |
| 06/15/00 | LINDSTROM | 3.00 | REVIEW AND REVISE DRAFT COMPLAINT; CONFERENCE WITH P. MURPHY REGARDING CONFERENCES WITH W.B. FITTON REGARDING |
| 06/15/00 | FITTON | 1.00 | FINALIZE AND FILE SECOND AMENDED COMPLAINT; VARIOUS TELEPHONE CALLS REGARDING |
| 06/16/00 | JAEGER | .30 | E-MAIL CORRESPONDENCE WITH W. FITTON, J. DAY, G. LINDSTROM AND P. MURPHY REGARDING |
| 06/19/00 | LINDSTROM | 3.50 | CONFERENCE WITH W.B. FITTON REGARDING FILING OF AMENDED COMPLAINT; REVIEW SAME; REVIEW AND REVISE CLIENT CORRESPONDENCE REGARDING |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

4

| DATE | TIMEKEEPER | HOURS | DESCRIPTION REDACTED |
|------|-----------|-------|-------------|
| | | | SAME; CONFERENCES WITH P. MURPHY REGARDING |
| 06/19/00 | FITTON | .20 | CONFERENCE WITH A. DAILY REGARDING |
| 06/19/00 | JAEGER | .40 | REVIEW DRAFT OF FIRST AMENDED COMPLAINT; CONFERENCE WITH W. FITTON REGARDING SERVICE ABROAD |
| 06/20/00 | LINDSTROM | 2.00 | REVIEW E-MAILS REGARDING ; REVIEW AMENDED, ORIGINAL, DRAFT COMPLAINTS |
| 06/20/00 | FITTON | .30 | REVIEW AND ANALYZE VARIOUS EMAILS REGARDING ALLEGATIONS IN COMPLAINT; TELEPHONE CALL WITH K. BUTLER REGARDING |
| 06/20/00 | DAILY | 2.00 | MEETING WITH ATTORNEY REGARDING CASE BACKGROUND; REVIEW OF AMENDED COMPLAINT; RESEARCH REGARDING CASE ISSUE |
| 06/21/00 | LINDSTROM | 3.00 | REVIEW AND RESPOND TO E-MAILS REGARDING ; REVIEW DRAFT COMPLAINT CONFERENCES WITH N. JAEGER AND W. FITTON REGARDING : CONFERENCES WITH N. JAEGER REGARDING RESEARCH REGARDING |
| 06/21/00 | JAEGER | 1.10 | CONFERENCE WITH G. LINDSTROM REGARDING ISSUES; RESEARCH ; REVIEW HEBREW TRANSLATIONS OF DAHAN AND HARUVI'S ISRAELI CONVICTIONS |
| 06/21/00 | BUTLER | .20 | MEET WITH WILL FITTON; REVIEW CORRESPONDENCE |
| 06/21/00 | DAILY | 4.40 | RESEARCH REGARDING CASE ISSUE |
| 06/22/00 | FITTON | .50 | CONFERENCE WITH A. DAILY REGARDING ; RESPOND TO G. LINDSTROM'S EMAIL MESSAGES |
| 06/22/00 | DAILY | 4.10 | RESEARCH REGARDING CASE; CONFERENCE WITH ATTORNEY REGARDING CASE |
| 06/23/00 | FITTON | .50 | CONFERENCE WITH A. DAILY RESEARCH REGARDING '; TELEPHONE CALL WITH P. MURPHY REGARDING |
| 06/23/00 | DAILY | 3.70 | RESEARCH REGARDING CASE ISSUE; CONFERENCE WITH ATTORNEY REGARDING CASE |
| 06/25/00 | FITTON | .10 | LEAVE MESSAGE WITH P. MURPHY REGARDING |
| 06/26/00 | BUTLER | 2.40 | READING LETTERS, COMPLAINT; RESEARCHING LAW |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

5

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/26/00 | DAILY | 1.10 | EXAMINATION OF RELEVANT CASE LAW |
| 06/27/00 | FITTON | .30 | CONFERENCE WITH A. DAILY REGARDING ; DRAFT EMAIL REGARDING LEGAL THEORY |
| 06/27/00 | BUTLER | 1.10 | REVIEWING EXCHANGE AGREEMENT AND LETTERS |
| 06/27/00 | DAILY | 2.30 | CONFERENCE WITH ATTORNEY REGARDING CASE; RESEARCH REGARDING FURTHER CASE ISSUES |
| 06/28/00 | FITTON | .20 | CONFERENCE WITH K. BUTLER REGARDING RESEARCH REGARDING |
| 06/28/00 | BUTLER | 4.30 | RESEARCH ON WHETHER |
| 06/28/00 | DAILY | 3.30 | RESEARCH REGARDING CASE; BRIEF MEETING WITH ATTORNEY REGARDING CASE |
| 06/29/00 | FITTON | .20 | REVIEW EMAILS FROM P. MURPHY REGARDING TELEPHONE CALL WITH N. JAEGER REGARDING |
| 06/29/00 | DAILY | 1.30 | RESEARCH REGARDING CASE |
| 06/30/00 | FITTON | .50 | TELEPHONE CALLS WITH N. JAEGER REGARDING RETRIEVE AND LEAVE VOICEMAILS WITH P. MURPHY REGARDING ; CONFERENCE WITH A. DAILY REGARDING RESEARCH |
| 06/30/00 | JAEGER | .80 | CONFERENCE WITH W. FITTON AND P. MURPHY REGARDING REVIEW RULES FOR SERVICE ABROAD |
| 07/01/00 | JAEGER | .20 | COORDINATE SERVICE ABROAD FOR DEFENDANTS; RESEARCH ADDRESS FOR NEW YORK DEFENDANTS |
| 07/02/00 | LINDSTROM | .60 | REVIEW E-MAILS REGARDING ; CONFERENCE WITH W.B. FITTON REGARDING STATUS AND STRATEGY |
| 07/02/00 | FITTON | 1.30 | CONFERENCE WITH G. LINDSTROM REGARDING STATUS; LEAVE VOICEMAIL WITH N. JAEGER REGARDING ; REVIEW AND ANALYZE CASE LAW REGARDING |
| 07/02/00 | BUTLER | 8.50 | RESEARCH ON |
| 07/03/00 | JAEGER | .60 | REVIEW/REVISE REQUESTS FOR SERVICE ABROAD |
| 07/05/00 | LINDSTROM | 2.50 | TELECONFERENCES WITH PATRICIA MURPHY REGARDING , REVIEW SAME; CONFERENCES WITH W.B. FITTON REGARDING SAME AND USWC STATE COURT CLAIMS |
| 07/05/00 | FITTON | .50 | REVIEW AND ANALYZE CROSSGAR, ET AL. COMPLAINTS; TELEPHONE CALL WITH P. MURPHY REGARDING : TELEPHONE CALL WITH N. JAEGER REGARDING |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

6

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/05/00 | JAEGER | .70 | COORDINATE SERVICE ABROAD AND RESEARCH PELICAN CONSULTING SERVICE OF PROCESS ADDRESS |
| 07/05/00 | BUTLER | 5.00 | ANALYZE/RESEARCH CASES REGARDING |
| 07/05/00 | LEE | .50 | RESEARCH PELICAN CONSULTING, INC. |
| 07/06/00 | LINDSTROM | 2.00 | REVIEW JANVRIN, ET AL. COMPLAINTS; TELECONFERENCES WITH P. MURPHY AND W.B. FITTON REGARDING                          ; CONFERENCES WITH W.B. FITTON REGARDING |
| 07/06/00 | FITTON | .70 | TELEPHONE CONFERENCE WITH P. MURPHY REGARDING STRATEGY REGARDING                    ; CONFERENCE WITH G. LINDSTROM REGARDING          ; CONFERENCE WITH K. BUTLER REGARDING RESEARCH; TELEPHONE CONFERENCE WITH B. APPELBAUM REGARDING |
| 07/06/00 | JAEGER | .30 | E-MAIL CONFERENCE WITH W. FITTON AND G. LINDSTROM REGARDING                    REVIEW COMPLAINTS |
| 07/06/00 | BUTLER | 8.50 | RESEARCH ON |
| 07/07/00 | LINDSTROM | 2.50 | TELECONFERENCES WITH P. MURPHY REGARDING                     CONFERENCES WITH W.B. FITTON REGARDING        ; REVIEW COMPLAINTS |
| 07/07/00 | BUTLER | 8.10 | RESEARCH AND MEMORANDUM ON DUTY TO TRANSFER STOCKS |
| 07/10/00 | LINDSTROM | 1.50 | TELECONFERENCES WITH P. MURPHY REGARDING                     ; REVIEW LEGAL RESEARCH MEMORANDUM; CONFERENCES WITH P. MURPHY, W.B. FITTON AND K. BUTLER REGARDING |
| 07/10/00 | FITTON | 1.50 | REVIEW AND ANALYZE BUTLER MEMORANDUM; CONFERENCE WITH MESSRS. LINDSTROM AND BUTLER REGARDING STRATEGY; DRAFT COVER LETTER REGARDING BUTLER MEMORANDUM |
| 07/10/00 | BUTLER | 1.10 | MEET WITH GREG LINDSTROM AND WILL FITTON; PREPARE CLIENT MEMORANDUM |
| 07/11/00 | JAEGER | 2.10 | CONFERENCE WITH W. FITTON REGARDING                    DRAFT SAME |
| 07/17/00 | FITTON | .10 | TELEPHONE CALL WITH G. LINDSTROM REGARDING STATUS |
| 07/18/00 | LINDSTROM | .30 | CONFERENCES WITH P. MURPHY AND W.B. FITTON REGARDING |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

7

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/18/00 | FITTON | .10 | SEND P. MURPHY EMAIL REGARDING |
| 08/16/00 | FITTON | .10 | DRAFT EMAIL REGARDING CLOSING MATTER; SEND FILES TO FILEROOM. |

| | | |
|---|---|---|
| C L KAUFMAN | .6 | 315.00 |
| G P LINDSTROM | 39.1 | 18,572.50 |
| W B FITTON | 16.1 | 4,910.50 |
| JL DAY | 9 | 1,935.00 |
| N JAEGER | 30.4 | 6,536.00 |
| KL BUTLER | 39.2 | 6,076.00 |
| A DAILY | 22.2 | 3,441.00 |
| A HARDHAM | .4 | 64.00 |
| F S LEE | .5 | 80.00 |
| | 157.50 | 41,930.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 2951065

# LATHAM & WATKINS

ATTORNEYS AT LAW

135 COMMONWEALTH DRIVE

MENLO PARK, CALIFORNIA 94025

TELEPHONE (650) 328-4600

TAX IDENTIFICATION NO: 95-2018373

October 31, 2000

US WIRELESS
2303 CAMINO RAMON
SUITE 200
SAN RAMON, CA 94583

PLEASE REMIT PAYMENT TO:
LATHAM & WATKINS
P.O. BOX 504483
THE LAKES, NV 88905-4483

PLEASE IDENTIFY YOUR CHECK
WITH THE FOLLOWING NUMBER:
INVOICE NO. W 3035159
FILE NO. 029374-0002

ATTENTION: DAVID KLARMAN, ESQ.

Re:    **STOCK OPTION CLAIMS**

| | | |
|---|---:|---:|
| Balance due on prior billing | | 43,427.15 |
| For services rendered through October 31, 2000 pursuant to the statement attached | | 278.00 |
| Other Charges: | | |
| PHOTOCOPYING | 3.74 | |
| TELECOPYING | 13.75 | |
| | | 17.49 |
| Total amount due through October 31, 2000 | | 295.49 |
| Balance Due | | $43,722.64 |

## RE: STOCK OPTION CLAIMS

REDACTED

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/10/00 | DAY | .30 | REVIEW COMPLAINTS |
| 10/24/00 | FITTON | .30 | DRAFT LETTER TO P. MURPHY REGARDING ; TELEPHONE CALL WITH G. LINDSTROM REGARDING |
| 10/25/00 | FITTON | .10 | LEAVE MESSAGE FOR P. MURPHY REGARDING |
| 10/26/00 | FITTON | .30 | DRAFT AND FILE REQUEST FOR DISMISSAL; TELEPHONE CALL WITH P. MURPHY REGARDING |

| | | | |
|---|---|---|---|
| W B FITTON | .70 | | 213.50 |
| JL DAY | .30 | | 64.50 |
| | 1.00 | | 278.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W 3035159

2

# EXHIBIT C

**Begin Date:** 05/01/2006 [▾]

**End Date:** 05/01/2006 [▾]

View Results

Download results in :  Excel SpreadSheet   CSV Text File   (1 kb)

View All

First ◂ 1-2 of 2 ▸ Last

| | Unit | Location | ID | Name | Title | DeptID | Department | Action | Reason | Eff Date | Full/Part | Start Date | Rehire Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NY | 06 | 01872 | Ezring,Gregory A | Partner | 1010-06 | Corporate | TER | Resignation - Law Firm | 05/01/2006 | Full-Time | 07/15/1996 | 07/15/1996 |
| 2 | NY | 06 | 02659 | | Partner | 1010-06 | Corporate | TER | Resignation - Law Firm | 05/01/2006 | Full-Time | 09/09/1996 | 09/09/1996 |

REDACTED