BAACH ROBINSON & LEWIS PLLC
Sarah L. Knapp (Bar No. 200694)
1201 F Street, NW, Suite 500
Washington, DC 20004-1225
Telephone:  202-833-8900
Facsimile:   202-466-5738
sarah.knapp@baachrobinson.com

Attorneys for Defendants
MELVYN KALMAN & JOHN PERKINS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | **Case No.: No. 3:07-cv-03312 CW**<br><br>**[PROPOSED] ORDER ON DEFENDANTS KALMAN AND PERKINS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 AND SPECIAL MOTION IN THE ALTERNATIVE TO STRIKE PURSUANT TO CAL. CODE CIV. P. 425.16** |

The Motion to Dismiss and Special Motion in the Alternative to Strike by Defendants Kalman and Perkins having come on for hearing before this Court on November 1, 2007, at 9:30 a.m., and upon consideration of the Motion, Plaintiffs' Opposition thereto, Reply to the Opposition, the pleadings and oral arguments of counsel, and the record as a whole, it is ORDERED that the Complaint and all claims therein be, and they hereby are DISMISSED WITH PREJUDICE as to Defendants Kalman and Perkins.

Dated: _____          _____

The Honorable Claudia Wilken
District Court Judge

Hilsenrath v. Equity Trust (Jersey) Ltd., et al. – 3:07-cv-03312 CW
[Proposed] Order on Defendants Kalman and Perkins' Motion to Dismiss or Strike