HANA HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.736.7571
Email: ohlx@sbcglobal.net

PLAINTIFF *PRO SE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EQUITY TRUST (JERSEY) LIMITED, ET AL**<br><br>**Defendants.** | Case No. 3:07-cv-3312 CW<br><br>**DECLARATION OF HANA HILSENRATH IN SUPPORT OF PLAINTIFFS' MOTION RE REVENGE TRUST, JANVRIN, EQUITY TRUST, KALMAN, PERKINS, ET AL**<br><br>**Judge: Hon. Claudia Wilken** |

1    I Hana Hilsenrath declare the following to be true under penalty of perjury.

I declare that I was never an employee and was in no way involved in the business or operation of US Wireless. I was at the time of the events in this declaration a homemaker and a mother of 4 children ages 6-14.

In or about May 2000, I received a phone call from David Dahan on my home phone in Danville California.

Dahan said that he was calling me about the difficulties in selling US Wireless stock related to (what he called) "JANVRIN".

Dahan stated that unless I convince my husband to allow the sale of the JANVRIN stock, he will have US Wireless destroyed, he threatened that my husband, Oliver, and the other managers of US Wireless "will be taken care of" and that my "children will be hungry orphans in the streets".

Further I have personal information and therefore declare that a number of other persons related to US Wireless and their family members received similar phone calls.

Family members of another US Wireless executive reported to Special Agent Lori Lei Johnston of the Federal Bureau of Investigation about a similar phone call from Dahan in reference to the sale of stock and reported the "feeling that Dahan was physically threatening".

Upon these calls, I and the other persons that were threatened have consistently pressured Oliver, CEO of the company, to find a way to settle matters with these people and put an end to the exposure of the company, its executives and their families to such personal and physical risk.

I further declare that while I knew that Dahan is physically threatening and extorting us, I had at the time no knowledge whatsoever that our own trustees, Insinger Trust, and Kalman or Perkins had any part in this scheme.

I only found out about their active participation, support and unlawful use of our family records in summer of 2005, when David Dahan agreed to testify in the Criminal case brought by the US government against Oliver.

I further declare that had I known that Insinger Trust, Kalman and Perkins were active participants at hurting Oliver, me, and our children, I would not have agreed to enter into a renewed trust relationship with Insinger in 2001 and placed in 2002 our very home in Israel in trust with these people.

I further declare that since 2005 I have personal knowledge of the existence of a trust called REVENGE TRUST with its only holding being Janvrin, Ryburn and Crossgar. The REVENGE TRUST was formed by Kalman and Perkins and is managed by Equity Trust.

I have inspected recent correspondence attesting that the REVENGE TRUST still exists and acts at the behest of its trustee –Equity Trust.

My conclusion from inspecting documentation and correspondence of the REVENGE TRUST is that its name and actions jointly reflect its sole purpose to harm Oliver, my family, and me.

Dated September 23, 2007,

                        Signed,

                        HANA HILSENRATH
                        Plaintiff *PRO SE*

                          /s/ Hana Hilsenrath