QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Rachel Herrick (Bar No. 191060)
rachelherrick@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant
INSINGER DE BEAUFORT HOLDINGS S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUITY TRUST (JERSEY) LIMITED, et al., <br><br> Defendants. | CASE NO. C:07-CV-3312 CW <br><br> SUPPLEMENTAL DECLARATION OF ROBERT MOOIJ IN SUPPORT OF INSINGER DE BEAUFORT HOLDINGS S.A.'S REPLY REGARDING ITS MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF SERVICE OF PROCESS <br><br> [Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5)] <br><br> Date: September 27, 2007 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor <br> Judge: Honorable Claudia Wilken |

51260/2219549.1

Case No. C:07-CV-3312-CW
Supplemental Mooij Declaration ISO Insinger de Beaufort Holdings S.A.'s Reply

I, Robert Mooij, declare as follows:

1. I am the Chief Financial Officer and a member of the Board of Directors of Insinger de Beaufort Holdings S.A. ("IBH"). In my capacity as Chief Financial Officer and Director, I have access to, and would in the ordinary course of business become aware of, the subject matter set forth in this declaration. I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. In May 2003, Insinger Trust Holdings Limited (at that time an indirect subsidiary of IBH) executed a sale of its interest in its worldwide trust operations (with the exception of its Luxemburg trust operations), of which Insinger de Beaufort Trust (Jersey) Limited formed a part. The sale was a complete sale, with a reinvestment of a small part of the proceeds in a new holding company, Equity Trust Holdings Sarl. Insinger Trust Holdings Limited reinvested this small part of the proceeds (resulting in an interest of approximately 13.6%) in order to facilitate the transaction. The interest that Insinger Trust Holdings Limited holds in Equity Trust Holdings Sarl has since been diluted to 11%. It is my understanding that Equity Trust Holdings Sarl in turn has a direct or indirect interest in Equity Trust (Jersey) Limited.

3. IBH is a holding company, and has no involvement in the management of its subsidiary holdings. As such, IBH has no involvement in the management or operations of Equity Trust Holdings Sarl, Insinger Trust Holdings Limited, or any of the four additional intermediate subsidiaries described in my prior declaration dated August 22, 2007.

4. John Perkins and Melvyn Kalman have never been employed by, nor authorized to act on behalf of, IBH.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1  Executed this /3 day of September, 2007, at Luxemburg, Grand Duchy of
2  Luxemburg.

_____
Robert Mooij
Chief Financial Officer and Director
Insinger de Beaufort Holdings S.A.