DAVEN G. LOWHURST, St. Bar #124723, dglowhurst@thelen.com
PATRICK M. RYAN, St. Bar #203235, pryan@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
JARDINE MATHESON HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | Case No.: C:07-CV-3312 CW <br><br> **SUPPLEMENTAL DECLARATION OF CHARLES HARRY WILKEN IN SUPPORT OF DEFENDANT JARDINE MATHESON HOLDINGS LIMITED'S MOTION TO DISMISS** <br><br> [F.R.Civ.P. 12(b)(2) AND (b)(5)] <br><br> Date: November 1, 2007 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor <br> Judge: Honorable Claudia Wilken <br><br> Complaint Filed: June 25, 2007 |

I, CHARLES HARRY WILKEN, hereby declare as follows:

1.  From September 5, 1995 through the present, I have been the Company Secretary of defendant Jardine Matheson Holdings Limited ("Jardine"). In my capacity as Company Secretary, I have access to, and would in the ordinary course of Jardine's business become aware of, information with respect to Jardine's offices and business activities, interests in other companies, bank accounts and other assets, filing of tax returns, and the location of and parties to legal action pursued or defended by Jardine.

2.      Jardine has never owned or operated Janvrin, Ryburn, or Crossgar, nor did Jardine negotiate any "original securities" of Janvrin, Crossgar, or Ryburn.  Jardine has never filed any action against the Hilsenraths.  Jardine was not a party to any of the federal actions filed by Janvrin, Crossgar, or Ryburn against U.S. Wireless Corp. and Hilsenrath.  Based on a diligent inquiry, Jardine was unaware of the *Janvrin*, *Ryburn* and *Crossgar* actions against Hilsenrath until after Jardine learned of the present action.

3.      Jardine owns a partial interest in another publicly listed holding company (Jardine Strategic Holdings Limited), which in turn owns a 74% interest in another publicly listed company (Mandarin Oriental International Limited), which in turn indirectly owns an operating company that manages – but does not own – the Mandarin Oriental Hotel in San Francisco.  Not only does Jardine have no ownership interest (direct or indirect) in the Mandarin Oriental Hotel in San Francisco, it also has no involvement in the internal affairs or day-to-day operations of that hotel.

4.      Jardine has an indirect interest in companies which hold Pizza Hut franchises in Vietnam, Taiwan, and Hong Kong, and no where else in the world.  Jardine does not have an interest, direct or indirect, in Pizza Hut franchises in California, or anywhere in the U.S. for that matter.

5.      Jardine holds a partial interest in a publicly listed company (Jardine Strategic Holdings Limited), which indirectly holds a 21% interest in Rothschilds Continuation Holdings AG, which has subsidiaries which in turn carry on banking business.  Jardine has no involvement in the internal affairs or day-to-day operations of Rothschilds Continuation Holdings AG or any bank its subsidiaries may operate.

6.      Jardine owns a 31% interest in a publicly listed company (Jardine Lloyd Thompson Group plc), which has subsidiaries which provide insurance and reinsurance broking services, risk management advice, and employee benefit administration services and related consultancy advice.  Jardine has no involvement in the internal affairs or day-to-day operations of Jardine Lloyd Thompson Group plc or its subsidiaries.

7.      Ryburn Limited and Enderlea Limited are not, nor have they ever been, the same company as Jardine or even an affiliate of Jardine.

8. Matheson Trust was an indirect subsidiary of Jardine until mid 2000 when it was agreed to be sold. Jardine was not involved in the internal affairs or day-to-day operations of Matheson Trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of September, 2007, at Hamilton, Bermuda.

/s/ *Charles Harry Wilken*
Charles Harry Wilken

I, Daven G. Lowhurst, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the signatory hereto.

/s/ *Daven G. Lowhurst*
Daven G. Lowhurst