LATHAM & WATKINS LLP
 Peter A. Wald (Bar No. 85705)
 peter.wald@lw.com
 Darius Ogloza (Bar No. 176983)
 darius.ogloza@lw.com
 Sarah M. Ray (Bar No. 229670)
 sarah.ray@lw.com
 Katie Y. Chang (Bar No. 246247)
 katie.chang@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS S.A., JARDINE MATHESON HOLDINGS LIMITED, PHILIP JOSEPH AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>    Defendants. | CASE NO. C:07-CV-3312 CW<br><br>DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF DEFENDANTS EQUITY TRUST (JERSEY) LTD, CAROLINE BOUGEARD, AND GRANT BROWN'S REPLY TO PLAINTIFFS' OPPOSITION TO ALL DEFENDANTS' MOTION TO DISMISS<br><br>Date:  November 1, 2007<br>Time:  2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

I, PHILIP JOSEPH AUSTIN, declare as follows:

1. I currently am a Managing Director of Equity Trust (Jersey) Limited ("ETJL") and have held this position since 8 May 2006.

2. I have personal and first-hand knowledge of all of the facts stated in this Declaration, except where otherwise stated that my knowledge is based on information and belief. If called upon to do so, I could, and would, testify competently thereto.

3. As I previously attested to, ETJL is a leading trust company which provides trust and fiduciary services to high net worth individuals, corporations and intermediaries. ETJL was first incorporated as a private company under the Companies (Jersey) Law 1991. Both its headquarters and operations are located in Jersey, Channel Islands in the United Kingdom.

4. I have reviewed the opposition brief in this action and, contrary to what is alleged therein, ETJL does not maintain and has never maintained any offices or places of business in New York or elsewhere in the United States. Nor does ETJL maintain the Equity Trust website referred to in plaintiffs' opposition brief. The New York office and the website are maintained (respectively, indirectly and directly) by subsidiaries of Equity Trust (Netherlands) BV, which is the parent company of ETJL. ETJL is a separately incorporated entity from Equity Trust (Netherlands) BV and its other subsidiaries.

5. ETJL does not own or lease any real property in the United States.

6. ETJL does not maintain and has never maintained any officers, employees, representatives or agents in the United States; it does not have bank accounts or telephones, telephone directory listings, or mailing addresses in the United States. ETJL does not maintain books or records in the United States.

7. ETJL has not designated an agent to receive service of process in the United States.

8. ETJL is not registered or licensed to do business in the United States.

9. ETJL does not knowingly, intelligently, or purposefully consent to the jurisdiction of the United States. I do not consent to the jurisdiction of the United States in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2007 at St. Helier, Jersey, Channel Islands.

_____
SIGNED: Philip Joseph Austin