1  LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
2  peter.wald@lw.com
   Darius Ogloza (Bar No. 176983)
3  darius.ogloza@lw.com
   Sarah M. Ray (Bar No. 229670)
4  sarah.ray@lw.com
   Katie Y. Chang (Bar No. 246247)
5  katie.chang@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-2562
   Telephone: +415.391.0600
7  Facsimile: +415.395.8095

8  Attorneys for Defendant
   EQUITY TRUST (JERSEY) LIMITED, PHILIP
9  JOSEPH AUSTIN, CAROLINE BOUGEARD,
   AND GRANT BROWN

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | HANA HILSENRATH AND OLIVER   | CASE NO. C:07-CV-3312-CW
   | HILSENRATH,                  |
15 |                              | CERTIFICATION OF INTERESTED PERSONS
   |         Plaintiffs,          | OF DEFENDANT PHILIP JOSEPH AUSTIN
16 |                              |
   |   v.                         |
17 |                              |
   | EQUITY TRUST (JERSEY) LIMITED,|
18 | CANDOVER INVESTMENTS PLC,    |
   | INSINGER DE BEAUFORT SA, JARDINE|
19 | MATHESON HOLDINGS LIMITED,   |
   | PHILIP JOSEPH AUSTIN, GRANT  |
20 | BROWN, MELVYN KALMAN, JOHN   |
   | PERKINS, CAROLINE BOUGEARD, AND|
21 | DOES 1-10,                   |
22 |         Defendants.          |

23

24     Pursuant to Civil L.R. 3-16, defendant Philip Joseph Austin ("Austin") certifies that no

25 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

26 or other entities other than the named parties to the action (i) have a financial interest in the

27 subject matter in controversy or the defendant; or (ii) any other kind of interest that could be

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-07-3312 CW
CERTIFICATION OF INTERESTED PERSONS OF DEFENDANT PHILIP JOSEPH AUSTIN

SF\628124.1

1  substantially affected by the outcome of the proceeding.

//

Dated: September 27, 2007

                                  Respectfully Submitted,

                                  LATHAM & WATKINS LLP

                                  By /s/ Katie Chang
                                        ATTORNEYS FOR PHILIP JOSEPH AUSTIN

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-07-3312 CW
CERTIFICATION OF INTERESTED PERSONS OF DEFENDANT PHILIP JOSEPH AUSTIN

SF\628124.1