| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (Bar No. 85705) |
| 2 | peter.wald@lw.com |
| | Darius Ogloza (Bar No. 176983) |
| 3 | darius.ogloza@lw.com |
| | Sarah M. Ray (Bar No. 229670) |
| 4 | sarah.ray@lw.com |
| | Katie Y. Chang (Bar No. 246247) |
| 5 | katie.chang@lw.com |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-2562 |
| 7 | Telephone: +415.391.0600 |
| | Facsimile: +415.395.8095 |
| 8 | Attorneys for Defendant |
| | EQUITY TRUST (JERSEY) LIMITED, PHILIP |
| 9 | JOSEPH AUSTIN, CAROLINE BOUGEARD, |
| | AND GRANT BROWN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS S.A., JARDINE MATHESON HOLDINGS LIMITED, PHILIP JOSEPH AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10, <br><br> Defendants. | CASE NO. C:07-CV-3312-CW <br><br> DEFENDANT PHILIP JOSEPH AUSTIN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, *FORUM NON CONVENIENS*, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED <br><br> Date:  November 1, 2007 <br> Time:  2:00 p.m. <br> Place:  Courtroom 2, 4th Floor <br> Judge:  Honorable Claudia Wilken <br><br> Complaint Filed:  June 25, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\628174.1
Case Number: C-07-CV-3312-CW
DEFENDANT PHILIP JOSEPH AUSTIN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Philip Joseph Austin ("Austin") hereby moves this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over Austin and that plaintiffs' service of process was insufficient. In the alternative, Austin moves, pursuant to FRCP 12(b)(3), to dismiss the complaint on the basis that venue in this Court is improper under forum selection clauses set forth in the management agreements that govern relations between ETJL - and thus Austin – and plaintiffs and are applicable to this case. As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine. Additionally, Austin moves, pursuant to FRCP 12(b)(6), that this court dismiss the complaint against him because the sole claim against Austin is not legally tenable.

Subject to ETJL's notice of related case, these alternative motions are set to be heard on November 1, 2007 at 2:00 p.m., or as soon thereafter as they may be heard, before the Honorable Claudia Wilken in Courtroom 2 of the above-named Court at 1301 Clay Street, Oakland, California, 94612.

## RELIEF REQUESTED

Austin seeks an Order dismissing the complaint for lack of personal jurisdiction/insufficiency of process. Alternatively, Austin seek dismissal because venue is improper under forum selection clauses applicable to this case and for *forum non conveniens*. Additionally, Austin seeks dismissal on the merits because the claim against him is not legally tenable.

Dated: September 27, 2007

                                                    Respectfully Submitted,

                                                    LATHAM & WATKINS LLP
                                                    By  /s/ Katie Chang
                                                        ATTORNEYS FOR AUSTIN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\628174.1
Case Number: C-07-CV-3312-CW
DEFENDANT PHILIP JOSEPH AUSTIN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT