| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (Bar No. 85705) |
| 2 | peter.wald@lw.com |
| | Darius Ogloza (Bar No. 176983) |
| 3 | darius.ogloza@lw.com |
| | Sarah M. Ray (Bar No. 229670) |
| 4 | sarah.ray@lw.com |
| | Katie Y. Chang (Bar No. 246247) |
| 5 | katie.chang@lw.com |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-2562 |
| 7 | Telephone: +415.391.0600 |
| | Facsimile: +415.395.8095 |

Attorneys for Defendants
EQUITY TRUST (JERSEY) LIMITED,
CAROLINE BOUGEARD, GRANT BROWN,
AND PHILIP JOSEPH AUSTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS S.A., JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>Defendants. | CASE NO. C:07-CV-3312-CW<br><br>DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF AUSTIN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, *FORUM NON CONVENIENS*, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>Date:    November 1, 2007<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

I, PHILIP JOSEPH AUSTIN, declare as follows:

1.  I am a defendant in the above-entitled action. I have personal knowledge of the facts stated below and could and would competently testify thereto if called as a witness.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\627943.1
Case Number: C:07-CV-3312 CW
DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF AUSTIN'S MOTION TO DISMISS

2. I currently am a Managing Director of Equity Trust (Jersey) Limited ("ETJL") and have held this position since May 8, 2006. I have been employed by ETJL since 8 May 2006 in the capacity described above.

3. It is only since I became Managing Director of ETJL that I've had any knowledge of Oliver and Hana Hilsenrath (the "Hilsenraths"), or David Dahan ("Dahan"), or Haim Haruvi ("Haruvi"), the ultimate beneficial owners of Janvrin Holdings Limited, Crossgar Limited, or Ryburn Limited (together, "the BVI entities").

4. I am a British citizen and a resident of Jersey, Channel Islands. I have only lived in the United Kingdom. I have never been a resident of California or lived anywhere in the United States. I do not plan to reside in California in the future.

5. I have never traveled to California either for ETJL business or for leisure.

6. I have never owned or leased any real property or personal property in the State of California.

7. I have never been registered to vote anywhere in the United States.

8. I do not owe money to any person or entity in the State of California. I do not owe or pay taxes to any California government entity, and I have never filed a California tax return.

9. I do not have any officers, employees, or agents for service of process or other purposes in California; do not have bank accounts in California; do not have telephones, telephone directory listings, or mailing addresses in California; and do not maintain books or records in California.

10. I do not currently maintain, nor have I ever maintained, a business in the State of California. I do not personally have any business clients or customers in the State of California. I do not derive any personal income or other personal economic benefit from the State of California.

11. I have reviewed the allegations of the First Amended Complaint. Contrary to the allegations, I have never been an executive of any of the BVI entities and

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

SF\627943.1
Case Number: C:07-CV-3312 CW
DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF AUSTIN'S MOTION TO DISMISS

2

have only begun holding an executive-level position with ETJL since 2006. I did not have any role in directing or controlling the actions of the BVI entities. In fact, I observe that besides the allegations of perjury, all of the allegations in the First Amended Complaint from the beginning of the alleged conspiracy in March 2000 to the filing of the allegedly frivolous claim in March 2002, occurred before I had any knowledge of the Hilsenraths or the BVI entities.

12. In March 2000, I did not know of and was not involved in any decision by any person to retain the Nixon Peabody law firm or to file claims against the Hilsenraths in March 2002.

13. Other than being named as a defendant in this action, I have never been involved in any other lawsuit brought in the State of California.

14. Defending a lawsuit in California would cause me great hardship as I currently reside and work in Jersey, Channel Islands, and would not be able to fulfill my obligations to my employer while defending this action in California.

15. I have not knowingly, intelligently, or purposefully consented to the jurisdiction of the State of California. I do not consent to the jurisdiction of California in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September, 2007 at ETJL offices, Jersey.

*[signature]*

SIGNED: Philip Joseph Austin

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\627943.1
Case Number: C:07-CV-3312 CW
DECLARATION OF PHILIP JOSEPH AUSTIN IN SUPPORT OF AUSTIN'S MOTION TO DISMISS

3