LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   peter.wald@lw.com
   Darius Ogloza (Bar No. 176983)
   darius.ogloza@lw.com
   Sarah M. Ray (Bar No. 229670)
   sarah.ray@lw.com
   Katie Y. Chang (Bar No. 246247)
   katie.chang@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED, PHILIP
JOSEPH AUSTIN, CAROLINE BOUGEARD,
AND GRANT BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>        Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS S.A., JARDINE MATHESON HOLDINGS LIMITED, PHILIP JOSEPH AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-10,<br><br>        Defendants. | CASE NO. C:07-CV-3312-CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PHILIP JOSEPH AUSTIN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, IMPROPER VENUE, *FORUM NON CONVENIENS*, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>Date: November 1, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

      The Motion to Dismiss submitted by defendant Philip Joseph Austin ("Austin")

came on for hearing before this Court on November 1, 2007 at 2:00 p.m. before the Honorable

Claudia Wilken. Peter A. Wald, Esq. and Darius Ogloza, Esq. of Latham & Watkins LLP

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\628169.1
Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER ON AUSTIN'S MOTION TO DISMISS COMPLAINT

1  appeared for Claudia Wilken.  The other parties were represented by their respective legal
2  counsel, except for plaintiffs who appeared *in pro per*.
3       After considering the papers and evidence submitted by the parties, and the
4  arguments of counsel, the Court hereby GRANTS Austin's motion and orders that this case be
5  dismissed with prejudice as to Austin pursuant to Federal Rule of Civil Procedure 12(b)(2) and
6  12(b)(4) on the basis that the Court lacks personal jurisdiction over Austin and service was
7  defective.  Additionally, pursuant Federal Rule of Civil Procedure 12(b)(3), venue in this court is
8  improper pursuant to forum selection clauses set forth in the management agreements, which are
9  applicable to this case.  Further, the Court finds that dismissal is warranted under the doctrine of
10 *forum non conveniens*.  Lastly, the Court dismisses the complaint with prejudice as to Austin
11 under Federal Rule of Civil Procedure 12(b)(6) as plaintiffs do not and cannot state a legally
12 tenable claim against Austin.

        IT IS SO ORDERED.

Dated: _____     _____
                        The Honorable Claudia Wilken,
                        Judge of the District Court

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\628169.1
Case Number: C:07-CV-3312-CW
[PROPOSED] ORDER ON AUSTIN'S MOTION TO DISMISS COMPLAINT