Sarah L. Knapp (Bar No. 200694)
1201 F Street, NW, Suite 500
Washington, DC 20004-1225
Telephone:  202-833-8900
Facsimile:   202-466-5738
sarah.knapp@baachrobinson.com

Attorneys for Defendants
MELVYN KALMAN & JOHN PERKINS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | Case No.: No. 3:07-cv-03312 CW<br><br>**REVISED NOTICE OF MOTION OF DEFENDANTS KALMAN AND PERKINS TO DISMISS PURSUANT TO FED. R. CIV. P. 12 AND SPECIAL MOTION IN THE ALTERNATIVE TO STRIKE PURSUANT TO CAL. CODE CIV. P. 425.16**<br><br>Date:  November 1, 2007<br>Time:  2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2007 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Claudia Wilken of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California, Defendants Melvyn Kalman ("Kalman") and John Perkins ("Perkins") will and hereby do move to dismiss the Complaint on the merits pursuant to Fed. R. Civ. P. 12 and to strike the Complaint pursuant to Cal. Code Civ. P. § 425.16.  This Motion is based upon this Notice of Motion and the Memorandum filed on September 21, 2007, the pleadings and other matters of record in this action, such other papers as may be filed, oral arguments of counsel, and any other matters properly before the Court.

Hilsenrath v. Equity Trust (Jersey) Ltd., et al., No. 3:07-cv-03312 CW (N.D. Cal.)
Revised Notice of Motion to Dismiss or Strike

**RELIEF REQUESTED**

Kalman and Perkins seek an Order dismissing the Complaint on the merits. Alternatively, Kalman and Perkins seek to have the Complaint dismissed on the basis of personal jurisdiction, venue, and <u>forum non conveniens</u>. Kalman and Perkins further move that the state law claims in the Complaint be stricken pursuant to Cal. Code Civ. P. § 425.16.

Respectfully Submitted,
BAACH ROBINSON & LEWIS PLLC

September 28, 2007

//s//
By: _____
Sarah L. Knapp, Esq.
Baach Robinson & Lewis PLLC
ATTORNEYS FOR DEFENDANTS
KALMAN & PERKINS

2