1  HANA HILSENRATH
   OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net

5  PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>  Plaintiffs,<br>  v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, PHILIP AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-9,<br>  Defendants. | **Case 4:07-cv-03312-CW**<br><br>OLIVER HILSENRATH DECLARATION IN SUPPORT OF OPPOSITION TO KALMAN, PERKINS MOTION TO STRIKE AND DISMISS RE JURISDICTION<br><br>**Judge: Hon. Claudia Wilken**<br>**Date: Nov 1, 2007**<br>**Time: 14:00**<br>**Place: Courtroom 2, 4th Floor** |

I, Oliver Hilsenrath hereby declare the following to be true under penalty of perjury.

The attached exhibits A to S are:

i. True copies of pleadings in this current case and related cases.
ii. True copies of letters sent to/by the US government to/from foreign government agencies
iii. True copies of excerpts of Rule 15 depositions of Perkins and Kalman
iv. True copies of correspondence with Equity Trust
v. True documents from the discovery of case 03-00213 USA v. Hilsenrath et al

Dated: October 10, 2007

Signed,

OLIVER HILSENRATH

Plaintiff *PRO SE*

/s/ Oliver Hilsenrath

# LIST OF EXHIBITS

Exhibit A: Perkins' initial solicitation 1996

Exhibit B: Jardine to Lampert

Exhibit C: Declaration of Austin re Aida and Telecom Associates

Exhibit D: Grant Brown's letters to the Hilsenraths' attorney Federal Public Defender Steve Kalar

Exhibit E: Digest of destroyed (and recovered) records and correspondence

Exhibit F: 1st Instance of wire fraud as part of the Janvrin extortion

Exhibit G: 2nd Instance of wire fraud as part of the Janvrin extortion

Exhibit H: 3rd Instance of wire fraud as part of the Janvrin extortion

Exhibit I: 4th Instance of wire fraud as part of the Janvrin extortion

Exhibit J: Kalman's summary of proceeds of wire fraud as part of the Janvrin extortion

Exhibit K: Cover of extortion by destruction of records

Exhibit L: Kalman Deposition by SEC

Exhibit M: Perkins Deposition by US Attorney re London 2000 meeting and documents

Exhibit N: Judge Zimmerman tentative ruling re default against Hilsenrath

Exhibit O: Judge Wilken order re Janvrin Default

Exhibit P: Perkins, Kalman conflict of interest

Exhibit R: Hana Hilsenrath declaration

Exhibit S: Letter US Wireless to Janvrin attorney Steve Glusband