1

2

3

# Exhibit E: Digest of destroyed (and recovered) records and

4

5

# correspondence

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hilsenrath v Equity et al
Opposition to strike evidence



# INSINGER $^{de}$BEAUFORT

Insinger Trust Company Limited

P.O. Box 3‌6
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

**FAX**

| | | |
|---|---|---|
| TO | : | Mr Amos Bentzur |
| FAX NUMBER | : | 00 972 3 687 22 55 |
| FROM | : | Melvyn Kalman |
| OUR REFERENCE | : | MK/PAI |
| DATE | : | 6 November 2000 |

NUMBER OF PAGES : 1

Dear Amos

I attach herewith two draft letters for your comments please.

The Power of Attorney will be sent to you under separate cover and the file of papers we spoke about will be sent shortly.

Whilst writing, you should get a call from a lawyer here in Jersey who specialises in aircraft leasing. His name is Toby Matthews and he is a good friend of mine.

My report on our meeting will be forwarded to you before the end of the week.

I would like to write to the gentleman we had lunch with, about the property in England, but I have forgotten his name.

Lastly, any news re Alassio Limited?

Kind regards

Yours sincerely
Insinger Trust Company Limited

Melvyn Kalman

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited
Registered in Jersey, Channel Islands, 42712

Fax +44 (0)1534 888 118
E-mail info@jrstrust@je.insinger.com

# INSINGER BEAUFORT

Insinger Trust Company Limited

P.O. Box 316
Jardine House  1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

## FAX

| | | |
|---|---|---|
| TO | : | Amos Bentzur |
| FAX NUMBER | : | 00 972 3 687 2255 |
| FROM | : | Pauline Inwood secretary to Melvyn Kalman |
| OUR REFERENCE | : | MK/PAI |
| DATE | : | 29 November 2000 |

NUMBER OF PAGES  : 1

Dear Mr Bentzur

Thank you for your fax today.

Mr Kalman is in Paris today and will be travelling to London tomorrow afternoon.  I have read your fax to him and he has asked me to give it to Linda de la Cour to look up the Agreements.  John Perkins will be given any relevant documents to bring with him tomorrow.

Yours sincerely

*Pauline Inwood*

Pauline Inwood
Secretary to Melvyn Kalman

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited

Registered in Jersey, Channel Islands, 42712

Fax +44 (0)1534 888 118
E-mail info@jrstrust@jc.insinger.com



# INSINGER ᵈᵉBEAUFORT

Insinger Trust Company Limited

**FAX**

P.O. Box 316
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

| | | |
|---|---|---|
| TO | : | Amos Bentzur |
| COMPANY | : | Attorneys at Law |
| FAX NUMBER | : | 00 972 3687 2255 |
| FROM | : | Linda de la Cour |
| SUBJECT | : | Aida Holdings Limited |
| OUR REFERENCE | : | LDC/1483 |
| DATE | : | 6 November 2000 |

NUMBER OF PAGES  : 17

Dear Mr Bentzur

AIDA HOLDINGS LIMITED

My Director Melvyn Kalman has asked me to fax to you the attached documents in respect of the Power of Attorney on the above Company. Whilst writing I would like to advise that a Courier package is being forwarded to you in respect of the litigation.

Yours sincerely
Insinger Trust Company Limited

Linda de la Cour
Senior Administrator

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited
Registered in Jersey, Channel Islands, 62712

Fax +44 (0)1534 888 118
E-mail infojrstrust@je.insinger.com

July 30/Ref'00 #1

TO: Mr. Peter Zajac
From Oliver Hilsenrath
CC: Mr. John Perkins

Dear Peter

Please transfer the entire cash position from the Borazon account at Matheson Bank (approximately $10,000) to the following account:

**Mellon Bank - Pittsburgh, PA**
ABA # 043 000 261

> For credit to Merrill Lynch
> Account # 1011730

> For further credit to:

> Dr. Oliver and Hana Hilsenrath
> Account # 268- 53M17

For international wires add "Swift # MELNUS3P".

This will conclude the activity in Borazon. Please close this entity and all its accounts and consult with Mr. John Perkins if any fees are due for this process in the particular circumstances.

Please fax me a note with the details of all transfers executed upon completion.

Please thank the entire staff for the excellent service performed for this company.

VTY,

Oliver Hilsenrath

Telecom Associates (T.A.) Ltd
PA0015.QRP

DATE: 11/07/2000
TIME: 11:30:14

*** BASIC DETAILS ***
----------------------

RELATED CLIENT: 1974                                    Hilsenrath O
PARTY TYPE: Company
    CODE: CO1086
REFERENCE: Telecom Associates (T.A.) Ltd
    NAME: Telecom Associates (T.A.) Limited
    SCREEN: Telecom Associates (T.A.) Ltd
    REPORT: Telecom Associates (T.A.) Ltd
    TYPE: NON PERSONAL                                  SUB TYPE :
    STATUS: LIVE
GENERAL ACCESS: N
SECURITY GROUP: PRV
    OFFICER: CGI              Private Client Group
    MANAGER: JHP              Celine Gimenez
CLASSIFICATION: 6            John Perkins
    GROUP:                   Checked/Filed
LANGUAGE PREFERENCE:
ASSOCIATED PARTY:
LAST REVIEW DATE:
NEXT REVIEW DATE:
DEPARTMENT:
DATE LAST CHANGED: 14/03/2000
DATE PREFERENCE: DD/MM/YYYY

Telecom Associates (T.A.) Ltd
PA0017.GRP

ADDRESSES
----------

Road Town
Tortola
Virgin Islands (British)

*** CURRENT ADDRESSES ***
------------------------

ADDRESSES
----------

Jardine House
1 Wesley Street
St. Helier
JE4 8UD
Jersey, C.I.

DATE: 11/07/2000
TIME: 11:30:20

Telecom Associates (T.A.) Ltd
PN0021.QRP

*** RELATIONSHIPS ***

DATE: 11/07/2000
TIME: 11:30:23

| PARTY | ACCOUNT NO. / NAME | RELATIONSHIP TYPE | CCY | OVERDRAFT LIMIT | APPOINTMENT DATE | PRODUCT TYPE | EXPIRY DATE | CONSENTS REQUIRED | DATE OPENED DATE CLOSED | COPY, CREDIT, TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| 809 | MBJ / Matheson Bank International Limited | Bankers | | | 31/12/1998 | | | | | |
| | 02105/102326 Telecom Associates (T.A.) Ltd | | USD | | | | | | | |
| | 02173/102326 Telecom Associates (T.A.) Ltd | | USD | | | | | | | |
| 468 | Chalmers-Hunt Mr David / Mr David Chalmers-Hunt | Alternate Director Linked To: Mr John H Perkins | | | 15/07/1997 | | | | | |
| 290 | Baptiste Cornel / Mr Cornel Baptiste | Director | | | 15/07/1997 | | | | | |
| 386 | Martin Kishma / Kishma Martin | Director | | | 23/12/1998 | | | | | |
| 542 | Perkins Mr John H / Mr John H Perkins | Director | | | 15/07/1997 | | | | | |
| CO1548 | Wesley Secretaries Limited / Wesley Secretaries Limited | Secretary | | | 15/07/1997 | | | | | |
| CO1284 | CN Limited / CN Limited | Shareholders | | | 15/07/1997 | | | | | |
| 1974 | Hilsenrath O / O Hilsenrath | Lender payable\receivable | | | | | | | | |

Telecom Associates (T.A.) Ltd
PA0023.QRP

DATE: 11/07/2000
TIME: 11:30:24

*** EXTENDED DETAILS ***
-----------------------

REGISTERED OFFICE: 204
        ADDRESS: Road Town
                 Tortola
                 Virgin Islands (British)
REGISTERED NUMBER: 240466
     JURISDICTION: BVI         British Virgin Islands
ADMINISTRATION OFFICE: AD1     MTC(J)L
             TYPE:
            GROUP:
   CLASSIFICATION: GEN         4Series Generated Accounts
       OBJECTIVES:
 MAINTAIN HISTORY: Y
   MASTER COMPANY:
     ISSUE SHARES: Y

Telecom Associates (T.A.) Ltd
FA0024.QRP

DATE: 11/07/2000
TIME: 11:30:24

*** DATES ***
-----

INCORPORATION:                          INCORPORATION DATE: 15/07/1997

ANNUAL RETURNS:    APPOINTMENT DATE: 15/07/1997
                                        NEXT DUE: 01/01/2000

ACCOUNTS:              LAST FILED: 15/07/1997

FINANCIAL YEAR END: 31/05    LAST YEAR FILED: 1998
DATE COMPLETED TO: 31/05/1998            DATE FILED:
ACTUAL AUDIT DATE:                       NEXT DUE DATE:
                           INTERNAL AUDIT DATE: 29/08/1999

MEETINGS:          NEXT AGM:

BOARD              GENERAL              AGM
-----              -------              ---

Telecom Associates (T.A.) Ltd
FA0025.QRP

DATE: 11/07/2000
TIME: 11:30:25

*** TAXATION ***
-----------

```
         JURISDICTION: BVI          British Virgin Islands
          TAX STATUS: EXE           Exempt
NEXT TAX RETURN DATE: 01/01/2000
TAX RETURN FREQUENCY: Y
 DATE OF REGISTRATION:
DATE OF DEREGISTRATION:
           VAT NUMBER:
      TAX REFERENCE 1:
      TAX REFERENCE 2:
```

Telecom Associates (T.A.) Ltd
PA0027.QRP

\*\*\* SHARE REGISTER \*\*\*

DATE: 07/11/2000 1:01:11  PM
TIME: 11:31:30         1/01: 1

| TRANSACTION DATE | TRANS TYPE | NUMBER OF SHARES | AMOUNT | CERTIFICATE | TRANSFER FROM/TO | STATUS | BLK | NUMBER RE/CERT |
|---|---|---|---|---|---|---|---|---|

HOLDER: CO1284    CN Limited
                  CN Limited

SHARE TYPE: ORI    Ordinary Shares    SHARE CURRENCY: USD  United States Dollar

| 15/07/1997 | PI | 1.00 | 1.00 | 1 | | V | N | |
|---|---|---|---|---|---|---|---|---|
| | | ==== | | | | | | |
| | | 1.00 | | | | | | |
| | | ==== | | | | | | |

PI = Purchase From Issuer SI = Sale To Issuer TI = Transfer In TO = Transfer Out S = Split C = Consolidation B = Balance R = Redemption

| Account | Name | Ccy | Source | Base |
|---|---|---|---|---|
| 2770. | Fee Processing | GBP | 1,605.40CR | 2,537.61CR |
| 3540.MTCJ. | Creditors - (MTCJ fee notes - Party) | GBP | 263.00DR | 194.35DR |
| 4000. | Share Capital | USD | 1.00CR | 1.00CR |
| 4300. | Revenue Reserves | GBP | 2,041.80DR | 3,297.51DR |
| 4300. | Revenue Reserves | USD | 3,172.76DR | 3,172.76DR |
| 4990.HILSENRATH O. | Shareholders Loan | USD | 10,827.80CR | 10,827.80CR |
| 5080. | Bank Interest | USD | 782.69CR | 782.69CR |
| 6120.MTCJ. | Annual Registration Fees | GBP | 183.56DR | 300.00DR |
| 6300. | Bank Charges | USD | 161.78DR | 161.78DR |
| 6960.MTCJ. | Directors Fees | GBP | 133.33DR | 215.99DR |
| 7700.MTCJ. | Management Disbursements | GBP | 1.24DR | 2.03DR |
| 7720.MTCJ. | Management Fees | GBP | 3,961.86DR | 6,427.78DR |
| 8160.MTCJ. | Registered Office | GBP | 220.27DR | 360.00DR |
| 9270. | Currency Control Account | GBP | 4,795.83CR | 7,616.95CR |
| 9270.MTCJ. | Currency Control Account | GBP | 403.83CR | 643.10CR |
| 9270. | Currency Control Account | USD | 7,616.95DR | 7,616.95DR |
| 9270.MTCJ. | Currency Control Account | USD | 660.00DR | 660.00DR |

At At: 11/07/2000   Base Ccy: USD   1 / 17

NUM

Star Anise Limited
PA0015.ORP

```
*** BASIC DETAILS ***
-----------------------
                                            Wilsonrath O

RELATED CLIENT: 1974
PARTY TYPE: Company
       CODE: CO1578
  REFERENCE: Star Anise Limited
       NAME: Star Anise Limited
     SCREEN: Star Anise Limited
     REPORT: Star Anise Limited
       TYPE: NON PERSONAL
     STATUS: LIVE                         SUB TYPE :

GENERAL ACCESS: N
SECURITY GROUP: PRV                Private Client Group
       OFFICER: CGI               Celine Gimenez
       MANAGER: JHP               John Perkins
 CLASSIFICATION: 99               New cases, not on TrustAx
          GROUP:
LANGUAGE PREFERENCE:
  ASSOCIATED PARTY:
  LAST REVIEW DATE:
  NEXT REVIEW DATE:
        DEPARTMENT:
 DATE LAST CHANGED: 15/03/2000
   DATE PREFERENCE: DD/MM/YYYY
```

DATE: 11/07/2000
TIME: 11:34:25    PAGE: 1

Star Anise Limited
PA0021.QRP

*** RELATIONSHIPS ***
---------------------

DATE: 11/07/2000
TIME: 11:34:27

| PARTY | | RELATIONSHIP TYPE | APPOINTMENT DATE | EXPIRY DATE | CONSENTS REQUIRED | | |
|-------|---|---|---|---|---|---|---|
| 468 | Chalmers-Hunt Mr David | Alternate Director | 18/05/1999 | | N | N | N |
| | Mr David Chalmers-Hunt | Linked To: Mr John H Perkins | | | | | |
| 290 | Baptiste Cornel | Director | 18/05/1999 | | N | N | N |
| | Mr Cornel Baptiste | | | | | | |
| 386 | Martin Kishma | Director | 18/05/1999 | | N | N | N |
| | Kishma Martin | | | | | | |
| 542 | Perkins Mr John H | Director | 18/05/1999 | | N | N | N |
| | Mr John H Perkins | | | | | | |
| 2195 | Morgan Stanley | Investment Managers | 12/05/1999 | | N | N | N |
| | Morgan Stanley Dean Witter, Lutherville, MD | | | | | | |

| | ACCOUNT NO. | NAME | | | CCY. |
|---|---|---|---|---|---|
| | 666-029448-082 | Star Anise | | | USD |

| COI548 | Wesley Secretaries Limited | Secretary | 18/05/1999 | | N | N | N |
| | Wesley Secretaries Limited | | | | | | |
| COI284 | CN Limited | Shareholders | 18/05/1999 | | N | N | N |
| | CN Limited | | | | | | |
| 1974 | Hilsenrath O | Lender payable\receivable | | | N | N | N |
| | O Hilsenrath | | | | | | |
| COI327 | Borazon Limited | Lender payable\receivable | 12/05/1999 | | N | N | N |
| | Borazon Limited | | | | | | |

DATE: 11/07/2000
TIME: 11:34:28

Star Anise Limited
PA0C23.QRP

*** EXTENDED DETAILS ***
------------------------

REGISTERED OFFICE: 204
         ADDRESS: Road Town
                  Tortola
                  Virgin Islands (British)
REGISTERED NUMBER: 318680
    JURISDICTION: BVI          British Virgin Islands
ADMINISTRATION OFFICE: AD1     MTC(J)L
            TYPE:
           GROUP:
  CLASSIFICATION: GEN          4Series Generated Accounts
      OBJECTIVES:
MAINTAIN HISTORY: Y
  MASTER COMPANY:
    ISSUE SHARES: Y

Star Anise Limited
PA0024.ORP

*** DATES ***
------

DATE: 11/07/2000
TIME: 11:34:28

INCORPORATION:

ANNUAL RETURNS:        APPOINTMENT DATE: 31/03/1999        INCORPORATION DATE: 31/03/1999

ACCOUNTS:        LAST FILED:        NEXT DUE: 01/01/2000

FINANCIAL YEAR END: 31/05    LAST YEAR FILED:        DATE FILED:
DATE COMPLETED TO: 31/03/1999        NEXT DUE DATE:
ACTUAL AUDIT DATE:        INTERNAL AUDIT DATE: 29/08/1999

MEETINGS:        NEXT AGM:

GENERAL        AGM
-------        ---

BOARD
-----

Star Anise Limited
PA0027.QRP

*** SHARE REGISTER ***

DATE: 07/11/2000 1:04:13 XXX
TIME: 11:34:31    PAGE: 1

| TRANSACTION DATE | TRANS TYPE | NUMBER OF SHARES | | AMOUNT | CERTIFICATE | TRANSFER FROM/TO | STATUS | BLK | NUMBER BLOCKED |
|---|---|---|---|---|---|---|---|---|---|

HOLDER: CO1284    CN Limited
                  CN Limited

SHARE TYPE: OR1    Ordinary Shares        SHARE CURRENCY:  USD   United States Dollar

| 18/05/1999 | PI | 1.00 | 1.00 | USD | 1 | | V | N | |

PI = Purchase From Issuer  SI = Sale To Issuer  TI = Transfer In  TO = Transfer Out  S = Split  C = Consolidation  B = Balance  R = Redemption

| Account | Name | Ccy | Source | Base |
|---|---|---|---|---|
| 1560.MORGAN STANLEY. | Portfolio under Management | USD | 908,330.31DR | 908,330.31DR |
| 2770. | Fee Processing | GBP | 6,348.51CR | 9,884.00CR |
| 3540. | Creditors - (MTCJ fee notes - Party) | GBP | 0.00CR | 25.76DR |
| 3540.MTCJ. | Creditors - (MTCJ fee notes - Party) | GBP | 0.00CR | 403.86CR |
| 4000. | Share Capital | USD | 1.00CR | 1.00CR |
| 4300. | Revenue Reserves | GBP | 0.00CR | 25.76CR |
| 4990.HILSENRATH O. | Shareholders Loan | USD | 979,481.75CR | 979,481.75CR |
| 5000. | Quoted Investment Income | USD | 36,905.98CR | 36,905.98CR |
| 6120.MTCJ. | Annual Registration Fees | GBP | 183.56DR | 300.00DR |
| 6960.MTCJ. | Directors Fees | GBP | 133.33DR | 215.99DR |
| 7700.MTCJ. | Management Disbursements | GBP | 41.29DR | 67.63DR |
| 7720.MTCJ. | Management Fees | GBP | 5,770.06DR | 9,344.24DR |
| 8160.MTCJ. | Registered Office | GBP | 220.27DR | 360.00DR |
| 9000. | P/(L) Sale Quoted Invs | USD | 108,138.42DR | 108,138.42DR |

As At: 11/07/2000    Base Ccy: USD    1 / 14

NUM



# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING APRIL 30, 2000

PAGE 1 OF 4

Account Number
686 029448

FA
082

Your Financial Advisor
MILLER/STACK
MORGAN STANLEY DEAN WITTER
10751 FALLS ROAD, STE 302
LUTHERVILLE, MD   21093
(410) 583-5222

STAR ANISE
ATTN PETER ZAJAC
PO BOX 316 JARDINE HOUSE
1 WESLEY ST ST HELIER
JERSEY JE4 8UD CHANNEL ISLANDS

000902

686

## ASSET DETAILS

| Your Investments | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|
| 300 | AGILENT TECHNOLOGIES | 88 5/8 | 26,587.50 | | |
| 100 | AKAMAI TECHNOLOGIES INC | 98 7/8 | 9,887.50 | | |
| 100 | ARTISTDIRECT | 4 3/4 | 475.00 | | |
| 650 | ATHEL CORPORATION | 48 15/16 | 31,809.37 | | |
| 50 | AVANEX CORP | 121 7/8 | 6,093.75 | | |
| 100 | AVENUE A | 31 3/4 | 3,175.00 | | |
| 200 | BREAKAWAY SOLUTIONS INC | 26 3/8 | 5,275.00 | | |
| 100 | CARRIER 1 INTL SA | 16 | 1,600.00 | | |
| 250 | CHARTER COMM CLASS A | 14 11/16 | 3,671.87 | | |
| 100 | CHOICE ONE COMMUN | 32 | 3,200.00 | | |
| 100 | CRAYFISH CO LTD ADR | 14 7/8 | 1,487.50 | | |
| 250 | DIGITAL INSIGHT | 39 1/8 | 9,781.25 | | |
| 100 | DIGITAS INC | 15 7/16 | 1,543.75 | | |
| 125 | E.PIPHANY INC | 66 1/16 | 8,257.81 | | |
| 1000 | HOMEGROCER.COM | 5 | 5,000.00 | | |
| 225 | ILLUMINET HOLDING INC | 45 1/16 | 10,139.06 | | |
| 75 | IMPSAT FIBER NETWORKS INC | 15 15/16 | 1,185.93 | | |
| 150 | KPN QWEST | 40 1/4 | 6,037.50 | | |
| 900 | LTX CORPORATION | 45 3/4 | 41,175.00 | | |
| 100 | MARTHA STEWART LIVING-CL A | 14 1/4 | 1,425.00 | | |
| 100 | MCAFEE.COM CORP CL A | 17 3/8 | 1,737.50 | | |
| 100 | PALM INC | 27 1/4 | 2,725.00 | | |
| 100 | PARTNER COMM CO LTD ADR | 10 11/16 | 1,068.75 | | |
| 150 | SAVVIS COMMUNICATIONS CORP | 14 1/8 | 2,118.75 | | |
| 100 | TICKETS.COM | 4 | 400.00 | | |
| 200 | TRITON PCS HLDG INC CLASS A | 42 | 8,400.00 | | |
| 600 | U S WIRELESS CORP | 19 1/4 | 11,550.00 | | |
| 1000 | VIASYSTEMS | 16 | 16,000.00 | | |
| 10201 | UNIT MSDW SELECT FIVE IND 99-3     6000 *07APRG | 6.1782 | 63,023.81 | 2,399.28 | 3.80% |
| 50000 | VENTRO CORP | 48 1/2 | 24,250.00 | 3,000.00 | 12.57% |

**Total Value of Priced Investments** $309,061.60          $5,399.28          1.74%



# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING APRIL 30, 2000

PAGE 2 OF 4

STAR ANISE
ATTN PETER ZAJAC

Account Number 686 029448   TX 082

### Custodial Holdings

| | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | Fund Plan Number |
|---|---|---|---|---|---|---|---|
| 44878.46 MSDW US GVT MYKT | SGHT | 1.00 | 04/28/00 | 44,878.46 | HSDHT | ReInv/ N/A | 511995559 |
| 41454.700 VAN KAMPEN SR FLOATING RATE FD | VKSFR | 9.75 | 04/26/00 | 404,183.32 | NETWK | ReInv/ReInv | |
| 10227.363 MSDW REAL ESTATE FUND C | REFCX | 9.58 | 04/28/00 | 97,978.13 | MSDHT | ReInv/ReInv | 129706555 |
| 10000.000 MSDW INTERNATIONAL FUND C | INLCX | 11.15 | 04/28/00 | 111,500.00 | MSDHT | ReInv/ReInv | 151097860 |

Total Custodial Holdings                                      $658,539.91

### Asset Summary

| | Value | | Est Yrly Income |
|---|---|---|---|
| Cash | 0.00 | | |

Total Account Valuation                                      $967,621.51     $5,399.28

## DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 3/31 | | | -46,988.14 |
| 4/03 | Bought | 50000 | VENTRO CORP 6000 M07APRG | 100.00 | -50,000.00 | -96,988.14 |
| 4/10 | Late Payment Fee | | LATE PAYMENT CHARGE | | -250.94 | -97,239.08 |
| | | | FOR 11 DAYS FROM 03/30/00 | | | -97,239.08 |
| 4/10 | Sold | 500 | HOMESTORE.COM INC | 36 15/16 | 18,445.14 | -78,795.94 |
| | | | PREFERENTIAL RATE | | | -78,795.94 |
| | | | CLIENT LONG IN ACCOUNT | | | -78,795.94 |
| 4/10 | Sold | 150 | HOMESTORE.COM INC | 36 3/4 | 5,502.46 | -73,293.48 |
| | | | PREFERENTIAL RATE | | | -73,293.48 |
| | | | CLIENT LONG IN ACCOUNT | | | -73,293.48 |
| 4/10 | Sold | 1000 | ELECTR DATA SYSTEMS CORP | 68 5/8 | 68,570.56 | -4,723.12 |
| 4/10 | Sold | 100 | E.PIPHANY INC | 97 11/16 | 9,711.50 | +4,988.38 |
| | | | PREFERENTIAL RATE | | | +4,988.38 |
| | | | CLIENT LONG IN ACCOUNT | | | +4,988.38 |
| 4/10 | Sold | 4000 | SUN LIFE FINL SVCS CDA INC | 10.00 | 39,796.31 | +44,784.69 |
| | | | PREFERENTIAL RATE | | | +44,784.69 |
| | | | CLIENT LONG IN ACCOUNT | | | +44,784.69 |
| 4/11 | Bought | 45055.63 | MSDW US GVT MYKT | 1.00 | -45,055.63 | -250.94 |
| 4/13 | Sold | 250.94 | MSDW US GVT MYKT | 1.00 | +250.94 | .00 |
| 4/15 | Dividend | | UNIT MSDW SELECT FIVE IND 99-3 | | +631.64 | +631.64 |

# MORGAN STANLEY DEAN WITTER

**STATEMENT OF YOUR ACCOUNT**
FOR MONTH ENDING APRIL 30, 2000

PAGE 3 OF 4

Account Number
686 029448

FA 082

STAR ANISE
ATTN PETER ZAJAC

## DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| 4/15 | Dividend | | UNIT MSDW SELECT FIVE IND 99-3 | | -631.44 | .00 |
| | | | CKL PAYMENT FOR 4 15 00 | | | .00 |
| 4/24 | Bought | 631.44 | MSDW US GVT MMKT | 1.00 | -631.44 | -631.44 |
| 4/25 | Bought | 230.014 | VAN KAMPEN SR FLOATING RATE FD | 9.75 | -2,252.64 | -2,874.08 |
| | | | REINVESTMENT | | | -2,874.08 |
| 4/27 | Tax | | VAN KAMPEN SR FLOATING RATE FD | | -395.76 | -3,269.84 |
| | Dividend | | VAN KAMPEN SR FLOATING RATE FD | | +2,638.40 | -631.44 |
| | | | DIV PAYMENT   AS OF 04/25/00 | | | -631.44 |
| 4/28 | Dividend | | MSDW US GVT MMKT | | +93.77 | -631.44 |
| | Direct Purchase | 93.770 | MSDW US GVT MMKT | 1.00 | -93.77 | -631.44 |
| | | | REINVESTMENT | | | -631.44 |
| | Sold | 631.44 | MSDW US GVT MMKT | 1.00 | +631.44 | .00 |

CLOSING BALANCE AS OF 4/30                                                                    +.00

## Morgan Stanley Dean Witter Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| MSDW REAL ESTATE FUND C | 912.11 | 0.00 | 136.82 | Reinvest Dividends and Capital Gains |
| MSDW INTERNATIONAL FUND C | 0.00 | 0.00 | 0.00 | Reinvest Dividends and Capital Gains |
| MSDW US GVT MMKT | 532.35 | 0.00 | 19.58 | Reinvest Dividends |
| Totals | $1,444.46 | $0.00 | $156.40 | |

$156.40

For Morgan Stanley Dean Witter Mutual Fund Account Information, call 1-800-869-NEWS(6397).

Corazón Limited
PA0027.QRP

DATE: 07/11/2000  1 ORIG: CUT
TIME: 11:33:39        PAGE: 1

*** SHARE REGISTER ***
-----------------------

| TRANSACTION DATE | TRANS TYPE | NUMBER OF SHARES | AMOUNT | CERTIFICATE | TRANSFER FROM/TO | STATUS | BLK | NUMBER BLOCKED |
|---|---|---|---|---|---|---|---|---|

HOLDER: CO1284        CN Limited
                      CN Limited

SHARE TYPE: OR1    Ordinary Shares    SHARE CURRENCY:  USD    United States Dollar

23/05/1996    PI    1.00                    1.00    1                                V    N
                    ----------                ----------
                    1.00                      1.00
                    ==========                ==========

PI = Purchase From Issuer  SI = Sale To Issuer  TI = Transfer In  TO = Transfer Out  S = Split  C = Consolidation  B = Balance  R = Redemption

| Account | Name | Ccy | Source | Base |
|---|---|---|---|---|
| **1570.STAR ANISE>** | **Loans Rec. - Interest Free Long Term** | **USD** | **500,000.00DR** | **500,000.00DR** |
| 2740.MBJ.02105/102095 | Deposit Accounts - [Party] | USD | 44,640.56DR | 44,640.56DR |
| 2760.MBJ.02173/102095 | Fixed Accounts - [Party] | USD | 0.02DR | 0.02DR |
| 2770. | Fee Processing | GBP | 7,270.02CR | 11,318.69CR |
| 3540.MTCJ. | Creditors - (MTCJ fee notes - Party) | GBP | 0.00CR | 433.70CR |
| 4000. | Share Capital | USD | 1.00CR | 1.00CR |
| 4300. | Revenue Reserves | GBP | 500.99DR | 809.10DR |
| 4300. | Revenue Reserves | USD | 303,596.08CR | 303,596.08CR |
| 4990.HILSENRATH O. | Shareholders Loan | USD | 123,220.76DR | 123,220.76DR |
| 5080. | Bank Interest | USD | 9,327.09CR | 9,327.09CR |
| 6120.MTCJ. | Annual Registration Fees | GBP | 183.56DR | 300.00DR |
| 6300. | Bank Charges | USD | 234.68DR | 234.68DR |
| 6960.MTCJ. | Directors Fees | GBP | 100.00DR | 161.55DR |
| 7700.MTCJ. | Management Disbursements | GBP | 39.94DR | 64.57DR |
| 7720.MTCJ. | Management Fees | GBP | 6,629.09DR | 10,697.36DR |
| 7900. | Professional Fees | USD | 225.00DR | 225.00DR |
| 8160.MTCJ. | Registered Office | GBP | 220.27DR | 360.00DR |
| 9000. | P/[L] Sale Quoted Invs | USD | 356,056.85CR | 356,056.85CR |
| 9270.MTCJ. | Currency Control Account | GBP | 403.83CR | 640.19CR |
| 9270.MTCJ. | Currency Control Account | USD | 660.00DR | 660.00DR |

As At: 11/07/2000    Base Ccy: USD    1 / 20

NUM


DATE: 11/07/2000
TIME: 11:33:31

Borazon Limited
PAG015.ORP

*** BASIC DETAILS ***
--------------------

RELATED CLIENT: 1974        Hilsenrath O
    PARTY TYPE: Company
          CODE: CO1327
     REFERENCE: Borazon Limited
          NAME: Borazon Limited
        SCREEN: Borazon Limited
        REPORT: Borazon Limited
          TYPE: NON PERSONAL          SUB TYPE :
        STATUS: LIVE
GENERAL ACCESS: N
SECURITY GROUP: PRV          Private Client Group
       OFFICER: CGI          Celine Gimenez
       MANAGER: JHP          John Perkins
CLASSIFICATION: 6            Checked/Filed
         GROUP:
LANGUAGE PREFERENCE:
ASSOCIATED PARTY:
LAST REVIEW DATE:
NEXT REVIEW DATE:
     DEPARTMENT:
DATE LAST CHANGED: 19/05/2000
DATE PREFERENCE: DD/MM/YYYY

DATE: 11/07/2000
TIME: 11:33:32

Borãzon Limited
PA0017.QRP

ADDRESSES
----------

Road Town
Tortola
Virgin Islands (British)

*** CURRENT ADDRESSES ***
--------------------------

ADDRESSES
----------

Jardine House
1 Wesley Street
St. Helier
JE4 8UD
Jersey, C.I.

azon Limited
rAC021.QRP

*** RELATIONSHIPS ***

DATE: 11/07/2000
TIME: 11:33:34

| PARTY | RELATIONSHIP TYPE | CCY | APPOINTMENT DATE | EXPIRY DATE | PRODUCT TYPE | DATE OPENED DATE | CONSENTS REQUIRED |
|---|---|---|---|---|---|---|---|
| 809 | MBJ Matheson Bank International Limited — Bankers | | 31/12/1998 | | | | N |

NAME / ACCOUNT NO.
| 02105/102095 | Aida Holdings Limited | USD |
| 02173/102095 | Aida Holdings Limited | USD |

OVERDRAFT LIMIT
PRODUCT TYPE: DEP / FIX

| 2395 | Morgan Stanley — Morgan Stanley Dean Witter, Lutherville, MD — Brokers | | 31/12/1998 | | | | N |

NAME / ACCOUNT NO.
| 686-020690-0-0 | Aida Holdings Ltd | USD |
| 686-022045-0-0 | AIDA Holdings Ltd | USD |

| 2196 | Stuart Coleman — Stuart Coleman & Co Inc, New York — Brokers | | 31/12/1998 | | | | N |

NAME / ACCOUNT NO.
| W52-1286625-MS | AIDA Holdings Ltd | USD |

| 2197 | Spear Leeds & Kellogg — Spear Leeds & Kellogg, New York — Brokers | | 31/12/1998 | | | | N |

NAME / ACCOUNT NO.
| 047-00724-0KM | AIDA Holdings Ltd | USD |

| 214 | Mercury Mr Kevin — Alternate Director | | 03/08/1999 | | | | N |

Borazon Limited
PA0021.QRP

*** RELATIONSHIPS ***

DATE: 11/07/2000
TIME: 11:33:34

| PARTY | | RELATIONSHIP TYPE | APPOINTMENT DATE | EXPIRY DATE | CONSENTS REQUIRED | COPY |
|---|---|---|---|---|---|---|
| 468 | Mr Kevin Mercury | Linked To: Mr Melvyn Kalman | | | N | N |
| 468 | Chalmers-Hunt Mr David<br>Mr David Chalmers-Hunt | Alternate Director<br>Linked To: Mr John H Perkins | 28/07/1997 | | N | N |
| 516 | Moisan Mr Ian F<br>Mr Ian F Moisan | Alternate Director<br>Linked To: Mr Colin R Walker | 23/05/1996 | | N | N |
| 365 | Kalman Mr Melvyn<br>Mr Melvyn Kalman | Director | 23/05/1996 | | N | N |
| 459 | Walker Mr Colin R<br>Mr Colin R Walker | Director | 23/05/1996 | | N | N |
| 542 | Perkins Mr John H<br>Mr John H Perkins | Director | 28/07/1997 | | N | N |
| 2195 | Morgan Stanley<br>Morgan Stanley Dean Witter, Lutherville, MD | Investment Managers | 13/05/1999 | | N | N |

| ACCOUNT NO. | NAME | CCY. |
|---|---|---|
| 686 - 022045 | Aida Holdings Limited | USD |
| 686-030000-0-0 | Borazon Limited | USD |

| 2197 | Spear Leeds & Kellogg<br>Spear Leeds & Kellogg, New York | Investment Managers | 31/12/1998 | | N | N |
| C01548 | Wesley Secretaries Limited<br>Wesley Secretaries Limited | Secretary | 23/05/1996 | | N | N |
| C01284 | CN Limited<br>CN Limited | Shareholders | 23/05/1996 | | N | N |
| 1974 | Hilsenrath O<br>O Hilsenrath | Lender payable\receivable | | | N | N |

Borazon Limited
PA0021.QRP

\*\*\* RELATIONSHIPS \*\*\*
-------------------

DATE: 11/07/2000
TIME: 11:33:34

| PARTY | RELATIONSHIP TYPE | APPOINTMENT DATE | EXPIRY DATE | CONSENTS REQUIRED | <----- COPY ACCS, <----- |
|-------|-------------------|------------------|-------------|-------------------|--------------------------|
| ----- | ----------------- | ---- | ---- | -------- | ----- |
| CO1309 | Lender payable\receivable | | | N | N |
| Burntwood Limited | | | | | |
| Burntwood Limited | | | | | |
| CO1578 | Lender payable\receivable | | | N | N |
| Star Anise Limited | | | | | |
| Star Anise Limited | | | | | |

Borazon Limited
PA0023.QRP

DATE: 11/07/2000
TIME: 11:33:35

*** EXTENDED DETAILS ***
------------------------

REGISTERED OFFICE: 204
        ADDRESS: Road Town
                 Tortola
                 Virgin Islands (British)

REGISTERED NUMBER: 185047
      JURISDICTION: BVI          British Virgin Islands
ADMINISTRATION OFFICE: AO1       MTC(J)L
              TYPE:
             GROUP:
    CLASSIFICATION: GEN          4Series Generated Accounts
        OBJECTIVES:
  MAINTAIN HISTORY: Y
    MASTER COMPANY:
      ISSUE SHARES: Y

Borazon Limited
PA0024.QRP

DATE: 11/07/2000
TIME: 11:33:35

INCORPORATION:

ANNUAL RETURNS:    APPOINTMENT DATE: 10/05/1996        INCORPORATION DATE: 10/05/1996

                   LAST FILED: 05/03/1999

ACCOUNTS:                                                    NEXT DUE: 01/01/2000

         FINANCIAL YEAR END: 31/05    LAST YEAR FILED: 1998        DATE FILED:
         DATE COMPLETED TO: 31/05/1998                         NEXT DUE DATE:
         ACTUAL AUDIT DATE:                              INTERNAL AUDIT DATE: 29/08/1999

MEETINGS:        NEXT AGM:

*** DATES ***
-----

                GENERAL                    AGM
                -------                    ---

BOARD
-----

DATE: 11/07/2000
TIME: 11:33:35

Borazon Limited
PA0025.QRP

*** TAXATION ***
-----------

JURISDICTION: BVI          British Virgin Islands
TAX STATUS: EXE            Exempt
NEXT TAX RETURN DATE: 01/01/2000
TAX RETURN FREQUENCY: Y
DATE OF REGISTRATION:
DATE OF DEREGISTRATION:
VAT NUMBER:
TAX REFERENCE 1: FIIC
TAX REFERENCE 2:

# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
### FOR MONTH ENDING MARCH 31, 2000

PAGE 1 OF 2

Account Number
686 030800

FA 082

Your Financial Advisor
MILLER/STACK
MORGAN STANLEY DEAN WITTER
10751 FALLS ROAD, STE 302
LUTHERVILLE, MD   21093
(410) 583-5222

BORAZON LIMITED
ATTN: PETER ZAJAC
P O BOX 316 JARDINE HOUSE
1 WESLEY ST ST HELIER
JERSEY JE4 8UD CHANNEL ISLANDS

001062
686

RECEIVED
1 8 APR 2000

## ASSET DETAILS

### Your Investments

| | | Current Price | | Value | | Est Yrly Income | | Current Yield |
|---|---|---|---|---|---|---|---|---|
| 43300 | U S WIRELESS CORP | RST 31 | | 1,342,300.00 | | | | |
| Total Value of Priced Investments | | | | $1,342,300.00 | | $.00 | | |

### Custodial Holdings

| | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | Fund Plan Number |
|---|---|---|---|---|---|---|---|
| 3320145.89  MSDW LIQUID ASSET FUND | ILAF | 1.00 | 05/31/00 | 3,320,145.89 | MSDWT | Reinv/ N/A | 512757422 |
| Total Custodial Holdings | | | | $3,320,145.89 | | | |

### Asset Summary

| | | Value | | Est Yrly Income |
|---|---|---|---|---|
| Debit Balance | | -749,415.00 | | |
| Total Account Valuation | | $3,913,030.89 | | $.00 |

## DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 2/29 | | | .00 |
| 3/24 | Withdrawal | | WIRED FUNDS SENT | | -983,345.00 | -983,345.00 |
| | | | BENE: MATHESON BK LTD | | | -983,345.00 |
| | | | ACCT: 400024896 | | | -983,345.00 |

Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC

# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING MARCH 31, 2000

PAGE 2 OF 2

BORAZON LIMITED
ATTN: PETER ZAJAC

Account Number
686 030800

RECEIVED
8 APR 2000

## DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| 3/24 | Charge | | WIRED FUNDS FEE | | -15.00 | -983,360.00 |
| 3/27 | Sold | 983960 | MSDW LIQUID ASSET FUND | 1.00 | +983,960.00 | +600.00 |
| 3/31 | Withdrawal | | WIRED FUNDS SENT | | -750,000.00 | -749,400.00 |
| | | | BENE: MATHESON BK LTD | | | -749,400.00 |
| | | | ACCT: 400024896 | | | -749,400.00 |
| | Charge | | WIRED FUNDS FEE | | -15.00 | -749,415.00 |
| | Dividend | | MSDW LIQUID ASSET FUND | | +17,460.75 | -749,415.00 |
| | Direct Purchase | 17460.750 | MSDW LIQUID ASSET FUND | 1.00 | -17,460.75 | -749,415.00 |
| | | | REINVESTMENT | | | -749,415.00 |

CLOSING BALANCE AS OF 3/31 -749,415.00

### Morgan Stanley Dean Witter Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| MSDW LIQUID ASSET FUND | 42,964.36 | 0.00 | 2,134.13 | Reinvest Dividends |
| **Totals** | $42,964.36 | $0.00 | $2,134.13 | |

MSDW LIQUID ASSET FUND
Following are the Fund's 30-day average annualized yields during the past quarter: January 5.42%, February 5.44% and March 5.54%.

### Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | 17,460.75 | 40,830.23 | Interest | .00 | .00 |
| Accrued Bond Interest | .00 | .00 | Margin Interest | .00 | .00 |

If you wish to borrow, Morgan Stanley Dean Witter's Margin loan rate as of 3/31 is 9.37% to 11.12%.

### Messages

Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC.

Oliver Hilsenrath Fam Inv Ltd
PA0015.QRP

DATE: 11/03/2000
TIME: 11:33:58

*** BASIC DETAILS ***
--------------------

RELATED CLIENT: 1974        Hilsenrath O
      PARTY TYPE: Company
            CODE: CO857
       REFERENCE: Oliver Hilsenrath Fam.Inv. Ltd
            NAME: Oliver Hilsenrath Family Investments Limited
          SCREEN: Oliver Hilsenrath Fam Inv Ltd
          REPORT: Oliver Hilsenrath Fam Inv Ltd
            TYPE: NON PERSONAL            SUB TYPE :
          STATUS: LIVE
  GENERAL ACCESS: N
  SECURITY GROUP: PRV         Private Client Group
         OFFICER: CGI         Celine Gimenez
         MANAGER: JHP         John Perkins
  CLASSIFICATION: 6           Checked/Filed
           GROUP:
LANGUAGE PREFERENCE:
  ASSOCIATED PARTY:
  LAST REVIEW DATE:
  NEXT REVIEW DATE:
       DEPARTMENT:
DATE LAST CHANGED: 15/03/2000
 DATE PREFERENCE: DD/MM/YYYY

Oliver Hilsenrath Fam Inv Ltd
PA0021.QRP

*** RELATIONSHIPS ***
-------------------

DATE: 11/07/2000
TIME: 11:34:00

| PARTY | RELATIONSHIP TYPE | APPOINTMENT DATE | EXPIRY DATE | CONSENTS REQUIRED | ACCS. | COPY |
|-------|-------------------|------------------|-------------|-------------------|-------|------|
| 468 | Chalmers-Hunt Mr David<br>Mr David Chalmers-Hunt<br>Alternate Director<br>Linked To: Mr John H Perkins | 09/11/1998 | | N | N | N |
| 290 | Baptiste Cornel<br>Mr Cornel Baptiste<br>Director | 09/11/1998 | | N | N | N |
| 386 | Martin Kishma<br>Kishma Martin<br>Director | 23/12/1998 | | N | N | N |
| 542 | Perkins Mr John H<br>Mr John H Perkins<br>Director | 09/11/1998 | | N | N | N |
| CO1548 | Wesley Secretaries Limited<br>Wesley Secretaries Limited<br>Secretary | 09/11/1998 | | N | N | N |
| CO1284 | CN Limited<br>CN Limited<br>Shareholders | 09/11/1998 | | N | N | N |
| 1974 | Hilsenrath O<br>O Hilsenrath<br>Lender payable\receivable | | | N | N | N |

DATE: 11/07/2000
TIME: 11:34:01

Oliver Hilsenrath Fam Inv Ltd
FA0023.QRP

\*\*\* EXTENDED DETAILS \*\*\*
--------------------------

REGISTERED OFFICE: 204
         ADDRESS: Road Town
                  Tortola
                  Virgin Islands (British)
REGISTERED NUMBER: 298510
      JURISDICTION: BVI            British Virgin Islands
ADMINISTRATION OFFICE: AD1         MTC(J)L
             TYPE:
            GROUP:
   CLASSIFICATION: GEN             4Series Generated Accounts
       OBJECTIVES:
  MAINTAIN HISTORY: Y
   MASTER COMPANY:
     ISSUE SHARES: Y

Oliver Hilsenrath Fam Inv Ltd
PA0024.QRP

DATE: 11/07/2000
TIME: 11:34:01

*** DATES ***

INCORPORATION:

ANNUAL RETURNS:    APPOINTMENT DATE: 26/10/1998    INCORPORATION DATE: 26/10/1998

LAST FILED: 26/10/1998    NEXT DUE: 01/01/2000

ACCOUNTS:    FINANCIAL YEAR END: 31/05    LAST YEAR FILED:    DATE FILED:
DATE COMPLETED TO: 26/10/1998    NEXT DUE DATE:
ACTUAL AUDIT DATE:    INTERNAL AUDIT DATE: 29/06/1999

MEETINGS:    NEXT AGM:

GENERAL    AGM

BOARD

Oliver Hilsenrath Fam Inv Ltd
PA0025.QRP

DATE: 11/07/2000
TIME: 11:34:01

*** TAXATION ***
-----------

```
        JURISDICTION: BVI        British Virgin Islands
         TAX STATUS: EXE        Exempt
 NEXT TAX RETURN DATE: 01/01/2000
TAX RETURN FREQUENCY: Y
 DATE OF REGISTRATION:
DATE OF DEREGISTRATION:
          VAT NUMBER:
       TAX REFERENCE 1:
       TAX REFERENCE 2:
```

Oliver Hilsenrath Fam Inv Ltd
FI0027.QRP

*** SHARE REGISTER ***
-----------------------

DATE: 09/11/2000 1 OF 101 PAGE
TIME: 11:34:08

| TRANSACTION DATE | TRANS TYPE | NUMBER OF SHARES | AMOUNT | CERTIFICATE | TRANSFER FROM/TO | STATUS | BLK | NUMBER BLOCKED |
|---|---|---|---|---|---|---|---|---|

HOLDER: CO1284

CN Limited
CN Limited

SHARE TYPE: OR1    Ordinary Shares    SHARE CURRENCY:    USD    United States Dollar

| 09/11/1998 | PI | 1.00 | 1 | | | V | N | |
|---|---|---|---|---|---|---|---|---|
| | | ------ | | | | | | |
| | | 1.00 | | | | | | |
| | | ====== | | | | | | |

PI = Purchase From Issuer  SI = Sale To Issuer  TI = Transfer In  TO = Transfer Out  S = Split  C = Consolidation  B = Balance  R = Redemption

| Account | Name | Ccy | Source | Base |
|---|---|---|---|---|
| 2770. | Fee Processing | GBP | 5,414.18CR | 8,429.34CR |
| 3540.MTCJ. | Creditors - (MTCJ fee notes - Party) | GBP | 0.00CR | 349.09CR |
| 4000. | Share Capital | USD | 1.00CR | 1.00CR |
| 4300. | Revenue Reserves | GBP | 526.40DR | 850.14DR |
| 4990.HILSENRATH O. | Shareholders Loan | USD | 1.00DR | 1.00DR |
| 6120.MTCJ. | Annual Registration Fees | GBP | 183.56DR | 300.00DR |
| 6960.MTCJ. | Directors Fees | GBP | 133.33DR | 215.99DR |
| 7700.MTCJ. | Management Disbursements | GBP | 5.96DR | 9.75DR |
| 7720.MTCJ. | Management Fees | GBP | 4,344.66DR | 7,042.55DR |
| 8160.MTCJ. | Registered Office | GBP | 220.27DR | 360.00DR |

As At: 11/07/2000    Base Ccy: USD    1 / 10

NUM

# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
### FOR MONTH ENDING MARCH 31, 2000

PAGE 1 OF 2

Your Financial Advisor
MICHAEL STACK
MORGAN STANLEY DEAN WITTER
10751 FALLS ROAD, STE 302
LUTHERVILLE, MD   21093
(410) 583-5222

Account Number
686 030128

FA
148

OLIVER HILZENRATH FAMILY INVESTMENT 004267
L NORMAN & CO ATTN M CULLINANE        686
PO BOX 532 FIRST FLOOR
CHANNEL HOUSE GREEN STREET
ST HELIER JERSEY JE4 5UW CHANNEL IS

## ASSET DETAILS

### Your Investments

| | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|
| 3063182 | U S WIRELESS CORP | WST | 31 | 94,957,712.00 | | |
| Total Value of Priced Investments | | | $94,957,712.00 | 0.00 | |

### Asset Summary

| | | Value | Est Yrly Income | |
|---|---|---|---|---|
| Cash | | 0.00 | | |
| Total Account Valuation | | $94,957,712.00 | 0.00 | |

## DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 2/29 | | | .00 |
| | | | CLOSING BALANCE AS OF 3/31 | | | .00 |

Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC.

# MORGAN STANLEY DEAN · ITTER

## STATEMENT OF YOUR ACCOUNT
### FOR MONTH ENDING MARCH 31, 2000

PAGE 2 OF 2

OLIVER HILZENRATH FAMILY INVESTMENT
L NORMAN & CO ATTN M CULLINANE

Account Number    FA.
686 030128        148

## Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | .00 | | Interest | .00 | .00 |
| Accrued Bond Interest | .00 | | Margin Interest | .00 | .00 |

## Messages

*If you wish to borrow, Morgan Stanley Dean Witter's Margin loan rate as of 3/31 is 9.37% to 11.12%.*

Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC.



# MORGAN STANLEY DEAN WITTER

## STATEMENT OF YOUR ACCOUNT
### FOR MONTH ENDING APRIL 30, 2000

PAGE 4 OF 4

STAR ANISE
ATTN PETER ZAJAC

Account Number   FA
686 029448       082

### Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | 3,363.61 | 13,016.60 | Interest | .00 | .00 |
| Accrued Bond Interest | .00 | .00 | Margin Interest | .00 | .00 |

### Tax Information

| | This Month | Year-to-Date |
|---|---|---|
| NRA Withholdings of Dividends | -395.76 | -1,720.22 |

### Messages

If you wish to borrow, Morgan Stanley Dean Witter's Margin loan rate as of 4/30 is 9.37% to 11.12%.



Matheson Trust Company (Jersey) Limited

A Member of the Jardine Matheson Group

Memorandum

To     Celine Gimenez - c.c. Melvyn Kalman,                 28 July 2000
        David Chalmers-Hunt, Peter Zajac

From    John H Perkins                                  JHP/MFE/CO857

### Oliver Hilsenrath and David Klarman

Having identified a potential conflict of interest the Directors, JHP and MK, have taken advice from Ogiers & Le Masurier concerning our position acting as Officers of various BVI companies, including those of which the above-named are the beneficial owners and which entities own shares in US Wireless Corporation.

As a result, we have taken the decision to resign as Officers of the OH/DK owned companies and we will cease to provide any further services, including administration address, nominee shareholders, signatories over the accounts, etc.

OH was advised of our decision during a telephone conversation on 27 July and JHP will be writing formally to OH/DK requesting them to nominate alternative officers who we will appoint in our stead. There is, however, another option and it may be that the beneficial owners will request us to close down their companies altogether and transfer the assets out.

To the best of my recollection. OH beneficially owns Borazon Limited and Oliver Hilsenrath Family Investments Limited and DK owns KS Legal Consultants Limited (and possibly Craiglands Limited?) There are also at least two other entities which were formed last year at the request of DK, namely US Wireless International Inc and another BVI company (name to be identified).

In the light of current developments, I should be grateful if Celine would ensure that all of the companies' book-keeping records are posted 100% to date and also request Corporate Department to ensure that the statutory records are in order as we will either be transferring these cases out very shortly, or possibly winding them down, as mentioned above.

At the same time, Celine please check the outstanding fees' position and advise me of the outcome.

Thanks and regards

J. Perkins

Please also see attached copy faxes
recently recd. per OH.

31/7/00

25/08 '00 10:24 FAX 870938



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

**Facsimile**

P O Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile:  01534 888118
Telex:      4192012 JARJSY G

| | |
|---|---|
| **To** | David Dahan |
| **Facsimile Number** | 00 380 572 196 802 |
| | |
| **From** | Melvyn Kalman |
| **Date** | 25 August 2000 |
| **Our Ref** | MK/KBD |
| **Number of Pages** | 2 (including this sheet) |

**PRIVACY AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not the intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by telephone on 44 - 1534 - 888111 and return the original to the sender by mail. We will reimburse you for the postage and cost of the telephone call.

**Message**

**Dear David**

I have been very concerned that the legal dispute between Janvrin, Ryburn and Crosgar with Oliver and David K, may have created a conflict of interest in this office.

I have taken legal advice from Tim Le Cocq of Ogiers and he has confirmed that if this case goes to court we could be embarrassed. There is nothing illegal about providing management and advisory services to two parties involved in a dispute. However, I am advised that Courts everywhere do not approve of such a situation, as it is almost impossible to maintain a clear distinction between the two parties.

Having given the matter much thought I have decided to be totally on your side and to have nothing to do with Oliver or David. I have arranged to stop being a director on their companies and internally to have nothing to do with their management. Although John is on holiday this week and I am away next week, John will be doing the same. Someone else in the office will look after their activities.

As a result, I am not able to talk to you about any companies belonging to either Oliver or David. I would now ask you to understand my position and my wish not to do anything which would be attacked by Oliver's lawyers. Any such attack may prove costly.

A Trust Corporation registered in Jersey, Channel Islands. Registered No: 42712

25/08 '00 10:24 FAX 870938                                    002
                                                    10/10 Page 68 of 169

As mentioned, I am now way until 4 September. Please ask the lawyers to send their draft counterclaim to the office for the attention of my secretary Pauline Inwood. Maybe I will be able to read them over the weekend of the 2 and 3 September.

Will you please send a copy of this fax to Haim, for his information.

Best wishes

Melvyn

12/14/2000 18:45 FAX 415 984 8800                                    ☒001/021

# LILLICK & CHARLES LLP

December 14, 2000

TWO EMBARCADERO CENTER, SUITE 2700
SAN FRANCISCO, CA 94111-3996
Phone: (415) 984-8200 • Fax: (415) 984-8300

*FAX TRANSMITTAL*

Re:   U.S. Wireless adv. Janvrin Holding Limited, et al.
      Our File No. 13689 110668

| FROM: | Beth L. Appelbaum, Esq. | PHONE: | (415) 984-8440 |
|---|---|---|---|
| TO: | Mr. Amos Ben Sur | PHONE: | 011-972-3-687-2030 |
| | | FAX: | 011-972-3-687-2255 |
| TO: | Mr. David Dahan | FAX: | 011-380-572-196-802 |
| | | PHONE: | 011-380-572-196-801 |
| TO: | Mr. Haim Haruvi | FAX: | 011-972-3-643-0652 |
| | | PHONE: | 011-380-572-196-801 |

IF THERE ARE ANY QUESTIONS REGARDING THIS FAX, PLEASE CONTACT THE LILLICK & CHARLES LLP FAX DESK AT (415) 984-8385.

No. of pages including this:  21

Originals will not follow.

MESSAGE:

291102.1

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FAX FROM THE LAW FIRM OF LILLICK & CHARLES LLP MAY BE CONFIDENTIAL AND ALSO MAY BE LEGALLY PRIVILEGED AS AN ATTORNEY-CLIENT COMMUNICATION. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER THIS FACSIMILE TO ITS INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, DISCLOSURE, COPYING OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

For Lillick Use: Sent By: _____ Date: _____ Time: _____ am/pm    File #: 166664-/ 916
                                                                                    110 588

12/14/2000 15:48 FAX 415 984 8300                                    @002/021



# INSINGER de BEAUFORT

**FAX**

Insinger Trust Company Limited
P.O. Box 264
Jarding House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 884 131

| | | |
|---|---|---|
| TO | : | Glenn Westreich |
| COMPANY | : | Lillick and Charles |
| FAX NUMBER | : | 001 415 984 8300 |
| FROM | : | Linda de la Cour |
| SUBJECT | : | Litigation |
| OUR REFERENCE | : | LDC/1453 |
| DATE | : | 8 December 2000 |

NUMBER OF PAGES  : 20

Dear Glenn

**Litigation Crassger Limited/Ryburn Limited/Janvrin Holdings Limited**

**Following a search through further files, Melvyn has asked me to forward the enclosed
correspondence that he thinks may be of benefit for your meeting on Friday. I would
appreciate if you would acknowledge receipt of these papers as they are relevant to the
litigation.**

**Meanwhile Melvyn looks forward to hearing about a successful meeting.**

With kind regards.

Yours sincerely
Insinger Trust Company Limited

Linda de la Cour
Senior Administrator

The information contained in this facsimile is a communication intended only for the use of the person or entity to whom or to which it is addressed and
may contain information that is confidential and may be legally privileged and exempt from disclosure and or applicable law. If you
read this message and are not the addressee you are notified that any dissemination, distribution or reproduction of this message
is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Fidelity Insinger Trust Company Limited
Registered in Jersey, Channel Islands, 41913

Fax +44 (0)1534 885 115
E-mail info@fidelityinsinger.com

## KLARMAN & ASSOCIATES
### Attorneys at Law

**Please deliver 3 Pages (including cover sheet)**

To:    John Perkins               Fax No.    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-888-118

From: David S. Klarman, Esq.               Date:  12 May, 1997

**MEMO**

Please review the following regarding the Garvey Medallion guarantee.  If you have any
questions, please contact my office.

Thank you.
David Klarman

IF YOU HAVE PROBLEMS READING THIS FAX OR ARE MISSING ANY OF THE
PAGES, PLEASE CONTACT OUR OPERATOR AT (510) 830-8901  EXT. 103

Time Sent:    11:27 AM               Operator: Danielle Reyes

This telecopy is attorney-client privilege and contains confidential information intended
only for the person(s) named above.  Any other distribution, copying or disclosure is
strictly prohibited.  If you have received this telecopy in error, please notify us
immediately by telephone and return the original transmission to us by mail without
making a copy.

2684 Bishop Drive-Ste. 213, San Ramon, CA 94583        (510) 830-8901
Fax (510) 830-8821



May 12, 1997

BY FAX

Mr. John Perkins
Convoy Holdings Limited
P.O. Box 316
Jardine House
St. Helier
1 Wesley Street
Jersey JE4 8UD

Re:    U.S. Wireless Corporation
       Convoy transfer

Dear John:

I have received your incumbency certificate and Matheson stamp, however, the transfer agent will not effect the transfer without a medallion guaranteed signature. This would be the exact same signature/medallion guarantee as provided for the stock certificate, a copy of which is attached hereto.

Thank you for your attention to this matter.

Very truly yours,

David S. Klarman

3

12/14/2000 10:00 FAX 416 984 8900                                    @005/021

CONVOY
For Value Received, the ........... hereby sell, assign and transfer unto
HOLDINGS
LIMITED

Three Hundred and Fifty Thousand (350,000)

Dated 7th OCTOBER 1996

J. Perkins     DIRECTOR
CONVOY HOLDINGS LIMITED

4

May 5, 1997

BY FAX

Mr. John Perkins
Onvoy Holdings Limited
P.O. Box 516
Jardine House
St. Helier
1 Wesley Street
Jersey JE4 8UD

Re:     U.S. Wireless Corporation

Dear John:

Thank you for your quick response to the request for the transfer of shares Silvroy Holdings Limited. Unfortunately, the transfer agent requires that the officers certificate have your signature as the secretary affixed with a medallion guarantee. I know that this is starting to become burdensome and am sorry for the inconvenience. You can fax it to me and send original to either me or Bill Seagraber at Continental.

Thank you for your attention to this matter.

Very truly yours,

David S. Klarman

c

12/14/2000 18:51 FAX 416 961 9900                                    @007/021

FAX COVER PAGE

| | John Perkins | From : | David Kierhan |
|---|---|---|---|
| | 8/6/07 at 11:49:10 AM | Pages : | 2 (Including Cover) |
| bject : | | | |

Linda~ pse. action attached.
Thanks.
John

6

12/14/2000 18:52 FAX 416 984 8900                                            @008/021

# Onvoy Holdings Limited

Administrative address:
P.O. Box 218
Justice House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile: 01534 888718
Telex:        4192072 JARJSY G

Our Ref   LDH

1 May 1997

BY COURIER

David S Klerman
US Wireless
2694 Bishop Drive
Suite 213
California 94583
USA

BY FAX CO (510) 830 8821

Dear Mr Klerman,

Please find enclosed the completed Incumbency Certificate, as requested in your fax
dated 29 April 1997.

Kindly acknowledge safe receipt in due course and confirm when the transfer of shares
has taken place.

Yours sincerely

John Perkins

John H Perkins
Director

7

12/14/2000 18:52 FAX 415 984 8900                                    ☐009/021

## INCUMBENCY CERTIFICATE OF

### Onvoy Holdings Limited

The undersigned, John Henry Perkins, does hereby certify that he is the duly appointed Assistant Secretary of Wesley Secretaries Limited, which Company is the Corporate Secretary of Onvoy Holdings Limited, a Company registered in the British Virgin Islands (the "Company"), and that the following persons are of the date hereof qualified and acting officers of the Company, holding the offices set forth opposite their names and that the signatures set forth opposite their names are the genuine signatures of such persons:

| Name | Office | Signature |
|------|--------|-----------|
| Melvyn Kalman | Director | |
| John Henry Perkins | Director<br>(Alternate of M Kalman) | J. Perkins |
| Wesley Secretaries Limited | Secretary | (See attached list) |

IN WITNESS WHEREOF, the undersigned has hereunto signed his name this 30th day of April 1997.

J. Perkins

For Wesley Secretaries Limited,
Secretary

12/14/2000 18:58 FAX 416 864 8888                    010/021

For payment up to a value of £100,000 (one hundred thousand pounds), or the currency equivalent, an "A" signatory is required plus another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds), or the currency equivalent any two "A" signatories are required.

## Class A



Colin R. Walton

Louis Norman

Melvyn Killana

Neil K Waterfing

Alan V Tidy

Andrew C W Clinton

John H Perkins

Marjorie G Du Feu

Ian P Moista

Jacqueline M Jones

Kevin V Mooney

David Chalmers-Hunt

Paul M Glade

Caroline J Bougard

Certified a true copy of the signed document.

Date of Minutes     -8 APR 1997

12/14/2000 18:28 FAX 415 984 8300                                   @011/021

_____ Limited                                               Ref: 157

payment up to a value of £100,000 (one hundred thousand pounds), or the currency equivalent,
"A" signatory is required plus another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds), or the currency equivalent
any two "A" signatories are required.

                                    Class B

| | |
|---|---|
| [signature] Anne J Bougeard | [signature] Janet Rabu |
| [signature] Stella Lester | [signature] Gisele Le Moro |
| [signature] Sude Le Long | [signature] Alison Blanc |
| [signature] Peter Zajac | [signature] Iain E Mason |

Certified a true copy of the original document.          Date of Minutes        - 8 APR 1997

[signature] J. Perkins
Assistant Secretary

10

12/14/2000 19:59 FAX 416 984 8900                    012/021

# *Onvoy Holdings Limited*

Administrative address:
P.O. Box 2172
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 600111
Facsimile: 01534 600100
Telex:

Our Ref   LDH

10 April 1997

David S Klarman
US Wireless
2694 Bishop Drive
Suite 212
California 94583
USA

By Courier

Dear Mr Klarman

Please find enclosed a revised instruction letter and Certified resolution of the board of Director for the transfer of US Wireless Corporation, as requested.

Kindly acknowledge safe receipt in due course.

Yours faithfully

John H Packard
Director

12/14/2000 10:04 FAX 416 984 8500 □013/021

## Onvoy Holdings Limited

Administrative address:
P.O. Box 318
Windsor House
1 Wesley Street
St. Helier
Jersey JE4 8XD
Channel Islands

Telephone: 01534 826111
Facsimile: 01534 826118
Telex: 4190012 JARLEY G

Our Ref: LDH/JW

8 April 1997

David S Klarman
US Wireless
2694 Bishop Drive
Suite 213
San Ramon
California 94583

Dear Mr Klarman,

### US Wireless Corporation - Revised Instructions

further to our letter dated 30 January 1997, please accept this letter as your instructions to re-issue the shares of US Wireless Corporation in our name, as follows:-

100,000 US Wireless Corporation to Aida Holdings Limited
100,000 to remain in the name of Onvoy Holdings Limited
150,000 to be returned to the treasury of US Wireless Corporation

Kindly note that this is a private transaction and there was no solicitation from either party or public offer made.

Yours sincerely

Director

For Wesley Secretaries Limited
Secretary

12

12/14/2000 19:54 FAX 415 984 9900    ☒014/021

Extract from the minute of a Meeting of the Directors of

**ONVOY HOLDINGS LIMITED (the "Company")**

**US Wireless Corporation**

"The Chairman reported that the Company owns 350,000 shares in US Wireless Corporation. In order to maintain and further its business relationships

It Was Resolved

THAT 100,000 US$0.1 common stock shares be assigned with all Rights and Titles to Aida Holdings Limited without consideration.

It Was Further Resolved

THAT 150,000 US$0.1 common stock shares be returned to the Treasury of US Wireless Corporation without consideration.

It Was Further Resolved

THAT the Company retain its remaining holding of 100,000 US$0.1 common stock shares of US Wireless Corporation registered in its name". 

I hereby certify that the foregoing is a true extract from the Minutes of a Meeting of the Directors of the Company at which a quorum entitled to vote was present duly held on the 8th day of April 1997.

David Chalmers-Hiot
For Wedley Secretaries Limited, Secretary



March 21, 1997

BY FAX
Mr. John Pashim
Osvoy Holdings Limited
P.O. Box 316
Jardine House
St. Helier
1 Wesley Street
Jersey JE4 8UD

Re:    U.S. Wireless Corporation

Dear John:

I have been informed that Osvoy Holdings Limited wishes to alter its instructions to the transfer agent of the above referenced company with respect to the 350,000 shares. In order for the transfer agent to effect these changes please provide the following:

1.  Instruction letter to the transfer agent directing the transfer of the shares, whereby Osvoy shall retain 100,000 shares, Aisa Holdings Limited shall receive 100,000 and 150,000 shares shall be returned to the treasury of U.S. Wireless Corporation.

2.  Stock power with bank medallion signature guarantee.

3.  Certified resolutions of the board of directors of Osvoy, similar to the prior request of Continental Stock Transfer & Trust Company.

Please deliver the enclosed to my office so that I may attach my opinion and deliver the package to the transfer agent.

Thank you for your attention to this matter.

Very truly yours,

David E. Klarman

cc: David Dahan

12/14/2000 10:00 FAX 415 864 0000                                    ☒016/021

# CONTINENTAL STOCK TRANSFER & TRUST COMPANY

2 BROADWAY, NEW YORK, NEW YORK 10004

Tel. (212) 509-4000
Fax (212) 509-5150

February 10, 1997

Mr. David A. Klawman
PR Wireless Corporation
2694 Bishop Drive
Suite #213
San Ramon CA 94583

RE: (CT 7348)
CTF. ATRX71-350,000 SHS.
E/R/O CROWN HOLDINGS
LIMITED

Dear Mr. Klawman:

We are in receipt of the above certificate and your opinion regarding the proposed transfer.

In order to effect the transaction, we will require the following:

- A medallion guaranteed resolution or Incumbency Certificate on behalf of the shareholder verifying the authority of the "Director" to sell, assign and transfer securities; and

- The address and tax identification number (if applicable) for the transferee.

Very truly yours,

CONTINENTAL STOCK TRANSFER &
TRUST COMPANY

Compliance Department

*15*

12/14/2000 19:50 FAX 415 984 8900                                    001/021

TO: John Perkins

Hi John,

Aida is receiving
200.000 shares of
ATOY (or U.SWC)

100.000 are already in;

another 100.000 from Duray.

Please make sure that there
is no confusion.

Regards,

Oliver

February 19, 1997

BY FAX

Mr. John Perkins
Bisham Limited
Convoy Holdings, Inc.
P.O. Box 316
Jardine House
St. Helier
1 Wesley Street
Jersey JE4 8UD

        Re:    U.S. Wireless Corporation

Dear John:

        As per your letter of February 26, 1997, there is a slight confusion, please note that the 100,000 shares issued to Ajda Holdings that you received was not pursuant to the Convoy transfer, but was pursuant to a different transaction. The request of Continental dated February 10, 1997, which I am repeating hereto still needs your attention in order for the transfer to be effected from Convoy.

        As a separate issue with respect to the Bisham account with Euro-Atlantic, please overnight $300 per the confirmation which Euro-Atlantic has acknowledged has been sent to your office. I believe that from the initial formation there were excess funds sent which can be used for this purpose. Please advise.

        Thank you for your attention to this matter.

                                        Very truly yours,

                                        David S. Klarman

No fax from Euro-Atlantic
    Sngs $ 3000.00    !?
        17

12/14/2000 16:57 FAX 416 964 8500                      @019/021



**Mathesons Trust Company (Jersey) Limited**            Facsimile

A Member of the Arthur Matheson Group

P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 608111
Facsimile: 01534 608418
Telex: 4192832JARLDY G

| | |
|---|---|
| **To** | David S Klarman<br>US Wireless Corporation |
| **Facsimile Number** | 00 1 510 838 8631 |
| **From** | Linda de la Haye, Senior Administrator |
| **Date** | 26 February 1997 |
| **Our Ref** | LDH/1996 |
| **Number of Pages** | 2 (including this sheet) |

**Message**

**Curvey Holdings Limited**

Further to the letter from Continental Stock Transfer & Trust Company to you dated 10 February 1997, kindly note the following:-

On 30.01.97 we sent you the attached letter. Please advise if this is insufficient to transfer the US Wireless Shares (previously American Toys Inc.) to Aida Holdings Limited.

On 04.02.97 we received a certificate for 100,000 US Wireless shares in the name of Aida Holdings Limited

On 05.02.97 we acknowledged safe receipt of the above certificate to you by fax.

On 07.02.97 we completed a Certificate of Foreign Status W-8 form for the above shares and returned this to you.

Please advise if any further action is required by us to finalise this matter.

We are of course awaiting a certificate covering the balance of shares remaining in Curvey Holdings Limited's name.

With kind regards

*[signature]*

_/8_

A Trust Corporation registered in Jersey, Channel Islands. Registered No. xxxx

# Onvoy Holdings Limited

Administrative address
P.O. Box 318
Junction House
1 Winsley Street
St. Helier
Jersey JE4 8UU
Channel Islands

Telephone: 01534 88811
Facsimile: 41534 8081 10
Telex: 4192071 JARSY G

Our ref   LDH

30 January 1997

David S Klarman
US Wireless
2694 Bishop Drive
Suite 213
San Ramon
California 94583

Dear Mr Klarman,

American Toys Inc. (ATOY) (restricted shares)

Please accept this letter as your instructions to reissue the shares of American Toys Inc in our hands, as follows:

100,000 American Toys Inc. (ATOY) (restricted shares) to Aida Holdings Limited

The balance to remain in the name of Onvoy Holdings Limited

Kindly note that this is a private transaction and there was no solicitation from either party or public offer made.

Yours sincerely

MDF

Director

For Wesley Secretaries Limited,
Secretary

19

 

# CONTINENTAL STOCK TRANSFER & TRUST COMPANY

1 BROADWAY, NEW YORK, NEW YORK 10004

Tel: (212) 509-4000
Fax: (212) 509-5150

February 10, 1997

Mr. David A. Klarman
US Wireless Corporation
2694 Bishop Drive
Suite #213
San Ramon CA  94583

                                        RE:  (CT 7348)
                                        CUP. 22871-250,000 SHS.
                                        R/M/D  CHYTON HOLDINGS
                                        LIMITED

Dear Mr. Klarman:

We are in receipt of the above certificate and your opinion regarding the proposed transfer.

In order to effect the transaction, we will require the following:

-   A Medallion guaranteed resolution or Incumbency
    Certificate on behalf of the shareholder verifying
    the authority of the "Director" to sell, assign and
    transfer securities; and

-   The address and tax identification number (if
    applicable) for the transferee.

                                   Very truly yours,

                                   CONTINENTAL STOCK TRANSFER &
                                   TRUST COMPANY

                                   Compliance Department

Enc-

20

# Onvoy Holdings Limited

(A Company registered in the British Virgin Islands)

Case 4:07-cv-03312-CW Document 86-4 Filed 10/10/2007 Page 69 of 95

Administrative address:
P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey  JE4 8UD
Channel Islands

Telephone:  01534  888111
Facsimile:  01534  888118
Telex:      4192012  JARJSY G

31 January 2001

via facsimile: 001-212-5095150

Compliance Department
Continental Stock Transfer &
Trust Company
2 Broadway
New York, NY  10004

Re: **US Wireless Corporation (USWC)  -  Onvoy Holdings Limited**

Dear Sir,

1. In March 1997 your office, acting as the assigned transfer agent, was instructed to transfer the following US Wireless shares, which were at our disposal, as specified hereunder:

    1.1 150,000 shares to be transferred to the treasury US Wireless;

    1.2 100,000 shares to be transferred to AIDA Holdings Limited.

For your convenience, we have enclosed a copy of an instruction letter, addressed to US Wireless Corporation, accompanied by a reciprocal confirmation letter, describing the above share transfers, which consequently were handled by your company at a later date.

2. As time is of the essence, we would be most grateful if you could forward to our office, as soon as possible, a copy of the transfer documents, inclusive of any issued share certificates or other relevant paperwork thereof.

3. Should the above entail any charges whatsoever, please inform us of the relevant account details, so that we will be able to deposit the necessary sums.

Yours sincerely,

Melvyn Kalman
Director



January 20, 2000

By Facsimile (212) 732-3232

Mr. Steven Glusband
Carter Ledyard & Milburn
2 Wall Street
New York, NY 10005

Dear Mr. Glusband:

I am in receipt of your letter of this date. This will be my final correspondence with you, or any member of your firm, regarding Janvrin Holdings Limited and David Dahan. As I have informed you before your client, David Dahan has continued to harass and threaten the CEO of this company, as well as his family. Your representation of this criminal is a disgrace to you and your firm. In addition, your threatening letters are absurd and unprofessional and fail to maintain any basis for your assertions. Our differences in approach to the practice of law, are probably a matter for the New York State Bar to review.

Regarding your request, U.S. Wireless Corporation has no obligation to respond to this request or any other request from you or your client. Your client's problems with its brokerage firm are not our concern. If a Rule 144 sale were affected in accordance with the securities laws an opinion of counsel would be issued. U.S. Wireless Corporation is under no requirement, and will not, give any opinion or assurance on a transaction that has not occurred.

It would seem that at present the only way to resolve the issues at hand is through the court system in California and/or Israel. Please advise if you are willing to receive service of process on behalf of David Dahan, Hiam Haruvi, Janvrin Holdings Limited and Ryburn Holdings Limited, for actions commenced in the United States and Israel.

Very truly yours,

David S. Klarman
Vice President and
General Counsel

2303 Camino Ramon, Suite 200, San Ramon, CA 94583
Phone (925) 327-6200 • Fax (925) 830-8821

USW000002

# Onvoy Holdings Limited

*(A Company registered in the British Virgin Islands)*

Administrative address:
P.O. Box 316
Jardine House
1 Wesley Street
St. Helier
Jersey  JE4 8UD
Channel Islands

Telephone:  01534 888111
Facsimile:   01534 888118
Telex:       4192012 JARJSY G

Our ref: MK/sae/CO1484

19 September 2000

David Klarman
US Wireless Corporation

**By Fax and By Mail**

Dear Sir

We are writing to you as chief legal counsel to US Wireless Corporation and would seek your clarification concerning a block of 150,000 shares held by this company but which were returned to your company in April 1997 as part of a private arrangement.

I would, in fact, refer you to your letter dated 21 March 1997.

We have reason to believe that the shares in question were never returned to the Treasury and therefore we hereby instruct you to return them to this company without delay.

Your written confirmation within five working days would be appreciated.

Yours sincerely

Melvyn Kalman
Director

# *Onvoy Holdings Limited*

*(A Company registered in the British Virgin Islands)*

| | |
|---|---|
| Administrative address:<br>Jardine House<br>1 Wesley Street<br>St. Helier<br>Jersey JE4 8UD<br>Channel Islands | Telephone: 01534 888111<br>Facsimile: 01534 888118<br>Telex:      4192012 JARJSY G |

**To**  
Dr Oliver Hilsenrath  
US Wireless Corporation

**Facsimile Number**  
001 925 830 8821

---

**From**   Melvyn Kalman

**Date**   20 September 2000

**Our Ref**   MK/sae/CO1484

**Number of Pages**   2 (including this sheet)

---

**PRIVACY AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not the intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by telephone on 44 - 1534 - 888111 and return the original to the sender by mail. We will reimburse you for the postage and cost of the telephone call.

**Message**

Dear Sir

Please find attached a letter, the contents of which are self-explanatory.

No doubt you will be able to advise the directors accordingly.

Yours faithfully

Melvyn Kalman  
Director

# *Wesley Secretaries Limited*

P.O. Box 316                    Telephone: 01534 888111
Jardine House                  Facsimile:  01534 888118
1 Wesley Street                Telex:      4192012 JARJSY G
St. Helier
Jersey  JE4 8UD
Channel Islands

Your ref: LDC/ZTY/CO1484


17 July 2000


Mr D S Klarman
US Wireless Corporation



Dear Mr Klarman,

**Re: Onvoy Holdings Limited**

We are in the process of reconciling our holdings of stock in US Wireless and would refer you
to an exchange of correspondence in March and April 1997.

We have a letter dated 21 March 1997 from you to John Perkins stating that of the 350,000
shares held by Onvoy 100,000 is to be transferred to Aida Holdings Limited, 150,000 to be
returned to the treasury of your company with the remaining 100,000 being retained by Onvoy.

Therefore, the purpose of this letter is to seek your written confirmation that the aforementioned
block of 150,000 shares was actually transferred to the treasury of US Wireless.  It is further
presumed that the consequence of such a transfer is that the shares are then cancelled .

Could you also confirm our holding as at the 30th June 2000.

Your assistance would be greatly appreciated.

Yours sincerely



For Wesley Secretaries Limited, Secretary

# *Wesley Secretaries Limited*

P.O. Box 316                  Telephone: 01534 888111
Jardine House                 Facsimile:  01534 888118
1 Wesley Street               Telex:      4192012 JARJSY G
St. Helier
Jersey  JE4 8UD
Channel Islands

Your ref: LDC/ZTY/CO1484


17 July 2000


Mr D S Klarman
US Wireless Corporation



Dear Mr Klarman,

**Re: Onvoy Holdings Limited**

We are in the process of reconciling our holdings of stock in US Wireless and would refer you to an exchange of correspondence in March and April 1997.

We have a letter dated 21 March 1997 from you to John Perkins stating that of the 350,000 shares held by Onvoy 100,000 is to be transferred to Aida Holdings Limited, 150,000 to be returned to the treasury of your company with the remaining 100,000 being retained by Onvoy.

Therefore, the purpose of this letter is to seek your written confirmation that the aforementioned block of 150,000 shares was actually transferred to the treasury of US Wireless. It is further presumed that the consequence of such a transfer is that the shares are then cancelled .

Could you also confirm our holding as at the 30th June 2000.

Your assistance would be greatly appreciated.

Yours sincerely



For Wesley Secretaries Limited, Secretary



Wesley Secretaries Limited.

D.S. Klarman Esq.
US Wirelen Corporation

Dear Mr Klarman

Re: Onvoy Holding Limited

We are in the process of ~~attempting~~ to reconcile your holding of stock in US Wirelen and would refer to you an exchange of correspondence in March and April 1987.

~~too~~

We have a letter dated 21st March from Jen to John Perkin stating that of the 350,000 shares held by Onvoy 100,000 is to be transferred to Aida Holding Limited, 150,000 to be ~~P~~ returned to the treasury of your company with the remaining 100,000 being retained by Onvoy.

Therefore, the purpose of this letter is to ~~enquire whether~~ seek your written ~~you the was~~ confirmation that the aforemention block of 150,000 shares was actually transferred to the treasury of US Wirelen. It is further presumed that the consequence of such transfer is that the shares were then cancelled.

~~Your assistance would be greatly appreciated~~

Could you also confirm our holding as at the 30th

July 30/Ref'00 #1

TO: Mr. Peter Zajac
From Oliver Hilsenrath
CC: Mr. John Perkins

Dear Peter

Please transfer the entire cash position from the Borazon account at Matheson Bank (approximately $10,000) to the following account:

**Mellon Bank - Pittsburgh, PA**
ABA # 043 000 261

    For credit to Merrill Lynch
    Account # 1011730

    For further credit to:

    Dr. Oliver and Hana Hilsenrath
    Account # 268- 53M17

For international wires add "Swift # MELNUS3P".

This will conclude the activity in Borazon. Please close this entity and all its accounts and consult with Mr. John Perkins if any fees are due for this process in the particular circumstances.

Please fax me a note with the details of all transfers executed upon completion.

Please thank the entire staff for the excellent service performed for this company.


VTY,


Oliver Hilsenrath

**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group
Case 4:07-cv-03312-CW    Document 86-4    Filed 10/10/2007    Page 77 of 95

10/10 Page 98 of 169

| Author | Melvyn Kalman | 06 July 2000 |
|---|---|---|
| Client | John H Perkins | MK/MC/9900 |

### David Dahan

David telephoned me at 10.15a.m on 5th July to discuss a number of matters. One in particular interesting piece of information is that according to David Tamir, Oliver Hilsensrath had called David Tamir to discuss the entire situation and they ended up having a two hour conversation. Apparently during the conversation Oliver had said to David Tamir that he was willing to allow Janvrin the other companies to keep all the shares registered in their names if the various companies were to agree to relinquish their right to the options.

It is particularly interesting to note that following our conversation with Oliver last Friday afternoon, that he chose to call David Tamir and did not send us the papers and information he had previously promised.

It is becoming increasingly clear that lawyers allegedly acting for Janvrin and the other companies have now filed complaints as per the copy documentation handed to me today therefore I now think we need to reassess our position as directors of the various entities.

Incidentally, David has asked me to pull out all the files and documentation relating to a company called Biskar regarding the incorporation of the company, when it received its options, the shares, etc., etc., and to send everything to him.

Melvyn Kalman

From:       Linda De La Cour
To:         dtamir@nanomotion.com
Subject:    Burntwood Limited

13/6/00 — 12.45pm.

Dear David,

David Dahan has requested a copy of the Power of Attorney he has for the above Company. John Perkins would be grateful if you could call him to discuss this matter at your earliest convenience.


with kind regards,


Linda de la Cour


CC:         cgi;  dha;  jhp



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

---

Author     Linda de la Cour                             13 June 2000

Client      Dyke Limited                               LDC/ZTY/CO1280

### Telephone conversation with David Dahan

I took a call from DD who requested that I arrange a transfer of $20,000.00 from the account of Dyke Limited at Saloman Smith Barney Inc to the account of Dyke Limited at Matheson Bank International Limited. From this account I should arrange a transfer of $15,000.00 to the Pelican Consulting Account with Cobi which would be recorded as a shareholders loan. DD requested that I ask the bank to make the payment specifically to day on the understanding that funds were coming through.

DD asked if John had made a decision as to whether he would fax through the Power of Attorney in respect of Aida Limited (Borazon Limited). I said that I hadn't discussed this with John to date but would mention it to him, DD then asked that JHP would give him a call his car mobile: 00 380 5032 31994

DD again asked if we had found out any information in respect of the transfer of 200,000 US Wireless shares from the account of Onvoy Limited to Aida Limited. He thought that this was sometime in 1997 but could not confirm the date. I said that we were looking through the historic files and were trying to locate this for him.

*still investigating*

DD then asked us to find out any information in respect of a receipt into the account of Onvoy Holdings Limited on 22 December 1997 in the sum of $51,500.00. He wanted to know from whom the payment had been made, the bankers that had been involved. I said that we would find out as much information as we could and pass this onto him.

*Burlwood*

~~Brentwood~~ Limited

DD asked for a copy of the Power of Attorney that was in place in respect of this company. I advised him that I wasn't the administrator for the company but would pass this onto the administrator involved. DD said that this Power of Attorney was still in place and that David Tamir would have no problem in allowing him to receive a copy of this document.

Linda de la Cour

From:       John Perkins
To:         Tamir, David
Date:       6/13/00 3:54pm
Subject:    Re: Burntwood Limited

Dear David, I am not clear from your message whether you are going to speak to D.D. then call me, or if you expect me to ask D.D. why he wants this document.

I do not think the POA was ever formally revoked although it may no longer be relevant.

D.D. may have a legal right to the document but I am discussing this with our lawyers this afternoon anyway.

It would still be best if you could telephone me to discuss this matter as soon as possible.

Kind regards, John

>>> "David Tamir" <dtamir@nanomotion.com> 06/13/00 03:10pm >>>
I DO NOT THINK THE P.O.A. HE USED TO HAVE STILL EXIST.
ANYWAY NOTHING CAN BE GIVEN BEFORE WE FINALYZE ALL THE TRASACTION I HAVE
REQUESTED (DAVID STACK ETC).
I WILL TALK TO JOHN AFTER D.D WILL EXPLAIN  WHY HE NEED THIS DOCUMENT .
REGARDS,
DT



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

---

Author   Linda de la Cour                                   02 June 2000

Client    Dyke Limited                                    LDC/ZTY/CO1280

**Telephone conversation with JHP**

JHP called and asked how I was getting on with finding the Power of Attorney and cancellation. I advised him that I had found the Power of Attorney but was having trouble finding a cancellation. On giving JHP information as to the company that the Power of Attorney was in respect of, JHP suggested that we find out when or if the account had been closed which would rescind the Power anyway.

He also suggested that if we could not find a closure date of the account we could revoke the Power of Attorney by taking the date from the file where OH advised that DD should have no say in his affairs.

If the account had not been closed we should write to Schroders and confirm that the Power had been now cancelled.

JHP advised that one way or another we should make sure that the Power was cancelled both by ratifying the decision by minute and also copying the Power and making clear on the Power by scoring through it with double line and marking it cancelled or superseded.

The phone conversation was ended but then JHP phoned back and said that he was still very concerned as to why DD wanted the Power at this late stage knowing that it had been cancelled. JHP suggested that DCH phone the lawyers and ask in principal whether DD is legally entitled to the document. However, JHP asked that we delay sending anything out to DD today. To this end he asked that I prepare a fax to DD advising that we were still in the process of gathering the documents together but that JHP as a director of Aida Limited would like to know in writing, why he needs the Power of Attorney at this late stage knowing that it has already been rescinded.

I confirmed with JHP that I would let DCH know the situation and ask that he discuss the matter with the lawyers.

*[signature]*

Linda de la Cour

**From:** Oliver Hilsenrath <Oliver@uswcorp.com>
**To:** <jperkins@MathesonTrust.co.uk>
**Date:** 5/26/00 9:02pm
**Subject:** FW: David Dahan

Dear John,

Please give me a call at your convenience at the following Tel. No.: USA, 925-785-8812.
I would like to discuss with you the correspondence below.
Warm regards,
Oliver.

-----Original Message-----
From: Oliver Hilsenrath
Sent: Friday, May 26, 2000 7:02 AM
To: 'Celine Gimenez'
Subject: RE: David Dahan

Dear Celine,

I certainly DO NOT authorize any transfer of information to David Dahan or
Haim Haruvi or any other party. This includes information of my family as
well as my company's affairs (US Wireless Corporation).
The above 2 gentlemen are sued by US Wireless for misconduct and are
collecting information illegally through you.
Further the 2 of them were recently charged, convicted and jailed for
securities fraud in Israel and are under close scrutiny in both Israel as
well as in the USA.
Please advise your other colleagues against further requests for
information. All those requests should be TURNED DOWN and they should be
advised of the illegal nature of these requests.
Your diligence is appreciated.

Warm regards,
Oliver Hilsenrath

-----Original Message-----
From: Celine Gimenez [mailto:cgimenez@MathesonTrust.co.uk]
Sent: Friday, May 26, 2000 1:29 AM
To: Oliver@uswcorp.com
Subject: David Dahan

Please be advised that David Dahan has called our offices yesterday to
request copies of the Power of Attorney and the cancellation of the same
Power of Attorney to be faxed to him on blank paper.

Kindly confirm that it is in order to do so.

Thank you for your assistance.

Celine

*********************************************************



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

| | | |
|---|---|---|
| Author | Linda de la Cour | 26 May 2000 |
| Client | Janvrin Holdings Limited | LDC/SMS/CO1483 |

**Telephone conversation with DD**

I took a call from David Dahan who asked if I had the power of attorney and cancellation that he had requested from me yesterday in respect of Aida Limited (Borazon Limited). I explained to David that as I was not the administrator for the above Company I could not supply him with any information, however, having spoken to the administrator (Celine Gimenez) who in turn had referred to the beneficial owner, Oliver Hilsenrath, that she had no authority to release the documents requested. DD was insistent that they were his documents he had had the power, therefore he was entitled to have copies of the documents. I insisted that the administrator had no authority to release the documents and that if he felt he had a right to the documents he should refer to the owner of the Company and receive his confirmation that he could have the documents released to him.

DD then suggested that he would end up having to go through the courts in Jersey to have the documents that were rightfully his, but would wait to speak to John Perkins or Melvyn Kalman on Tuesday when the offices reopened.

Linda de la Cour.

**TO:**      Mr. John Perkins (or Mrs. Linda De La Core)
**FROM:**  Mr. David Dahan
**DATE:**   01-06-2000
**SUBJECT:** AIDA Holdings Limited power of attorney


Dear Mr. Perkins,

Referring you to our previously held telephone talk, I would appreciate your assistance and ask you to find the possibility of sending me the copy of Power of Attorney for Aida Holdings Limited.

I would like to draw your attention to that fact that I had the above-mentioned Power of Attorney before, but the AIDA owner Dr. Oliver Hilsenrath canceled my Power of Attorney and I am entitled legally to receive the copy of the Power of Attorney and the Cancellation of the Power of Attorney.

I would be very much obliged if you could send these two documents as soon as possible to my fax number in Kharkov, Ukraine :
38-0572-196802.
I am looking forward to hearing from you.


Yours sincerely

David Dahan

**File note**



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

*2nd Call.*

| | | |
|---|---|---|
| Author | Linda de la Cour | 1 June 2000 |
| Client | Janvrin Holdings Limited - Claudia | LDC/SMS/CO1483 |

### Telephone conversation between JHP and DD in the presence of LDC and DCH

JHP phoned DD concerning the request for a new Trust. DD advised that it was purely to keep his interest separate and had not taken any advice other than from his friend HH and he wanted to do the same as him. JHP asked DD why he wanted the new Trust and why he felt he had to keep the interest separate now and DD advised that there was a problem with US Wireless. He suggested that Oliver Hilsenrath was doing something crazy and making problems, however he finally admitted that Janvrin Holdings Limited is possibly being taken to court. At this point he also mentioned Ryburn Limited and something about wanting to sell the options of 900 US Wireless which was worth approximately $36 million.

*him is in respect ; true papers, we would be receiving or Janvrin Holdings Ltd.*

DD then raised the question of the power of attorney that he had requested in respect of Aida Limited (Borazon Limited) and John advised DD that he could not discuss this Company, that he would have to receive authorisation from Oliver Hilsenrath to release it. DD advised that he was legally entitled to hold a copy of the powers and John said that he would be grateful if DD would send in a written request for a copy of the power of attorney and that JHP would check the legal position as to whether he was entitled to receive a copy of the power and the cancellation of it. DD said that he had seeked legal advice in the UK and the USA and that he was entitled to it.

DD then asked that the phone call be terminated until he returned home, when he would call John back.

*L. delacour*

Linda de la Cour.



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

| | |
|---|---|
| Author | David Chalmers-Hunt | 5 June 2000 |
| Client | Borazon Limited (ex Aida Limited) | DCH/SMS/CO1327 |

At the request of JHP I telephoned Steve Meiklejohn at Ogiers to ascertain the Company's position with regard to David Dehan's request for a copy of the power of attorney issued by the Company, together with a copy of the revocation of the power of attorney in respect of which authority David Dehan was the donee. Steve Meiklejohn commented that in his opinion the Directors of Borazon Limited were not obliged to submit further copies of the documentation to the donee as in his opinion the revocation of the power of attorney meant that any entitlement the donee had, ceased as at the date of the revocation and which would include the right to further copies. He suggested that the Directors simply confirm the date the power of attorney was issued and also confirm when the power of attorney was revoked.

However, he also commented that if the matter got to court the court might take the view that it was not unreasonable for the donee to ask for a copy of the original documentation if the donee required evidence of his authority during the period that the power of attorney was in force. If the donee became aggressive in his stance for a copy, then Steve suggested that we persuade our client that the client was not gaining a lot by requesting the Directors not provide a copy of the power of attorney and revocation. (After all they were factually issued in the first place).

Steve closed by saying that he considered our best stance at the moment was to say that the Directors were under no obligation to provide further copies of the power of attorney.

David Chalmers-Hunt.



# INSINGER deBEAUFORT

Insinger Trust Company Limited

**FAX**

P.O. Box 316
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

| | | |
|---|---|---|
| TO | : | Amos Bentzur |
| COMPANY | : | Attorneys at Law |
| FAX NUMBER | : | 00 972 3687 2255 |
| FROM | : | Linda de la Cour |
| SUBJECT | : | Litigation |
| OUR REFERENCE | : | LDC/1483 |
| DATE | : | 8 December 2000 |

NUMBER OF PAGES  : 20

---

Dear Amos

Litigation Crossgar Limited/Ryburn Limited/Janvrin Holdings Limited

At the request of Melvyn Kalman I enclose for your information a copy of a fax forwarded to Glenn Westreich this morning.

With kind regards,
Yours sincerely
Insinger Trust Company Limited

Linda de la Cour
Senior Adminstrator

---

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

# Onvoy Holdings Limited

*(A Company registered in the British Virgin Islands)*

Administrative address:
P.C. Box 316
Janline House
1 Wesley Street
St. Helier
Jersey JE4 8UD
Channel Islands

Telephone: 01534 888111
Facsimile:  01534 888118
Telex:      4192012 JARJSY G

Our ref: MK/PAI

06 November 2000

Messrs David Stack
Dean Witter

Dear Sirs

According to our information you are holding 100,000 shares in US Wireless for, or to the order of Aida Limited, a British Virgin Islands company.

The shares in question were transferred by this company to Aida Limited in [.............] 1997 as part of a wider arrangement.

The arrangement involved the continued good working relationship between the two companies, which, regrettably, has now broken down irretrievably.

We are naturally seeking the immediate transfer back to this company of the aforementioned 100,000 shares.

Whilst we do not expect you to accede to this request, you are nonetheless now on notice that we will be pursuing this matter with the directors and the beneficial owner of Aida Limited.

You are therefore on formal notice that the shares must not be sold, pledged or transferred to any other party until such time as this matter has been satisfactorily resolved.

Your written acknowledgement of this communication would be appreciated.

Yours faithfully

Melvyn Kalman

**From:**        Linda De La Cour
**To:**          cgi
**Subject:**     various

Celine, As you know there is a conflict of interest between some of the Companies we administer. Melvyn has asked me to confirm who has power of Attorney on Biskara (KS Legal Consultants Limited) and Borazon Limited.  He also wanted me to find out which companies we administer for David Klarman.

I will copy you in on my reply just so you know what is happening

cheers,

Linda

**From:**       Linda De La Cour
**To:**         mka
**Subject:**    David Dahan

Melvyn, You were interested in having information on various companies:

Oliver Hilsenrath
Borazon Limited  Oliver given limited power of Attorney with Schroder Wertheim
Oliver Hilsenrath Fam Inv Ltd
Star Anise Limited
Telecom Associates (T A) Limited

David Klarman

KS Legal Consultants Limited  Name changed from Biskara 13/6/97.  David Klarman appointed
Investment Advisor for Euro Atlantic Securities on 20/2/97.

Linda


**CC:**         Cgi



```
B/O     :

DESCR :
REC GFP:                CHIP           B/O
CHP REF:

BOOK  CR                  00 SAME         15:47
YR REF :     SWF OF 97/
REC FR :     BANK OF            LTD CURRENT ACCOUNT FRONT ST,

                               HA.
B/O     :            LTD
DESCR :   SWF OF 97/12/18 B/O EXCHANGE INS LTD
REC GFP:

FED  CR         103,550.00 SAME        16:41 03072143S2FF        STRAIGHT
YR REF :    O/B CITIBANK NYC
REC FR :    CITIBANK 111 WALL ST NEW YORK NY 10043-0001
FED ID :    021000089
B/O     :   /000045265758 DAVID S KLARMAN ESQ 110 SUNNYHILL DR E
            NORWICH NY 1173 2-1139 CITIBANK NYB C/O BUSINESS ACCESS 1
            COURT SQUARE LONG ISLAND CITY, NY

DESCR :     O/B CITIBANK NYC B/O DAVID S KLARMAN ESQ 2-1139
REMARK :    SUB A/C MATHESON BANK JERSEY L IMITED A/C 251/20/05272.
            REF:O NVOYHOLDING LTD 02105/101986 TEL 0153488111
            /TIME/16:30

REC GFP:    1218I630     MRNSEQ: G0073S22903701
FED REF:    1218 BIQB022C 003552                        **VIA FED**

CHIP  CR          99,8?4.00 SAME       07:05 0717100352FC        STRAIGHT
YR REF :    TT
REC FR :

B/O     :

DESCR :
REMARK :
REC GFP:
```

File note

 **Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

| | | |
|---|---|---|
| Author | Melvyn Kalman | 06 July 2000 |
| Client | John H Perkins | MK/MC/9900 |

### David Dahan

David telephoned me at 10.15a.m on 5th July to discuss a number of matters. One in particular interesting piece of information is that according to David Tamir, Oliver Hilsensrath had called David Tamir to discuss the entire situation and they ended up having a two hour conversation. Apparently during the conversation Oliver had said to David Tamir that he was willing to allow Janvrin the other companies to keep all the shares registered in their names if the various companies were to agree to relinquish their right to the options.

It is particularly interesting to note that following our conversation with Oliver last Friday afternoon, that he chose to call David Tamir and did not send us the papers and information he had previously promised.

It is becoming increasingly clear that lawyers allegedly acting for Janvrin and the other companies have now filed complaints as per the copy documentation handed to me today therefore I now think we need to reassess our position as directors of the various entities.

Incidentally, David has asked me to pull out all the files and documentation relating to a company called Biskar regarding the incorporation of the company, when it received its options, the shares, etc., etc., and to send everything to him.

Melvyn Kalman



# INSINGER *de*BEAUFORT

**Insinger Trust Company Limited**

P.O. Box 316
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

**FAX**

| | | |
|---|---|---|
| TO | : | Amos Bentzur |
| FAX NUMBER | : | 00 972 3 687 2255 |
| FROM | : | Melvyn Kalman |
| OUR REFERENCE | : | MK/PAI |
| DATE | : | 15th January 2001 |

NUMBER OF PAGES   : 1

Dear Amos

Please see attached. Help!

Kind regards

*Pauline Linwood.*

PP   Melvyn Kalman

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Formerly Matheson Trust Company (Jersey) Limited                  Fax +44 (0)1534 888 118



# INSINGER *de*BEAUFORT

Insinger Trust Company Limited

P.O. Box 316
Jardine House 1 Wesley Street
St Helier Jersey JE4 8UD
Channel Islands
Tel. +44 (0)1534 888 111

## FAX

| | | |
|---|---|---|
| TO | : | Mr Glenn E Westreich |
| COMPANY | : | Lillick & Charles LLP |
| FAX NUMBER | : | 001 415 984 8300 |
| FROM | : | Melvyn Kalman |
| SUBJECT | : | Re: Janvrin etc |
| OUR REFERENCE | : | MK/PAI |
| DATE | : | 15th January 2001 |

NUMBER OF PAGES    : 1

---

Dear Mr Westreich

Thank you for your facsimile dated 11th January, received by this office today.

I should be grateful if you would kindly explained in simple terms what exactly is required from John Perkins and myself with regards to this fax.

Perhaps you could fax me with a time when it would be convenient to ring you.

I look forward to hearing from you.

Yours sincerely
Insinger Trust Company Limited

Melvyn Kalman

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.



**Matheson Trust Company (Jersey) Limited**

A Member of the Jardine Matheson Group

---

Author     Linda de la Cour                                        6 June 2000

Client     Dyke Limited                                            LDC/MFE/CO1280

I had a telephone conversation with Claudia. DD phoned and asked if I had faxed through to him the Power of Attorney and Irrevocation requested last week. I asked him if he had received my fax sent to him on Friday 2 June. He said yes, he had received something about John Perkins being on holiday. I advised him that in the fax I had requested that he advise us in writing as to why he needed the Power of Attorney. David then asked why I was making things so difficult for him and why I was protecting Oliver Hilsenrath. He then proceeded to tell me that he was the first client within the company, he had introduced Oliver Hilsenrath, he had introduced many people to the company over the years. Therefore, why was I protecting other clients and not helping him. I refused to get into a discussion about this and asked him if he could please just fax to us a written request for the Power of Attorney, giving his reasons as to why he wanted it. He said that his English was not good enough to produce this in writing and it would cost him an awful lot of trouble to have to find someone to draft it for him. He asked that I draft the fax and send it to him, he would sign it and fax it back to us.

<u>Onvoy Holdings Limited</u>

David then asked if I could find documentation in respect of the instructions for the transfer of 200,000 US Wireless from Onvoy Holdings Limited to Aida in 1997, which were held at Spear Leed Kellog. I confirmed that I would look into this matter and revert to him on it.

I terminated the telephone conversation and proceeded to refer the phone call to JHP, who dictated a reply fax to David.

Linda de la Cour