HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, PHILIP AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, AND DOES 1-9,<br>Defendants. | **Case 4:07-cv-03312-CW**<br><br>OLIVER HILSENRATH DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE EXHIBITS<br><br>**Judge: Hon. Claudia Wilken**<br>**Date: Nov 1, 2007**<br>**Time: 14:00**<br>**Place: Courtroom 2, 4th Floor** |

I, Oliver Hilsenrath hereby declare the following to be true under penalty of perjury.

The attached exhibits A to N are:

i. True copies of pleadings in this current case and related cases,
ii. Letters sent to US and foreign government agencies (C, D, E)
iii. A true copy of excerpts of an interview with John Perkins (F)
iv. A true copy of J. Perkins's declaration of custodian (H)
v. A true copy of a SEC filing by Equity Trust re Uranium Corp (L)
vi. A true copies of a letter from AUSA Laurel Beeler/DOJ/SF (G, N)

Dated: October 10, 2007

Signed,

OLIVER HILSENRATH
Plaintiff *PRO SE*

/s/ Oliver Hilsenrath

LIST OF EXHIBITS

EXHIBIT A.  Court order re rule 26

EXHIBIT B.  Nixon Peabody CMC statement re Janvrin strike-off

EXHIBIT C.  Hilsenrath letter to AUSA Buchanan re Vetco guilty plea

EXHIBIT D.  Hilsenrath letter to Government of BVI re Ryburn, Crossgar strike-off

EXHIBIT E.  Hilsenrath letter to Homeland security re Mooij / Insinger signature on Patriot Act

EXHIBIT F.  Excerpts of an interview with John Perkins re identification of documents 43 and 44

EXHIBIT G.  US government and Jersey government attempt to retrieve Equity destroyed Docs

EXHIBIT H.  Affidavit of John Perkins as custodian of records

EXHIBIT I.  First Moberly declaration

EXHIBIT J.  Second Moberly declaration

EXHIBIT K.  Third Moberly declaration

EXHIBIT L.  Uranium Corp Equity Trust SEC filing

EXHIBIT M.  Applebaum declaration with Janvrin Settlement Agreement

EXHIBIT N.  Letter from AUSA Laurel Beeler re Jersey custodians of records