BAACH ROBINSON & LEWIS PLLC
Sarah L. Knapp (Bar No. 200694)
1201 F Street, NW, Suite 500
Washington, DC 20004-1225
Telephone:  202-833-8900
Facsimile:   202-466-5738
sarah.knapp@baachrobinson.com

Attorneys for Defendants
MELVYN KALMAN & JOHN PERKINS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, et al.,<br><br>Defendants. | Case No.: No. 3:07-cv-03312 CW<br><br>**DECLARATION OF SARAH L. KNAPP IN SUPPORT OF MOTION OF DEFENDANTS KALMAN AND PERKINS TO DISMISS PURSUANT TO FED. R. CIV. P. 12 AND SPECIAL MOTION IN THE ALTERNATIVE TO STRIKE PURSUANT TO CAL. CODE CIV. P. 425.16**<br><br>Date:  November 1, 2007<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: June 25, 2007 |

I, SARAH L. KNAPP, declare as follows:

1. I am an attorney licensed to practice in the State of Caliornia and am admitted to this Court.  I am counsel to the firm of Baach Robinson & Lewis, counsel of record for Defendants Melvin Kalman and John Perkins in this matter.

2. Documents filed by the parties in <u>Janvrin Holdings Ltd. v. Hilsenrath</u>, No. C 02-1068 CW are attached hereto and referenced by docket number.

*Declaration of Sarah L. Knapp*

1

3. A true and correct copy of Document # 269 (Order Mar. 5, 2007) is attached hereto as Exhibit A.

4. A true and correct copy of Exhibit B to Document # 202 (Declaration of Beth Mitchell, Oct. 1, 2004) is attached hereto as Exhibit B.

5. A true and correct copy of Document # 261 (Declaration of Oliver Hilsenrath, Jan. 26, 2007) is attached hereto as Exhibit C.

6. A true and correct copy of Document # 294 (Order July 18, 2007) is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington DC on October 18, 2007.

                                                        /s/
                                        Sarah L. Knapp, Esq.

2

*Declaration of Sarah L. Knapp*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28