# Exhibit D

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANVRIN HOLDINGS LIMITED, CROSSGAR
LIMITED, and RYBURN LIMITED,                      No. C 02-1068 CW

      Plaintiffs,                           ORDER ADOPTING IN
                                                  PART AND MODIFYING
    v.                                        IN PART MAGISTRATE
                                                  JUDGE'S REPORT AND
DR. OLIVER HILSENRATH,                            RECOMMENDATION RE:
                                                  COUNTERCLAIMANTS'
      Defendant.                            MOTION FOR ENTRY OF
                                                  DEFAULT JUDGMENT
_____/

DR. OLIVER HILSENRATH and HANA
HILSENRATH,

      Counterclaimants,

    v.

JANVRIN HOLDINGS LIMITED, CROSSGAR
LIMITED, and RYBURN LIMITED,

      Counterdefendants.

_____/

On May 18, 2007, Magistrate Judge Bernard Zimmerman submitted his Report and Recommendation regarding Counterclaimants' motion for default judgment. No opposition to the Report and Recommendation has been filed.

United States District Court
For the Northern District of California

1    Having reviewed the Report and Recommendation, and good cause

2 appearing therefor:

3    The Court adopts the Report and Recommendation except for the

4 amount of damages.  Magistrate Judge Zimmerman recommends awarding

5 a total of $10,182,500 in damages based on the following: $3

6 million in cash paid by Oliver Hilsenrath to Counterdefendants in

7 settlement of the underlying lawsuit; 750,000 options of U.S.

8 Wireless Corporation stock valued at $2,182,500 granted to

9 Counterdefendants in settlement of the underlying lawsuit; $2.5

10 million in general damages to Oliver Hilsenrath, representing the

11 monetary value of the loss of his job and the large portion of his

12 wealth that he attributes to Counterdefendants' acts; and $2.5

13 million in damages for emotional distress to Hana Hilsenrath.

14    After reviewing the Hilsenraths' declarations that Magistrate

15 Judge Zimmerman considered, the Court awards a total of $5,282,500.

16 The Court finds that Oliver Hilsenrath fails to plead or otherwise

17 provide evidence of a causal connection between Counterdefendants'

18 tortious acts and the loss of his job and wealth.  Similarly, the

19 Court finds that Hana Hilsenrath fails to plead or otherwise

20 provide evidence of a causal connection between Counterdefendants'

21 tortious acts and her emotional distress.  Both sets of damages can

22 also be attributed to other difficulties, including Oliver

23 Hilsenrath's concurrent criminal prosecution and his guilty plea to

24 securities fraud and tax evasion.  The Court awards Oliver

25 Hilsenrath $50,000 in general damages and Hana Hilsenrath $50,000

26 in damages for emotional distress.  Prejudgment interest on the

27 $5,182,502 in damages related to the settlement of the underlying

28

**United States District Court**
For the Northern District of California

1  lawsuit is awarded at a rate of seven percent per annum from the

2  date the settlement was paid through the date of entry of judgment.

3  See Cal. Const., art. XV, § 1; Cal. Civil Code § 3287(a).

4      The Hilsenraths have also filed a "Clarification as to the

5  Report and Recommendation" in which they state their "wish to

6  maintain the option" to bring a motion to join Equity Trust as a

7  Counterdefendant in the future.  However, the Court has already

8  denied the Hilsenraths' motion to join Equity Trust.  Absent

9  grounds warranting reconsideration and leave of the Court as

10  required by Civil Local Rule 7-9, Counterclaimants may not renew a

11  motion which has already been denied.

12      IT IS SO ORDERED.

13      7/18/07

14  Dated: _____    _____

15                                   CLAUDIA WILKEN
                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BAACH ROBINSON & LEWIS PLLC
Sarah L. Knapp (Bar No. 200694)

2  1201 F Street, NW, Suite 500
Washington, DC 20004-1225

3  Telephone:  202-833-8900
Facsimile:   202-466-5738

4  sarah.knapp@baachrobinson.com

5  Attorneys for Defendants
MELVYN KALMAN & JOHN PERKINS

6

7

8
                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9 | Case No.: No. 3:07-cv-03312 CW |
| HANA HILSENRATH AND OLIVER HILSENRATH, | [PROPOSED] ORDER ON DEFENDANTS KALMAN AND PERKINS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 AND SPECIAL MOTION IN THE ALTERNATIVE TO STRIKE PURSUANT TO CAL. CODE CIV. P. 425.16 |
| Plaintiffs, | |
| EQUITY TRUST (JERSEY) LIMITED, et al., | |
| Defendants. | |

15       The Motion to Dismiss and Special Motion in the Alternative to Strike by Defendants

16  Kalman and Perkins having come on for hearing before this Court on November 1, 2007, at

17  9:30 a.m., and upon consideration of the Motion, Plaintiffs' Opposition thereto, Reply to the

18  Opposition, the pleadings and oral arguments of counsel, and the record as a whole, it is

19  ORDERED that the Complaint and all claims therein be, and they hereby are DISMISSED

20  WITH PREJUDICE as to Defendants Kalman and Perkins.

21

22

23

24

25  Dated: _____          _____

26                                   The Honorable Claudia Wilken
                                     District Court Judge

27

28  Hilsenrath v. Equity Trust (Jersey) Ltd., et al. – 3:07-cv-03312 CW
    [Proposed] Order on Defendants Kalman and Perkins' Motion to Dismiss or Strike