HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,**<br><br>    **Defendants.** | **Case No. 4:07-cv-3312 CW**<br><br>**DECLARATION OF GEORGE HARPER RE SERVICE OF FIRST AMENDED COMPLAINT**<br><br>**Judge: Hon Claudia Wilken** |

   I, Oliver Hilsenrath, hereby submit a true copy under, penalty of perjury, of George Harper's declaration re service of First Amended Complaint.

   Dated: October 26, 2007

   Respectfully submitted,


                _____/s_____
                OLIVER HILSENRATH

/Attachment/

OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: (925) 212-6299
Attorney for: IN PRO PER

FOR COURT USE ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : HANA HILSENRATH AND OLIVER HILSENRATH

Defendant : EQUITY TRUST (JERSEY) LIMITED, et al.

Ref#: 223264   **PROOF OF SERVICE OF SUMMONS**   Case No.: 3:07-CV-03312-CW

1. At the time of service I was at least eighteen years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR THE VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO) ACT 18 U.S.C.S. § 1961 ET SEQ., HARBORING A CIVIL CONSPIRACY OF EXTORTION, INVASION OF PRIVACY, AIDING AND ABETTING A MALICIOUS PROSECUTION; SUPPLEMENTAL DECLARATION OF OLIVER HILSENRATH RE AMENDED COMPLAINT

3. a. Party served   : CANDOVER INVESTMENTS PLC

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made:
      Reginald D. Steer, Authorized Agent

4. Address where the party was served:
      Akin Gump Strauss Hauer & Feld, LLP
      580 California Street, Suite 1500
      San Francisco, CA 94104

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: October 4, 2007 (2) at: 2:54 PM

**PROOF OF SERVICE OF SUMMONS**

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  on behalf of: CANDOVER INVESTMENTS PLC
        under the following Code of Civil Procedure section:
        CCP 415.95 (business organization, form unknown)

7.  Person who served papers:
    a.  GEORGE HARPER
    b.  SPECIALIZED LEGAL SERVICES, INC.
        1112 Bryant Street, Suite 200
        San Francisco, CA 94103
    c.  Telephone number: (415) 357-0500
    d.  The fee for service was: $50.00
    e.  I am:
        (3) a registered California process server:
            (i)   owner, employee or independent contractor
            (ii)  Registration no.: 610
            (iii) County: San Francisco

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 5, 2007

GEORGE HARPER

POS-010 Rev. January 1, 2007                                                                 223264

**PROOF OF SERVICE OF SUMMONS**