HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br><br>    **Plaintiffs,**<br><br>         v.<br><br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,**<br><br>    **Defendants.** | Case No. 4:07-cv-3312 CW<br><br>**DECLARATION OF DAREN HINDS AND OLIVER HILSENRATH RE SERVICE OF FIRST AMENDED COMPLAINT**<br><br>**Judge: Hon Claudia Wilken** |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Plaintiffs served defendants Insinger de Beaufort with the First Amended Complaint at the following locations:

1. Its registered office in Luxemburg
2. Its Headquarters in Netherlands

3. Its registered office in New Your city as indicated in Insinger's Section 5318 (j), (k) Certificate [Patriot Act][1] (true copy in Exhibit A).

Exhibit B is a true copy of Daren Hinds declaration, who attempted service on Insinger at the address of its registered agent as indicated in the Exhibit A.

Insinger's New York agent refused to accept service of process for the company as indicated in the Exhibit A (Insinger de Beaufort or Insinger de Beaufort Bank).

The New York agent stated to Daren Hinds that he accepts service only for 'Insinger de Beaufort Asset Management', contrary to the information provided in Insinger's Department of Homeland Security Certificate (Exhibit A).

Dated: October 26, 2007

Signed,

_____/s_____
OLIVER HILSENRATH

/Exhibit A, B/

---

[1] In Insinger's pleadings the argument was raised that plaintiffs served Insinger at their headquarters in Netherlands but did not attempt to serve the registered office in New York.

The signatory on the Patriot Act Certificate is the same Mr. Mooij who is the sole declarant for Insinger in this litigation.

# EXHIBIT A

APPENDIX A TO SUBPART 1 OF PART 103 –
CERTIFICATION REGARDING CORRESPONDENT ACCOUNTS
FOR FOREIGN BANKS

(OMB Control Number 1505-0184)

*The information contained in this Certification is sought pursuant to Sections 5318(j) and 5318(k) of Title 31 of the United States Code, as added by sections 313 and 319 (b) of the USA PATRIOT Act of 2001 (Public law 107-56).*

This Certification should be completed by any **foreign bank** that maintains a **correspondent account** with any U.S. bank or U.S. broker-dealer in securities (a **covered financial institution** as defined in 31 C.F.R.103.1755 (f). An entity that is not a foreign bank is not required to complete this Certification.

A **foreign bank** is a bank organized under foreign law and located outside of the United States (see definition at 31 C.F.R. 103.11(o)). A **bank** includes offices, branches, and agencies of commercial banks or trust companies, private banks, national banks, thrift institutions, credit unions, and other organizations chartered under banking laws and supervised by banking supervisors of any state (see definition at 31 C.F.R.103.11(c))[1]

A **Correspondent Account** for a foreign bank is any account to receive deposits from, make payments or other disbursements on behalf of a foreign bank, or handle other financial transactions related to the foreign bank.

*Special instruction for foreign branches of U.S. banks*: A branch or office of a U.S. bank outside the United States is a foreign bank. Such a branch or office is not required to complete this certification with respect to Correspondent Accounts with U.S. branches and offices of the same U.S. bank.

*Special instruction for covering multiple branches on a single Certification*: A foreign bank may complete one Certification for its branches and offices outside the United States. The certification must list all of the branches and offices that are covered and must include the information required in Part C for **each** branch or office that maintains a Correspondent Account with a Covered Financial Institution. Use attachment sheets as necessary.

The undersigned financial institution, **Bank Insinger de Beaufort N.V.** hereby certifies as follows:

**B.**   **Correspondent Accounts Covered by this Certification** : Check **one** box.

☒   This Certification applies to **all** accounts established for Foreign Bank by Covered Financial Institutions.

☐   This Certification applies to Correspondent Accounts established by _____name of Covered Financial Institutions(s)) for Foreign bank.

---

[1] A « foreign bank » does not include any foreign central bank or monetary authority that functions as a central bank, or any international financial institution, or regional development bank formed by treaty or international agreement.

2

C. **Physical Presence/Regulated Affiliate Status**: Check **one** box and complete the blanks.

☒ Foreign Bank maintains a **physical presence** in any country. That means:
- Foreign Bank has a place of business at the following street address: **Herengracht 537, 1017 BV Amsterdam,** where Foreign Bank employs one or more individuals on a full-time basis and maintains operating records related to its banking activities.
  Foreign Bank has also a place of business at the following street address : **Parklaan 60, 5613 BH Eindhoven and Toernooiveld 3, 2511 CX Den Haag**, where Foreign Bank employs one or more individuals on a full-time basis and maintains operating records related to its banking activities.
- The above addresses are in **The Netherlands** (insert country), where Foreign Bank is authorized to conduct banking activities.
- Foreign Bank is subject to inspection by **De Nederlandsche Bank N.V.**, (insert Banking Authority), the banking authority that licensed Foreign Bank to conduct banking activities.

☐ Foreign Bank does not have a physical presence in any country, but Foreign Bank is a **regulated affiliate**. That means:
- Foreign Bank is an affiliate of a depository institution, credit union, or a foreign bank that maintains a physical presence at the following street address : _____, where it employs one of more persons on a full-time basis and maintains operating records related to its banking activities.
- The above address is in _____ (insert country), where the depository institution, credit union, or a foreign bank is authorized to conduct banking activities.
- Foreign Bank is subject to supervision by _____, (insert Banking Authority), the same banking authority that regulates the depository institution, credit union, or foreign bank.

☐ Foreign Bank does **not** have a physical presence in a country and is **not** a regulated affiliate.

D. **Indirect Use of Correspondent Accounts** : Check box to certify.

☒ No Correspondent Account maintained by a Covered Financial Institution may be used to indirectly provide banking services to certain foreign banks. Foreign Bank hereby certifies that it does **not** use any Correspondent Account with a Covered Financial Institution to indirectly provide banking services to any foreign bank that does not maintain a physical presence in any country and that is not a regulated affiliate.

E. **Ownership Information** : Check box 1 or 2 below, **if applicable**.

☐ 1. **Form FR Y-7 is on file**. Foreign bank has filed with the Federal Reserve Board a current Form FR Y-7 and has disclosed its ownership information on Item 4 of Form FR Y-7.

3

☐   2. **Foreign Bank's shares are publicly traded**. Publicly traded means that the shares are traded on an exchange or an organized over-the-counter market that is regulated by a foreign securities authority as defined in section 3(a)(50) of the Securities Exchange Act or 1934 (15 U.S.C.78c(a)(50)).

If **neither** box 1 or 2 of Part E is checked, complete item 3 below, **if applicable**.

☒   3. Foreign Bank has no **owner(s)** except as set forth below. For purposes of this Certification, **owner** means any person who, directly or indirectly, (a) owns, controls, or has power to vote 25 percent or more of any class of voting securities or other voting interests of Foreign Bank ; or (b) controls in any manner the election of a majority of the directors (or individuals exercising similar functions) of Foreign Banks. For purposes of this Certification, (i) **person** means any individual, bank, corporation, partnership, limited liability company or any other legal entity; (ii) **voting securities or other voting interests** means securities or other interests that entitle the holder to vote for or select directors (or indiuals exercising similar functions) ; and (iii) members of the same family [2] shall be considered one **person.**

| Name | Address |
|---|---|
| Insinger de Beaufort Holdings S.A. | 64-66 Avenue Victor Hugo 3rd floor L-1570 Luxembourg Luxembourg |

F.   Process Agent : complete the following.:

The following individual or entity : **CT Corporation System** is a resident of the United States at the following street address: **111 Eight Avenue New York  NY 10011, and** is authorized to accept service of legal process on behalf of Foreign Bank from the Secretary of the Treasury of the Attorney General of the United States pursuant to Section 5318 (k) if title 31, United States Code.

G.   General

Foreign Bank hereby agrees to notify in writing each Covered Financial Institution at which it maintains any Correspondent Account of any change in facts or circumstances reported in the Certification. Notification shall be given within 30 calendar days of such change.

---

[2] The same family means parents, spouses, children, siblings, uncles, aunts, grandparents, grandchildren, first cousins, stepchidren, stepsiblings, parents in-in-law ans spouses of any of the foregoing. In determining the ownership interests of the same family, any voting interest of any family member shall be taken into account.

4

Foreign Bank understands that each Covered Financial Institution at which it maintains a Correspondent Account may provide a copy of the Certification to the Secretary of the Treasury and the Attorney General of the United States. Foreign Bank further understands that the statements contained in this Certification may be transmitted to one or more departments or agencies of the United States of America for the purpose of fulfilling such departments' and agencies' governmental functions.

We, **R. Mooij and P.G. Sieradzki**, certify that we have read and understand this Certification, that the statements made in this Certification are complete and correct, and that we are authorized to execute this Certification on behalf of Foreign bank.

**Bank Insinger de Beaufort N.V.**

R. Mooij
Director

P.G. Sieradzki
Director

Executed on this October 4, 2006

Received and reviewed by :
Name : _____
Title : _____
For : _____
[Name of Covered Financial Institution]
Date : _____

5

## Attachment to USA Patriot Act certifications
## Global listing of all related affiliates, subsidiairies and branches

| Entity Name and Relationship to Entity Indicated in Section A (i.e. affiliate, subsidiairy or branch) | Street Address | | | | Banking Authority |
|---|---|---|---|---|---|
| | Street | City | Postal Code | Country | |
| Bank Insinger de Beaufort N.V. (Italia) | Via dei Due Macelli, 48 | Rome | 00187 | Italy | De Nederlandsche Bank, Banca d'Italia and CONSOB |
| Bank Insinger de Beaufort N.V. (UK) | 131 Finsbury Pavement | London | EC2A 1NT | United Kingdom | De Nederlandsche Bank and Financial Services Authority |

# EXHIBIT B

OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: (925) 212-6299
Attorney for: IN PRO PER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : HANA HILSENRATH AND OLIVER HILSENRATH

Defendant : EQUITY TRUST (JERSEY) LIMITED, et al.

Ref#: 223265    **NOT FOUND OR NON-SERVICE RETURN**    Case No.: 3:07-CV-03312-CW

I am and was on the dates herein mentioned over the age of eighteen and not a party to this action. I received the following documents on October 3, 2007

SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR THE VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO) ACT 18 U.S.C.S. § 1961 ET SEQ., HARBORING A CIVIL CONSPIRACY OF EXTORTION, INVASION OF PRIVACY, AIDING AND ABETTING A MALICIOUS PROSECUTION; SUPPLEMENTAL DECLARATION OF OLIVER HILSENRATH RE AMENDED COMPLAINT

After due search, careful inquiry and diligent attempts at the following address(es) I have been unable to effect service of said process upon:

INSINGER DE BEAUFORT HOLDINGS S.A.

Business address  (B) : 111 Eighth Avenue, New York, NY 10011
Residence address (H) : UNKNOWN

Process is being returned without service for the following reason(s):
10/9/2007 @ 9:15 AM (B) Agent for Service refused documents. They are the Agent for Service for "INSINGER DE BEAUFORT ASSET MANAGEMENT, INC.".

Person who served papers:
DARREN HINDS
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $232.63
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1194970
(iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 9, 2007    Signature: _Darren Hinds_