IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH and OLIVER HILSENRATH,

    Plaintiffs,

  v.

EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, PHILIP JOSEPH AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS and CAROLINE BOUGEARD,

    Defendants.
_____/

No. C 07-3312 CW

CLERK'S NOTICE TAKING DEFENDANTS' MOTIONS TO DISMISS UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendants' motions to dismiss under submission on the papers.  The hearing previously scheduled for November 1, 2007, is vacated.

Dated:  10/29/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk