1  HANA HILSENRATH
   OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net

5  PLAINTIFFS *IN PRO PER*

6

7

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9

10 **HANA HILSENRATH AND OLIVER**          Case No. 4:07-cv-3312 CW
   **HILSENRATH,**
11                    **Plaintiffs,**
                              **v.**        **DECLARATION OF OLIVER**
12                                          **HILSENRATH RE SUMMARY OF**
                                            **SERVICE OF FIRST AMENDED**
13 **EQUITY TRUST (JERSEY) LIMITED,**       **COMPLAINT (FAC) ON ALL**
   **CANDOVER INVESTMENTS PLC,**            **DEFENDATS**
   **INSINGER DE BEAUFORT SA,**
14 **JARDINE MATHESON HOLDINGS**
   **LIMITED, GRANT BROWN, MELVYN**
15 **KALMAN, JOHN PERKINS, CAROLINE**       **Judge: Hon Claudia Wilken**
   **BOUGEARD, PHILIP AUSTIN, AND**
16 **DOES 1-10,**
17                    **Defendants.**

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Pursuant of the court's order to vacate oral arguments [Doc 93], plaintiffs hereby summarize the service of process of the First Amended Complaint (FAC) on defendants in this case.

All defendants were served with the summons and complaint  (FAC) by means of registered US mail and prepaid return receipts as follows:

**Exhibit A: Equity Trust, Austin and Bougeard served at:**

Equity Trust House, P.O. Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands.

**Exhibit B: Jardine Matheson served in Hong Kong and Bermuda**

1. Jardine Matheson Holdings Limited, 48th Floor, Jardine House, G.P.O. Box 70, Hong Kong.

2. Jardine Matheson - Registered Office, Jardine House, 33-35 Reid Street, Hamilton, Bermuda.

**Exhibit C: Insinger de Beaufort in Netherlands, Luxembourg and service agent in New York City at:**

1. Insinger De Beaufort / Luxembourg, 66 Avenue Victor Hugo, L-1750 Luxembourg
Grand Duchy of Luxembourg.

2. Insinger de Beaufort Holdings S.A., Herengracht 537, 1017 BV Amsterdam, 1001 EV Amsterdam
The Netherlands.

3. Insinger De Beaufort Agent NYC, CT Corporation System, 111 Eight Avenue, New York NY
10011.

**Exhibit D: Kalman, Perkins and Brown in Jersey at (respectively):**

1. Melvyn Kalman, P.O. Box 248, Lord Coutanche House, 66-68 Esplanade, St. Helier Jersey JE4
5PS Channel Islands.

2. John Perkins, Key Trust Company Limited, PO Box 116, Hilgrove House, 10 Hilgrove Street, St.
Helier, Jersey JE4 8SU, Channel Islands.

3. Grant Brown, Channel House, 7 Esplanade, St Helier, Jersey, Channel Islands.

1

## **Exhibit E: list of pre-paid return receipts**

2

3

4        Attorneys for Candover agreed to accept service for Candover in San Francisco, California

5   and were duly served [Doc 91 current case].

6        All foreign jurisdictions (Jersey, Bermuda, Hong Kong, Netherlands and Luxembourg) are

7   permitting service by direct mail pursuant to the Hague Convention.

8
          Dated: October 29, 2007
9

10                        Signed,

11

12                                    _____/s_____

13                                    OLIVER HILSENRATH

14

15   /Exhibits A-E/

16

17

18

19

20

21

22

23

24

25

26

27

28

**Registered No.** RE17... US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |

Received by

**Date Stamp**
DANVILLE CA
OCT 05 16
10/15/07
USPS

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
H/6B0 Hilsenrath
822 Eastbrook Ct
Danville CA 94506
USA

TO
Equity Trust / V. Lorraine
28-30 GB Great Britain and Northern Ireland
The Parade
St. Helier, Jersey JE4 8XY
Channel Islands

Form **3806,** **Receipt for Registered Mail**    Copy 1 - Customer
y 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE17...US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $13.60 | Restricted Delivery | $0.00 |

Received by

**Date Stamp**
0316
10/15/07

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
H/6B0 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Phil Austin (Equity Trust
28-30 GB Great Britain and Northern Ireland The Parade
St Helier, Jersey JE4 8XY
Channel Islands

PS Form **3806,** **Receipt for Registered Mail**    Copy 1 - Custome
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE17439382 9US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |

Received by

**Date Stamp**
DANVILLE CA
OCT 05
0318
10/15/07
USPS

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
H/6B0 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Caroline Bougeard
Equity Trust House GB Great Britain and Northern Ireland
28-30 The Parade
St. Helier, Jersey JE4 8XY

PS Form **3806,** **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

EXHIBIT A: Equity, Austin, Bougeard.

**Registered No.** RE174393894US

| | | Date Stamp |
|---|---|---|
| Reg. Fee | $10.1 | |
| Handling Charge | $0.00 | Return Receipt $2.15 |
| Postage | $14.45 | Restricted Delivery $0.00 |
| Received by | | |

To Be Completed By Post Office

0318 .05 10/15/07

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $ $0.00

☒ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
H/806 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

**TO**
A.J.L Nightingale
Jdh Henry'neg Matheson
Jardine House 48th Floor
Hong Kong.

PS Form **3806,** Receipt for Registered Mail    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** RE174393885US

| | | Date Stamp |
|---|---|---|
| Reg. Fee | $10.15 | |
| Handling Charge | $0.00 | Return Receipt $2.15 |
| Postage | $14.45 | Restricted Delivery $0.00 |
| Received by | | |

To Be Completed By Post Office

0318 OCT 05 10/15/07 USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
H/806 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

**TO**
C.H. Wilken
Jardine Matheson
Jardine House, 33-35 Reid Str.
Hamilton, Bermuda

PS Form **3806,** Receipt for Registered Mail    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

EXHIBIT B: Jardine - Hong Kong + Bermuda

**Registered No.** RE1743938405

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee | | Return Receipt | $2.15 |
| Handling Charge | $10.15 | Restricted Delivery | |
| Postage | $0.00 | | |
| Received by | | | |
| Customer Must Declare Full Value $ | | With Postal Insurance | |
| | | ☒ Without Postal Insurance | |

Date Stamp
DANVILLE CA
0318
OCT
05
USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
H/O Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Insinge de Beaufort/I.Kantor
Herengracht 537
1017 BV Amsterdam
1001 EV Netherlands
NL Netherlands

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE174393934US

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee | $9.50 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $7.50 | Restricted Delivery | $0.00 |
| Received by | | | |
| Customer Must Declare Full Value $ | $0.00 | With Postal Insurance | |
| | | ☒ Without Postal Insurance | |

Date Stamp
DANVILLE CA
0318
05
10/15/07
USPS

Domestic Insurance $25,000 is included International Indemnity is limited (See Reverse)

OFFICIAL USE

FROM
H/O Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Insinger de Beaufort Asset
C/O Corporation System
111 Eight Ave
New York NY 10011
NEW YORK NY 10011

PS Form 3806,    Receipt for Registered Mail    Copy 1 -
May 2004 (7530-02-000-9051)    (See Information on
For domestic delivery information, visit our website at www.usps.com

---

**Registered No.** RE17439387 7US

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |
| Received by | | | |
| Customer Must Declare Full Value $ | $0.00 | With Postal Insurance | |
| | | ☒ Without Postal Insurance | |

Date Stamp
DANVILLE CA
0318
05
2007
10/15/07
USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
H/O Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Insinger de Beaufort
66 Ave Victor Hugo
L-1750 Luxembourg
Luxembourg
Luxembourg

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT C: Insinger — Netherlands, Luxemburg, New-York

**Registered No.** RE174393850US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |
| Received by | | | |

**Date Stamp**
DANVILLE CA
OCT 15
05
10/15/07
USPS

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

FROM
H4/0 Hilsenrath
822 Eastbrook Ct
Danville CA 94506
USA

TO
Melvyn Kalman
GB Great Britain and Northern Ireland
St. Helier, Jersey JE4 5PS
Channel Islands

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**     **Receipt for Registered Mail**     *Copy 1 - Customer*
May 2004 (7530-02-000-9051)     *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** RE174393846US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |
| Received by | | | |

**Date Stamp**
DANVILLE CA
OCT 15
05
10/15/07
USPS

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in International Indem is limited. *(See Reverse).*

OFFICIAL USE

FROM
H4/0 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
John Perkins / Key Trust
GB Great Britain and Northern Ireland
St. Helier, Jersey JE4 8S
Channel Islands

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**     **Receipt for Registered Mail**     *Copy 1 - Cus*
May 2004 (7530-02-000-9051)     *(See Information on Re*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** RE174393832US

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $15.20 | Restricted Delivery | $0.00 |
| Received by | | | |

**Date Stamp**
DANVILLE CA
OCT 15
05
10/15/07
USPS

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

FROM
H4/0 Hilsenrath
822 Eastbrook Ct.
Danville CA 94506
USA

TO
Grant Brown
GB Great Britain and Northern Ireland
St. Helier, Jersey
Channel Islands

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**     **Receipt for Registered Mail**     *Copy 1 - Customer*
May 2004 (7530-02-000-9051)     *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

EXHIBIT D: Kalman, Perkins, Grant B.

```
        ════════════════════
              DANVILLE MAIN PO
            DANVILLE, California
               945264400
              0555110318 -0096
10/15/2007   (800)275-8777   01:44:57 PM
        ════════════════════
─────────── Sales Receipt ───────────
Product        Sale  Unit       Final
Description     Qty  Price      Price

Great Britain and                 $15.20
Northern Ireland -
First-Class Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393829US
                            ════════
  Issue PVI:                $27.50

Great Britain and                 $15.20
Northern Ireland -
First-Class Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393832US
                            ════════
  Issue PVI:                $27.50

Great Britain and                 $15.20
Northern Ireland -
First-Class Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393846US
                            ════════
  Issue PVI:                $27.50

Great Britain and                 $15.20
Northern Ireland -
First-Class Int'l
1 lb.  9.10 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393850US
                            ════════
              PVI:          $27.50
NEW YORK NY 10011                  $7.50
Zone-8 Priority Mail
1 lb.  8.90 oz.
  Return Rcpt (Green Card)  $2.15
Registered                $9.50
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393934US
                            ════════
  Issue PVI:                $19.15
```

```
Netherlands -                     $15.20
First-Class Int'l
1 lb.  9.00 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393863US
                            ════════
  Issue PVI:                $27.50

Luxembourg -                      $15.20
First-Class Int'l
1 lb. 10.80 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393877US
                            ════════
  Issue PVI:                $27.50

Bermuda - First-Class             $14.45
Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393885US
                            ════════
  Issue PVI:                $26.75

Hong Kong - First-Class           $14.45
Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393894US
                            ════════
  Issue PVI:                $26.75

Great Britain and                 $13.60
Northern Ireland -
First-Class Int'l
1 lb.  7.00 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393903US
                            ════════
  Issue PVI:                $25.90

Great Britain and                 $15.20
Northern Ireland -
First-Class Int'l
1 lb.  8.90 oz.
  Return Receipt          $2.15
Registered               $10.15
  Insured Value :  $0.00
  Article Value :  $0.00
  Label #:        RE174393917US
                            ════════
  Issue PVI:                $27.50
```

Exhibit E: pre-paid return receipts