HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net
<u>PLAINTIFFS *IN PRO PER*</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>**Plaintiffs,**<br>v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,**<br>**Defendants.** | Case No. 4:07-cv-3312 CW<br><br>**DECLARATION OF OLIVER HILSENRATH RE SERVICE ON DEFENDANT INSINGER DE BEAUFORT OF FIRST AMENDED COMPLAINT (FAC)**<br><br>**Judge: Hon Claudia Wilken** |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Attached a true copy of a signed receipt of service documents (FAC) by defendant Insinger de Beaufort at its registered office in Luxembourg at:

Insinger de Beaufort / Luxembourg, 66 Avenue Victor Hugo, L-1750 Luxembourg, Grand Duchy of Luxembourg.

Dated: October 31, 2007

Signed,

_____/s_____
OLIVER HILSENRATH

/Attachment/

| | | |
|---|---|---|
| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International |
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) 0 | Article Number |
| Office of Mailing (Bureau de dépôt) Danville, CA 94526 | | Date of Posting (Date de dépôt) 10/15/07 |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) Insinger de Beaufort | | |
| Street and No. (Rue et No.) 66 Ave Victor Hugo | | |
| Place and Country (Localité et pays) L-1750 Luxembourg | | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☒ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire) [signature] 24/10/07

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)