HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net
PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>**Plaintiffs,**<br>**v.**<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,**<br>**Defendants.** | Case No. 4:07-cv-3312 CW<br><br>**DECLARATION OF OLIVER HILSENRATH RE SERVICE ON DEFENDANT GRANT BROWN OF FIRST AMENDED COMPLAINT (FAC)**<br><br>**Judge: Hon Claudia Wilken** |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Attached a true copy of a signed receipt of service documents (FAC) on defendant Grant Brown at:

Grant Brown, Channel House, 7 Esplanade, St Helier, Jersey, Channel Islands

Dated: November 5, 2007

Signed,

_____/s_____
OLIVER HILSENRATH

/Attachment/

| | |
|---|---|
| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International |
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) Ø | Article Number |
| Office of Mailing (Bureau de dépôt) Danville | RE 174 393 832 US |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) Grant Brown | |
| Street and No. (Rue et No.) 7 Esplanade | |
| Place and Country (Localité et pays) St. Helier, Jersey, Channel Islands | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: 24 OCT 2007

Signature of Addressee / Office of Destination Employee Signature

Postmark: CHANNEL ISLANDS

PS Form 2865, February 1997 (Reverse)