1  HANA HILSENRATH
   OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net
   PLAINTIFFS *IN PRO PER*
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,**<br>　　　　　　　　**Plaintiffs,**<br>　　　　　v.<br>**EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,**<br>　　　　　　　　**Defendants.** | Case No. 4:07-cv-3312 CW<br><br>**DECLARATION OF OLIVER HILSENRATH RE SERVICE ON DEFENDANT JARDINE MATHESON OF FIRST AMENDED COMPLAINT (FAC)**<br><br>**Judge: Hon Claudia Wilken** |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Attached a true copy of a signed receipt of service of documents (FAC) on defendant Jardine Matheson at:

Jardine Matheson Holdings Limited
A.J.L. Nightingale - Chairman & Managing Director
Jonathan Gould - General Counsel
48th Floor, Jardine House
G.P.O. Box 70
Hong Kong

Dated: November 8, 2007

Signed,

_____/s_____
OLIVER HILSENRATH

/Attachment/

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
| | Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) ∅ | | | RE 174 393 894 US | |
| | Office of Mailing (Bureau de dépôt) Danville, CA 94526 | | | | | Date of Posting (Date de dépôt) 10/15/07 | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) A.J.L Nightingale / Jardine Matheson | | | | | | |
| | Street and No. (Rue et No.) Jardine House 48th Floor | | | | | | |
| | Place and Country (Localité et pays) Hong-Kong | | | | | | |
| Completed at destination. (A compléter à destination.) | This receipt must be signed by: (1) the addressee, or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.) | | | | | Postmark of the office of destination (Timbre du bureau de destination) | |
| | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessous a été dûment livré.) | | | | Date | | |
| | Signature of Addressee (Signature du destinataire) | | | | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | | |

PS Form **2865**, February 1997 *(Reverse)*