```
HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net
```

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANA HILSENRATH AND OLIVER HILSENRATH,** | **Case No. 4:07-cv-3312 CW** |
| **Plaintiffs,** | **DECLARATION OF OLIVER HILSENRATH RE SERVICE OF FIRST AMENDED COMPLAINT ON INSINGER/NETHERLANDS** |
| **v.** | |
| **EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,** | **Judge: Hon Claudia Wilken** |
| **Defendants.** | |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury.

Attached a true copy of a signed receipt of service of documents (FAC) on defendant Insinger de Beaufort at:

>Insinger de Beaufort Holdings S.A.
>Herengracht 537
>1017 BV Amsterdam
>P.O. Box 10820
>1001 EV Amsterdam
>The Netherlands

Dated: November 15, 2007

Signed,

_____/s_____
OLIVER HILSENRATH

/Attachment/

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée)   Insured Value (Valeur déclarée): 0   Article Number: RE 174 393 863 US

Office of Mailing (Bureau de dépôt): Danville CA 94526

Date of Posting (Date de dépôt): 10/15/07

Addressee Name or Firm (Nom ou raison sociale du destinataire): Insinger de Beaufort / Ian Kantor

Street and No. (Rue et No.): Herengracht 537

Place and Country (Localité et pays): 1017 Amsterdam, The Netherlands

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire): [signature]

Office of Destination Employee Signature (Signature de l'agent du bureau du destination):

Postmark of the office of destination (Timbre du bureau de destination): [postmark]

PS Form 2865, February 1997 (Reverse)