IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH and OLIVER HILSENRATH,

       Plaintiffs,

  v.

EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT HOLDINGS SA, JARDINE MATHESON HOLDINGS LIMITED, PHILIP JOSEPH AUSTIN, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, and CAROLINE BOUGEARD,

       Defendants.
_____/

No. C 07-03312 CW

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motions to Dismiss Without Leave to Amend and Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiffs Hana Hilsenrath and Oliver Hilsenrath take nothing, that the action be dismissed without leave to amend and without prejudice to refiling in the appropriate jurisdiction or jurisdictions, and that each party bear its own costs of action.

Dated at Oakland, California, this 17th day of March, 2008.

                          RICHARD W. WIEKING
                          Clerk of Court

By: _/s/ Sheilah Cahill_____
    SHEILAH CAHILL
    Deputy Clerk