HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

FILED

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD, PHILIP AUSTIN, AND DOES 1-10,<br><br>    Defendants. | Case No. 3:07-cv-3312 CW<br><br>**NOTICE OF APPEAL** |

CASE NO. C02-1068 CW (BZ)

Notice is hereby given that the Plaintiffs in the above case hereby appeal to the United States Court of Appeals for the NINTH Circuit from the orders and final judgments all issued by the District Court on, DOC's 100, 101 and 102, all entered in this case on the 17th day of March, 2008.

Dated: March 27, 2008

Respectfully submitted,

OLIVER HILSENRATH
Plaintiff *PRO SE*

_____

HANA HILSENRATH
Plaintiff *PRO SE*

_Hilsenrath Hana_____

HILSENRATH V. SWISS CONFEDERATION                -2-