UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

April 1, 2008

**CASE INFORMATION:**
Short Case Title: Hilsenrath -v- Equity Trust (Jersey) Limited
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No.CA, Oakland, Claudia Wilken
Criminal and/or Civil Case No.: CV 07-03312 CW
Date Complaint/Indictment/Petition Filed: 6/25/07
Date Appealed order/judgment *entered* 3/17/08
Date NOA *filed* 3/31/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: none

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/31/08                Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

  ***see attached***

☐ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Clara Pierce
                                        510-637-3530

C-07-3312-CW Hilsenrath, et al v. Equity Trust (Jersey) Ltd., et al

**Appellate Counsel:**

Hana Hilsenrath
Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506
925-212-6299

**Appellee Counsel:**

**Sarah Meyers Ray**
**Darius C. Ogloza**
**Katie Ya-yee Chang**
**Peter Allen Wald**
Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
415-391-0600

**Andrew James Cho**
**Maria Ellinikos**
**Reginald David Steer**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500

**Rachel M. Herrick**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650-801-5000

**Stacy Marie Monahan**
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600


**Patrick Martin Ryan**
**Daven Gerald Lowhurst**
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
(415) 371-1200


**Sarah Leslie Knapp**
Baach Robinson & Lewis
1201 F Street, NW
Suite 500
Washington, DC 20004
202-833-8900