**RECEIVED**

APR − 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
*Please Fill Out Completely*

April 1, 2008

*08-15728*

**CASE INFORMATION:**
Short Case Title: <u>Hilsenrath</u>-v- <u>Equity Trust (Jersey) Limited</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No.CA, Oakland, Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 07-03312 CW</u>
Date Complaint/Indictment/Petition Filed: <u>6/25/07</u>
Date Appealed order/judgment *entered* <u>3/17/08</u>
Date NOA *filed* <u>3/31/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: none

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/31/08                    Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                Appellee Counsel:

   ***see attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                      Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                                                    510-637-3530

C-07-3312-CW Hilsenrath, et al v. Equity Trust (Jersey) Ltd., et al

**Appellate Counsel:**

Hana Hilsenrath
Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506
925-212-6299

**Appellee Counsel:**

**Sarah Meyers Ray**
**Darius C. Ogloza**
**Katie Ya-yee Chang**
**Peter Allen Wald**
Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
415-391-0600

**Andrew James Cho**
**Maria Ellinikos**
**Reginald David Steer**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500

**Rachel M. Herrick**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650-801-5000

**Stacy Marie Monahan**
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600


**Patrick Martin Ryan**
**Daven Gerald Lowhurst**
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
(415) 371-1200


**Sarah Leslie Knapp**
Baach Robinson & Lewis
1201 F Street, NW
Suite 500
Washington, DC 20004
202-833-8900

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 03 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| HANA HILSENRATH; OLIVER HILSENRATH, <br><br> Plaintiffs - Appellants <br><br> v. <br><br> EQUITY TRUST (JERSEY) LIMITED; CANDOVER INVESTMENTS PLC; INSINGER DE BEAUFORT SA; JARDINE MATHESON HOLDINGS LIMITED; GRANT BROWN; MELVYN KALMAN; JOHN PERKINS; CAROLINE BOUGEARD; PHILIP JOSEPH AUSTIN, <br><br> Defendants - Appellees | No. 08-15728 <br> D.C. No. 4:07-CV-03312-CW <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Tue., May 13, 2008**       Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Thu., June 12, 2008**      The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk